UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**<br>1400 Michigan Ave., NE<br>Washington, DC 20017<br><br>On behalf of herself and all others similarly situated,<br><br>**Plaintiff,**<br><br>    v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>SERVE:<br>Mayor Muriel Bowser<br>Designee Darlene Fields<br>Civil Litigation Division, Ste 6000 South<br>441 4th Street, NW<br>Washington, DC 20001<br>202-724-6507<br><br>and<br><br>Attorney General Karl Racine<br>Designee Darlene Fields<br>Civil Litigation Division, Ste 6000 South<br>441 4th Street, NW<br>Washington, DC 20001<br>202-724-6507<br><br>**Defendant.** | Civil Action No.: 1:15-cv-00737-FJS |

SERVICE OF PROCESS

**Office of the Attorney General**

On 6/15/2015, at about 2:00 pm, I served the documents listed below on Marjorie Thomas, the person the District has appointed for receipt of service on for both the Mayor and the Attorney General:

> A copy of the summons issued by the Clerk, complaint, civil cover sheet, and consent form for trial before a magistrate.

I, Kassie Richbourg, pursuant to 28 U.S.C. §1746, state under penalty of perjury that the foregoing is true and correct.

Executed on 6/16/2015, in Washington, D.C.

/s/ Kassie Lee Richbourg
KASSIE LEE RICHBOURG
*Law Clerk*
Scrofano Law PC