UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH, ET AL** <br> 1400 Michigan Ave., NE <br> Washington, DC 20017 <br><br> On behalf of herself and all other similarly situated, <br><br> **Plaintiff,** <br><br>    v. <br><br> **GOVERNMENT OF THE DISTRICT OF COLUMBIA** <br><br> SERVE: <br> Mayor Muriel Bowser <br> Designee Darlene Fields <br> Civil Litigation Division, Ste 6000 South <br> 441 4th Street, NW <br> Washington, DC 20001 <br> 202-724-6507 <br><br> and <br><br> Attorney General Karl Racine <br> Designee Darlene Fields <br> Civil Litigation Division, Ste 6000 South <br> 441 4th Street, NW <br> Washington, DC 20001 <br> 202-724-6507 <br><br> **Defendant.** | Civil Action No: 1:15-cv-00737-FJS |

**SERVICE OF PROCESS**

**Mayor of the District of Columbia**

On 6/15/2015, at about 2:00 pm, I served the documents listed below on Marjorie Thomas, the person the District has appointed for receipt of service on for both the Mayor and the Attorney General:

> A copy of the summons issued by the Clerk, complaint, civil cover sheet, and consent form for trial before a magistrate.

I, Kassie Richbourg, pursuant to 28 U.S.C. §1746, state under penalty of perjury that the foregoing is true and correct.

Executed on 6/16/2015, in Washington, D.C.

/s/ Kassie Lee Richbourg
KASSIE LEE RICHBOURG
*Law Clerk*
Scrofano Law PC