UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 15-737 (FJS) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR REASSIGNMENT

Defendant the District of Columbia moves this Honorable Court to transfer this case to the Calendar Committee for reassignment, because it is not a "Related Case" to *Palmer v. District of Columbia*, No. 09-1482 (FJS) under Local Civil Rule (LCvR) 40.5. A proposed Order is attached.

Pursuant to LCvR 7(m), the undersigned discussed the subject motion with opposing counsel, who did not consent to the relief requested herein.

WHEREFORE, the defendant respectfully requests that this Honorable Court:

A. Grant the defendant's Motion for Reassignment; and

B. Grant the defendant such other and further relief as the nature of its cause may require.

DATE: June 19, 2015          Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Acting Deputy Attorney General
Public Interest Division

    /s/ Toni Michelle Jackson
TONI MICHELLE JACKSON
Chief, Equity Section
Bar Number 453765
Office of the Attorney General
One Judiciary Square
Sixth Floor South
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 442-9784
E-mail: toni.jackson@dc.gov

    /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Senior Assistant Attorney General
Equity Section
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
E-mail: andy.saindon@dc.gov

    /s/ Matthew R. Blecher
MATTHEW R. BLECHER, D.C. Bar No. 1012957
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-9774
Fax:  (202) 730-0586
Email: matthew.blecher@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Civil Action No. 15-737 (FJS) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF
DEFENDANT'S MOTION FOR REASSIGNMENT

Defendant the District of Columbia (the District) respectfully submits this Memorandum of Points and Authorities in Support of its Motion for Reassignment. In support of the instant motion, and for good cause shown, the District states as follows:

1. On May 14, 2015, plaintiffs filed a Notice of Related Case [Doc. No. 1-4], asserting that the instant matter "involves common issues of fact" with the pending case *Palmer v. District of Columbia*, No. 09-1482 (FJS). *See id.*

2. Plaintiffs are incorrect. *Palmer* is not "pending." Consequently, the District urges the Court to transfer this case back to the Calendar Committee for random reassignment.

3. Generally, all new cases are assigned randomly. *United States v. Volvo Construction Equipment AB*, 922 F.Supp.2d 67, 68 (D.D.C. 2013) (quoting *Tripp v. Exec. Office of President*, 196 F.R.D. 201, 202 (D.D.C. 2000)).

4. However, LCvR 40.5 provides an exception to the general rule. It provides that new civil cases are deemed "related" when "the earliest is still pending on the merits" *and* they either (i) relate to common property, (ii) involve common issues of fact, (iii) grow out of the same

event or transaction, or (iv) involve the validity or infringement of the same patent. LCvR 40.5(a)(3). Where, as here, a party objects to a designation that a case is related, "the matter shall be determined by the judge to whom the case is assigned." LCvR 40.5(c)(3).

5. A party seeking to avoid random reassignment bears the burden of showing that the two cases are related. *Volvo Construction*, 922 F.Supp.2d at 68 (citing *Autumn Journey Hospice, Inc. v. Sebelius*, 753 F.Supp.2d 135, 140 (D.D.C 2010)).

6. Plaintiffs cannot meet their burden. *Palmer* is no longer "pending on the merits" because the District has withdrawn its appeal of that decision and the Court has denied plaintiffs' motions for contempt and for a permanent injunction. *See Palmer* Docket [Doc. No. 92].

7. Thus, the only matter to be resolved in *Palmer* is the question of attorney's fees. *See Palmer* Docket [Doc. No. 95]. Where the only issue to be resolved is attorney's fees, a case is not considered "pending on the merits" for purposes of LCvR 40.5. *Volvo Construction*, 922 F.Supp.2d at 69 (citing *Doe v. Von Eschenbach*, 2007 WL 1655881 (D.D.C. Jun. 7, 2007) (citing *Kaseman v. District of Columbia*, 444 F.3d 637, 641 (D.C. Cir. 2006)). *See also Boyd v. National Black Farmers Ass'n, Inc.*, 2012 WL 6106415 (D.D.C. Dec. 10, 2012) (returning case for random reassignment; case not "pending on the merits" where court retains jurisdiction "solely for the purpose of enforcing the settlement agreement and addressing ancillary matters such as attorneys' fees.").

8. Based on the above, the District respectfully requests that this Honorable Court enter an order pursuant to LCvR 40.5, to return this case to the Calendar committee for random reassignment.

DATE: June 19, 2015         Respectfully submitted,

                                  KARL A. RACINE
                                  Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Acting Deputy Attorney General
Public Interest Division

     /s/ Toni Michelle Jackson
TONI MICHELLE JACKSON
Chief, Equity Section
Bar Number 453765
Office of the Attorney General
One Judiciary Square
Sixth Floor South
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 442-9784
E-mail: toni.jackson@dc.gov

     /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Senior Assistant Attorney General
Equity Section
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
E-mail: andy.saindon@dc.gov

     /s/ Matthew R. Blecher
MATTHEW R. BLECHER, D.C. Bar No. 1012957
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-9774
Fax:  (202) 730-0586
Email: matthew.blecher@dc.gov