UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 15-737 (FJS) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

ORDER

Upon consideration of the Defendant's Motion for Reassignment, the Memorandum of Points and Authorities in Support thereof, any opposition thereto, the entire record, and it appearing that the relief should be granted, it is:

ORDERED, that the Defendant's Motion for Reassignment be GRANTED, and it is

FURTHER ORDERED, that the Clerk shall transfer this case to the Calendar Committee for random reassignment.

SO ORDERED.

DATE: _____     _____
                                    FREDERICK J. SCULLIN, JR.
                                    Senior United States District Court Judge