# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MAGGIE SMITH

        Plaintiff        Civil No.    15-0737 (RCL)

vs.

GOVERNMENT OF THE DISTRICT OF COLUMBIA    Category    L

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Jun 18, 2015 from Judge Frederick J. Scullin, Jr.

to Judge Royce C. Lamberth by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:    Judge Frederick J. Scullin, Jr.    & Courtroom Deputy

       Judge Royce C. Lamberth    & Courtroom Deputy

Liaison, Calendar and Case Management Committee