# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-737 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant the District of Columbia ("District") respectfully requests an additional two weeks, up to including July 20, 2015, to answer or otherwise respond to the Complaint in this matter. The bases for the District's request for an extension is Fed. R. Civ. P. ("Rule") 6(b)(1)(A) and 7(b) and LCvR 7(m). Currently, the District's responsive pleadings are due on July 6, 2015. The modest extension will provide undersigned counsel sufficient additional time to review Plaintiffs' pleadings and obtain information from various District agencies that is necessary to formulate an appropriate response. No other existing deadline will be affected by the additional time, and no party will suffer prejudice, as Plaintiffs have given their consent.[1] A Memorandum of Points and Authorities summarizing the grounds for the request and a proposed order accompany this Motion.

DATE: June 30, 2015                           Respectfully Submitted,

                                              KARL A. RACINE
                                              Attorney General for the District of Columbia

                                              ELIZABETH SARAH GERE
                                              Acting Deputy Attorney General

---

[1] Plaintiffs consented subject to the District agreeing to a two-week extension for Plaintiffs to respond to the District's filing. The District has no objection to that request.

Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON, D.C. Bar No. 453765
Section Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Senior Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 724-6643
Fax: (202) 730-1470
Email: andy.saindon@dc.gov

/s/ Matthew R. Blecher
MATTHEW R. BLECHER, D.C. Bar No. 1012957
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-9774
Fax:  (202) 730-0586
Email: matthew.blecher@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-737 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO
<u>ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT</u>**

In support of the Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, Defendant the District of Columbia relies upon the following:

1. Fed. R. Civ. P. 6(b)(1)(A) and (7)(b);

2. LCvR 7(m), and Plaintiffs' consent to the relief sought; and

3. The inherent equitable powers of the Court.

DATE: June 30, 2015                Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Acting Deputy Attorney General
Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON, D.C. Bar No. 453765
Section Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Senior Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001

        Phone: (202) 724-6643
        Fax: (202) 730-1470
        Email: andy.saindon@dc.gov

        /s/ Matthew R. Blecher
        MATTHEW R. BLECHER, D.C. Bar No. 1012957
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 600S
        Washington, D.C. 20001
        Phone: (202) 442-9774
        Fax:  (202) 730-0586
        Email: matthew.blecher@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.* )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>  Defendant. ) | Civil Action No. 15-737 (RCL) |

## **[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, Plaintiffs' consent, and the entire record, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the deadline for the District to respond to the Complaint shall be extended for a period of two (2) weeks, up to and including July 20, 2015.

**SO ORDERED**.


Dated: _____                                    _____
                                                         HON. ROYCE C. LAMBERTH
                                                         United States District Court Judge


Copies To: *All Counsel of Record*