UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-737 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, Plaintiffs' consent, and the entire record, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the deadline for the District to respond to the Complaint shall be extended for a period of two (2) weeks, up to and including July 20, 2015.

**SO ORDERED**.

Dated: 7/1/15

_____
HON. ROYCE C. LAMBERTH
United States District Court Judge

Copies To: *All Counsel of Record*