UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAGGIE SMITH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GOVERNMENT OF THE<br>DISTRICT OF COLUMBIA,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Case No. 15-0737 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The complained herein was filed on May 15, 2015, and assigned to Judge Scullin as related to *Palmer v. District of Columbia*, Civil Action No. 09-1482. Judge Scullin determined the case was not related under Local Civil Rule 40.5 and returned this case to the Calendar Committee for random reassignment, and the case was randomly reassigned to the undersigned judge on June 18, 2015, by Judge Huvelle, as Chair of the Calendar and Case Management Committee. The reassignment order was not immediately docketed, however, and on June 19, 2015, defendant filed a motion to randomly reassign the case. Plaintiff filed an opposition to defendant's motion on June 22, 2015.

Defendant's motion is DENIED as moot.

In any event, plaintiff's objection to the reassignment on the basis that the *Palmer* case was still "pending on the merits" in this Court is erroneous. Docket entry #54 reflects that the *Palmer* case was terminated with the entry of judgment in favor of plaintiffs and against defendants on

July 29, 2014. The Memorandum Opinion and Order granting the judgment for plaintiffs had been signed on July 24, 2014, and docketed (entry #51) on July 26, 2014.

Attorney's fees and costs are collateral matters that are litigated post-judgment, as are contempt motions for violation of the order and judgment. The order of Judge Scullin on May 18, 2015, was not a "ruling on the merits" under Local Civil Rule 40.5. The case had been decided on the merits a year earlier. Even the motion for permanent injunction (entry #71) as ancillary relief does not make the case "pending on the merits," nor does a motion for reconsideration (entry #63).

In any event, Judge Scullin properly determined that this is not a related case, and it was properly randomly reassigned.

**IT IS SO ORDERED** this 1st day of July, 2015.

*[signature]*

The Honorable Royce C. Lamberth
U.S. District Court Judge