UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>    v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff hereby respectfully moves this Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) for an approximately three week extension of plaintiff's deadline, until September 8, 2015, to respond to defendant's motion to dismiss [13] for the reasons detailed below.

## CONSENT SOUGHT AND OBTAINED

Plaintiffs' counsel sought defendants consent to the relief requested herein pursuant to LCvR 7(m) and defendant does consent.

## MOTION TIMELY FILED

This motion is filed before the expiration of the deadline for filing a response to defendant's motion to dismiss set by Fed. R. Civ. P. 15(a)(1)(B) and Fed. R. Civ. P. 6(d), which is about August 13, 2015.

APPLICABLE LAW SUPPORTS GRANT OF MOTION

Federal Rule of Civil Procedure 6(b)(1)(B) authorizes the Court to grant plaintiff's requested extension providing that "good cause" exists for the extension for good cause. Fed. R. Civ. P. 6(b)(1)(B). Courts have explained that good cause in this context simply "means a valid reason for delay[,]" Mann v. Castiel, 681 F.3d 368, 375 (D.C. Cir. 2012). Good cause is present here.

Plaintiff needs more time to respond to defendant's motion to dismiss [13] by filing an amended complaint by right because of the complexity of the issues raised in defendant's motion to dismiss and because of plaintiffs' counsel's travel schedule.

RELIEF REQUESTED

Plaintiff respectfully moves this Court to set the deadline for Plaintiff to file an amended complaint by right in response to defendant's motion to dismiss until September 8, 2015.

Respectfully submitted,

/sig/W Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs and the class
2020 Pennsylvania Ave., N.W.
#395
Washington, DC 20004
Phone 202/824-0700
Email claibornelaw@gmail.com