UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>　　v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

PROPOSED ORDER

　　Plaintiff's motion is GRANTED; plaintiff has until September 8, 2015 to file an amended complaint by right.


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Judge Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge