UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>    v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

CONSENT MOTION TO EXTEND PLAINTIFF'S DEADLINE FOR FILING MOTION FOR CLASS ACTION TREATMENT

    Plaintiff with the consent of defendant District of Columbia hereby respectfully moves this Court to extend plaintiff's deadline under LCvR 23.1(b) to file her motion for class action treatment by approximately 90 days until Monday, November 16, 2015. The time for filing this motion has not expired.

CONSENT SOUGHT AND OBTAINED

    Defendant consents to the relief sought herein.

MOTION TIMELY FILED

1

This motion is filed within the expiration of the 90 day period of LCvr 23.1(b) because it is filed within 90 days of the filing of the original complaint [1], filed 5/15/15. The current deadline is approximately 8/13/2015.

DISCUSSION

Rule 6(b) authorizes, for good cause shown, extensions of time prior to expiration of any time period. Pineda v. Am. Plastics Techs., Inc., 2014 U.S. Dist. LEXIS 67241, *23-24 (S.D. Fla. May 15, 2014). Courts routinely grant such motions in the absence of prejudice to the opposing party, Id., especially where the party in seeking extension has been diligent. Barnes v. D.C., 289 F.R.D. 1, 7 (D.D.C. 2012). District courts have broad discretion whether to grant or deny continuances filed before the deadline. D.A. v. District of Columbia, 2007 U.S. Dist. LEXIS 90640, *14-15 (D.D.C. Dec. 6, 2007).

Plaintiff moves to extend the deadline for several reasons including: (1) plaintiff has moved[1] for an extension to file an amended complaint by right pursuant to Fed. R. Civ. P. 15(a)(1) until September 8, 2015 [14] and plaintiff wishes to base the motion for class action treatment on the allegations and the class definitions in the amended complaint; and (2) plaintiff through counsel is continuing her investigation by interviewing additional potential named plaintiffs and collecting data on numerosity.

The motion is supported by good cause because plaintiff has "a valid reason for delay[,]" Mann v. Castiel, 681 F.3d 368, 375 (D.C. Cir. 2012).

---

[1] The Court has the authority to extend both the time period for filing an opposition to a motion and the 21-day time period for filing an amended complaint as a matter of course under Rule 15. Hayes v. Dist. of Columbia, 275 F.R.D. 343, 345 (D.D.C. 2011).

2

Respectfully submitted,


<u>/sig/ W. Claiborne</u>
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiff
2020 Pennsylvania Ave., N.W.
#395
Washington, DC 20004
Phone 202/824-0700