UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>    v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

## PROPOSED ORDER

Plaintiff's motion for an extension of her deadline to file her motion for class action treatment is hereby granted; and

Plaintiff shall file her motion for class action treatment on or before Monday, November 16, 2015.

HON. Royce C. Lamberth<br>
United States District Court Judge