UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

## ~~PROPOSED~~ ORDER

Plaintiff's motion is GRANTED; plaintiff has until September 8, 2015 to file an amended complaint by right.

_____  8/20/15
Judge Royce C. Lamberth
United States District Court Judge

1