UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>    v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

## CONSENT PLAINTIFF'S MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff hereby respectfully moves this Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) for a one week extension of plaintiff's deadline, until September 15, 2015, to filing an amended complaint as a matter of course under Rule 15. The Court has the authority to extend both the time period for filing an opposition to a motion and the 21-day time period for filing an amended complaint as a matter of course under Rule 15(a)(1)(B). <u>Hayes v. Dist. of Columbia</u>, 275 F.R.D. 343, 345 (D.D.C. 2011).

### CONSENT SOUGHT AND OBTAINED

Plaintiffs' counsel sought defendant's consent to the relief requested herein pursuant to LCvR 7(m) and defendant does consent.

### MOTION TIMELY FILED

This motion is filed before the expiration of the deadline for filing a response to defendant's motion to dismiss set by Fed. R. Civ. P. 15(a)(1)(B) and Fed. R. Civ. P. 6(d), which is September 8, 2015. [16]

APPLICABLE LAW SUPPORTS GRANT OF MOTION

Plaintiff filed a motion to extend her time to file a response to defendant's motion to dismiss on 7/30/2015. [14] This Court granted the motion and set plaintiff's new deadline for filing an amended complaint as a matter of course under Rule 15 for 9/8/2015. [16].

1. Reason for extension

Plaintiffs' counsel made an error in calculation when he moved to extend the time period for filing an amended complaint as a matter of course under Rule 15(a)(1)(B). Plaintiffs' counsel has family travel issues that week and plaintiffs' counsel should have asked to extend the time period until 9/15/2015. Moreover, appellants' filed their initial brief in <u>Wrenn v. District of Columbia</u>, 15-7507 (D.C. Cir.) on 8/27/2015 and plaintiffs' counsel want to study the brief before filing an amended complaint to help them decide whether to plead the end of the class period as 10/19/2015, the effective date of emergency legislation responding to the <u>Palmer</u>[1] ruling, or whether to leave the class period as it is defined in the original complaint.

2. Rule 6(b) authorizes the extension

Rule 6(b) authorizes, for good cause shown, extensions of time prior to expiration of any time period. <u>Pineda v. Am. Plastics Techs., Inc.</u>, 2014 U.S. Dist. LEXIS 67241, *23-24 (S.D. Fla. May 15, 2014). Courts routinely grant such motions in the absence of prejudice to the opposing

---

[1] <u>Palmer v. District of Columbia</u>, No. 1:09-CV-1482 (D.D.C. 2014) [Document # 51]. On July 24, 2014, the U.S. District Court for the District of Columbia ruled in <u>Palmer</u> that the District's total ban on the carrying of handguns outside the home is unconstitutional.

party, Id., especially where the party in seeking extension has been diligent. Barnes v. D.C., 289 F.R.D. 1, 7 (D.D.C. 2012). District courts have broad discretion whether to grant or deny continuances filed before the deadline. D.A. v. District of Columbia, 2007 U.S. Dist. LEXIS 90640, *14-15 (D.D.C. Dec. 6, 2007).

Here, defendant will not be prejudiced because the extension is short and defendant has consented. The extension should not impact other deadlines in the case or the Court's calendar because the extension is only one week. Nor is this a case where a party files an amended pleading as a matter of right on the eve of a court's ruling on a dispositive Rule 12 motion. Hayes, 275 F.R.D. at 345.

Plaintiff needs more time to respond to defendant's motion to dismiss [13] by filing an amended complaint by right because of plaintiffs' counsel's travel schedule and to study the briefs in Wrenn.

**RELIEF REQUESTED**

Plaintiff respectfully moves this Court to set the deadline for Plaintiff to file an amended complaint by right in response to defendant's motion to dismiss [13] until September 15, 2015.

Respectfully submitted,

/sig/W Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs and the class
2020 Pennsylvania Ave., N.W.
#395
Washington, DC 20004
Phone 202/824-0700
Email clairbornelaw@gmail.com