UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

PROPOSED ORDER

      Plaintiff's motion is GRANTED; plaintiff has until September 15, 2015 to file an amended complaint by right.

      _____
      Judge Royce C. Lamberth
      United States District Court Judge

1