UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

## ~~PROPOSED~~ Consent ORDER

Plaintiff's ~~consent~~ motion for an extension of her deadline to file her motion for class action treatment is hereby granted; and

Plaintiff shall file her motion for class action treatment on or before Monday, November 16, 2015.

*[signature]* 8/31/15
HON. Royce C. Lamberth
United States District Court Judge