UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-737 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Defendant's Motion to Dismiss the Amended Complaint, including all written and oral argument in support of and in opposition to the motion, it is:

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**, and it is also

**ORDERED** that the Amended Complaint is dismissed *with prejudice*.

**SO ORDERED.**


Dated: _____              _____
                                     ROYCE C. LAMBERTH
                                     United States District Court Judge