UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH *et al*<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

CONSENT MOTION TO EXTEND PLAINTIFFS' DEADLINE FOR FILING

OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

Plaintiffs with the consent of defendant District of Columbia hereby respectfully moves this Court pursuant to Fed. R. Civ. Proc. 6 (b)(1)(A) to extend plaintiff's deadline under LCvR 7(b) to file her opposition to the Defendant's Motion to Dismiss Plaintiff's Amended Complaint [23] by approximately 30 days until Thursday, November 19, 2015. The time for filing this motion has not expired.

CONSENT SOUGHT AND OBTAINED

Defendant consents to the relief sought herein. LCvR 7(m).

MOTION TIMELY FILED

1

This motion is filed within the expiration of the 14 day period allowed by LCvR 7(b) to file an opposition because it is filed within 14 days of the filing of the District's Motion to Dismiss Amended Complaint, filed 10/02/15. The current deadline is approximately 10/19/2015.

DISCUSSION

Rule 6(b)(1)(A) authorizes, for good cause shown, extensions of time prior to expiration of any time period. Pineda v. Am. Plastics Techs., Inc., 2014 U.S. Dist. LEXIS 67241, *23-24 (S.D. Fla. May 15, 2014). Courts routinely grant such motions in the absence of prejudice to the opposing party, Id., especially where the party in seeking extension has been diligent. Barnes v. D.C., 289 F.R.D. 1, 7 (D.D.C. 2012). District courts have broad discretion whether to grant or deny continuances filed before the deadline. D.A. v. District of Columbia, 2007 U.S. Dist. LEXIS 90640, *14-15 (D.D.C. Dec. 6, 2007).

Plaintiff moves to extend the deadline for several reasons including: (1) plaintiffs intend to file its Opposition simultaneously with its motion for class treatment, which is due on or about 11/16/2015; and (2) the complexity of the constitutional issues raised in this case require additional time to fully and adequately respond to the issues raised in the defendant's Motion to Dismiss Amended Complaint. Moreover, plaintiffs' counsel' have several major filings due this month and plaintiffs' counsel need to space out the filings.

The motion is supported by good cause because plaintiff has "a valid reason for delay[,]" Mann v. Castiel, 681 F.3d 368, 375 (D.C. Cir. 2012).

| Respectfully submitted, | Respectfully submitted, |
| --- | --- |
| /s/ William Claiborne | /s/ Joseph A. Scrofano |

| WILLIAM CLAIBORNE<br>D.C. Bar # 446579<br><br>Counsel for Ms. Smith, Mr. Rouse, and Mr. Cassagnol on behalf of themselves and the putative class members<br><br>2020 Pennsylvania Ave., N.W<br>Suite 395<br>Washington, DC 20006<br>Phone 202/824-0700<br>Email claibornelaw@gmail.com | JOSEPH A. SCROFANO<br>D.C. Bar # 994083<br><br>Counsel for Ms. Smith, Mr. Rouse, and Mr. Cassagnol on behalf of themselves and the putative class members<br><br>406 5th Street NW<br>Suite 100<br>Washington, DC 20001<br>Phone (202) 870-0889<br>Email jas@scrofanolaw.com |
|---|---|