UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>    v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

PROPOSED ORDER

Plaintiff's motion is GRANTED; plaintiff has until November 19, 2015 to file an opposition to Defendant's Motion to Dismiss the Amended Complaint.

_____
Judge Royce C. Lamberth
United States District Court Judge

1