UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>   v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

PLAINTIFFS' EXHIBIT LIST

| | |
|---|---|
| Ps. Ex. # 1 | Cassagnol affidavit re Property Clerk |
| Ps. Ex. # 2 | Cassagnol arrest / prosecution documents |
| Ps. Ex. # 3 | Mr. Cassagnol affidavit |
| Ps. Ex. # 4 | Rouse arrest / prosecution documents |
| Ps. Ex. # 5 | Claiborne class counsel affidavit |
| Ps. Ex. # 6 | Delontay Davis PD 81 |
| Ps. Ex. # 7 | Scrofano declaration re spreadsheet establishing numerosity |
| Ps. Ex. # 8 | Smith arrest / prosecution documents |
| Ps. Ex. # 9 | Scrofano class counsel affidavit |