UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**<br>1400 Michigan Ave., NE<br>Washington, DC 20017<br><br>On behalf of herself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>**Defendant.** | Civil Action No.: 1:15-cv-00737-FJS |

## AFFIDAVIT OF KASSIE RICHBOURG

My name is Kassie Lee Richbourg. I am over the age of 18 and state the following is true, to the best of my knowledge and believe, under penalty of perjury, that on July 22, 2015:

1. I was working in my capacity as a law clerk for Scrofano Law, P.C.

2. Attorney Joseph Scrofano met with client Gerard Cassagnol.

3. Mr. Cassagnol attempted to contact the Metropolitan Police Department ("MPD") to obtain property (i.e. his firearm) that MPD took from him when he was arrested two years prior.

4. I listened to Mr. Cassagnol's phone conversation with MPD through Mr. Cassagnol's speakerphone.

5. At approximately 12:04 p.m., Mr. Cassagnol called the Evidence Control Branch of MPD at phone number 202-727-3230.

6. Technician Ferguson of the Evidence Control Branch answered Mr. Cassagnol's phone call and asked Mr. Cassagnol for a bar code number. Mr. Cassagnol did not have a bar number and gave Technician Ferguson his CCN number instead.

7. Technician Ferguson informed Mr. Cassagnol that if he wanted his property back he would have to contact his lawyer and that his lawyer would have to ask the prosecutor to fill out a PD 81(c) form with MPD so that MPD could release his property.

8. Technician Ferguson stated that she could not give Mr. Cassagnol his property at that time until she received a PD 81(c) to release Mr. Cassagnol's property.

9. The phone call ended at approximately 12:08 p.m.


Respectfully Submitted,

Kassie Lee Richbourg

Dated August 4, 2015