D.C. Courts Home

# Court Cases Online

Case Search for Person: CASSAGNOL, GERARD

Search retrieved 2 cases in less than a second.

Click here to view search criteria

Selected 1 cases to view

Click here to view search results

Viewing single case; Details retrieved in less than a second.

Click here to view case summary

| 2014 CTF 013231: District of Columbia Vs. CASSAGNOL, GERARD R | | | |
|---|---|---|---|
| Case Type: | Traffic | File Date: | 07/29/2014 |
| Status: | Closed | Status Date: | 07/29/2014 |
| Disposition: | Dismissed-Nolle-Prosequi | Disposition Date: | 04/20/2015 |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| CASSAGNOL, GERARD R | CASSAGNOL, GERARD ROBERT | Defendant (Criminal) | GOLDBERG, RICHARD P. |

| Docket Date | Description | Messages |
|---|---|---|
| 04/20/2015 | Event Resulted - Release Status: | Event Resulted - Release Status: Bond no longer applicable. OAG Lewis is present. The government Nolles the case.<br>The following event: Jury Trial scheduled for 04/20/2015 at 9:30 am has been resulted as follows:<br><br>Result: Dismissed - Nolle<br>Judge: WILLIAMS, YVONNE Location: Courtroom 216<br>GERARD R CASSAGNOL (Defendant (Criminal)); ; RICHARD P. GOLDBERG (Attorney) on behalf of GERARD R CASSAGNOL (Defendant (Criminal)); Judge YVONNE WILLIAMS |
| 04/20/2015 | Case Disposed - Nolle Prosequi | Case Disposed - Nolle Prosequi |
| 04/20/2015 | Charge Disposed - Nolle Prosequi | Charge Disposed - Nolle Prosequi |
| 04/20/2015 | Charge Disposed - Nolle Prosequi | Charge Disposed - Nolle Prosequi |
| 02/24/2015 | Motion for Review of Magistrate Judge Order | Defendant Garard Cassagnol's Motion for Review the Magistrate Judge's Ruling on Defendant's Motion to Dismiss and Incorporated Memorandum.<br>Attorney: CLEMENTS, NOAH A. (500019) |
| 02/24/2015 | Motion to Suppress Filed: | Defendant Gerard Cassagnol's Motion to Suppress Physical Evidence and Statements and Incorporated Memorandum.<br>Attorney: GOLDBERG, RICHARD P. (492926) |
| 12/31/2014 | Judge Caseload Transfer-Criminal | Judge Caseload Transfer-Criminal<br>The judge was changed from RYAN, MICHAEL to WILLIAMS, YVONNE . |
| 12/31/2014 | Event Scheduled | Event Scheduled<br>Event: Jury Trial<br>Date: 04/20/2015 Time: 9:30 am<br>Judge: WILLIAMS, YVONNE Location: Courtroom 216 |
| 11/21/2014 | Event Scheduled | Event Scheduled<br>Event: Jury Trial<br>Date: 04/20/2015 Time: 9:30 am<br>Judge: RYAN, MICHAEL Location: Courtroom 216 |
| 11/21/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 11/21/2014 13:03:22.53 |
| 11/21/2014 | Event Resulted - Release Status: | Event Resulted - Release Status:<br>The following event: Jury Trial scheduled for 04/07/2015 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: RYAN, MICHAEL Location: Courtroom 216 |
| 11/21/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR. Status hearing and held and a trial date were set. Plea offer was placed on the record and rejected. Motion hearing given.<br>The following event: Status Hearing scheduled for 11/21/2014 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: RYAN, MICHAEL Location: Courtroom 216<br>GERARD R CASSAGNOL (Defendant (Criminal)); ; RICHARD P. GOLDBERG (Attorney) on behalf of GERARD R CASSAGNOL (Defendant (Criminal)); Judge MICHAEL RYAN |

