UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MAGGIE SMITH, et al.

Plaintiffs,

v.

GOVERNMENT OF THE DISTRICT OF COLUMBIA

Defendant.

Civil Action No.: 15-737 (RCL)

### AFFIDAVIT OF GERARD "ROB" CASSAGNOL

1. At the time of my arrest in the District on October 9, 2013 I was a full-time employee of Cox Communications. I worked shifts varying in length from 8 to 15 hours per day.

2. I have four children, including two I care for, one of which has Williams Syndrome.[1]

3. Prior to my arrest in the District on October 9, 2013 I had no criminal convictions and I had only minimal contact with the police such as traffic offenses.

4. At the time of my arrest in the District I owned a 9 millimeter pistol which I had registered in Maryland.

5. I was fired from my job with Cox Communication in Maryland as a result of my arrest in DC.

### My arrest by the MPD

---

[1] The Amended Complaint mistakenly refers to my son as having Down syndrome. That was a typographical error. He has Williams syndrome.

Scanned by CamScanner

6. MPD officers arrested me on October 9, 2013 in Southeast, Washington, D.C. while on my way home from work in my employer's Cox Communications truck and charged me with carrying a pistol without a liscense.

7. The officers took a 9 millimeter pistol from my possession.

8. The officers took me to the Sixth District station where I was booked and fingerprinted and placed in a cell with others. I spent the night in jail and I was presented in Superior Court the next afternoon. Upon arrest, I was told by the Detective that I would be released within hours. As a result, I did not eat anything when given the opportunity. Despite repeated requests to make a phone call to my son, I was told several different stories about when I would get to use the phone. Ultimately, I was never allowed to call my son who suffers anxiety as a result of his condition. I was held in custody for approximately fifteen hours and no family members knew of my whereabouts.

### Seizure and unlawful retention of Mr. Cassagnol's property by the MPD

9. The 9 mm pistol the MPD took from me was a DAEWOO, model DP51, worth approximately $500.00.

10. The MPD also took some ammunition.

11. The MPD still has custody of the gun.

12. On July 22, 2015, I called the Evidence Control Branch of the Metropolitan Police Department and I spoke to Technician Ferguson of the Evidence Control Branch, and requested the return of my property.

13. Technician Ferguson informed me that I would have to contact my lawyer if I wanted my property back.

14. Technician Ferguson further stated that my lawyer would have to contact the prosecutor and request that the prosecutor to fill out a PD 81C form to get my property returned.

15. Despite the fact that all charges against me were finally dismissed on or about April 20, 2015, the District has not returned my pistol or given me notice and a hearing at which I could challenge the District's retention of my pistol or the District could justify its continued retention of my pistol.

I, Gerard "Rob" Cassagnol, pursuant to 28 U.S.C. § 1746, certify as true under penalty of perjury under the laws of the United States of America that the following is true and correct.

_____
Gerard "Rob" Cassagnol

Date 11/13/15
Place Silver Spring

Scanned by CamScanner