D.C. Courts Home

# Court Cases Online

Case Search for Person: ROUSE, FREDERICK

Click here to view search criteria

Search retrieved 2 cases in less than a second.

Click here to view search results

Selected 1 cases to view

Viewing single case; Details retrieved in less than a second.

Click here to view case summary

| 2014 CDC 015375: District of Columbia Vs. ROUSE, FREDERICK | | | |
|---|---|---|---|
| Case Type: | Dist Of Col | File Date: | 09/01/2014 |
| Status: | Closed | Status Date: | 09/01/2014 |
| Disposition: | -Look-dismissed continue | Disposition Date: | 04/22/2015 |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| ROUSE, FREDERICK | | Defendant (Criminal) | GROSS, DANIEL A |

| Docket Date | Description | Messages |
|---|---|---|
| 04/22/2015 | Event Resulted - Release Status: | Event Resulted - On the condition that defendant's affidavit be filed in the docket of this case, govt moved to dismiss this case. AAG Kim present for the govt.<br>The following event: Status Hearing scheduled for 04/22/2015 at 9:30 am has been resulted as follows:<br><br>Result: Dismissed - Nolle<br>Judge: MCKENNA, JULIET J Location: Courtroom 312<br>FREDERICK ROUSE (Defendant (Criminal)); ; DANIEL A GROSS (Attorney) on behalf of FREDERICK ROUSE (Defendant (Criminal)); Judge JULIET J MCKENNA |
| 04/22/2015 | Disposed case - nolle prosequi | Disposed case - nolle prosequi |
| 04/22/2015 | Disposed charge - nolle prosequi | Disposed charge - nolle prosequi |
| 04/22/2015 | Disposed charge - nolle prosequi | Disposed charge - nolle prosequi |
| 04/22/2015 | Form Filed: | **Defendant's Affidavit** |
| 03/16/2015 | Event Resulted - Release Status: | Event Resulted - Release Status: PR-PSA. Consent motion is granted orally in court. Case continued for status with possible global disposition with defendant's re-arrest matter 2015 CTF 003435. AAG Karpoff present for the govt.<br>The following event: Jury Trial scheduled for 03/16/2015 at 9:30 am has been resulted as follows:<br><br>Result: Mutual Continuance Possible Disposition<br>Judge: MCKENNA, JULIET J Location: Courtroom 312<br>FREDERICK ROUSE (Defendant (Criminal)); ; DANIEL A GROSS (Attorney) on behalf of FREDERICK ROUSE (Defendant (Criminal)); Judge JULIET J MCKENNA |
| 03/16/2015 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 04/22/2015 Time: 9:30 am<br>Judge: MCKENNA, JULIET J Location: Courtroom 312 |
| 03/16/2015 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 03/16/2015 09:35:57.15 |
| 01/08/2015 | Correspondence Filed/Received/Sent | Correspondence Filed/Received- Order for Motion to Dismiss Returned Undeliverable |
| 12/31/2014 | Judge Caseload Transfer-Criminal | Judge Caseload Transfer-Criminal<br>The judge was changed from JACKSON, WILLIAM M to MCKENNA, JULIET . |
| 12/31/2014 | Event Scheduled | Event Scheduled<br>Event: Jury Trial<br>Date: 03/16/2015 Time: 9:30 am<br>Judge: MCKENNA, JULIET J Location: Courtroom 312 |
| 12/18/2014 | Order Denying Motion Entered on the Docket | Order Denying defendant's Motion to Dismiss Indictment signed in chambers by Judge Jackson on December 18, 2014, and Entered on the Docket on December 18, 2014. Copies mailed to parties on December 19, 2014. PHF |
| 12/15/2014 | Opposition to Motion Filed | District of Columbia's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Suppress Evidence Filed.<br>Attorney: BROWN, Ms MARY K (441114) |
| 12/15/2014 | Opposition to Motion Filed | District of Columbia's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss Filed.<br>Attorney: BROWN, Ms MARY K (441114) |

