# PROPERTY RECORD
Metropolitan Police Department – Property in the Custody of the Property Division – Washington, D.C.

| 1. Property Control No. | 2. Receiving Elem. | 3. Property Book & Page No. | 4. CCN | | 5. No. of Items | 6. No. of Associates | 7. DEL Lab Number |
|---|---|---|---|---|---|---|---|
| | 5 | Book 2013 Page 176 | 14 039 528 | Page 1 of 1 | 1 | 1 | |
| 8. CSES Number | 9. Name of Member Recovering Property | | Badge No. 2425 | 10. Name of Member Preparing Return | | | Badge No. |
| | Samuels, P. | | | Samuels, P. | | | 2425 |

## Part I – Description of Property

Use the following codes to classify property in Item E below

A = Abandoned
B = Turned Over to Police for Destruction
C = Suspected Proceeds of Crime
D = Estate of Deceased
E = Evidence

F = Found
G = Safekeeping – Recovered Stolen Auto
H = Held for Civil Forfeiture
I = Impounded
J = Removed from Impound Vehicle

K = Set Out for Eviction
L = Prisoner's Property
M = Alleged Mentally Ill

1. Date Recovered: 03/23/2014
2. Where was property found? Unit Blk of N St NE

THIS SECTION TO BE COMPLETED BY PROPERTY DIVISION

| A. Item No. | B. Description of Item | C. Color | D. Serial No. | E. Classification | F. Quantity | G. Storage Facility | H. Storage Location | I. Intake Person | J. Forfeiture Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Dodge Magnum | Red | | H | 1 | | | | |

## Part II – Motor Vehicles Impounded or in Custody

| Tag Number | Registration State/Year | Body Style | No. of Tires | Make | Year of Manufacture | Vehicle Identification Number |
|---|---|---|---|---|---|---|
| WSX 4136 | Virginia / N/A | 4Door | 4 | Dodge | 2007 | [redacted] |

Anti-freeze in vehicle? ☒ Yes ☐ No
Radiator tagged and drained? (Date) ☐ Yes ☒ No
Auto Theft Notified? (Name, date & time) N/A
Teletype notified (Name, date & time): Ofc Tinsely #3315 March 23, 2013 05:36 hours

## Part III – Description of Firearms

| Item No | Brand Name | Type | Model No. | Serial Number | Caliber | Barrel | No. of Shots | Alteration Indicated | Firearms Identification Number |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ☐ Yes ☐ No | |
| | | | | | | | | ☐ Yes ☐ No | |
| | | | | | | | | ☐ Yes ☐ No | |

Name of Person Making Notification(s): 
Date: 
Was NCIC Check Made for Identifiable property? ☐ Yes (attach copy of NCIC inquiry) NCIC# _____ ☐ No
Owner Notified? ☐ Yes ☐ No  N/A

## Part IV – Court Disposition

Docket Number _____
Disposition _____
Is Case on Appeal? ☐ Yes ☐ No
ATTN: PROSECUTOR – Property may not be released while case is on appeal unless photographs of property is authorized to the right.

☐ There is no objection on the part of this Office to disposition of the property by the Property Clerk in accordance with the District of Columbia Code.
☐ The property may be released only after it is photographed with the claimant.
☐ Other special conditions of release of property:

Signature of AUSA _____

Signature of CCO _____

P.D. 81 REV. 03/08

*** REVERSE CARBON AND COMPLETE REVERSE ***

EVIDENCE CONTROL

## Part V – Property Ownership/Claim Information

Use the following codes in Item B (Type of Associate)  O = Owner   C = Claimant   D = Defendant   L = Lienholder   F = Finder

| A. Item Nos. | B. Type of Associate | C. Name of Associate | D. Address (include zip code) | E. Social Security No. | F. Telephone | ARREST INFORMATION |||
|---|---|---|---|---|---|---|---|---|
| | | | | | | G. Charge | H. Arrest No. | I. Disp. |
| 1 | D | Davis, Delontay | [redacted] Woodbridge, [redacted] | [redacted] | [redacted] | C.P. | 051409983 | |

## Part VI – Statement of Facts
(Enter a complete statement of facts surrounding the recovery of the property)

This vehicle was operated by Delontay Samuel Davis and was taken for civil forfeiture in reference to an arrest for Carrying a Pistol and Unregistered Ammunition CCN# 14-039-528 Arrest# 051409983

The vehicle is unregistered and was towed by Ables Towing to the fifth district and placed on the 5D property book 2013 page 176.

Signature of Commanding Officer: [signature]    Date: 3-24-14

## Part VII – Property Release Information

| Item No. | Release to (Signature) | Address | Return by (initials) | Date of Release | Method of Disposition | Sale Price | Fees to DC Treasury |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |