# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH** *et al*<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

## DECLARATION OF JOSEPH A. SCROFANO REGARDING SUMMARY OF ARRESTS AND PROSECUTIONS OF CLASS MEMBERS COMPILED BY DATA AVAILABLE AT THE DISTRICT OF COLUMBIA SUPERIOR COURT

I, Joseph Scrofano, pursuant to 28 U.S.C. §1746, state under penalty of perjury that the foregoing is true and correct.

1.      I reviewed a spreadsheet containing data from public records produced by the Metropolitan Police Department and disseminated by the Defender Services Office that shows individuals arrested daily in the District of Columbia from the periods of June 5, 2014 to June 21, 2014 and June 28, 2014 to October 9, 2014 [hereinafter "the Lockup Lists"].  The Lockup Lists show the following information about individuals arrested (1) first and last names; (2) initial criminal charge; (3) date of arrest; (4) individual's PDID number; (5) the criminal complaint number; and (6) whether an individual was arrested with a co-defendant.

2.      From the Lockup Lists, I searched individuals by name and **PDID** number[1] in the Superior Court of the District of Columbia's docket system, CourtView.

3.  The docket on CourtView is the official docket[2] of the Superior Court of the District of Columbia and so docket entries constitute public records under FRE 803(8).

4.      As public records the docket entries are presumed accurate, FRE 803(8)(public records), U. S. v. American Tel. & Tel. Co., 498 F.Supp. 353, 360 (D.C.D. 1980)(public records presumed reliable).  Alternatively, the Court may take judicial notice of the docket entries.  Rogers v. District of Columbia, 2012 WL 3108873, 3 (D.D.C. 2012).

5.      This Court may take judicial notice of public records, for evidentiary purposes, and a D.C. Superior Court docket sheet certainly satisfies that standard. See Thompson v. Linda & A., Inc., 779 F. Supp. 2d 139, 144 (D.D.C. 2011); see also Mangiafico v. Blumenthal, 471 F.3d 391, 398 (2d Cir. 2000) (clarifying that docket sheets are public records of which the Court can take judicial notice).  Rogers v. D.C., 880 F. Supp. 2d 163, 166 (D.D.C. 2012).

6.      For each individual initially charged with Carrying a Pistol [hereinafter "CP"], Possession of an Unregistered Firearm [hereinafter "UF"], and Unlawful Possession of Ammunition [hereinafter "UA"] during the aforementioned time periods, I reviewed the Criminal Information, Gerstein affidavits, and (where applicable) Judgment and Commitment Orders.

7.      I selected individuals based on the following criteria: (1) a non-conviction for at least one relevant gun charge (CP, UF, UA); (2) prosecution by the District of Columbia Office of the Attorney General during the relevant class period where the person was charged with more

---

[1] PDID numbers are unique six digit number codes issued to every individual arrested in the District of Columbia.  While someone's name may differ based on an alias or misspelling, PDID numbers are unique to an individual.

[2] The Court's website states: "The public information viewed on the Court Cases Online system reflects the docket entries in civil, criminal, criminal domestic violence and tax cases, probate cases for large estates and small estates, disclaimers of interest, major litigation, wills and foreign estate proceedings."  http://www.dccourts.gov/internet/CCO.jsf, last checked, 12/21/2012.

than one such charge; (3) in the alternative arrested by or processed by the Metropolitan Police

Department; and (4) the absence of prior felony and/or domestic violence convictions in the

District of Columbia.

8.      I placed individuals who met this criteria on the attached Spreadsheet.

9.      In addition, individuals highlighted represent cases that the either the United

States Attorney's Office or the Office of the Attorney General (sometimes both) declined to file

charges against after they were arrested ("no-papered").

10.      It is common knowledge in the District of Columbia criminal justice community

that the Superior Court for the District of Columbia no longer dockets in Courtview entries for

cases where the prosecuting agencies decline to file charges.

11.      Accordingly, after searching the highlighted names by first and last name and

then by PDID number and finding no corresponding case to match the Lockup Lists, the only

conclusion is that these highlighted cases represent cases where the listed individual was arrested

but not charged.  I state this knowledge having litigated more than 350 criminal cases in the

District of Columbia Superior Court.

12.      My analysis revealed as follows: (1) there were at least 44 individuals charged with a

relevant charge and prosecuted by or arrested or processed by the relevant police agency; (2) at

least 9 individuals arrested but not charged for a relevant charge during the relevant time period.

Respectfully submitted,


/s/ Joseph A. Scrofano
JOSEPH A. SCROFANO
D.C. Bar # 994083

Counsel for Ms. Smith, Mr. Rouse, and Mr. Cassagnol on behalf of themselves and the putative
class members

