D.C. Courts Home

# Court Cases Online

Case Search for: 2014 CDC 016129

Search retrieved 1 case in less than a second.

All retrieved cases available for view

Viewing single case; Details retrieved in less than a second.

**Click here to view search criteria**

**Click here to view search results**

**Click here to view case summary**

| 2014 CDC 016129: District of Columbia Vs. SMITH, MAGGIE CORRINE | | | |
|---|---|---|---|
| Case Type: | Dist Of Col | File Date: | 09/12/2014 |
| Status: | Closed | Status Date: | 09/12/2014 |
| Disposition: | Dismissed | Disposition Date: | 04/21/2015 |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| SMITH, MAGGIE CORRINE | | Defendant (Criminal) | SCROFANO, JOSEPH A |

| Docket Date | Description | Messages |
|---|---|---|
| 04/21/2015 | Event Resulted - Release Status: | Event Resulted - Release Status:<br>The following event: Motion Hearing scheduled for 05/29/2015 at 2:30 pm has been resulted as follows:<br><br>Result: Dismissed - Nolle<br>Judge: EDELMAN, TODD E Location: Courtroom 319 |
| 04/21/2015 | Case Disposed - Dismissed | Case Disposed - Dismissed |
| 04/21/2015 | Charge Disposed - Dismissed | Charge Disposed - Dismissed |
| 04/21/2015 | Charge Disposed - Dismissed | Charge Disposed - Dismissed |
| 04/21/2015 | Order Entered on the Docket | Order Entered on the Docket, dismissing the case. |
| 04/20/2015 | Notice of Intent Filed | District of Columbia's Notice of Intent to Dismiss<br>Attorney: BROWN, Ms MARY K (441114) |
| 03/20/2015 | Event Resulted - Release Status: | Event Resulted - Release Status: PR - AAG Jamie Carter was present. Per defense counsel's request, the defendant's presence was waived. However, the government reserves its bench warrant rights for future hearings. The government's response to the defendant's amicus brief is due on or by 4/20/15; the defendant's reply (the Court directed that it be 5 pages or less) is due on or by 4/30/15. This case is continued for a motion hearing to 5/29/15 at 2:30 PM.<br>The following event: Status Hearing scheduled for 03/20/2015 at 2:30 pm has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: EDELMAN, TODD E Location: Courtroom 319<br>JOSEPH A SCROFANO (Attorney) on behalf of MAGGIE CORRINE SMITH (Defendant (Criminal))<br>Participant(s): Judge TODD E EDELMAN |
| 03/20/2015 | Event Scheduled | Event Scheduled<br>Event: Motion Hearing<br>Date: 05/29/2015 Time: 2:30 pm<br>Judge: EDELMAN, TODD E Location: Courtroom 319 |
| 03/19/2015 | Order Entered on the Docket | Order Entered on the Docket, converting motion hearing to status hearing to allow parties to select a new date. |
| 03/19/2015 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 03/20/2015 Time: 2:30 pm<br>Judge: EDELMAN, TODD E Location: Courtroom 319 |
| 03/19/2015 | Event Resulted - Release Status: | Event Resulted - Release Status:<br>The following event: Status Hearing scheduled for 03/20/2015 at 9:30 am has been resulted as follows:<br><br>Result: Event Scheduled In Error<br>Judge: EDELMAN, TODD E Location: Courtroom 319 |
| 03/19/2015 | Event Resulted - Release Status: | Event Resulted - Release Status:<br>The following event: Motion Hearing scheduled for 03/20/2015 at 2:30 pm has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: EDELMAN, TODD E Location: Courtroom 319 |
| 03/17/2015 | Correspondence | Correspondence Filed/Received/RETURNED MAIL |

