# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH, et al.**<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>   v.<br><br>**GOVERNMENT OF THE DISTRICT OF**<br><br>**COLUMBIA**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

## AFFIDAVIT OF JOSEPH SCROFANO IN SUPPORT OF MOTION FOR CLASS ACTION TREATMENT

1.      My name is Joseph Scrofano. I represent and I am counsel for the named plaintiffs and the putative classes in this case, <u>Smith v. District of Columbia</u>, **15-00737(RCL)**.

2.      This affidavit is in support of plaintiffs' motion for class action treatment.

### Training And Experience

3.      I am an attorney licensed to practice in the District of Columbia (admitted to bar in 2010) and the State of Maryland (admitted to bar in 2008). My address is 406 5th Street, NW, Suite 100 Washington, DC 20001, phone 202/870-0889.

4.      In 2005 I received a B.A. in English with Special Honors from the University of Texas. In 2008, I graduated from American University's Washington College of Law.

5.      From 2008 to 2010, I clerked for the Honorable Natalia Combs Greene in the District of Columbia Superior Court. In the first year of my clerkship, Judge Combs Greene was on the Civil

2 calendar where I researched and briefed legal issues for the judge on a wide range of civil litigation issues including both substantive and procedural law. During the second year of my clerkship, Judge Combs Greene was placed on the Civil 1 calendar, which covers complex litigation, including complex medical malpractice, class actions, and mass tort asbestos cases.

6.      In 2011, I was appointed to the District of Columbia Superior Court Criminal Justice Act Panel. In 2012, I was appointed to the CJA panel for the District of Columbia Court of Appeals. In 2013, I attended and graduated from the Trial Lawyer's College in Wyoming. The Trial Lawyer's College is an intensive selective trial advocacy three week program founded by Gerry Spence. I have tried over 20 bench and jury trials over the past 5 years, including a seven week murder, conspiracy co-defendant case in the District of Columbia Superior Court. I have participated in oral argument before the District of Columbia Court of Appeals.

7.      In 2015, I was selected by Super Lawyers Magazine as a Rising Star. I was also peer reviewed through Martindale Hubell and earned the highest rating "AV-Preeminent" scoring a 5.0 of 5.0.

8.      Recent CLE classes I have attended include:


2015

November 7, 2015, 2015 Annual Elizabeth Kent Appellate Review, District of Columbia
Association of Criminal Defense Lawyers, 4 CLE credit hours
4 CLE credit hours with the District of Columbia Public Defender Service

2014
Attended the Graduate 1 Program at the Trial Lawyer's College 1 week (54 hours)

2013
Attended the Trial Lawyer's College (144.25 hours)


2012
Cross Examination College, Public Defender Service May 17, 18 (6.5 hours)

Criminal Defender Summer Series, Witness Statements (4 hours)

Since 2011, I have been in private practice in the District of Columbia representing criminal defendants and plaintiffs in civil rights and plaintiff side litigation.

I am licensed in the following courts:

District of Columbia Superior Court and Court of Appeals (2010); member in good standing;
District of Columbia District Court (2013); member in good standing;
State of Maryland (2008) member in good standing.

<u>Experience litigating complex federal cases including civil rights cases</u>

**Pending:**
<u>Brown v. District of Columbia</u>, 15-cv-01380 **(KBJ)** (class action challenging constitutionality of District of Columbia's panhandling statute under 1st Amendment);

<u>Hedgpeth v. Rahim et al</u>, 15-cv-1228 **(JEB)** (excessive force 1983 case);

<u>Lewis v. District of Columbia</u>, 15-cv-421 **(JEB)** (employment discrimination and constitutional rights violation);

<u>Brazell v. Seiver</u>, 13-cv-1978 **(TFH)** (local counsel in complex auto accident case;

I, Joseph SCrofano, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the

foregoing is true and correct to the best of my knowledge.

Executed on 11/16/2015 in the District of Columbia.

<u>____/s/Joseph Scrofano</u>
Joseph Scrofano
D.C. Bar # 994083
406 5th Street NW
Suite 100
Washington, DC 20001
Phone 202/870-0889
Email jas@scrofanolaw.com