UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**, et al.<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br>Defendant. | Civil Action No.: **15-737 (RCL)** |

PROPOSED ORDER

Upon consideration of Plaintiffs' motion, and Defendant District of Columbia's opposition, if any, in the above captioned case, and all arguments supporting and in opposition to said motion, the Court finds that plaintiffs have established that they meet the prerequisites for class certification of Rule 23(a) of the Federal Rules of Civil Procedure and that plaintiffs have established that the classes are properly certified pursuant to Rule 23(b)(2) and Rule 23(b)(3) of the Federal Rules of Civil Procedure. Accordingly, it is hereby ORDERED that plaintiffs' motion for class certification is GRANTED; it is

FURTHER ORDERED that the following classes are CERTIFIED;

> Second Amendment Class: Each person who: (i) in the period beginning three years before the date of filing of the original complaint in this case and going forward until 10/10/2014; (ii) was arrested and/or subjected to prosecution in the District of Columbia for a violation of D.C. Code § 7-2502.01 ("UF"), D.C. Code § 7-2506.01 ("UA"), or D.C. Code § 22-4504(a) ("CPWL" or "CP") prior to amendment of the District's gun registration regime by

1

the First Emergency Legislation; (iii) for carrying a pistol outside their home or place of business.

<u>Nonresident Class</u>: Each person who: (i) in the period beginning three years before the date of filing of the original complaint in this case and going forward until 10/10/2014; (ii) was arrested and/or subjected to prosecution in the District of Columbia for violation of any of the District's gun registration laws, including but not limited to; (iii) while carrying a pistol outside their home or place of business; and (iv) while a nonresident of the District of Columbia at the time of the arrest or prosecution.

<u>Right to Return Class</u>: Each person who: (i) in the period beginning three years before the date of filing of the original complaint in this case and going forward until the case is over or the District changes its policy and practice of confiscating and retaining handguns; (ii) was the owner of handguns or ammunition that was seized by the District or its agents; (iii) which the District still retains or has destroyed or otherwise disposed of without giving the owner notice and a hearing at which the owner could challenge the retention or destruction or appoint an agent to receive and to sell the gun or the District could establish its right to destroy or retain the property.

**FURTHER ORDERED** that Maggie Smith, Gerard Cassagnol, and Frederick Rouse are appointed as representatives of the classes.

**FURTHER ORDERED** that William Claiborne and Joseph A. Scrofano shall serve as class counsel.

3

_____
Judge Royce C. Lamberth
United States District Court Judge