## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-737 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

### <u>CONSENT MOTION FOR EXTENSION OF TIME</u>

Defendant the District of Columbia ("District") respectfully requests an extension of time in this matter to respond to two recent filings by Plaintiffs. The bases for the District's request for an extension is Fed. R. Civ. P. 6(b)(1)(A) and 7(b) and LCvR 7(m).

Currently, the District's Reply in support of its Motion to Dismiss is due on Monday, November 30, 2015. In light of the impending holiday, a brief, one-week extension will provide the District sufficient time to review Plaintiffs' Opposition to the District's dispositive motion and formulate an appropriate response.

Similarly, Plaintiffs filed their Motion for Class Action Treatment on November 16, 2015; the District's response is therefore due on or before December 3, 2015. In light of the impending holiday and the length and complexity of the arguments contained in Plaintiffs' Motion, the District requires additional time to conduct necessary research, and requests an extension of 30 days, *i.e.*, until January 4, 2016.

No other existing deadline will be affected by the additional time, and no party will suffer prejudice, as Plaintiffs have given their consent. A Memorandum of Points and Authorities summarizing the grounds for the request and a proposed order accompany this Motion.

Pursuant to LCvR 7(m), the parties conferred on the motion, and Plaintiffs' counsel advise that they consent to the relief requested.

DATE: November 24, 2015     Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Acting Deputy Attorney General
Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON, D.C. Bar No. 453765
Section Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Senior Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 724-6643
Fax: (202) 730-1470
Email: andy.saindon@dc.gov

/s/ Matthew R. Blecher
MATTHEW R. BLECHER, D.C. Bar No. 1012957
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-9774
Fax:  (202) 730-0586
Email: matthew.blecher@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 15-737 (RCL) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES
## <u>IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME</u>

In support of the Consent Motion for Extension of Time, Defendant the District of Columbia relies upon the following:

1.   Fed. R. Civ. P. 6(b)(1)(A) and (7)(b);

2.   LCvR 7(m), and Plaintiffs' consent to the relief sought; and

3.   The inherent equitable powers of the Court.

DATE: November 24, 2015                    Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Acting Deputy Attorney General
Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON, D.C. Bar No. 453765
Section Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Senior Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 724-6643

Fax: (202) 730-1470
Email: andy.saindon@dc.gov

/s/ Matthew R. Blecher
MATTHEW R. BLECHER, D.C. Bar No. 1012957
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-9774
Fax:  (202) 730-0586
Email: matthew.blecher@dc.gov