# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al*.  )  <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, ) <br> ) <br> Defendant. ) | Civil Action No. 15-737 (RCL) |

## ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time, Plaintiffs' consent, and the entire record, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the District shall file a Reply in support of its Motion to Dismiss on or before Monday, December 7, 2015; and it is

**FURTHER ORDERED** that the District shall file its response to Plaintiffs' Motion for Class Action Treatment on or before Monday, January 4, 2016.

**SO ORDERED**.

Dated: _____

ROYCE C. LAMBERTH
United States District Court Judge