UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 15-737 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

### ORDER {28}

Upon consideration of Defendant's Consent Motion for Extension of Time, Plaintiffs' consent, and the entire record, it is hereby, *nunc pro tunc*,

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the District shall file a Reply in support of its Motion to Dismiss on or before Monday, December 7, 2015; and it is

**FURTHER ORDERED** that the District shall file its response to Plaintiffs' Motion for Class Action Treatment on or before Monday, January 4, 2016.

**SO ORDERED.**

Dated: 12/10/15

ROYCE C. LAMBERTH
United States District Court Judge