UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>    v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

## CONSENT MOTION BY PLAINTIFFS FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS ACTION TREATMENT

Plaintiffs hereby respectfully move this Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) for an approximately three week extension of plaintiffs' deadline, until February 4, 2016, to respond to defendant's opposition [31] to plaintiffs' motion [26] for class action treatment for the reasons detailed below.

### CONSENT SOUGHT AND OBTAINED

Plaintiffs' counsel sought defendant's consent to the relief requested herein pursuant to LCvR 7(m) and defendant does consent.

### MOTION TIMELY FILED

This motion is filed before the expiration of the deadline for filing a reply to defendant's opposition to plaintiffs' motion for class action treatment set by Fed. R. Civ. P. 6(d) and LCvR 7(d), which is about January 14, 2016.

APPLICABLE LAW SUPPORTS GRANT OF MOTION

Federal Rule of Civil Procedure 6(b)(1)(B) authorizes the Court to grant plaintiff's requested extension providing that "good cause" exists for the extension for good cause. Fed. R. Civ. P. 6(b)(1)(B). Courts have explained that good cause in this context simply "means a valid reason for delay[,]" <u>Mann v. Castiel</u>, 681 F.3d 368, 375 (D.C. Cir. 2012). Good cause is present here.

Plaintiff needs more time to respond to defendant's opposition to plaintiffs' motion for class action treatment because of the complexity of the issues raised in defendant's opposition and because of plaintiffs' counsel's schedule.

RELIEF REQUESTED

Plaintiff respectfully moves this Court to set the deadline for Plaintiffs to file a reply to defendant's opposition to their motion for class action treatment until February 4, 2016.

Respectfully submitted,

<u>/sig/W Claiborne</u>
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs and the class
2020 Pennsylvania Ave., N.W.
#395
Washington, DC 20004
Phone 202/824-0700
Email clairbornelaw@gmail.com