UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MAGGIE SMITH et al.,** | ) | |
| Plaintiffs, | ) ) ) | |
| | ) | Civil Action No. 15-737 (RCL) |
| v. | ) ) | |
| **DISTRICT OF COLUMBIA,** | ) ) | |
| Defendant. | ) ) | |

## ORDER

Before the Court is plaintiffs' Motion [32] for an extension of time to reply to defendant's opposition to plaintiffs' motion for class action treatment. Upon consideration of the motion, the existing record in this case, and the applicable law, the Court will GRANT defendant's Motion [32] for an extension of time.

Plaintiffs' reply is now due by February 4, 2016.

**IT IS SO ORDERED.**

Signed by Royce C. Lamberth, United States District Judge, on January 11, 2016.