UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**, et al.<br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>    v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

## NOTICE

**Ps. Ex. # 1 in support of Plaintiffs' Reply**

Attached hereto is Plaintiffs' Ps. Ex. # 1 in support of Plaintiffs' Reply [34] which was inadvertently not filed with the reply.

Respectfully submitted

/s/William Claiborne
D.C. Bar #446579
Counsel for plaintiffs

2020 Pennsylvania Ave., N.W.
Suite 395
Washington, D.C. 20006
Phone 202/824-0700
Email claibornelaw@gmail.com