| Date | Event Type | Details |
|---|---|---|
| 11/21/2014 | Event Scheduled | Event Scheduled<br>Event: Jury Trial<br>Date: 04/07/2015 Time: 9:30 am<br>Judge: RYAN, MICHAEL Location: Courtroom 216 |
| 11/21/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 11/21/2014 11:08:25.18 |
| 11/21/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 11/21/2014 11:07:44.54 |
| 10/14/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR - Defense Motion to Dismiss was denied. Defense request for a Jury Trial was granted. Case continued for a Status Hearing. AAG: Jose Marrero was present in court.<br>The following event: Motion Hearing scheduled for 10/14/2014 at 3:00 pm has been resulted as follows:<br><br>Result: Transferred Out To: JUDGE RYAN<br>Judge: WINGO, ELIZABETH Location: Courtroom 115<br>GERARD R CASSAGNOL (Defendant (Criminal)); ; RICHARD P. GOLDBERG (Attorney) on behalf of GERARD R CASSAGNOL (Defendant (Criminal)); Judge ELIZABETH WINGO on behalf of Judge MICHAEL RYAN |
| 10/14/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 11/21/2014 Time: 9:30 am<br>Judge: RYAN, MICHAEL Location: Courtroom 216 |
| 10/14/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 10/14/2014 15:30:53.25 |
| 10/14/2014 | Case Transferred to Another Judge | Case Transferred to Another Judge<br>The judge was changed from WINGO, ELIZABETH to RYAN, MICHAEL |
| 10/08/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR<br>The motion has been continued 10/14/2014 at 3:00 PM in courtroom115. The Court will be making a ruling at that time. AAG Kim appeared for the Government.<br>The following event: Motion Hearing scheduled for 10/08/2014 at 10:30 am has been resulted as follows:<br><br>Result: Motions in Progress<br>Judge: WINGO, ELIZABETH Location: Courtroom 115<br>GERARD R CASSAGNOL (Defendant (Criminal)); ; RICHARD P. GOLDBERG (Attorney) on behalf of GERARD R CASSAGNOL (Defendant (Criminal)); Judge ELIZABETH WINGO |
| 10/08/2014 | Event Scheduled | Event Scheduled<br>Event: Motion Hearing<br>Date: 10/14/2014 Time: 3:00 pm<br>Judge: WINGO, ELIZABETH Location: Courtroom 115 |
| 10/08/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 10/08/2014 13:07:37.39 |
| 10/02/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: Personal Recognizance. Case continued for additional motion hearing date at request of Government Counsel. Defendant¿s presence waived for today; bench warrant rights reserved. AAG Martorana present for Government.<br>The following event: Motion Hearing scheduled for 10/02/2014 at 10:30 am has been resulted as follows:<br><br>Result: Status, Preliminary or Other Hearing Not Held<br>Judge: WINGO, ELIZABETH Location: Courtroom 115<br>RICHARD P. GOLDBERG (Attorney) on behalf of GERARD R CASSAGNOL (Defendant (Criminal))<br>Participant(s): Judge ELIZABETH WINGO |
| 10/02/2014 | Event Scheduled | Event Scheduled<br>Event: Motion Hearing<br>Date: 10/08/2014 Time: 10:30 am<br>Judge: WINGO, ELIZABETH Location: Courtroom 115 |
| 09/26/2014 | Order Entered on the Docket | Order Entered on the Docket - Order GRANTING Government's Motion for Extension of Time, signed in chambers 9/26/2014. Docketed and mailed to the parties 9/26/2014. JEB |
| 09/19/2014 | Motion to Extend Filed: | Government's Motion for Extension of Time<br>Attorney: BROWN, Ms MARY K (441114) |
| 09/09/2014 | Event Scheduled | Event Scheduled<br><br>The following event: Motion Hearing scheduled for 09/25/2014 at 10:30 am has been rescheduled as follows:<br><br>Event: Motion Hearing<br>Date: 10/02/2014 Time: 10:30 am<br>Judge: WINGO, ELIZABETH Location: Courtroom 115 |
| 09/09/2014 | Event Resulted - Release Status: | Event Resulted - Release Status:<br>The following event: Motion Hearing scheduled for 09/25/2014 at 10:30 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: WINGO, ELIZABETH Location: Courtroom 115 |
| 09/09/2014 | Order Granting Motion Entered on the Docket | Order Granting Motion Entered on the Docket - Order granting Defendant's Consent Motion to Continue the Hearing on the Motion to Dismiss signed in chambers, docketed, and mailed to parties on 09/09/14. BBG |
| 09/03/2014 | Motion for Continuance Filed | Defendant's Consent Motion to Continue the Hearing on the Motion to Dsimiss Filed.<br>Attorney: GOLDBERG, RICHARD P. (492926) |
| 08/22/2014 | Motion to Dismiss Filed: | Defendant's Motion to Dismiss and Incorporated Memorandum Filed.<br>Attorney: GOLDBERG, RICHARD P. (492926)<br>Attorney: CLEMENTS, NOAH A. (500019) |
| 07/29/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: Personal Recognizance. Case continued for motion hearing date at request of Defense Counsel. AAG Narva present for Government.<br>The following event: Arraignment - Citation scheduled for 07/29/2014 at 9:30 am has been resulted as follows:<br><br>Result: Defendant Pled Not Glty Trial Rights Were Asserted<br>Judge: WINGO, ELIZABETH Location: Courtroom 115 |
| 07/29/2014 | Event Scheduled | Event Scheduled<br>Event: Motion Hearing<br>Date: 09/25/2014 Time: 10:30 am<br>Judge: WINGO, ELIZABETH Location: Courtroom 115 |
| 07/29/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court |