| Date | Event | Details |
|---|---|---|
| 12/02/2014 | Order Entered on the Docket | Order requiring the government to respond to defendant's Motion to Dismiss Indictment and Motion to Supress Evidence and Statements signed by Judge Jackson in chambers on December 2, 2014, and Entered on the Docket December 2, 2014. Copies mailed to parties December 3, 2014. PHF |
| 11/26/2014 | Motion to Dismiss Filed: | Motion to Dismiss Indictment Filed.<br>Attorney: GROSS, DANIEL A (993372) |
| 11/26/2014 | Motion to Suppress Filed: | Motion to Suppress Evidence and Statements Filed.<br>Attorney: GROSS, DANIEL A (993372) |
| 10/29/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR PSA<br>Mr. Rouse rejected the plea offer that was made by the Office of Attorney General representative AAG Pierce whom was in court representing the Office of Attorney General. The case has been set for trial. All motions due in 30 days and all response are due 30 days thereafter. The Official court reporter was Anne Gardener.<br>The following event: Status Hearing scheduled for 10/29/2014 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: JACKSON, WILLIAM M Location: Courtroom 312<br>FREDERICK ROUSE (Defendant (Criminal)); ; DANIEL A GROSS (Attorney) on behalf of FREDERICK ROUSE (Defendant (Criminal)); Judge WILLIAM M JACKSON |
| 10/29/2014 | Event Scheduled | Event Scheduled<br>Event: Jury Trial<br>Date: 03/16/2015 Time: 9:30 am<br>Judge: JACKSON, WILLIAM M Location: Courtroom 312 |
| 10/29/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 10/29/2014 09:59:19.54 |
| 10/15/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR - Jury demand made. Case set for status before Associate Judge.<br>The following event: Status Hearing scheduled for 10/15/2014 at 10:00 am has been resulted as follows:<br><br>Result: Transferred Out To:<br>Judge: BRANDT, RAINEY Location: Courtroom 120<br>FREDERICK ROUSE (Defendant (Criminal)); ; DANIEL A GROSS (Attorney) on behalf of FREDERICK ROUSE (Defendant (Criminal)); Judge RAINEY BRANDT on behalf of Judge WILLIAM M JACKSON |
| 10/15/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 10/29/2014 Time: 9:30 am<br>Judge: JACKSON, WILLIAM M Location: Courtroom 312 |
| 10/15/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 10/15/2014 10:08:43.51 |
| 10/15/2014 | Case Transferred to Another Judge | Case Transferred to Another Judge<br>The judge was changed from BRANDT, RAINEY to JACKSON, WILLIAM M |
| 09/19/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR - Case set to 120 for status.<br>The following event: Ascertainment of Counsel scheduled for 09/19/2014 at 9:30 am has been resulted as follows:<br><br>Result: New Counsel Appointed or Retained<br>Judge: BRANDT, RAINEY Location: Courtroom 120<br>FREDERICK ROUSE (Defendant (Criminal)); ; DANIEL A GROSS (Attorney) on behalf of FREDERICK ROUSE (Defendant (Criminal)); Judge RAINEY BRANDT |
| 09/19/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 10/15/2014 Time: 10:00 am<br>Judge: BRANDT, RAINEY Location: Courtroom 120 |
| 09/19/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 09/19/2014 09:38:58.09 |
| 09/19/2014 | Attorney Appointed/Dismissed | Attorney Retained<br>Attorney GROSS, DANIEL A representing Defendant (Criminal) ROUSE, FREDERICK as of 09/19/2014<br>FREDERICK ROUSE (Defendant (Criminal)); ; DANIEL A GROSS (Attorney) on behalf of FREDERICK ROUSE (Defendant (Criminal)); Judge RAINEY BRANDT |
| 09/01/2014 | Release Conditions Ordered | Release Conditions Ordered<br>Party Name: ROUSE, FREDERICK Party Type: Defendant (Criminal)<br><br>1) Other conditions:: BOND PR PSA, Entry Date: 09/01/2014, Completion Date: , Amended Date:<br>DO NOT POSSESS ANY WEAPONS IN THE DISTRICT OF COLUMBIA |
| 09/01/2014 | Release Conditions | Release Conditions |
| 09/01/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR PSA<br>The following event: Traffic - Lockup Arraignments scheduled for 09/01/2014 at 11:00 am has been resulted as follows:<br><br>Result: Defendant Pled Not Glty Trial Rights Were Asserted<br>Judge: HOLEMAN, BRIAN F Location: Courtroom C-10<br>FREDERICK ROUSE (Defendant (Criminal)); ; Judge BRIAN F HOLEMAN on behalf of Judge RAINEY BRANDT |
| 09/01/2014 | Event Scheduled | Event Scheduled<br>Event: Ascertainment of Counsel<br>Date: 09/19/2014 Time: 9:30 am<br>Judge: BRANDT, RAINEY Location: Courtroom 120 |
| 09/01/2014 | Event Scheduled | Event Scheduled<br>Event: Traffic - Lockup Arraignments<br>Date: 09/01/2014 Time: 11:00 am<br>Judge: HOLEMAN, BRIAN F Location: Courtroom C-10 |
| 09/01/2014 | Charge Filed | Charge Filed Charge 1: Possession of Unregistered Firearm<br>Charge 2: Unlawful Possession of Ammunition |