406 5th Street NW

Suite 100
Washington, DC 20001
Phone (202) 870-0889
Email jas@scrofanolaw.com

| LU # | LU List Date | Last Name | First Name | PDID | Charge | Case # | Disposition | Disposition Date | Police | Prosecutor | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 6/28/2014 | Barnwell | Walter | 644259 | CP | 14 CF2 11333 | Nolle | 7/21/2014 | MPD | USAO | | | | |
| 17 | 7/3/2014 | Flores | Edwin | 606834 | PUA, PUF | 14 CDC 11697 | Dismissed per plea | 11/5/2014 | MPD | OAG | | | | |
| 40 | 7/4/2014 | Brown | Terrance | 545114 | UCSA PWID PCP, PUF, PUA | 14 CF2 11785 | Motions hearing set for 11/19/15 | Pending | MPD | USAO | | | | |
| 87 | 7/7/2014 | Williams | Gable | 611833 | Carrying a rifle or shotgun | 14 CF2 11883 | YRA, CP dismissed | 3/11/2015 | MPD | OAG | | | | |
| 22 | 7/9/2014 | Benmalek | Youssef | 589215 | PUA | | | | | | | | | |
| 44 | 7/9/2014 | Washington | Anthony | no PDID | UCSA PWID Cocaine/crack cocaine, m | 14 CDC 13239 | Plea UF/Dismiss UA | 7/7/2014 | USPP | OAG | | | | |
| 19 | 7/14/2014 | Hines | Eric | 597875 | CP, PUA, PUF | | | | | | | | | |
| 57 | 7/18/2014 | Daley | Leroy | 452894 | CP, PUA, PUA (not PUF), POCA | 14 CF2 12594 | Nolle | 12/8/2014 | MPD | USAO | | | | |
| 11 | 7/19/2014 | Shucard | Ryan | 683854 | CP w/o Lic - outside home/busin | 14 CF2 12649 | Global Plea | 9/17/2014 | USCP | USAO | | | | |
| 56 | 7/23/2014 | Anamelechi | Richard | 618447 | CP, unlawful transportation of a firear | 14 CF2 12856 | Nolle | 9/15/2014 | MPD | USAO | | | | |
| 3 | 7/24/2014 | Prestage | Ronald | 683968 | CP w/o Lic - outside home/busin | 14 CF2 12948 | Plea UF, UA, Dismiss CP | 10/21/2014 | | | | | | |
| 24 | 7/24/2014 | Lumpkin | Shelby | 543263 | PUA, PUF | 14 CDC 12981 | DWP | 4/9/2015 | MPD | OAG | | | | |
| 76 | 7/25/2014 | Washington | Angela | 560857 | PUF 2014CRW002642 | | | | | | | | | |
| 32 | 7/26/2014 | Thrope | Yolanda | 684021 | PUA | 14 CDC 13091 | DWP | 7/14/2015 | MPD | OAG | | | | |
| 56 | 7/26/2014 | King | James | 557769 | UCSA PWID marijuana, PUF, PUA | 14 CDC 20803 | DWP | 5/5/2015 | MPD | OAG | | | | |
| 36 | 7/30/2014 | Grey Mitchell | Brandon | 683137 | Unlawful transportation of a firearm | 214 CMD 13322 | Nolle | 9/2/2014 | MPD | USAO | | | | |
| 51 | 7/30/2014 | Jones | Raymond | 674632 | CP | | | | | | | | | |
| 44 | 7/31/2014 | Powell | Harry | 382582 | UCSA poss drug paparpernalia, PUA | | | | | | | | | |
| 27 | 8/4/2014 | Jenkins | Allen | 661167 | Mayhem, simple assault, PUA | 14 DVM 1813 | Nolle | 8/14/2014 | MPD | USAO | | | | |
| 3 | 8/5/2014 | Henley | Laratisha | 639106 | UCSA Poss parapernalia, PUA | 14 CDC 13718 | Nolle | 9/3/2014 | USPP | OAG | | | | |
| 34 | 8/6/2014 | Stevens | David | 646317 | UCSA Poss coc/cr coc, PUF, PUA | 14 CDC 13739 | Nolle | 8/10/2015 | MPD | OAG | | | | |
| 60 | 8/7/2014 | Caza | Michael | 684348 | PUA | 14 CDC 13806 | Nolle | 6/4/2015 | USSS | OAG | | | | |
| 35 | 8/13/2014 | Grandson | Ranford | 338558 | PUA, PUF, CP | 14 CDC 14117 | DWP | 3/12/2015 | MPD | OAG | | | | |
| 40 | 8/13/2014 | Tate | Raymond | 673921 | UUV, CP (misd), unlawful possess fires | 14 CDC 14100 | Plea to UF (YRA), Dismiss UA | 11/26/2014 | MPD | OAG | | | | |
| 39 | 8/16/2014 | Thompson | Charles | 684566 | UCSA PWID marijuana, PUF, PUA | 14 CDC 18110 | DWP | 10/19/2015 | MPD | OAG | | | | |
| 47 | 8/19/2014 | Crews | Harry | 665893 | CP | 14 CDC 14553 | DWP | 6/11/2015 | MPD | OAG | | | | |
| 35 | 8/23/2014 | Bejaran de Pena | Angly | 684726 | PUA | | | | | | | | | |
| 69 | 8/23/2014 | Barron | Ronnie | 684747 | Carrying a rifle or shotgun | | | | | | | | | |
| 29 | 8/29/2014 | Brown | Jerome | 571181 | UCSA poss marijuana, CP-misd, PUF | 14 CDC 15231 | Nolle | 2/26/2015 | MPD | OAG | | | | |
| 7 | 9/6/2014 | Seerey | Robinariel | 685086 | Receiving stolen property, PUF, PUA, ( | 14 CDC 15768 | Nolle | 4/10/2015 | USSS | OAG | | | | |
| 17 | 9/6/2014 | Dees | Jabari | 530370 | CP, unlawful possession of a firearm | | | | | | | | | |
| 36 | 9/6/2014 | Donelson | Takesa | 685096 | PUF, PUA | 14 CDC 15750 | Plea UA, Dis UF | 1/20/2015 | MPD | OAG | | | | |
| 28 | 9/12/2014 | West | Jasmine | 644778 | UCSA Poss drug para, PUF, PUF | | | | | | | | | |
| 41 | 9/19/2014 | Reyes | Sophia | 685438 | PUA | 14 CDC 16638 | DSA Entered, shcduled for dismissal 12/18 | Pending | MPD | OAG | | | | |
| 80 | 9/22/2014 | Carter | Darrell | 439362 | Carrying a rifle or shotgun, PUF, PUA | 14 CDC 16773 | DSA Entered Scheduled for dismissal 7/7/16 | Pending | MPD | OAG | | | | |
| 24 | 9/25/2014 | Hurt | Ennis | 685599 | PUA, PUF | 14 CDC 16931 | Trial Not Guilty | 3/17/2015 | MPD | OAG | | | | |
| 40 | 9/25/2014 | Dukes | Jermaine | 649163 | Receiving stolen property, UCSA PWID | 14 CF2 16930 | Plead to PWID while armed (YRA), UF/AU dismissed | 3/16/2015 | MPD | USAO | | | | |
| 16 | 9/27/2014 | Spriggs | Michael | 493295 | Possess controlled subst-misd, CP, PU | 14 CDC 17046 | Plea UF, Dismiss UA | 11/12/2014 | MPD | OAG | | | | |
| 23 | 9/27/2014 | Hobbs | Keith | 685650 | PUA | 14 CDC17039 | DWP | 3/25/2015 | USSS | OAG | | | | |
| 56 | 9/29/2014 | Taylor | Demarco | 609252 | PUA | 14 CDC17141 | Nolle | 5/26/2015 | ATF/MPD | OAG | | | | |
| 1 | 9/30/2014 | Gibbons | Kesean | 661002 | Assault with a dangerous weapon, CP, | 14 CDC17238 | Plea Uf, Dismiss UA | 11/19/2014 | MPD | OAG | | | | |
| 55 | 10/1/2014 | Stoutamire | Johnathan | 618614 | CP, PUA, PUF | 14 CDC17316 | Plea UF, Dismiss UA | 11/12/2014 | MPD | OAG | | | | |
| 38 | 10/2/2014 | Kinard | Travis | 597993 | PUF, PUA | 14 CDC17386 | Nolle | 10/2/2014 | FBI/MPD | OAG | | | | |
| 53 | 10/6/2014 | Watkins | Ervin | 607354 | Receiving stolen proerty, PUF, PUA, CI | 14 CDC17601 | Plea UA, Dismiss UA | 1/12/2015 | MPD | OAG | | | | |
| 19 | 8/15/2014 | Crew | Rozier | 684257 | PUF, PUA | 14 CDC 14259 | Plea to UF/Dismiss UA | 10/1/2014 | MPD | OAG | | | | |
| 49 | 8/19/2014 | Berry Jr | Levester | 684644 | PUF, PUA | 14 CDC 14554 | Nolle | 4/14/2015 | MPD | OAG | | | | |
| 41 | 9/17/2014 | Valentine | Tanika | 571171 | receiving stolen property, UCSA PWID | 14 CF216459 | Plea Poss CS, Dismiss Gun Charges | 9/10/2015 | MPD | USAO | | | | |
| 41 | 10/1/2014 | Tolson | Brandon | 524865 | UCSA PWID mari, PUF, PUA, failure to | 14 CMD17312 | Plea to ATT UA, ATT UF | 12/10/2014 | MPD | USAO | | | | |
| 29 | 6/6/2014 | Dill | Jehrod | 679443 | PUA | 14 CDC 9958 | DWP | 11/13/2014 | MPD | OAG | | | | |
| 145 | 6/8/2014 | Jackson | Edward | 350317 | PUF, PUA | 14 CTF 10131 | DWP | 2/24/2015 | MPD | OAG | | | | |
| 72 | 6/11/2014 | Montgomery | Kenneth | 618191 | PUA | 14 CDC 10282 | DWP | 11/5/2014 | | OAG | | | | |