| Date | Filed/Received/Sent | Description |
|---|---|---|
| 02/26/2015 | Order Entered on the Docket | Order Entered on the Docket |
| 02/26/2015 | Event Scheduled | Event Scheduled<br><br>The following event: Motion Hearing scheduled for 02/27/2015 at 2:30 pm has been rescheduled as follows:<br><br>Event: Motion Hearing<br>Date: 03/20/2015 Time: 2:30 pm<br>Judge: EDELMAN, TODD E Location: Courtroom 319 |
| 02/26/2015 | Event Resulted - Release Status: | Event Resulted - Release Status:<br>The following event: Motion Hearing scheduled for 02/27/2015 at 2:30 pm has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: EDELMAN, TODD E Location: Courtroom 319 |
| 02/02/2015 | Motion to Dismiss Filed: | Motion to Dismiss the Information Filed:<br>Attorney: SCROFANO, JOSEPH A (994083) |
| 01/13/2015 | Event Resulted - Release Status: | Event Resulted - Release Status: PR (Official Court Reporter - Thomas Ronan) AAG Jamie Carter was present. Continued to 2/27/15 for a motion hearing at 2:30 PM to entertain the Defendant's Motion to Dismiss. The defense is to submit its pleadings on or by 2/2/15. The government is to submit its responses on or by 2/16/15. The defendant's present release status remains in effect.<br>The following event: Status Hearing scheduled for 01/13/2015 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: EDELMAN, TODD E Location: Courtroom 319<br>MAGGIE CORRINE SMITH (Defendant (Criminal)); ; JOSEPH A SCROFANO (Attorney) on behalf of MAGGIE CORRINE SMITH (Defendant (Criminal)); Judge TODD E EDELMAN |
| 01/13/2015 | Event Scheduled | Event Scheduled<br>Event: Motion Hearing<br>Date: 02/27/2015 Time: 2:30 pm<br>Judge: EDELMAN, TODD E Location: Courtroom 319 |
| 01/13/2015 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 01/13/2015 09:59:53.40 |
| 12/31/2014 | Judge Caseload Transfer-Criminal | Judge Caseload Transfer-Criminal<br>The judge was changed from F2 CAL 5 to EDELMAN, TODD . |
| 12/31/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 01/13/2015 Time: 9:30 am<br>Judge: EDELMAN, TODD E Location: Courtroom 319 |
| 12/31/2014 | Judge Caseload Transfer-Criminal | Judge Caseload Transfer-Criminal<br>The judge was changed from BECK, RONNA L to F2 CAL 5, . |
| 12/31/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 01/13/2015 Time: 9:30 am<br>Judge: F2 CAL 5 Location: Courtroom 319 |
| 12/02/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR - Jury demand made. Case set to next AJ for status.<br>The following event: Status Hearing scheduled for 12/02/2014 at 10:00 am has been resulted as follows:<br><br>Result: Transferred Out To:<br>Judge: BRANDT, RAINEY Location: Courtroom 120<br>MAGGIE CORRINE SMITH (Defendant (Criminal)); ; JOSEPH A SCROFANO (Attorney) on behalf of MAGGIE CORRINE SMITH (Defendant (Criminal)); Judge RAINEY BRANDT on behalf of Judge RONNA L BECK |
| 12/02/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 01/13/2015 Time: 9:30 am<br>Judge: BECK, RONNA L Location: Courtroom 319 |
| 12/02/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 12/02/2014 10:26:47.25 |
| 12/02/2014 | Case Transferred to Another Judge | Case Transferred to Another Judge<br>The judge was changed from BRANDT, RAINEY to BECK, RONNA L |
| 11/19/2014 | Judicial Summons Returned Undeliverable | Judicial Summons Returned Undeliverable- Unclaimed, unable to forward |
| 10/29/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR - Defense requested additional status.<br>The following event: Status Hearing scheduled for 10/29/2014 at 10:00 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: BRANDT, RAINEY Location: Courtroom 120<br>MAGGIE CORRINE SMITH (Defendant (Criminal)); ; JOSEPH A SCROFANO (Attorney) on behalf of MAGGIE CORRINE SMITH (Defendant (Criminal)); Judge RAINEY BRANDT |
| 10/29/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 12/02/2014 Time: 10:00 am<br>Judge: BRANDT, RAINEY Location: Courtroom 120 |
| 10/29/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 10/29/2014 10:16:05.82 |
| 10/08/2014 | Attorney Appointed/Dismissed | Attorney Appointed<br>Attorney SCROFANO, JOSEPH A representing Defendant (Criminal) SMITH, MAGGIE CORRINE as of 10/08/2014 |
| 10/08/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 10/29/2014 Time: 10:00 am<br>Judge: BRANDT, RAINEY Location: Courtroom 120 |
| 10/08/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 10/08/2014 09:40:15.42 |
| 10/08/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR - Case set for 120.<br>The following event: DC/Traffic Arraignment scheduled for 10/08/2014 at 9:30 am has been resulted as follows:<br><br>Result: Defendant Pled Not Glty Trial Rights Were Asserted<br>Judge: BRANDT, RAINEY Location: Courtroom 120 |