| | | |
|---|---|---|
| | | Sent on: 07/29/2014 11:14:42.70 |
| 07/29/2014 | Attorney Appointed/Dismissed | Attorney Appointed<br>Attorney GOLDBERG, RICHARD P. representing Defendant (Criminal) CASSAGNOL, GERARD R as of 07/29/2014<br>GERARD R CASSAGNOL (Defendant (Criminal)); ; RICHARD P. GOLDBERG (Attorney) on behalf of GERARD R CASSAGNOL (Defendant (Criminal)); Judge ELIZABETH WINGO |
| 07/29/2014 | Event Scheduled | Event Scheduled<br>Event: Arraignment - Citation<br>Date: 07/29/2014 Time: 9:30 am<br>Judge: WINGO, ELIZABETH Location: Courtroom 115 |
| 07/29/2014 | Charge Filed | Charge Filed Charge 1: Possession of Unregistered Firearm<br>Charge 2: Possession of Ammunition |

D.C. Courts Home

# Court Cases Online

Case Search for Person: CASSAGNOL, GERARD

**Click here to view search criteria**

Search retrieved 2 cases in less than a second.

**Click here to view search results**

Selected 1 cases to view

Viewing single case; Details retrieved in less than a second.

**Click here to view case summary**

| 2013 CF2 017982: District of Columbia Vs. CASSAGNOL, GERARD R | | | |
|---|---|---|---|
| Case Type: | Felony II | File Date: | 10/10/2013 |
| Status: | Closed | Status Date: | 10/10/2013 |
| Disposition: | Dismissed | Disposition Date: | 07/29/2014 |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| CASSAGNOL, GERARD R | CASSAGNOL, GERARD ROBERT | Defendant (Criminal) | CLEMENTS, NOAH A.<br>GOLDBERG, RICHARD P. |

| Docket Date | Description | Messages |
|---|---|---|
| 07/29/2014 | Opposition to Motion Filed | Government's Opposition to Defendant's Motion to Suppress Evidence and Statements<br>Attorney: MACHEN, Mr RONALD C (447889) |
| 07/29/2014 | Motion to Late File Filed: | Government's Motion to Late File<br>Attorney: MACHEN, Mr RONALD C (447889) |
| 07/29/2014 | Opposition to Motion Filed | Government's Opposition to Defendant's Motion to Dismiss the Indictment Under the Second Amendment and the Privileges and Immunities Clause<br>Attorney: MACHEN, Mr RONALD C (447889) |
| 07/29/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: N/A- The government dismissed.<br>The following event: Jury Trial scheduled for 07/29/2014 at 9:30 am has been resulted as follows:<br><br>Result: Dismissed - Nolle<br>Judge: MCCABE, JOHN Location: Courtroom 217<br>GERARD R CASSAGNOL (Defendant (Criminal)); ; NOAH A. CLEMENTS (Attorney) on behalf of GERARD R CASSAGNOL (Defendant (Criminal)); Judge JOHN MCCABE |
| 07/29/2014 | Case Disposed - Dismissed | Case Disposed - Dismissed |
| 07/29/2014 | Charge Disposed - Dismissed | Charge Disposed - Dismissed |
| 07/29/2014 | Charge Disposed - Dismissed | Charge Disposed - Dismissed |
| 07/29/2014 | Charge Disposed - Dismissed | Charge Disposed - Dismissed |
| 06/18/2014 | Attorney Appointed/Dismissed | Attorney Retained<br>Attorney GOLDBERG, RICHARD P. representing Defendant (Criminal) CASSAGNOL, GERARD R as of 06/19/2014 |
| 06/18/2014 | Motion to Suppress Filed: | Motion to Suppress Physical Evidence and Statements Obtained Through the Warrantless Arrest and Un-Warned Questioning of Mr. Casagnol and Warrantless Search of His Truck and Incorporated Memorandum.<br>Attorney: CLEMENTS, NOAH A. (500019) |
| 06/17/2014 | Motion to Dismiss Filed: | Motion to Dismiss the Indictment Under the Second Amendment and the Privileges and Immunities Clause and Incorporated Memorandum Filed:<br>Attorney: CLEMENTS, NOAH A. (500019) |
| 03/04/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR PSA The defense request for trial date is granted. The government plea offer place on the record, and rejected by the defendant. A Jury Trial date was scheduled with Motions are due on 06/16/14 and responses due on 07/7/14.<br>The following event: Status Hearing scheduled for 03/04/2014 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: MCCABE, JOHN Location: Courtroom 217<br>GERARD R CASSAGNOL (Defendant (Criminal)); ; NOAH A. CLEMENTS (Attorney) on behalf of GERARD R CASSAGNOL (Defendant (Criminal)); Judge JOHN MCCABE |
| 03/04/2014 | Event Scheduled | Event Scheduled<br>Event: Jury Trial<br>Date: 07/29/2014 Time: 9:30 am<br>Judge: MCCABE, JOHN Location: Courtroom 217 |
| 03/04/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court |