MPD INTERNAL Document: Not For Public Distribution

**Metropolitan Police Department**
**Washington, D.C.**

## Incident - Based Event Report

REPORT NUMBER: 14131791



| PART I - CLASSIFICATION OF EVENT ||||
|---|---|---|---|
| **TYPE OF REPORT** OFFENSE | **EVENT START DATE / TIME** 08/30/2014 / 1350 | **EVENT END DATE / TIME** 08/30/2014 / 1420 | **DATE OF REPORT** 08/30/2014    **TIME OF REPORT** 1530 |
| **DISTRICT** 1D | **SECTOR** | **PSA** 102 | **COMPLAINT NUMBER** 14131791 |
| **EVENT LOCATION ADDRESS** 999 9TH ST NW, # 884 | **POSITION** INSIDE OF | **REPORT RECEIVED BY** ANI/ALI | **RADIO RUN LOCATION IF DIFFERENT FROM EVENT LOCATION**    **PROPERTY TYPE** PRIVATE |
| **EVENT NO. 1** | POSSESSION OF UNREGISTERED FIREARM |||
| **EVENT NO. 2** | POSSESSION OF UNREGISTERED AMMUNITION |||
| **FORCED ENTRY** NO | **POINT OF ENTRY** | **Method Used** | **WEATHER CONDITIONS** CLEAR |
| **SUSPECTED HATE CRIME?** | **SECURITY SYSTEM** | **LOCATION TYPE** HOTEL/MOTEL/ETC. | **DESIGNATED AREAS** HOTEL/MOTEL ROOM |
| **Loc Comment** @HOTEL - RENAISSANCE WASHINGTON - 999 9 ST NW | | **ABC Establishment?** NO | **DV-related?** NO |
| **Suspicious Activities?** | NONE | | |

| PART II - VICTIM INFORMATION |||||
|---|---|---|---|---|
| | **TYPE** COMPLAINANT | **NAME OF COMPLAINANT/VICTIM** S0CIETY, 2014 | **RELATED TO EVENT NO(S).** 1 | **VICTIM TYPE** SOCIETY/ PUBLIC |
| | **DATE OF BIRTH** | **AGE RANGE**   **SEX** UNKNOWN | **HOME PHONE** | **BUSINESS PHONE** |
| 1 | **RACE / ETHNICITY** UNKNOWN / UNKNOWN | | **HOME ADDRESS** | |
| | **BUSINESS ADDRESS/SCHOOL** | **OCCUPATION** | **IS EVENT RELATED TO OCCUPATION?** NO | |
| | **ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM** | | | |

## PART III - WITNESS

**INJURIES** Use the following codes to describe injuries.
N = None Visible    O = Other Major Injury    M = Apparent Minor Injury    I = Possible Internal Injury    T = Loss of Teeth
L = Severe Laceration   B = Apparent Broken Bones   G = Gunshot    U = Unconscious

### IV PROPERTY

| | Code | Description of Item(s) | Serial Number / Operation ID No. | Model No. | Color | Size | Qty. | Comp. Value | Age | MPDC Value | Property Book & Page No. | Location of Property Book |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EVIDENCE | GLOCK 33 PISTOL | ESK265US | 33 | BLACK | | 1 | | | 1.00 | | |
| 2 | EVIDENCE | FNH BLACK PISTOL | 386150678 | | | | 1 | | | 1.00 | | |
| | | | | | | | | TOTAL VALUE | | | | |