**ABBREVIATION KEY**

| | |
|---|---|
| DWP | Dismissed for Want of Prosecution |
| Nolle | Nolle Prosequi |
| DSA | Deferred Sentencing Agreement |
| YRA | Sentenced under the Youth Rehabilitation Act |

| | |
|---|---|
| OAG | Office of the Attorney General for the District of Columbia |
| USAO | United States Attorney's Office for the District of Columbia |

| | |
|---|---|
| MPD | Metropolitan Police Department |
| USPP | United States Park Police |
| USCP | United States Capitol Police |
| USSS | United States Secret Service |
| FBI | Federal Bureau of Investigations |
| ATF | Burea of Alcohol Tobacco and Firearms |

| | |
|---|---|
| UF or PUF | Possession of an Unregistered Firearm |
| CP | Carrying a Pistol |
| UA or PUA | Unlawful Possession of Ammunition |
| PWID | Possession with intent to Distribute Controlled Substance |
| Poss CS | Possession of a controlled substance |

| 29 | 6/6/2014 | Dill | Jehrod | | 8/22/1994 | 679443 | 1115 | PUA | 14 CDC 9958 | 6/6/2014 | DWP | 11/13/2014 | OAG | |
| 27 | 6/7/2014 | Mciver | Aaron | | 9/12/1981 | 523804 | 1124 | PUA | 14 CDC10051 | 6/7/2014 | DWP | 11/18/2014 | OAG | May have DV conviction |
| 145 | 6/8/2014 | Jackson | Edward | | 12/2/1954 | 350317 | 1150 | PUF, PUA | 14 CTF 10131 | 6/9/2014 | DWP | 2/24/2015 | OAG | |
| 72 | 6/11/2014 | Montgon | Kenneth | E | 2/4/1992 | 618191 | 879 | PUA | 14 CDC 10282 | 6/11/2014 | DWP | 11/5/2014 | OAG | |

# DILL, JEHROD

| C%lose | Search | %Clear | | | | |
|---|---|---|---|---|---|---|

| %Open | Last Name | | Xref ID | | Case Number | ALL |
|---|---|---|---|---|---|---|
| | First Name | | S.S.N. | | Case Type | |
| %Save | Company | | D.O.B. | | Status | ALL |
| | PDID | 679443 | Gender | | | |
| %Print | Party Type | Defendant (Criminal) | | | | |

| | | Search Results | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Charges | | Case # | Party Name | Chrg # | Charge | Phase | File Date | Arrest Date | Offense Date | Charge Disp | Chrg Disp Date | Convicted |
| 2 Parties | | | | | | | | | | | |
| 3 Case Disposition | | 2014 CDC 009958 | DILL, JERHOD | 1 | Unlawful Poss Ammunition | C | 06/06/2014 | | | DWP | 11/13/2014 | |
| 4 Docket Entries | | 2014 CMD 002222 | DILL, JERHOD | 1 | Poss of a Controlled Substance -Misd | C | 02/07/2014 | | | DWP | 06/04/2014 | |
| 5 Events | | 2014 FUG 002223 | DILL, JERHOD | 1 | Fugitive from Justice | C | 02/07/2014 | | | Extradition Waived | 02/07/2014 | |
| 6 Alerts | | | | | | | | | | | |
| 7 Arrest Bond | | | | | | | | | | | |
| 8 Sentence/Probation | | | | | | | | | | | |

Ps. Ex. # 7

Page 10

## Superior Court of the District of Columbia

**CRIMINAL DIVISION**
**COMPLAINT**

Smith v. DC, 1:7875(RCL)

No. _____

14F16 2223

District of Columbia ss:

The undersigned having made oath before me declared that on the _____7TH_____ day of

_____ **February,** _____ A.D. 2014 ____ at the District aforesaid, one

**DILL, JERHOD KEJUAN AKA DILL, JERHOD** _____

being then and there a fugitive from the state of **MARYLAND** and wanted for .........