| | | MAGGIE CORRINE SMITH (Defendant (Criminal)); ; Judge RAINEY BRANDT |
|---|---|---|
| 09/29/2014 | Event Resulted - Release Status: | Event Resulted - Release Status:<br>The following event: Status Hearing scheduled for 10/08/2014 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: BRANDT, RAINEY Location: Courtroom 120 |
| 09/29/2014 | Event Scheduled | Event Scheduled<br>Event: DC/Traffic Arraignment<br>Date: 10/08/2014 Time: 9:30 am<br>Judge: BRANDT, RAINEY Location: Courtroom 120 |
| 09/29/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR - Case handled in courtroom 310. Court set status date to return to 120 for arraignment.<br>The following event: DC/Traffic Arraignment scheduled for 09/29/2014 at 9:00 am has been resulted as follows:<br><br>Result: Defendant Pled Not Glty Trial Rights Were Asserted<br>Judge: BRANDT, RAINEY Location: Courtroom 120<br>MAGGIE CORRINE SMITH (Defendant (Criminal)); |
| 09/29/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 10/08/2014 Time: 9:30 am<br>Judge: BRANDT, RAINEY Location: Courtroom 120 |
| 09/29/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed ( this case was not called for the record per the Court)<br><br>Notice to Return to Court<br>Sent on: 09/29/2014 10:58:07.67 |
| 09/12/2014 | Judicial Summons Mailed | Judicial Summons Mailed |
| 09/12/2014 | Information Docket: | Information Docket: JUDICIAL SUMMONS |
| 09/12/2014 | Charge Filed | Charge Filed<br>Charge #2: Unlawful Poss Ammunition |
| 09/12/2014 | Event Scheduled | Event Scheduled<br>Event: DC/Traffic Arraignment<br>Date: 09/29/2014 Time: 9:00 am<br>Judge: BRANDT, RAINEY Location: Courtroom 120 |
| 09/12/2014 | Charge Filed | Charge Filed<br>Charge #1: Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device |

*D.C. Courts Home*

# Court Cases Online

Case Search for Person: SMITH, MAGGIE

*Click here to view search criteria*

Search retrieved 10 cases in less than a second.

*Click here to view search results*

Selected 1 cases to view

Viewing single case; Details retrieved in less than a second.

*Click here to view case summary*

| 2014 CF2 011408: District of Columbia Vs. SMITH, MAGGIE C | | | |
|---|---|---|---|
| Case Type: | Felony II | File Date: | 06/30/2014 |
| Status: | Closed | Status Date: | 06/30/2014 |
| Disposition: | Dismissed | Disposition Date: | 09/29/2014 |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| SMITH, MAGGIE C | SMITH, MAGGIE CORRINE | Defendant (Criminal) | HAGOS, LULA A<br>SCROFANO, JOSEPH A |