| Date | Event | Details |
|---|---|---|
| | | Sent on: 03/04/2014 10:19:38.11 |
| 02/04/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR PSA<br>Defense request for a further status granted.<br>The following event: Status Hearing scheduled for 02/04/2014 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: MCCABE, JOHN Location: Courtroom 217<br>GERARD R CASSAGNOL (Defendant (Criminal)); ; NOAH A. CLEMENTS (Attorney) on behalf of GERARD R CASSAGNOL (Defendant (Criminal)); Judge JOHN MCCABE |
| 02/04/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 03/04/2014 Time: 9:30 am<br>Judge: MCCABE, JOHN Location: Courtroom 217 |
| 02/04/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 02/04/2014 09:43:27.39 |
| 01/03/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR PSA. Mutual continuance was granted to allow government to provide a possible misdemeanor plea offer.<br>Court Reporter: Kathy Hart.<br>AUSA: Veronica Jennings<br>The following event: Status Hearing scheduled for 01/03/2014 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: MCCABE, JOHN Location: Courtroom 217<br>GERARD R CASSAGNOL (Defendant (Criminal)); ; NOAH A. CLEMENTS (Attorney) on behalf of GERARD R CASSAGNOL (Defendant (Criminal)); Judge JOHN MCCABE |
| 01/03/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 02/04/2014 Time: 9:30 am<br>Judge: MCCABE, JOHN Location: Courtroom 217 |
| 01/03/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 01/03/2014 09:59:52.07 |
| 01/02/2014 | Judge Caseload Transfer-Criminal | Judge Caseload Transfer-Criminal<br>The judge was changed from F2 CAL 12 to MCCABE, JOHN . |
| 01/02/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 01/03/2014 Time: 9:30 am<br>Judge: MCCABE, JOHN Location: Courtroom 217 |
| 01/02/2014 | Judge Caseload Transfer-Criminal | Judge Caseload Transfer-Criminal<br>The judge was changed from MCCABE, JOHN to F2 CAL 12, . |
| 01/02/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 01/03/2014 Time: 9:30 am<br>Judge: F2 CAL 12 Location: Courtroom 312 |
| 12/31/2013 | Judge Caseload Transfer-Criminal | Judge Caseload Transfer-Criminal<br>The judge was changed from BURGESS JR, A FRANKLIN to MCCABE, JOHN . |
| 12/31/2013 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 01/03/2014 Time: 9:30 am<br>Judge: MCCABE, JOHN Location: Courtroom 311 |
| 12/11/2013 | Event Resulted - Release Status: | Event Resulted - Release Status: PR PSA: Court Reporter Tommy Ronan<br>Mutual continuance was granted. The Government is waiting for a copy of the Gun registration<br>And a second plea offer will be extended.<br>AUSA Ali Kargo was present<br>The following event: Status Hearing scheduled for 12/11/2013 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: BURGESS JR, A FRANKLIN Location: Courtroom 217<br>GERARD R CASSAGNOL, GERARD ROBERT CASSAGNOL (Defendant (Criminal)); ; Judge A FRANKLIN BURGESS JR |
| 12/11/2013 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 12/11/2013 Time: 9:30 am<br>Judge: BURGESS JR, A FRANKLIN Location: Courtroom 217 |
| 12/11/2013 | Event Resulted - Release Status: | Event Resulted - Release Status: PR PSA:<br>The following event: Status Hearing scheduled for 12/10/2013 at 9:30 am has been resulted as follows:<br><br>Result:Court Emergency /Inclement Weather<br>Judge: BURGESS JR, A FRANKLIN Location: Courtroom 217<br>GERARD R CASSAGNOL (Defendant (Criminal)); ; NOAH A. CLEMENTS (Attorney) on behalf of GERARD R CASSAGNOL (Defendant (Criminal)); Judge A FRANKLIN BURGESS JR<br>Participant(s): Judge A FRANKLIN BURGESS JR |
| 12/11/2013 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 01/03/2014 Time: 9:30 am<br>Judge: BURGESS JR, A FRANKLIN Location: Courtroom 217 |
| 12/11/2013 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 12/11/2013 10:01:23.21 |
| 11/07/2013 | Notice of Filing: | Notice of Filing:<br>Attorney: MACHEN, Mr RONALD C (447889) |
| 11/07/2013 | Event Resulted - Release Status: | Event Resulted - Release Status: PR PSA: Court Reporter Sherry Lindsay<br>The defendant was arraigned.<br>Plea offer stated on the record.<br>A Status Hearing date selected.<br>The following event: Felony Arraignment scheduled for 11/07/2013 at 9:30 am has been resulted as follows:<br><br>Result: Defn Arraigned Plead Not Guilty Jury Demand Made<br>Judge: BURGESS JR, A FRANKLIN Location: Courtroom 217<br>GERARD R CASSAGNOL (Defendant (Criminal)); ; NOAH A. CLEMENTS (Attorney) on behalf of GERARD R CASSAGNOL (Defendant (Criminal)); Judge A FRANKLIN BURGESS JR |
| 11/07/2013 | Event Scheduled | Event Scheduled |