### PROPERTY ADDITIONAL INFORMATION

| Sl. No. | Make | Model | UM | Other Jurisdiction |
|---|---|---|---|---|
| 1 | GLOCK, INC. | 33 | | |
| | NOTES | | | |
| 2 | FOREHAND ARMS C | Model | UM | Other Jurisdiction |
| | NOTES | | | |

### PART VI - SUSPECT INFORMATION

| | TYPE | SUSPECT NAME | DOB | RACE / ETHNICITY | SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|
| | DEFENDANT OR RESPONDENT (ARREST) | ROUSE, FREDERICK | ███████ | BLACK / NOT OF HISPANIC ORIGIN | MALE | 6' 02" | 280 - 290 |
| | **EYES** | **EXACT AGE OR RANGE** | **COMPLEXION** | **SCARS** | **HAIR** | **HAT** | **PANTS** |
| | BROWN | 31 | MEDIUM | | BLACK | | SHORTS |
| | **FACIAL HAIR** | | **COAT / JACKET** | **BLOUSE / SHIRT** | **HOME PHONE** | | **OTHER PHONE** |
| | | | | BLUE | ███████ | | |
| 1 | **WORK PHONE** | | **HOME ADDRESS** ███████████████ | | **OCCUPATION** | **WORK ADDRESS** | |
| | **PERPETRATOR SUSPECTED OF USING** | | | | | | |

### WEAPONS USED IN OFFENSE

| FIREARM | OTHER | COLOR | MAKE | MODEL | CALIBER |
|---|---|---|---|---|---|
| HANDGUN | OTHER | | | | |

| NARRATIVE Describe event and action taken. |
|---|
| MPD officers received a radio assignment for found ammunition and money in room 884 at the Renaissanse Hotel located at 999 9th Street NW . Upon arriving on the scene, MPD officers observed the listed pistols and ammunition laying on the table inside of the abovementioned room.<br>  With the assistance of the hotel security staff, MPD officers were able to make contact with S-1 outside of the hotel.  During the interview, S-1 admitted to 1D Detective Bemiller (1837) that the property belong to him.<br>  S-1 was advised and placed under arrest and transported to 1D to be processed.<br>  Cruised 1040 Sgt. Jones was on the scene.<br>  Crime Scene Ofc. Hansohn responded and processed the weapons and the ammunition.<br>  CIC notified. (Ofc. Johnson 3130) |

| PD252 Non-Public Narrative |
|---|
| Case closed with the arrest of<br><br>Rouse, Frederick<br><br>DOB: [redacted]<br>Arrest number: 1430828 |

| EVIDENCE TECHNICIAN/CSES # | NAME OF INVESTIGATOR NOTIFIED | TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | | |
|---|---|---|---|---|---|
| TELETYPE # | REPORTING OFFICER'S SIGNATURE<br>ANTHONY, CHARLES | REPORTING OFFICER'S EMAIL | BADGE NUMBER<br>4263 | ELEMENT<br>1D | |
| OTHER POLICE AGENCY | SECOND OFFICER'S NAME | SECOND OFFICER'S EMAIL | BADGE NUMBER | ELEMENT | |
| SIGNATURE OF SUPERVISOR<br>DUNCAN, ANTONIO D | SUPERVISOR'S EMAIL | BADGE NUMBER<br>D21587 | ELEMENT<br>1D | REVIEWER | STATUS<br>CLOSED BY ARREST |

August 4, 2015

Property Clerk
Evidence Control Branch
# 17 DC Village Lane, SW
Washington, DC 20032

Re: CCN 14131791

To Whom it May Concern:

My name is Cornelius Rouse. On September 11, 2014, I was arrested for unregistered firearm and unregistered ammunition. As part of my arrest, I had property taken and marked for evidence in my DC Superior Court prosecution. On April 22, 2014, the Office of the Attorney General for the District of Columbia dismissed all charges against me relating to the above referenced arrest. Accordingly, I request that the Metropolitan Police Department return any and all property seized from my person relating to the arrest.

Please contact me at your earliest convenience so that we can make arrangements for the return of my personal property. I can be reached at 240-602-4413.

Sincerely,

Frederick Cornelius Rouse