**AGGRAVATED ASSAULT- FAMILY GUN** _____

did then and there come into the District of Columbia, in violation of Title 23 Section 701 of the

District of Columbia Code.

Affiant's Name: _____

Subscribed and sworn to before me this _7TH_ day of _____ **FEBRUARY** _____ A.D. 20 **14**

~~(Judge)~~ (Deputy Clerk)
**Superior Court of the District of Columbia**

### WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District
of Columbia:

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have

been submitted, and there appearing probable cause and reasonable grounds for the issuance of an

arrest warrant for _____

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID
COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued _____ ,20. _____.

SEX: **MALE**
DOB: **08/22/94**
CCR: _____
PDID: **679443**

Judge
**Superior Court of the District of Columbia.**

Charge: **Fugitive From Justice U029**
Date of Offense **02/07/2014**

Ofc. Cole Jr, Ernest _____

Badge No.: **4122** _____

OFFICER MUST EXECUTE RETURN:

Officer's Name: _____

Time: _____

Date: _____

Form CD(17)-1057/May 81
Previous editions (W-S) may be used.

81-P7468

Ps. Ex. # 7
Page 11
Smith v. DC, 15-737 (RCL)
2-52

## *Superior Court of the District of Columbia*

### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 14 fug 2223

| DEFENDANT'S NAME: | | | | | CCR: | | PDID: 679443 |
|---|---|---|---|---|---|---|---|
| DILL, JERHOD KEJUAN AKA DILL, JERHOD | | | | | | | |

| SEX: M | RACE: BLACK | D.O.B.: 08/22/94 | HEIGHT: 5'9 | WEIGHT: 155 | EYES: BRN | HAIR: BLK | COMPLEXION: BRN |
|---|---|---|---|---|---|---|---|

| | | TELEPHONE NUMBER: |
|---|---|---|
| DEFENDANT'S HOME ADDRESS: 1501 DANIEL ST. LAUREL, DE | | |
| DEFENDANT'S BUSINESS ADDRESS: UNKNOWN | | TELEPHONE NUMBER: UNKNOWN |

| COMPLAINANT'S NAME: METROPOLITAN POLICE DEPARTMENT (FUGITIVE UNIT) | DATE OF OFFENSE: 02/07/2014 | TIME OF OFFENSE: UNKNOWN |
|---|---|---|
| LOCATION OF OFFENSE: STATE OF MARYLAND | | |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

The Metropolitan Police Department's Fugitive Unit received an NCIC Hit indicating that the Defendant   DILL, JERHOD KEJUAN AKA DILL, JERHOD has an outstanding arrest warrant by PRINCE GEORGES CO SO. The warrant is charging the Defendant with "AGGRAVATED ASSAULT-FAMILY GUN".  The date of the warrant is FEBRUARY 07, 2014.

The Defendant is a Fugitive from the State of MARYLAND and they will extradite. THE WARRANT WAS VERIFIED BY INVESTIGATOR DARLENE BURCH OF THE PRINCE GEORGES CO SO. The warrant was ALSO confirmed by DC MPD Teletype Unit of the Metropolitan Police Department through NCIC.

The Defendant was arrested in the District of Columbia on FEBRUARY 06, 2014 AT 2330 HRS. This case will be presented to the USAO for review on FEBRUARY 07, 2014.

| | |
|---|---|
| TO: WARRANT CLERK *AKA DILL, JERHOD* | AFFIANT'S SIGNATURE: X |
| PLEASE ISSUE A WARRANT FOR: DILL, JERHOD KEJUAN | SUBSCRIBED AND SWORN TO BEFORE ME THIS |
| CHARGED WITH: FUGITIVE F/ JUSTICE | 07 DAY OF FEBRUARY |
| *Andrea Cockburn  2.7.2014* ASSISTANT UNITED STATES ATTORNEY | (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |

2-1546 wd-J82

# Superior Court of the District of Columbia
# CRIMINAL DIVISION

### THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
### INFORMS THE COURT THAT WITHIN THE DISTRICT OF COLUMBIA:

NAME   DILL, JERHOD          PDID#   679443          DOB   8/22/1994    SEX   Male

ADDRESS   4660 MARTIN LUTHER KING JR AVE SE, WASHINGTON, DC

PERMIT #                 ARREST #   071419398    ☐ DCTN #   DCP 423527     TAG #

on or about   June 5, 2014

at   9TH ST SE / BARNABY ST SE, WASHINGTON, DC

UNLAWFUL POSSESSION OF AMMUNITION: did possess ammunition without being the holder of a valid registration certificate for a firearm of the same gauge or caliber, in violation of D.C. Code § 7-2506.01 (2001), for which a penalty is provided in D.C. Code § 7-2507.06 (2001).

DATE   June 6, 2014

*B. Leighton*

Bayly K. Leighton
Assistant Attorney General
District of Columbia

COURT DATE   6/6/2014

REPORTED BY   Plumley, Kris          DIST.#   7th District      BADGE #:   5327

COL.   Lock Up          LOCKUP #   29          WARRANT

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CCN Number:14080830
### GERSTEIN AFFIDAVIT
### District of Columbia
### vs
### DILL, JERHOD

Officer **PLUMLEY, KRISTOPHER**, Badge 5327, personally appeared on **06/05/2014**
and under penalty for making a false statement, set forth the below statement regarding the named defendant as true and/or as
based upon information s/he believes to be true, and that the events occurred in the District of Columbia.