| Docket Date | Description | Messages |
|---|---|---|
| 09/29/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: N/A. The goverment moved to dismiss this case.<br>The following event: Status Hearing scheduled for 09/29/2014 at 9:30 am has been resulted as follows:<br><br>Result: Dismissed - Nolle<br>Judge: JOSEY-HERRING, ANITA Location: Courtroom 310<br>MAGGIE C SMITH, MAGGIE CORRINE SMITH (Defendant (Criminal)); ; JOSEPH A SCROFANO (Attorney) on behalf of MAGGIE C SMITH (Defendant (Criminal)); Judge ANITA JOSEY-HERRING |
| 09/29/2014 | Case Disposed - Dismissed | Case Disposed - Dismissed |
| 09/29/2014 | Charge Disposed - Dismissed | Charge Disposed - Dismissed |
| 09/29/2014 | Charge Disposed - Dismissed | Charge Disposed - Dismissed |
| 09/29/2014 | Charge Disposed - Dismissed | Charge Disposed - Dismissed |
| 09/08/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: Pr-Psa. By consent of all parties the Court has set a new status date in this case. Both sides need more time for a possible plea.<br>The following event: Status Hearing scheduled for 09/08/2014 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: JOSEY-HERRING, ANITA Location: Courtroom 310<br>MAGGIE C SMITH, MAGGIE CORRINE SMITH (Defendant (Criminal)); ; JOSEPH A SCROFANO (Attorney) on behalf of MAGGIE C SMITH (Defendant (Criminal)); Judge ANITA JOSEY-HERRING |
| 09/08/2014 | Release Conditions | Release Conditions<br><br>Pretrial Services Release Form<br>Sent on: 09/08/2014 10:21:04.35 |
| 09/08/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 09/29/2014 Time: 9:30 am<br>Judge: JOSEY-HERRING, ANITA Location: Courtroom 310 |
| 08/18/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: Pr-Psa. The defendant has retained attorney Joseph Scrofano and the Court has let attorney Lula Hagos withdraw from the case. The Court has set a new status date in this case.<br>The following event: Status Hearing scheduled for 08/18/2014 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: JOSEY-HERRING, ANITA Location: Courtroom 310<br>MAGGIE C SMITH, MAGGIE CORRINE SMITH (Defendant (Criminal)); ; LULA A HAGOS (Attorney) on behalf of MAGGIE C SMITH (Defendant (Criminal)) |
| 08/18/2014 | Attorney Appointed/Dismissed | Attorney Appointed<br>Attorney SCROFANO, JOSEPH A representing Defendant (Criminal) SMITH, MAGGIE C as of 08/18/2014 |
| 08/18/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 09/08/2014 Time: 9:30 am<br>Judge: JOSEY-HERRING, ANITA Location: Courtroom 310 |
| 08/18/2014 | Notice to Return to | Notice to Return to Court Filed |

Case 1:15-cv-00737-RCL   Document 26-10   Filed 11/16/15   Page 5 of 8

Pl.Ex. # 8
Page 5
Smith v. DC, 15-737 (RCL)