| | | |
|---|---|---|
| | | Event: Status Hearing<br>Date: 12/10/2013 Time: 9:30 am<br>Judge: BURGESS JR, A FRANKLIN Location: Courtroom 217 |
| 11/07/2013 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 11/07/2013 10:29:44.21 |
| 10/23/2013 | Event Scheduled | Event Scheduled<br>Event: Felony Arraignment<br>Date: 11/07/2013 Time: 9:30 am<br>Judge: BURGESS JR, A FRANKLIN Location: Courtroom 217 |
| 10/23/2013 | Notice of Arraignment Mailed | Notice of Arraignment Mailed<br><br>Notice of Hearing-Criminal Arraignment<br>Sent on: 10/24/2013 10:50:25.65 |
| 10/23/2013 | Charge Filed | Charge Filed<br>Charge #3: Unlawful Poss Ammunition |
| 10/23/2013 | Charge Filed | Charge Filed<br>Charge #2: Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device |
| 10/23/2013 | Charge Filed | Charge Filed<br>Charge #1: Carry Pistol Outside Home/Business |
| 10/23/2013 | Indictment Filed | Indictment Filed---3 Counts<br>Attorney: MACHEN, Mr RONALD C (447889) |
| 10/11/2013 | Event Resulted - Release Status: | Event Resulted - Release Status: PR PSA. Defendant is released to Pre Trial Services Supervision. Probable Cause Found in this case. Case is pending the action of the Grand Jury. No further date set. Release Conditions imposed. The following event: Preliminary Hearing scheduled for 10/11/2013 at 9:00 am has been resulted as follows:<br><br>Result: Probable Cause Found Held for Grand Jury<br>Judge: SULLIVAN, FREDERICK Location: Courtroom 301<br>GERARD R CASSAGNOL (Defendant (Criminal)); ; NOAH A. CLEMENTS (Attorney) on behalf of GERARD R CASSAGNOL (Defendant (Criminal)); Judge FREDERICK SULLIVAN on behalf of Judge A FRANKLIN BURGESS JR |
| 10/11/2013 | Release Conditions Ordered | Release Conditions Ordered<br>Party Name: CASSAGNOL, GERARD R Party Type: Defendant (Criminal)<br><br>1) Other conditions:: BOND, Entry Date: 10/11/2013, Completion Date: , Amended Date:<br>YOU SHALL POSESS NO WEAPONS BY ORDER OF THE COURT. |
| 10/11/2013 | Release Conditions | Release Conditions<br><br>Pretrial Services Release Form<br>Sent on: 10/11/2013 12:07:08.01 |
| 10/11/2013 | Release Order Filed | Release Order Filed<br><br>Release Order - Jail<br>Sent on: 10/11/2013 12:03:03.56 |
| 10/10/2013 | Event Scheduled | Event Scheduled<br>Event: Preliminary Hearing<br>Date: 10/11/2013 Time: 9:00 am<br>Judge: SULLIVAN, FREDERICK Location: Courtroom 301 |
| 10/10/2013 | Defendant Preventively Detained pursuant to 23-1322(b) | Defendant Preventively Detained pursuant to 23-1322(b) No Bond come up issued<br>The following event: Presentment scheduled for 10/10/2013 at 1:00 pm has been resulted as follows: 1322 B1A Granted<br><br>Result: Preventive Detention Granted<br>Judge: HOWZE, KAREN Location: Courtroom C-10<br>Charge #1: Carry Pistol Outside Home/Business<br>GERARD R CASSAGNOL (Defendant (Criminal)); ; NOAH A. CLEMENTS (Attorney) on behalf of GERARD R CASSAGNOL (Defendant (Criminal)); Judge KAREN HOWZE on behalf of Judge A FRANKLIN BURGESS JR |
| 10/10/2013 | Attorney Appointed/Dismissed | Attorney Appointed<br>Attorney CLEMENTS, NOAH A. representing Defendant (Criminal) CASSAGNOL, GERARD R as of 10/10/2013<br>GERARD R CASSAGNOL (Defendant (Criminal)); ; NOAH A. CLEMENTS (Attorney) on behalf of GERARD R CASSAGNOL (Defendant (Criminal)); Judge KAREN HOWZE on behalf of Judge A FRANKLIN BURGESS JR |
| 10/10/2013 | Commitment Pending Disposition Filed | Commitment Pending Disposition Filed |
| 10/10/2013 | Event Scheduled | Event Scheduled<br>Event: Presentment<br>Date: 10/10/2013 Time: 1:00 pm<br>Judge: HOWZE, KAREN Location: Courtroom C-10 |
| 10/10/2013 | Charge Filed | Charge Filed Charge 1: Carry Pistol Outside Home/Business |