The event occured on **06/05/2014** at approximately **1755** at **9TH ST SE / BARNABY ST SE** in Washington DC.

On June 5th, 2014 Officer's K. Plumley (driver), J. Chastanet (front right passenger), and U. Tutt (left rear passenger) were working the evening tour of duty 1500 - 2330 hours assigned to the Seventh District Vice Unit. The members were casually attired and wearing outer vest carriers with clearly identifiable "Police" insignias. The members were also utilizing an unmarked scout vehicle.

At approximately 1735 hours the members observed a 2012 gray in color Chevrolet Impala sedan bearing a District of Columbia registration of EN3713, expiration 02/22/2015. The vehicle was traveling within the 800 block of Barnaby Street, SE and approached the stop sign at the intersection of Barnaby and 9th Street, SE. The members observed the the front license plates were covered with tinted plastic and that the window tint appeared to be illegal NOT 261471486 (Tint Violation).   A traffic stop was initiated within the 900 block of Barnaby Street, SE.

During the course of the stop Officer Chastanet approached the right rear portion of the vehicle and Officer Plumley and Officer Tutt responded to the left side of the vehicle. Officer Chastanet tapped on the right rear door window and asked for the driver to roll down the heavily tinted windows. The right rear passenger opened the vehicle door. Officer Chastanet could smell an odor consistent with 'fresh' marijuana emitting from inside of the vehicle. Officer Chastanet alerted Officer Plumley and asked him to exit the driver of the vehicle. Officer Plumley then had the driver of the vehicle exit. The driver was later identified as (Oliver, Raynard, Louis, B/M, DOB 07/15/88) hereinafter referred to as Defendant Oliver. As Defendant Oliver stepped to the rear of the vehicle Officer Chastanet asked him if he had any marijuana inside of the vehicle. Defendant Oliver stated that he had a couple bags in the front of the vehicle. Officer Chastanet asked Defendant Oliver specifically where it was located and Defendant Oliver replied that it was in the center console. Additional members of the Seventh District Vice Unit which responded to the scene to assist with the stop had the remaining occupants exit. Officer J. Little and Sergeant M. Millsap had the front right passenger exit later identified as (Dill, Jerhod, B/M, DOB 08/22/94) hereinafter referred to as Defendant Dill. As Defendant Dill exited Officer Little could observe in plain view loose rounds of ammunition on the seat and then observed loose rounds of ammunition on the front right passenger side floorboard. Officer Brown exited the right rear passenger of the vehicle later identified as ( Vazquez, Manuel, B/M, DOB 04/02/88) hereinafter referred to as Defendant Vazquez. The left rear passenger was exited as well by Officer S. Anderson and K. Plumley.

Once all occupants were exited a search of the passenger compartment of the vehicle was conducted.  Officer Chastanet opened the center console and observed a black in color handgun as well as individually package clear plastic zips which contained a green weed-like substance. Officer Tutt searched the rear portion of the vehicle and observed a gray sweatshirt which was wrapped around a large object. Officer Tutt felt the object and detected a barrel of what she felt was a rifle style weapon. At this point all occupants were placed in handcuffs. Officer T. Ignas was requested to respond to the scene and photograph the evidence that was located and kept in its original

_(signature)_
Police Officer

_(signature)_
Witness / Assistant Attorney General for the District of Columbia

**PLUMLEY, KRISTOPHER / 8455**
Printed Name

SGT. Michael Millsap
Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code § 22-2514

Rev. 1.0 – Eff. 08/29/2013

Page 1 Of 2

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

### CCN Number:14080830
### GERSTEIN AFFIDAVIT
### District of Columbia
### vs.
### DILL, JERHOD

location.

Officer Chastanet then asked Defendant Oliver if the vehicle was registered in his name to which he replied 'yes'. Officer Chastanet also asked Defendant Oliver who the handgun belonged to in the center console. Defendant Oliver replied that the handgun was his. Officer Chastanet then asked about the weapon that was located in the back seat and Defendant Oliver replied that he knew the gun was there and that he had brought it in the car to bring to someone. The sweatshirt that the weapon was wrapped in was a 3XL gray sweatshirt. Defendant Oliver is 6'2" and weighs approximately 255 pounds.

Officer Chastanet then spoke with the front right passenger, Defendant Dill. Defendant Dill is 5'7" and approximately 140 pounds. Defendant Dill admitted that he has dropped rounds of ammunition to the floorboard prior to exiting the vehicle but was not aware of any weapons being present inside the vehicle. Officer Chastanet then spoke with the right rear passenger later identified as (Vazquez, Manuel, B/M, DOB 04/02/1988) hereinafter referred to as Defendant Vazquez. Defendant Vazquez is 6'1" and approximately 160 pounds. Defendant Vazquez stated he was not aware that a weapon was present in the vehicle and that he was not aware of what was wrapped inside of the sweatshirt. A WALES NCIC check of Defendant Vazquez revealed an outstanding warrant for his arrest for the offense of 'failure to appear' (Assault 2nd Degree) out of Superior Court Terminal 1 Georgetown in the state of Deleware. The date of the warrant is 05/08/2014, OCA U914000962. The warrant had extradition and Defendant Vazquez was charge with Fugitive From Justice. Officer Chastanet then spoke with the left rear passenger who also stated that he was not aware of a weapon being present inside of the vehicle and that he was unaware of what was wrapped inside of the sweatshirt. That individual was 6'4" approximately 190 pounds. The weapon recovered in the center console was a black in color High Point 9mm model 09 semi-automatic handgun with an obliterated serial number. There was no round in the chamber and the magazine had (10) 9mm rounds inside. The pistol appeared to be fully functional, is designed to expel a projectile by the action of an explosion and has a barrel length of less than 12 inches and is capable of being fired by the use of a single hand. The weapon located in the back seat floorboard area was a .30 caliber Carbine Universal rifle with a serial number of 126542. The rifle appeared to be fully functional with a grooved bore that uses a metallic cartridge with a single projectile and is designed, made or remade to be fired from the shoulder. Recovered from the seat of the vehicle and the front right passenger floorboard were a total of (6) unknown style rounds consistent with the rifle recovered. Additionally, a metallic cartridge was recovered by Officer Plumley in between the front right passenger seat and the center console. Officer Chastanet recovered from the center console a total of (5) small green plastic zips which contained a green weed-like substance (which later displayed a positive color reaction for THC, the active ingredient in marijuana).