| | | |
|---|---|---|
| | Court Filed | Notice to Return to Court<br>Sent on: 08/18/2014 09:33:13.62 |
| 08/11/2014 | Motion to Dismiss Filed: | Motion to Dismiss Indictment and Memorandum of Points and Authority in Support Thereof Filed.<br>Attorney: HAGOS, LULA A (997720) |
| 07/17/2014 | Notice of Filing: | Notice of Filing:<br>Attorney: MACHEN, Mr RONALD C (447889) |
| 07/17/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: Pr-Psa. The defendant is arraigned; not guilty plea entered. The Government has given the Defense some discovery. The Court has set a status date in this case.<br>The following event: Felony Arraignment scheduled for 07/17/2014 at 9:30 am has been resulted as follows:<br><br>Result: Defn Arraigned Plead Not Guilty Jury Demand Made<br>Judge: JOSEY-HERRING, ANITA Location: Courtroom 310<br>MAGGIE C SMITH, MAGGIE CORRINE SMITH (Defendant (Criminal)); ; LULA A HAGOS (Attorney) on behalf of MAGGIE C SMITH (Defendant (Criminal)); Judge ANITA JOSEY-HERRING |
| 07/17/2014 | Event Scheduled | Event Scheduled<br>Event: Status Hearing<br>Date: 08/18/2014 Time: 9:30 am<br>Judge: JOSEY-HERRING, ANITA Location: Courtroom 310 |
| 07/17/2014 | Notice to Return to Court Filed | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on: 07/17/2014 09:51:00.25 |
| 07/09/2014 | Event Scheduled | Event Scheduled<br>Event: Felony Arraignment<br>Date: 07/17/2014 Time: 9:30 am<br>Judge: JOSEY-HERRING, ANITA Location: Courtroom 310 |
| 07/09/2014 | Event Resulted - Release Status: | Event Resulted - Release Status:<br>The following event: Preliminary Hearing scheduled for 07/17/2014 at 11:00 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: SULLIVAN, FREDERICK Location: Courtroom 301 |
| 07/09/2014 | Charge Filed | Charge Filed<br>Charge #3: Unlawful Poss Ammunition |
| 07/09/2014 | Charge Filed | Charge Filed<br>Charge #2: Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device |
| 07/09/2014 | Charge Filed | Charge Filed<br>Charge #1: Carry Pistol Outside Home/Business |
| 07/09/2014 | Indictment Filed | Indictment Filed - 3 Counts<br>Attorney: MACHEN, Mr RONALD C (447889) |
| 06/30/2014 | Release Conditions Ordered | Release Conditions Ordered<br>Party Name: SMITH, MAGGIE C Party Type: Defendant (Criminal)<br><br>1) Report to PSA:: BOND PR-PSA, Entry Date: 06/30/2014, Completion Date: , Amended Date:<br>Weekly in person |
| 06/30/2014 | Release Conditions | Release Conditions |
| 06/30/2014 | Information Docket: | Information Docket: Judge Howze did not order the defendant to Contribute to the Cost of her attorney- Defendant is represented by PDS (NO PAPERWORK) |
| 06/30/2014 | Event Scheduled | Event Scheduled<br>Event: Preliminary Hearing<br>Date: 07/17/2014 Time: 11:00 am<br>Judge: SULLIVAN, FREDERICK Location: Courtroom 301 |
| 06/30/2014 | Event Resulted - Release Status: | Event Resulted - Release Status: PR PSA<br>The following event: Presentment scheduled for 06/30/2014 at 1:00 pm has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: HOWZE, KAREN Location: Courtroom C-10<br>MAGGIE C SMITH (Defendant (Criminal)); ; LULA A HAGOS (Attorney) on behalf of MAGGIE C SMITH (Defendant (Criminal)); Judge KAREN HOWZE on behalf of Judge ANITA JOSEY-HERRING |
| 06/30/2014 | CJA Eligibility | CJA Eligibility |
| 06/30/2014 | Attorney Appointed/Dismissed | Attorney Appointed/<br>Attorney HAGOS, LULA A representing Defendant (Criminal) SMITH, MAGGIE C as of 06/30/2014<br>MAGGIE C SMITH (Defendant (Criminal)); ; Judge KAREN HOWZE on behalf of Judge ANITA JOSEY-HERRING |
| 06/30/2014 | Event Scheduled | Event Scheduled<br>Event: Presentment<br>Date: 06/30/2014 Time: 1:00 pm<br>Judge: HOWZE, KAREN Location: Courtroom C-10 |
| 06/30/2014 | Charge Filed | Charge Filed Charge 1: Carry Pistol Outside Home/Business |

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## UNITED STATES
## VS
## SMITH, MAGGIE CORRINE

The event occured on **06/29/2014** at approximately **2000** at **2200 13TH ST SE** in Washington DC.

On the aforementioned date and time members of the 2nd District Vice Unit were on vice patrol in Patrol Service Area 701 (SUMMER CRIME INITIATIVE). The officers were operating a unmarked vehicle with fully functional lights and siren. The officers were also dressed in plain clothing with their police identifiers clearly visible.