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
UNITED STATES
VS
CASSAGNOL, GERARD ROBERT

The event occured on 10/09/2013 at approximately 2034 at 3900 CLAY PL NE in Washington DC.

This event occurred in PSA 603 Washington D.C.

On 10/09/2013, at approximately 2035 hours, MPO Burgeson and Officer Van Dyke received a radio call for a man with a gun at and or near the McDonalds at 3901 Minnesota Avenue. A lookout was given for a hispanic/light skinned black male wearing a blue shirt and tan pants. The described male was said to be sitting in a white truck, with `Cox Cable` written on the side. Upon our arrival officers located a white pickup truck parked directly adjacent to the McDonald`s parking lot. The vehicle was parked in the 3900 Block of Clay Place NE. Officer Van Dyke and MPO Burgeson approached the vehicle and immediately recognized an unknown male (D-1; later identified as Cassagnol, Gerard by his MD driver`s license) wearing a blue shirt and tan pants. Officers made contact with D-1 and explained the nature of the call and the reason officers were at the same location as D-1. D-1 stated `I have a gun in the back seat of my truck`. D-1 continued to say, `Yes, it is my gun and I have owned it for fourteen years, this aint a big deal, it`s registered.` MPO Burgeson stayed with D-1, while Officer Van Dyke located the handgun in the rear seat through the window in plainview. Also located was a loaded magazine directly next to the handgun. Also located was a box of loose 9mm live ammunition rounds. These rounds were hollow-points and were the same caliber, make, and model as the rounds within the magazine next to the handgun.

The weapon appeared to be operational, meant to be fired by one hand, with a barrel less than 12 inches, and meant to fire a projectile by means of an explosion.

D-1 was then placed under arrest for CPWL and transported to 6D for processing.

Crime Scene Officer Langford processed the crime scene and took possession of the weapon. The weapon was a black semi-automatic 9mm handgun (Serial # 408450, Make: KIMBER, Model: DP51) in plain view of a plastic container. Crime Scene also took into possession the magazine rounds and the loose rounds with an unknown count. Officer Langford will disclose the count of ammunition after his report is processed.

Crime Scene Officer Langford also conducted a buccal (cheek) swab of D-1, upon consent, at Sixth District main station.

*[handwritten annotations: "place of business", "Transp"]*

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this

VANDYKE, ROBERT M            4522            6D
Police Officer               Badge           Unit            Witness / Deputy Clerk

                                                             WADE, J.
VANDYKE, ROBERT M / 9666
Printed Name of Member / CAD#                 Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2514