Based on the aforementioned facts Defendant Oliver was charged with Carrying a Pistol, National Firearms Act, Unregistered Firearm, Unregistered ammunition, and UCSA Possession of Marijuana. Defendant Dill was charged with Unregistered Ammunition. Defendant Vazquez was charged with Fugitive From Justice.

---

Police Officer                                      Witness / Assistant Attorney General for the District of Columbia

**PLUMLEY, KRISTOPHER / 8455**                      SGT. Michael Millsap
Printed Name                                        Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code § 22-2514

Dev. 1 b - 131 08/33/2015                                                    Page: 2 Of 2

# MCIVER, AARON

Search   Clear
Search Criteria

C%lose

%Open

%Save

%Print

| | | | |
|---|---|---|---|
| Last Name | | Xref ID | |
| First Name | | S.S.N. | |
| Company | | D.O.B. | |
| PDID | 523804 | Gender | |
| Party Type | Defendant (Criminal) | | |

Case Name DC
Case Type ALL
Status ALL

1 Charges
2 Parties
3 Case Disposition
4 Docket Entries
5 Events
6 Alerts
7 Arrest Bond
8 Sentence/Probation

Search Results

| Case # | Party Name | Chrg # | Charge | Phase | File Date | Arrest Date | Offense Date | Charge Disp | Chrg Disp Date | Convicted |
|---|---|---|---|---|---|---|---|---|---|---|
| 2015 CF3 014149 | MCIVER, AARON | 1 | Assault With A Dangerous Weapon | P | 10/14/2015 | 10/13/2015 | 03/28/2015 | | | |
| 2014 CDC 010051 | MCIVER, AARON | 1 | Unlawful Poss Ammunition | C | 06/07/2014 | | | DWP | 11/18/2014 | |
| 2014 CDC 010051 | MCIVER, AARON | 2 | Possession of a Large Capacity Ammunition Feeding Device | C | 06/07/2014 | | | DWP | 11/18/2014 | |
| 2009 DVM 003067 | MELVER, AARON PRINCE | 1 | Destruction of Property less than $200 | C | 12/23/2009 | | | Trial By Court-Guilty | 02/17/2010 | YES |
| 2009 DVM 003067 | MELVER, AARON PRINCE | 2 | Unlawful Entry | C | 12/23/2009 | | | Trial By Court-Guilty | 02/17/2010 | YES |

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

### THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
### INFORMS THE COURT THAT WITHIN THE DISTRICT OF COLUMBIA:

NAME  McIver, Aaron          PDID#  523804          DOB  9/12/1981   SEX  Male

ADDRESS  3120 MASSACHUSETTS AVE SE, #103, WASHINGTON, DC

PERMIT #          ARREST #  101419519   ☐ DCTN #  DCP 423610   TAG #

on or about  June 6, 2014

at  800 7TH ST SE, WASHINGTON, DC

UNLAWFUL POSSESSION OF AMMUNITION: did possess ammunition without being the holder of a valid registration certificate for a firearm of the same gauge or caliber, in violation of D.C. Code § 7-2506.01 (2001), for which a penalty is provided in D.C. Code § 7-2507.06 (2001).

UNLAWFUL POSSESSION OF HIGH CAPACITY FEEDING DEVICE: did possess a large capacity feeding device, with the capacity to hold more than 10 rounds of ammunition, in violation of D.C. Code § 7-2506.01 (b) (2001), for which a penalty is provided in D.C. Code § 7-2507.06 (2001).

DATE  June 7, 2014

Ronald Chester
Assistant Attorney General
District of Columbia

COURT DATE  6/7/2014

REPORTED BY  KEVIN MCCONNELL       DIST.#          BADGE #:

COL.  Lock Up                LOCKUP #  27          WARRANT

CDL  ☐            HAZMAT ☐          CMV ☐

Ps. Ex. # 7
Page 18
Smith v. DC, 15-737 (RCL)

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CCN Number:14081408
## GERSTEIN AFFIDAVIT
### District of Columbia
#### vs
### MCIVER, AARON

Officer **MCCONNELL, KEVIN M, Badge D21654**, personally appeared on **06/06/2014**
and under penalty for making a false statement, set forth the below statement regarding the named defendant as true and/or as
based upon information s/he believes to be true, and that the events occurred in the District of Columbia.

The event occured on 06/06/2014 at approximately 1530 at 800 7TH ST SE in Washington DC.

On June 6th 2014 Special Agents (S/As) of Bureau of the Alcohol, Tobacco, Firearms and Explosives (ATF) and Task Force Officers (TFOs) of the Metropolitan Police Department (MPD) conducted a surveillance operation at the Nations Gun Show in Chantilly, VA. At approximately 1450 hours, ATF S/A Tomlinson observed a silver colored Infinity SUV bearing DC registration DS4269 parked in the parking lot. S/A Tomlinson observed two black male individuals walking from the direction of the vehicle towards the Gun Show. S/As and TFO's maintained surveillance of the vehicle. At approximately 1530 hours, S/A Earle observed Defendant (Mciver, Aaron) carrying a white plastic bags containing objects consistent in size and shape to boxes of ammunition. Defendant Mciver was observed placing the bags in the backseat of the silver Infinity. Defendant Mciver was observed entering the driver's side of the vehicle and Defendant Burley, Courtney was observed entering the passenger's side of the vehicle. The Defendants exited the parking lot of the gun show and proceeded to the District of Columbia. S/As and TFO's maintained constant surveillance of the defendants' vehicle from the gun show to DC. The vehicle entered the District by traveling on 395 Northbound. The vehicle exited 395 North at 6th street, SE and turned onto the 800 block of 7th Street. S/As, TFOS and MPD GRU Officers conducted a vehicle stop at the 800 block of 7th Street, SE.