On June 29, 2014 at approximately 2000 hours, Officers Brown, Crmaric and Major were traveling E/B in the 1300 block of W Street SE, when they observed a silver four door Nissan Maxima bearing NC Registration CCJ-7819. The aforementioned vehicle made a left turn to go N/B into the 2200 Block of 16th St SE. Officers conducted a traffic stop in the 2200 Block of 16th St SE. Officer Crmaric and Brown approached the drivers side and Ofc Major approached the passenger side. Officer Crmaric advised the defendant the reason for the traffic stop, and asked her to provide her drivers license, registration and proof of insurance. The defendant provided all of the documents to Officer Crmaric. Officer Crmaric then asked the defendant was there any weapons inside of her vehicle. Defendant Smith stated Yes, I have a 380 in my purse, and I have a permit. This statement was made in the presence of Officers Brown, Crmaric and Major. Defendant Smith reported to the officers that her purse was on the drivers floorboard. Ofc. Crmaric recovered a black and grey Coach Handbag from the floor board. Located inside of the purse was a black and silver semi-automatic handgun.

On June 29, 2014 at approximately 2010 hours, defendant Smith was placed under arrest for CPWL and transported to the 7th District Headquarters for processing by Wagon 71. Defendant Smith was also issued a Notice of Infraction (263277394) for Failure to give a Hand or Mechanical signal.

Crime Scene Search Officer Johnson Cruiser #9244, processed the firearm at the 7th District Headquarters. Officer Johnson determined the firearm to be a semi-automatic Bersa Thunder 380, bearing serial # (B00103). The handgun was loaded with (7) rounds of 380 ammunition in the well of the magazine and 0 rounds in the chamber. The handgun appeared to be fully functional and operational, able or intended to expel a projectile by the action of an explosive, has a barrel length of less than 12 inches and can be fired by the use of a single hand.

Chain of Custody: Defendants Purse--Ofc. Crmaric--Ofc. Brown--Ofc. Johnson (Crime Scene)

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this **Jun 29, 2014**

| Police Officer | 2945 Badge | 2D Unit | Witness / Deputy Clerk |

**BROWN, GREGORY A / 7206**
Printed Name of Member / CAD#

Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2514

Dev. 1.0 - Dt. 08/23/2013

Page: 1 Of 1

MPD INTERNAL Document Not For Public Distribution

**Metropolitan Police Department**
**Washington, D.C.**

## Incident - Based Event Report



REPORT NUMBER: 14095375

| PART I - CLASSIFICATION OF EVENT ||||||
|---|---|---|---|---|---|
| TYPE OF REPORT<br>OFFENSE | EVENT START DATE / TIME<br>06/29/2014 / 2000 | EVENT END DATE / TIME<br>06/29/2014 / 2010 || DATE OF REPORT<br>06/29/2014 | TIME OF REPORT<br>2012 |
| DISTRICT<br>7D | SECTOR | PSA<br>701 || COMPLAINT NUMBER<br>14095375 ||
| EVENT LOCATION ADDRESS<br><br>2200 13TH ST SE | POSITION<br><br>ALONG SIDE OF | REPORT RECEIVED BY<br><br>OFFICER | RADIO RUN LOCATION IF DIFFERENT FROM EVENT LOCATION || PROPERTY TYPE<br><br>PUBLIC |
| EVENT NO. 1   CARRYING A PISTOL |||||| 
| FORCED ENTRY<br>NO | POINT OF ENTRY || Method Used || WEATHER CONDITIONS<br>CLEAR |
| SUSPECTED HATE CRIME? | SECURITY SYSTEM || LOCATION TYPE<br>SUSPECT'S VEHICLE || DESIGNATED AREAS<br>SUSPECT'S VEHICLE |

| PART II - VICTIM INFORMATION |||||||
|---|---|---|---|---|---|---|
| | TYPE<br>COMPLAINANT | NAME OF COMPLAINANT/VICTIM<br>SOCIETY ||| RELATED TO EVENT NO(S).<br>1 | VICTIM TYPE<br>INDIVIDUAL |
| | DATE OF BIRTH | AGE RANGE<br>00 | SEX<br>UNKNOWN || HOME PHONE | BUSINESS PHONE |
| .1 | RACE / ETHNICITY<br>UNKNOWN / UNKNOWN ||| HOME ADDRESS<br>500 INDIANA AVE NW, WASHINGTON, DC 20001 |||
| | BUSINESS ADDRESS/SCHOOL || OCCUPATION ||| IS EVENT RELATED TO OCCUPATION? |
| | ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM ||||||