Detective Ramadhan asked both defendants if they owned any legally registered firearms within the District of Columbia. Both defendants stated no.
Two white bags were seen in plain view in the backseat of vehicle. MPD GRU Officers recovered five (5) high capacity extended magazines and three hundred and fifty (350) round of ammunition. The bag contained 50 rounds of 9mm hollow point, 100 rounds of .45 auto, 50 rounds of .40 Smith and Wesson, 50 rounds of .357 Sig ammo, 100 rounds of .38 special, and a pistol grip. All evidence was taken into ATF custody.

A criminal records checked revealed both defendants have been previously been convicted of a felony offense. Both defendants were transported to the ATF Washington DC Field Office of processing.

_____
Police Officer

_____
Witness / Assistant Attorney General for the District of Columbia

MCCONNELL, KEVIN M / 4720
_____
Printed Name

_____
Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code § 22-2514

Rev 1.0 - Dt. 08/23/2013

Page: 1 Of 1

# JACKSON, EDWARD

Cℓlose | Search | Clear | Search Criteria

%Open

| Last Name | | Xref ID | |
| First Name | | S.S.N. | Case Number |
| Company | | D.O.B. | Case Type ALL |
| PDID 350317 | | Gender | Case Status ALL |
| Party Type Defendant (Criminal) | | | |

%Save

%Print

---

1 Charges
2 Parties

**Search Results**

| | Case # | Party Name | Chrg # | Charge | Phase | File Date | Arrest Date | Offense Date | Charge Disp | Chrg Disp Date | Convicted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 Case Disposition | 2014 CTF 010131 | JACKSON, EDWARD S | 1 | Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device | C | 06/09/2014 | | | DWP | 02/24/2015 | |
| 4 Docket Entries | 2014 CTF 010131 | JACKSON, EDWARD S | 2 | Unlawful Poss Ammunition | C | 06/09/2014 | | | DWP | 02/24/2015 | |
| 5 Events | 1982 CMD 003757 | JACKSON, EDWARD S | 1 | PRESENCT ILLEGAL ESTABLISHMENT | C | 03/29/1982 | | | Charge No Papered | 03/29/1982 | |

6 Alerts
7 Arrest Bond
8 Sentence/Probation

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

Info. xxx37 (RCL)

---

**THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**
**INFORMS THE COURT THAT WITHIN THE DISTRICT OF COLUMBIA:**

NAME   JACKSON, EDWARD ____   PDID# __350317__   DOB __12/2/1954__   SEX __Male__

ADDRESS   5830 SOUTHERN AVE SE,     , WASHINGTON, DC

PERMIT # ____   ARREST # __061419846__   ☐ DCTN # __DCP 423687__   TAG # ____

on or about   June 8, 2014

at   5830 SOUTHERN AVE SE, WASHINGTON, DC

POSSESSION OF UNREGISTERED FIREARM: did possess or control a firearm without holding a valid registration certificate for the firearm, in violation of D.C. Code § 7-2502.01 (a) (2001), for which a penalty is provided in D.C. Code § 7-2507.06 (2001).

UNLAWFUL POSSESSION OF AMMUNITION: did possess ammunition without being the holder of a valid registration certificate for a firearm of the same gauge or caliber, in violation of D.C. Code § 7-2506.01 (2001), for which a penalty is provided in D.C. Code § 7-2507.06 (2001).

DATE   June 9, 2014

_____
Jose Marrero
Assistant Attorney General
District of Columbia

COURT DATE   6/9/2014

REPORTED BY   Hackerman, William     DIST.#   6th District     BADGE #:   4565

COL.   Lock Up     LOCKUP #   145     WARRANT ____

CDL ☐          HAZMAT ☐          CMV ☐

Ps. Ex. # 7
Page 22
Smith v. DC, 15-737 (RCL)

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CCN Number:14082815
### GERSTEIN AFFIDAVIT
### District of Columbia
#### vs
#### JACKSON, EDWARD

Officer **HACKERMAN, WILLIAM C**, Badge 4565, personally appeared on **06/08/2014**
and under penalty of making a false statement, set forth the below statement regarding the named defendant as true and/or as
based upon information s/he believes to be true, and that the events occurred in the District of Columbia.

The event occured on **06/08/2014** at approximately **2040** at **5830 SOUTHERN AVE SE** in Washington DC.

The event occurred on June 8, 2014 at 2040 hours inside of 5830 Southern Avenue, SE, Washington, DC, PSA
604.

While working the evening tour of duty, assigned to 6042 and operating in full duty uniform, Officers
Hackerman and Crowley responded to 5830 Southern Avenue, SE for a domestic disturbance. Officers Buchanan
and Wygant responded to assist, SCI-11.
Upon arriving on scene Officer Hackerman spoke with W-1 and was advised that her and the Defendant were
arguing over the health care of W-1`s mother. It became known that The Defendant and W-1`s mother are now
married, technically making the Defendant W-1`s stepfather.

W-1 advised that the Defendant is known to have guns in his bedroom. Officer Hackerman then spoke with the
Defendant who also stated the argument was over the health care of his wife. Officer Hackerman asked the
Defendant if he had any weapons inside the residence. The Defendant advised he did not have any weapons in the
house. Officer Hackerman then asked the Defendant if he would consent to a search of his residence to which the
Defendant said he would allow. Officer Hackerman produced a P.D. Form 781(Consent to search form) which the
Defendant signed and was witnessed by Officers Hackerman, Crowley, Buchanan, and Wygant.

Officer Hackerman then asked the Defendant again if there were any weapons inside the house that he should be
aware of. The Defendant then stated `Well, there are some old pistols in my closet.` Officer Hackerman asked the
Defendant to guide him to the area where the handguns could be located. The Defendant brought all the Officers
into his personal bedroom. It became known that the Defendant sleeps in his own separate bedroom from his wife.
The Defendant then told Officer Crowley where to look inside of his closet. Officer Crowley then recovered a (1)
black Savage Arms .32 caliber handgun bearing serial number 131056 and (1) Fabrique Nationale(FN) 7/6.5
millimeter(More commonly known as a .380) handgun bearing serial number 470849. Officer Crowley also
recovered multiple rounds of ammunition.