Case 1:15-cv-00737-RCL Document 26-10 Filed 11/16/15 Page 8 of 8

Pl. Ex. # 8
Page 8
Smith v. DC, 15-737 (RCL)

## PART III - WITNESS

**INJURIES** Use the following codes to describe Injuries.
N = None Visible   O = Other Major Injury   M = Apparent Minor Injury   I = Possible Internal Injury   T = Loss of Teeth
L = Severe Laceration   B = Apparent Broken Bones   G = Gunshot   U = Unconscious

| | Code | Description of Item(s) | Serial Number / Operation ID No. | Model No. | Color | Size | Qty. | Comp. Value | Age | MPDC Value | Property Book & Page No. | Location of Property Book |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EVIDENCE | 7 ROUNDS OF AMO | | | GOLD | | 1 | | | 1.00 | | |
| 2 | EVIDENCE | BERSA THUNDER 380. HAND GUN | B00103 | THUNDER 380. | BLACK / SILVER | | 1 | | | 1.00 | | |
| | | | | | | | | TOTAL VALUE | | | | |

## PART V - VEHICLE INFORMATION

| Code | Year | Make | Model | Color | Body |
|---|---|---|---|---|---|
| | | | | | |

## PART VI - SUSPECT INFORMATION

| TYPE | SUSPECT NAME | DOB | RACE / ETHNICITY | SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|
| DEFENDANT OR RESPONDENT (ARREST) | SMITH, MAGGIE CORRINE | 02/23/1982 | WHITE | FEMALE | 5' 06" | 210 |

| EYES | EXACT AGE OR RANGE | COMPLEXION | SCARS | HAIR | HAT | PANTS |
|---|---|---|---|---|---|---|
| BLUE | 32 | | | BLONDE | | |

| FACIAL HAIR | COAT / JACKET | BLOUSE / SHIRT | HOME PHONE | OTHER PHONE |
|---|---|---|---|---|
| | | | (704) 975-8526 | |

| | WORK PHONE | HOME ADDRESS | OCCUPATION | WORK ADDRESS |
|---|---|---|---|---|
| 1 | | 7906 JOHN ADAMS CT, #10, ANNADALE, VA 22003 | | |

PERPETRATOR SUSPECTED OF USING

### WEAPONS USED IN OFFENSE

| FIREARM | OTHER | COLOR | MAKE | MODEL | CALIBER |
|---|---|---|---|---|---|
| HANDGUN | | | | | |

## PART VII - MISSING PERSON(S)

**NARRATIVE** Describe event and action taken.
On the listed date time and location S-1 was found in possession of the listed property. S-1 was placed under arrest for Carrying a Pistol and was transported to the Seventh District for processing.

PD252 Non-Public Narrative
Case closed with arrest of S-1 Smith, Maggie Corrine SSN# 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 DOB- 02/23/82

| EVIDENCE TECHNICIAN/CSES # | NAME OF INVESTIGATOR NOTIFIED | TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | |
|---|---|---|---|---|
| TELETYPE # | REPORTING OFFICER'S SIGNATURE  BROWN, GREGORY A | REPORTING OFFICER'S EMAIL  gregorya.brown@dc.gov | BADGE NUMBER  2945 | ELEMENT  2D |
| OTHER POLICE AGENCY | SECOND OFFICER'S NAME | SECOND OFFICER'S EMAIL | BADGE NUMBER | ELEMENT |
| SIGNATURE OF SUPERVISOR  LOVEDAY, JOHN E | SUPERVISOR'S EMAIL | BADGE NUMBER  3870 | ELEMENT  2D | REVIEWER | STATUS  CLOSED BY ARREST |