The Defendant was advised he was being placed under arrest for Unregistered Firearm and Unregistered
Ammunition and transported to 6D for processing.

The Defendant was identified on scene by his DC driver`s license as Jackson, Edward a B/M.

Crime Scene 9207(Stone) responded to process the weapons and place on their property book.

Ofc. Wygant obtained gun Certificates, PO 32, On 6/9/2014 showing the Defendant did not have
either weapon registered on 6/8/2014.

---
**Police Officer**

**Witness/Assistant Attorney General for the District of Columbia**

**HACKERMAN, WILLIAM C / 8883**
**Printed Name**

SGT. Bryant Acta
**Printed Name of Witness / Deputy Clerk**

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code § 22-2514

# MONTGOMERY,

# KENNETH

C%lose     Sea%rch   %Clear
Search Criteria

%Open

| | | | | |
|---|---|---|---|---|
| Last Name | | | Xref ID | |
| First Name | | | S.S.N. | Case Number ALL |
| Company | | · | D.O.B. | Case Type |
| | | | Gender | Status ALL |
| PDID | 618191 | | | |
| Party Type | Defendant (Criminal) | | | |

%Save

%Print

Search Results

| | Case # | Party Name | Chrg # | Charge | Phase | File Date | Arrest Date | Offense Date | Charge Disp | Chrg Disp Date | Convicted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Charges | | | | | | | | | | | |
| 2 Parties | | | | | | | | | | | |
| 3 Case Disposition | 2014 CDC 010282 | MONTGOMER Y, KENNETH | 1 | Unlawf ul Poss Ammuni tion | C | 06/11/2 014 | | | DWP | 11/05/2014 | |
| 4 Docket Entries | 2014 CTF 016128 | MONTGOMER Y, KENNETH | 1 | Operat ing All Terrai n Vehicl e or Dirt Bike | C | 09/12/2 014 | | | DWP | 11/05/2014 | |
| 5 Events | 2012 DVM 002713 | MONTGOMER Y, KENNETH | 1 | Simple Assau lt | C | 12/25/2 012 | | | Nolle Prosequi | 01/10/2013 | |
| 6 Alerts | | | | | | | | | | | |
| 7 Arrest Bond | | | | | | | | | | | |
| 8 Sentence/Probati on | | | | | | | | | | | |

Ps. Ex. # 7
Page 25
...737 (RCL)

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
INFORMS THE COURT THAT WITHIN THE DISTRICT OF COLUMBIA:**

NAME   MONTGOMERY, KENNETH   PDID# 618191   DOB 2/4/1992   SEX Male

ADDRESS   5339 Clay Terrace, NE, Washington, DC

PERMIT # _____   ARREST # 101420033   ☐ DCTN # DCP 424006   TAG # _____

on or about   June 10, 2014

at   5339 Clay Terrace, NE, Washington, DC

UNLAWFUL POSSESSION OF AMMUNITION: did possess ammunition without being the holder of a valid registration certificate for a firearm of the same gauge or caliber, in violation of D.C. Code § 7-2506.01 (2001), for which a penalty is provided in D.C. Code § 7-2507.06 (2001).

DATE   June 11, 2014

*Tanya T. Pierce*
Tanya Pierce
Assistant Attorney General
District of Columbia

COURT DATE   _____

REPORTED BY   Scott Pinto   DIST.# MPD   BADGE #: _____

COL.   Lock Up   LOCKUP # 72   WARRANT _____

CDL ☐          HAZMAT ☐          CMV ☐

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CCN Number:14083766
## GERSTEIN AFFIDAVIT
## District of Columbia
### vs
### MONTGOMERY, KENNETH EARL

Officer **PINTO, SCOTT S**, Badge 3101, personally appeared on  06/10/2014
and under penalty for making a false statement, set forth the below statement regarding the named defendant as true and/or as
based upon information s/he believes to be true, and that the events occurred in the District of Columbia.

The event occured on **06/10/2014** at approximately  1644 at  **5339 CLAY TER NE** in Washington DC.

The offense occurred on 6/10/14 at 1644 hours at 5339 Clay Terr. NE, in PSA 608, in the District of Columbia.
Members with the Narcotics & Special Investigations Divisions Gun Recovery Unit executed a DC Superior Court
search warrant for Det. Janczyk with the Intell Unit.  Sergeant Sloan approached the door and conducted a knock
and announce.  Sergeant Sloan turned the door knob to open the door, which was unlocked.  The officers then
entered the location.  Officers Roe, Clifford, and Pinto observed D-1 in his bedroom, which was located on the
second floor.  D-1 was stopped at the doorway to his bedroom and was detained by Officer Roe.  The officers
conducted a search of his bedroom and observed five photographs taped to the door of his bedroom.  D-1 was
depicted in four of the photos.  Detective Del Po located two cartridges of .38 special caliber ammunition, which
was under the television set that was on top of the television stand inside that same room.  The bedroom also had
numerous pieces of paperwork addressed to D-1 with D-1's name and address of the location on the paperwork.
D-1 had an identification card with his name and his address on it, which was recovered from his left front pant
pocket.  There were no other identifiers inside the bedroom belonging to anybody else except for D-1, and D-1
spontaneously verbalized to the officers that the bedroom belonged to him.

D-1 was placed under arrest for Unregistered Ammunition and was transported to the Sixth District for
processing.  The ammunition was processed by Crime Scene Search Officer Cullen at NSID.

D-1 was identified by his DC ID card as Kenneth Earl Montgomery.

_____
**Police Officer**

**Witness / Assistant Attorney General for the District of Columbia**

**PINTO, SCOTT S / 6371**
**Printed Name**

**Printed Name of Witness / Deputy Clerk**

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code § 22-2514