**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAGGIE SMITH** *et al* | |
| On behalf of herself and all others similarly situated, | |
| Plaintiff, | |
| v. | Civil Action No.: **15-737 (RCL)** |
| **GOVERNMENT OF THE DISTRICT OF COLUMBIA** | |
| Defendant. | |

**SUPPLEMENTAL DECLARATION OF JOSEPH A. SCROFANO REGARDING SUMMARY OF ARRESTS AND PROSECUTIONS OF CLASS MEMBERS COMPILED BY DATA AVAILABLE AT THE DISTRICT OF COLUMBIA SUPERIOR COURT**

I, Joseph Scrofano, pursuant to 28 U.S.C. §1746, state under penalty of perjury that the foregoing is true and correct.

1.    I reviewed a spreadsheet containing data from public records produced by the Metropolitan Police Department and disseminated by the Defender Services Office that shows individuals arrested daily in the District of Columbia from the periods of April 1, 2014 to April 28, 2014 [hereinafter "the Lockup Lists"]. The Lockup Lists show the following information about individuals arrested (1) first and last names; (2) initial criminal charge; (3) date of arrest; (4) individual's PDID number;[1] (5) the criminal complaint number; and (6) whether an individual was arrested with a co-defendant.

2.    From the Lockup Lists, I searched individuals by name and PDID number in the

---

[1] PDID numbers are unique six-digit number codes issued to every individual arrested in the District of Columbia. While someone's name may differ based on an alias or misspelling, PDID numbers are unique to an individual.

Superior Court of the District of Columbia's docket system, CourtView. From the Lockup Lists, I searched individuals by name in the Superior Court of the District of Columbia's online docket system, Court Cases online, which pulls data from CourtView.

3.     The docket on CourtView is the official docket[2] of the Superior Court of the District of Columbia and so docket entries constitute public records under FRE 803(8).

4.     As public records the docket entries are presumed accurate, FRE 803(8)(public records), U. S. v. American Tel. & Tel. Co., 498 F.Supp. 353, 360 (D.C.D. 1980)(public records presumed reliable).  Alternatively, the Court may take judicial notice of the docket entries.  Rogers v. District of Columbia, 2012 WL 3108873, 3 (D.D.C. 2012).

5.     This Court may take judicial notice of public records, for evidentiary purposes, and a D.C. Superior Court docket sheet certainly satisfies that standard. See Thompson v. Linda & A., Inc., 779 F. Supp. 2d 139, 144 (D.D.C. 2011); see also Mangiafico v. Blumenthal, 471 F.3d 391, 398 (2d Cir. 2000) (clarifying that docket sheets are public records of which the Court can take judicial notice).  Rogers v. D.C., 880 F. Supp. 2d 163, 166 (D.D.C. 2012).

6.     For each individual initially charged with Carrying a Pistol [hereinafter "CP"], Possession of an Unregistered Firearm [hereinafter "UF"], and Unlawful Possession of Ammunition [hereinafter "UA"] during the aforementioned time periods, I reviewed the docket entries, which reflect the ultimate charges brought, the disposition of each case, and the dates of said events as well as the results that came up online for previous cases as well as the Criminal Information, *Gerstein* affidavits, and (where applicable) Judgment and Commitment Orders.

7.     I selected individuals based on the following criteria: (1) a non-conviction for at

---

[2] The Court's website states: "The public information viewed on the Court Cases Online system reflects the docket entries in civil, criminal, criminal domestic violence and tax cases, probate cases for large estates and small estates, disclaimers of interest, major litigation, wills and foreign estate proceedings." http://www.dccourts.gov/internet/CCO.jsf, last checked, 12/21/2012

least one relevant gun charge (CP, UF, UA); (2) prosecution by the District of Columbia Office of the Attorney General during the relevant class period where the person was charged with more than one such charge; (3) in the alternative arrested by or processed by the Metropolitan Police Department; and (4) the absence of prior felony and/or domestic violence convictions in the District of Columbia.

8.      I placed individuals who met this criterion on the attached Spreadsheet.

9.      In addition, individuals highlighted represent cases that the either the United States Attorney's Office or the Office of the Attorney General (sometimes both) declined to file charges against after they were arrested ("no-papered").

10.      It is common knowledge in the District of Columbia criminal justice community that the Superior Court for the District of Columbia no longer dockets in Courtview entries for cases where the prosecuting agencies decline to file charges.

11.      Accordingly, after searching the highlighted names by first and last name and then by PDID number and finding no corresponding case to match the Lockup Lists, the only conclusion is that these highlighted cases represent cases where the listed individual was arrested but not charged. I state this knowledge having litigated more than 350 criminal cases in the District of Columbia Superior Court.

12.      My analysis revealed as follows: (1) there were an additional 6 individuals charged with a relevant charge and prosecuted by or arrested or processed by the relevant police agency; (2) at least another likely 7 individuals arrested but not charged for a relevant charge during the relevant time period.


Respectfully submitted,

/s/
Joseph A. Scrofano
JOSEPH A. SCROFANO
D.C. Bar # 994083
Counsel for Ms. Smith, Mr. Rouse, and Mr. Cassagnol on behalf of
themselves and the putative class members
406 5th Street NW
Suite 100
Washington, DC 20001

# Charles Lee Broadie, Jr.

Close

Open

Save

Print

| | | |
|---|---|---|
| Last Name | Xref ID | Case Number |
| First Name | S.S.N. | Case Type ALL |
| Company | D.O.B. | Status ALL |

PDID          581960          Gender
Party Type    Defendant (Criminal)

Search Criteria          Search          Clear

---

1 Charges
2 Parties

3 Case Disposition

4 Docket Entries

5 Events

6 Alerts

7 Arrest Bond
8 Sentence/Probation

Search Results

| Case # | Party Name | Chrg # | Charge | Phase | File Date | Arrest Date | Offense Date | Charge Disp | Chrg Disp Date | Convicted |
|---|---|---|---|---|---|---|---|---|---|---|
| 2014 CF2 007461 | BROADIE JR, CHARLES LEE | 1 | Carry Pistol Outside Home/Business | C | 04/28/2014 | | | Dismissed as part of Plea Agreement | 10/27/2014 | |
| 2014 CF2 007461 | BROADIE JR, CHARLES LEE | 2 | Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device | C | 04/28/2014 | | | Found Guilty - Plea | 10/27/2014 | YES |
| 2014 CF2 007461 | BROADIE JR, CHARLES LEE | 3 | Unlawful Poss Ammunition | C | 04/28/2014 | | | Found Guilty - Plea | 10/27/2014 | YES |
| 2014 CF2 017228 | BROADIE JR, CHARLES LEE | 1 | Bail Reform Act -Felony | C | 09/30/2014 | | | Dismissed as part of Plea Agreement | 10/27/2014 | |

Pls. Ex. # 1

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

DCTN: U14012700

Lockup No: 57

Case No: _____

## COMPLAINT

District of Columbia ss:

| | | | | | |
|---|---|---|---|---|---|
| **Defendant's Name:** | Charles Broadie | | | 581960 | 14058252 |
| | (First) | (MI) | (Last) | (PDID) | (CCNO) |
| **Also Known As:** | Charles Lee Broadie | | | | |
| | (First) | (Middle) | (Last) | | |
| **Address:** | 1331 SAVANNAH ST SE Apt. 6, WASHINGTON DC | | | | |

On or about April 27, 2014, within the District of Columbia, Charles Broadie did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol.  **(Carrying a Pistol [Outside Home or Place of Business], in violation of 22 D.C. Code, Section 4504(a)(1) (2001 ed.))**

**Co-Defendants:**

_____
Affiant's Name

Subscribed and sworn to before me this ____28____ day of ____April, 2014____

_____
(Judge)  (Deputy Clerk)

## WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
   WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____

**YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.**

**Issued** _____

_____
Judge - Superior Court of the District of Columbia

**Title 16:** ☐          **Rule 105:** ☐   **Judge:** _____

| | | |
|---|---|---|
| **Sex: Male** | **DOB: 11/18/1991** | **CCN: 14058252** **PDID: 581960** |
| **Papering Officer: Damien L Williams** | | **Badge No.: 4884** |

### OFFICER MUST EXECUTE RETURN

| | |
|---|---|
| **Officer's Name:** | **Date / Time: April 28, 2014** |
| **AUSA Signature:** *Lauren Cockburn* | **Fel. I** ☐  **AFTC** ☐  **Fel. II** ☒ |

Pls. Ex. # 1

 LU 57

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## UNITED STATES
### VS
### BROADIE, Charles LEE

The event occured on 04/27/2014 at approximately 0050 at 4301-3RD-ST-SE in Washington DC.

The event occurred in Washington D.C on 4/27/2014 at approximately 0045 hours, in PSA 706.
While on routine in the 4300 block of 3rd St. S.E Officers Stith (Driver) Williams (FSP) observed a group of fifteen unidentified males standing together on the stairs leading to the lower parking lot. As the listed Officers marked scout car approached the group, Defendant (Broadie) began to quickly walk in between the unidentified males down the stairs toward the lower parking lot. Officer Williams exited the scout car and began to walk toward the large group and Defendant (Broadie). Once Defendant (Broadie) reached the bottom of the stairs he quickly changed directions multiple times avoiding the approaching Officers. Officer Williams observing Defendant (Broadie)'s actions asked him what he was doing. Defendant (Broadie) did not respond but instead began to sprint toward 4301 3rd St S.E. Officer Williams was able to grab Defendant (Broadie) as he attempted to flee. Defendant (Broadie) then struggled to remove an object from under his shirt with his left hand, as Officer Williams tired to detain him. Officer Williams then grabbed Defendant (Broadie)'s left hand when he felt what he immediately recognized to be a handgun within his grasp. Officer Williams then gave very loud verbal commands for Defendant (Broadie) to let go of the handgun. Defendant (Broadie) complied and released his grip of the handgun, allowing Officer Williams to remove it from inside of his waistband. Officer McEachern and Bacon began to place Defendant (Broadie) in handcuffs. Recovered from Defendant (Broadie)'s waistband was a black Ruger P89 handgun, Serial Number (30978549). Further investigation revealed the Ruger was loaded with nine (9) cartridges of ammunition in the magazine and one (1) in the chamber. Additionally, The Ruger appeared to be fully functional, is designed to expel a projectile by the action of an explosive, has a barrel length of less than twelve inches and is capable of being fired with the single use of one hand.
Defendant (Broadie) was subsequently placed under arrest for Carrying a Pistol and transported to the Seventh District Station for processing.
Crime Scene Search Officer Strong, L 2429 responded and processed/recovered the weapon.

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this Apr 28, 2014

| | | | |
|---|---|---|---|
| Police Officer | 2734 | 7D | Witness / Deputy Clerk |
| | Badge | Unit | |

MEacn   8701                                    Kathryn Hammond
Printed Name of Member / CAD#          Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2514

Pls. Ex. # 1

# Damien Spears

Search Criteria

| %Close | | | | | | | |
|---|---|---|---|---|---|---|---|
| %Open | Last Name | | | Xref ID | | Case Number | |
| | First Name | | | S.S.N. | | Case Type | ALL |
| %Save | Company | | | D.O.B. | | Status | ALL |
| %Print | PDID | 681269 | | Gender | | | |
| | Party Type | Defendant (Criminal) | | | | | |

| | Search Results | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Charges | | | | | | | | | | |
| 2 Parties | Case # | Party Name | Chrg # | Charge | Phase | File Date | Arrest Date | Offense Date | Charge Disp | Chrg Disp Date | Convicted |
| 3 Case Disposition | 2015 CF2 011737 | SPEARS, DAMIEN | 1 | Destruction of Property $1000 or More | C | 08/28/2015 | | | Found Guilty - Plea | 10/16/2015 | YES |
| 4 Docket Entries | 2015 CF2 011737 | SPEARS, DAMIEN | 2 | Unauthorized Use of A Vehicle | C | 08/28/2015 | | | Found Guilty - Plea | 10/16/2015 | YES |
| 5 Events | 2014 CF2 006523 | SPEARS, DAMIEN | 1 | Carry Pistol Outside Home/Business | C | 04/14/2014 | | | Dismissed | 11/20/2014 | |
| 6 Alerts | 2014 CF2 006523 | SPEARS, DAMIEN | 2 | Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device | C | 04/14/2014 | | | Found Guilty - Plea | 11/20/2014 | YES |
| 7 Arrest Bond | 2014 CF2 006523 | SPEARS, DAMIEN | 3 | Unlawful Poss Ammunition | C | 04/14/2014 | | | Found Guilty - Plea | 11/20/2014 | YES |
| 8 Sentence/Probation | 2014 CF2 006523 | SPEARS, DAMIEN | 4 | Possession of Open Container of Alcohol - Vehicle | C | 04/14/2014 | | | Dismissed as part of Plea Agreement | 06/13/2014 | |

Pls. Ex. # 1

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### PROBATION REVOKED

| | |
|---|---|
| **United States of America**<br>Vs. | **JUDGMENT IN A CRIMINAL CASE**<br>(Incarceration) |
| <u>**DAMIEN SPEARS**</u><br>DOB:07/04/1989 | Case No. <u>**2014 CF2 006523**</u><br>PDID No. <u>**681269**</u><br>DCDC No. |

**THE DEFENDANT HAVING BEEN FOUND GUILTY ON THE FOLLOWING COUNT(S) AS INDICATED BELOW:**

| <u>Count</u> | <u>Court Finding</u> | <u>Charge</u> |
|---|---|---|
| 2 | Found Guilty-Plea | Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device |
| 3 | Found Guilty-Plea | Unlawful Poss Ammunition |

## SENTENCE OF THE COURT

**Count 2 Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device** Sentenced to 60 day(s) incarceration., $50.00 VVCA, VVCA Due Date 11/20/2016

**Count 3 Unlawful Poss Ammunition** Sentenced to 60 day(s) incarceration, $50.00 VVCA, VVCA Due Date 11/20/2016

COUNTS 2 AND 3 TO RUN CONCURRENT TO EACH OTHER AND TO ANY OTHER SENTENCE THE DEFENDANT HAS.

The defendant is hereby committed to the custody of the Attorney General to be incarcerated for a total term of <u>**60 DAYS**</u> . MANDATORY MINIMUM term of _____ applies.

Upon release from incarceration, the Defendant shall be on supervised release for a term of: _____

The Court makes the following recommendations to the Bureau of Prisons/Department of Corrections:

Total costs in the aggregate amount of $ <u>100.00</u> have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have ☑ have not been paid. ☐ Appeal rights given ☑ Gun Offender Registry Order Issued

☐ Advised of right to file a Motion to Suspend Child Support Order ☐ Sex Offender Registration Notice Given

☐ Domestic violence notice given prohibiting possession/purchase of firearm or ammunition

☐ Restitution is part of the sentence and judgment pursuant to D.C. Code § 16-711. ☑ Voluntary Surrender

| | |
|---|---|
| <u>12/18/2015</u><br>Date | ANITA JOSEY-HERRING<br>Judge/Magistrate Judge |
| Certification by Clerk pursuant to Criminal Rule 32(d) | |
| <u>12/18/2015</u><br>Date | Antinello McWain<br>Deputy Clerk |

Received by DUSM: _____
Printed Name

Badge# _____ Signature: _____ Date: 12/18/15 Time: 3:40

Case: 2014 CF2 006523

Pls. Ex. # 1

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America<br>Vs. | **JUDGMENT IN A CRIMINAL CASE**<br>(Probation) |
| <u>DAMIEN SPEARS</u><br>DOB: 07/04/1989 | Case No. <u>2014 CF2 006523</u><br>PDID: <u>681269</u><br>DCDC No: |

**THE DEFENDANT HAVING BEEN FOUND GUILTY ON THE FOLLOWING COUNT(S) AS INDICATED BELOW:**

| Count | Court Finding | |
|---|---|---|
| 2 | Found Guilty-Plea | Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device |
| 3 | Found Guilty-Plea | Unlawful Poss Ammunition |

## SENTENCE OF THE COURT

**Count 2  Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device** Sentenced to 120 day(s) incarceration, execution of sentence suspended as to all, *Supervised Probation for 1 year(s), $50.00 VVCA, VVCA Due Date 11/20/2015

**Count 3  Unlawful Poss Ammunition** Sentenced to 60 day(s) incarceration, execution of sentence suspended as to all, *Supervised Probation for 1 year(s), $50.00 VVCA, VVCA Due Date 11/20/2015

COUNTS 2 AND 3 TO RUN CONCURRENT TO EACH OTHER

Defendant is hereby ordered placed on probation - See Page 2 of this Order for Conditions of Probation; *upon release from either the courtroom or incarceration, Defendant must report to 300 Indiana Avenue, NW, <u>**Room 2070**</u>, Washington, DC, by the next business day after release from jail or prison.*

Total costs in the aggregate amount of $ _____**100.00**_____ have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have ☑ have not been paid. ☐ Appeal Rights Given ☑ Gun Offender Registry Order Issued ☐ Sex Offender Registration Notice Given ☐ Domestic violence notice given prohibiting possession/purchase of firearm or ammunition ☐ In addition to any condition of probation, restitution is made part of the sentence and judgment pursuant to D.C. Code § 16-711.

| | |
|---|---|
| <u>11/20/2014</u><br>Date | **ANITA JOSEY-HERRING**<br>Judge/Magistrate Judge |
| Certification by Clerk pursuant to Criminal Rule 32(d) | |
| <u>11/20/2014</u><br>Date | **Antinello McWain**<br>Deputy Clerk |

Case: 2014 CF2 006523

Judgment Page 2 of 2

CASE NUMBER:   **2014 CF2 006523**
DEFENDANT:   **DAMIEN SPEARS**



The Defendant is hereby placed on *Supervised Probation for a term of **1 year(s).**

## GENERAL CONDITIONS OF PROBATION

1. Obey all laws, ordinances, and regulations.
2. Report to CSOSA today and then for all appointments scheduled by your Community Supervision Officer (CSO).
3. Permit your CSO to visit your place of residence.
4. Notify your CSO within one business day of (A) an arrest or questioning by a law enforcement officer, (B) a change in your residence, or (C) a change in your employment.
5. Obtain the permission of your CSO before you relocate from the District of Columbia.
6. Do not illegally possess or use a controlled substance or any paraphernalia related to such substances (you may take lawfully prescribed medication). You must not frequent a place where you know a controlled substance is illegally used or distributed.
7. You must drug test at the discretion of CSOSA. In the event of illicit drug use or other violation of conditions of probation, participate as directed by your CSO in a program of graduated sanctions that may include periods of residential placement or services.
8. Participate in and complete CSOSA's employment/academic program, if directed by your CSO.
9. Participate in and complete other CSOSA's programs as identified through CSOSA's risk and needs assessment.
10. Satisfy all court imposed financial obligation(s) (fines, restitution, Victim of Violent Crime Act assessments, etc.) to which you are subject. You must provide financial information relevant to the payment of such a financial obligation that is requested by your CSO. A payment plan will be established by your CSO so that you will be in a position to pay your court imposed financial obligation(s) within 90 days prior to the termination of your probation.

## SPECIAL CONDITIONS OF PROBATION

1. Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your CSO.

2. Restitution of $ _____ in monthly installments of $ _____ beginning _____

   ☐ The Court will distribute monies to: _____

   _____

3. ☐ You are to stay away from the person(s) and or address(es) listed below: _____

   _____

   ☐ You are to stay away from the following places or area(s): _____

   _____

You are not to have contact with any of the persons named above. You must remain at least 100 yards away from them, their home, and/or their places of employment. You are not to communicate, or attempt to communicate with any of these persons, either directly or through any other person, by telephone, written message, electronic message, pager, or otherwise, except through your lawyer.

4. **Other Special Conditions:** <u>Obtain  General Education Diploma Preparation</u>

CDJCPROB.doc

Pls. Ex. # 1

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## CRIMINAL DIVISION

DCTN: U14011120

Lockup No: 21

Case No: _____

## COMPLAINT

District of Columbia ss:

| Defendant's Name: | **Damien Spears** | | | | 681269 | 14050629 |
|---|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | | (PDID) | (CCNO) |
| Also Known As: | **Damien  Spears** | | | | | |
| | (First) | (Middle) | | (Last) | | |
| Address: | **NO FIXED** | | | | | |

On or about April 12, 2014, within the District of Columbia, Damien Spears did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol.  **(Carrying a Pistol [Outside Home or Place of Business], in violation of 22 D.C. Code, Section 4504(a)(1) (2001 ed.))**

Co-Defendants:

_____
Affiant's Name

Subscribed and sworn to before me this ___14___ day of _____**April, 2014**_____

_____
(Judge) (Deputy Clerk)

## WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*

   **WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for** _____

**YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.**

Issued _____

Judge - Superior Court of the District of Columbia

Title 16: [  ]         Rule 105: [  ]   Judge: _____

| Sex:  Male | DOB: 07/04/1989 | CCN: 14050629 | PDID:   681269 |
|---|---|---|---|
| Papering Officer: | | | Badge No.: |

### OFFICER MUST EXECUTE RETURN

| Officer's Name: | Date / Time: April 14, 2014 |
|---|---|
| AUSA Signature: *Lauren Cockburn* | Fel. I [  ]   AFTC [  ]   Fel. II [X] |

Pls. Ex. # 1



# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CCN Number:14050629
## GERSTEIN AFFIDAVIT
### District of Columbia
#### vs
#### SPEARS, DAMIEN

Officer **CUEVAS, BRETT M**, Badge **3986**, personally appeared on **04/12/2014** and under penalty for making a false statement, set forth the below statement regarding the named defendant as true and/or as based upon information s/he believes to be true, and that the events occurred in the District of Columbia.

The event occured on **04/12/2014** at approximately **2022** at **1200 MISSISSIPPI AVE SE** in Washington DC.

While conducting Vice operations in the 7th District Officers Cuevas, Pugh, Glynn and Tarr were driving east along the 1200 block of Mississippi Ave. S.E. in PSA 705. The officers were driving in an unmarked police vehicle equipped with lights and sirens and were wearing plain clothes with police identifiers. The officers observed a black Acura bearing MD tags 7FST82 stopped in the east bound lane, holding up traffic. A man was speaking through the drivers window while standing in the street and the officers waited approximately 3 minutes with no movement. Officer Cuevas activate the emergency equipment and conducted a traffic stop. There were only two individuals inside of the vehicle, the driver Mr. Tyrell Day and the front right passenger, Defendant Damien Spears. As the officers were approaching the vehicle Defendant Spears opened the passenger door and Officer Pugh could see he was holding onto a clear cup with a clear fluid in it and the cup was half full. Officer Pugh could smell the odor of alcohol emanating from Defendant Spears and asked for the cup. Officer Pugh could smell that the fluid inside of the cup was emanating a strong odor of an alcoholic beverage and he asked Defendant Spears to exit the vehicle. Defendant Spears exited and began running into a park area. Defendant Spears held onto his right side as he ran and Officers Pugh, Tarr and Glynn chased after him while Officer Cuevas stayed with the driver of the vehicle who was compliant. Officers Glynn and Pugh observed Defendant Spears withdraw a black handgun from his right side. Officer Pugh yelled Drop the gun, stop! Defendant Spears hurled it into the air and Officer Pugh yelled He just threw a gun! Officer Pugh observed where it landed and broke off of chasing Defendant Spears and ran directly to the gun which was a black Walther P22 (.22 cal) serial number L182006. The handgun was loaded with one round in the chamber and 10 rounds in the magazine. Officers Glynn and Tarr caught Defendant Spears seconds later, there in the park, and placed him in handcuffs. Officer Pugh never lost sight of the weapon and secured it within seconds of the throw. Defendant Spears was wearing a pair of sweatpants and two shirts however he had a leather belt around the inside shirt which was held as evidence. The belt was not securing the pants and sat a bit higher than the waistline. The officers note that there was a family inside of the park having a cook out when the offense occurred with small children present and playing. Crime Scene Officer Royster #2298 resonded and processed the firearm. The firearm appeared operational, while being held by one hand, and appered able to fire a projectile by means of explostion. The barrel was less than 12 inchs.

Defendant Spears was placed under arrest for Carrying a Pistol, Unregistered Firearm, POCA and Unregistered Ammunition and was transported to 7D for processing. Defendant Spears was identified by word of mouth. Mr. Day was issued one NOI #588856122 for obstructing traffic.

_____
**Police Officer**

_____
**CUEVAS, BRETT M / 8154**
**Printed Name**

_____
Witness / Assistant Attorney General for the District of Columbia

_____
Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code § 22-2514

Pls. Ex. # 1

Kevin Precia

Pls. Ex. # 1



| | | | Search Screen | | Clear | | | | |

C%lose

%Open — Last Name — Xref ID — Case Number

First Name — S.S.N. — Case Type — ALL

%Save — Company — D.O.B. — Status — ALL

PDID 681207 — Gender

%Print — Party Type Defendant (Criminal)

**Search Results**

| | Case # | Party Name | Chrg # | Charge | Phase | File Date | Arrest Date | Offense Date | Charge Disp | Chrg Disp Date | Convicted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Charges | | | | | | | | | | | |
| 2 Parties | | | | | | | | | | | |
| 3 Case Disposition | 2014 CDC 006362 | PRECIA, KEVIN | 1 | Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device | C | 04/11/2014 | | | Dismissed as part of Plea Agreement | 05/29/2014 | |
| 4 Docket Entries | 2014 CDC 006362 | PRECIA, KEVIN | 2 | Unlawful Poss Ammunition | C | 04/11/2014 | | | Found Guilty - Plea | 05/29/2014 | YES |
| 5 Events | | | | | | | | | | | |
| 6 Alerts | | | | | | | | | | | |
| 7 Arrest Bond | | | | | | | | | | | |
| 8 Sentence/Probation | | | | | | | | | | | |

Pls. Ex. # 1

# Marquise Porter

Pls. Ex. # 1

Search                Clear
Search Results

| | | |
|---|---|---|
| Close | Last Name | Xref ID | Case Number |
| Open | First Name | S.S.N. | |
| Save | Company | D.O.B. | Case Type ALL |
| Print | PDID      533789 | Gender | Status ALL |
| | Party Type  Defendant (Criminal) | | |

Search Results

| # | Case # | Party Name | Chrg # | Charge | Phase | File Date | Arrest Date | Offense Date | Charge Disp | Chrg Disp Date | Convicted |
|---|--------|-----------|--------|--------|-------|-----------|-------------|--------------|-------------|----------------|-----------|
| 1 Charges | | | | | | | | | | | |
| 2 Parties | | | | | | | | | | | |
| 3 Case Disposition | 2015 CF3 016641 | PORTER, MARQUISE | 1 | Assault With A Dangerous Weapon | P | 11/30/2015 | 11/29/2015 | 10/10/2015 | | | |
| 4 Docket Entries | 2014 CF2 006251 | PORTER, MARQUISE | 1 | Carry Pistol Outside Home/Business | C | 04/10/2014 | | | Dismissed as part of Plea Agreement | 11/18/2014 | |
| 5 Events | 2014 CF2 006251 | PORTER, MARQUISE | 2 | Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device | C | 04/10/2014 | | | Found Guilty - Plea | 11/18/2014 | YES |
| 6 Alerts | 2014 CF2 006251 | PORTER, MARQUISE | 3 | Unlawful Poss Ammunition | C | 04/10/2014 | | | Found Guilty - Plea | 11/18/2014 | YES |
| 7 Arrest Bond | 2014 CF2 006251 | PORTER, MARQUISE | 4 | Poss of Open Container of Alcohol/Public Intoxication | C | 04/10/2014 | | | Dismissed as part of Plea Agreement | 07/01/2014 | |
| 8 Sentence/Probation | 2013 CMD 017096 | PORTER, MARQUISE | 1 | Poss W/I to Dist Marijuana-Misd | C | 09/25/2013 | | | DWP | 01/13/2014 | |
| | 2013 CMD 017096 | PORTER, MARQUISE | 2 | Possession of Drug Paraphernalia | C | 09/25/2013 | | | DWP | 01/13/2014 | |
| | 2013 CMD 017096 | PORTER, MARQUISE | 3 | Unlawful Poss Ammunition | C | 09/25/2013 | | | DWP | 01/13/2014 | |
| | 2008 CMD 030143D | PORTER, MARQUISE | 1 | Poss of Open Container of Alcohol | C | 11/29/2008 | | | Dismissed | 02/04/2009 | |
| | 2008 CMD 030143D | PORTER, MARQUISE | 2 | *Attempted Poss of a Contro | C | 11/29/2008 | | | Found Guilty - Plea | 02/04/2009 | YES |

Pls. Ex. # 1

```
                           lleg
                           ubsta
                           nce
                           -Misd
2006  PORTER,  1           No     C  09/12/2                 Found      11/13/2006 YES
CTF   MARQUISE             Permit    006                     Guilty -
020062D                                                      Plea
2002  PORTER,  1           FUGITIC   03/21/2                 Extraditio03/21/2002
FUG   MARQUISE             VE        002                     n Waived
000759D                    FROM
                           JUSTIC
                           E
2002  PORTER,  1           UCSA   C  03/13/2                 Grand      04/03/2002
FEL   MARQUISE             PWID      002                     Jury
001628D                    COCAIN                            Indictment
                           E                                 Filed
2002  PORTER,  2           UCSA   C  03/13/2                 Do Not     09/24/2002
FEL   MARQUISE             PWID      002                     Use -  DWP
001628D                    COCAIN
                           E
2001  PORTER,  1           UCSA   C  11/07/2                 Grand      12/11/2001
FEL   MARQUISE             PWID      001                     Jury
007031D                    MARIJU                            Indictment
                           ANA                               Filed
2001  PORTER,  2           UCSA   C  11/07/2                 Nolle      05/21/2003
FEL   MARQUISE             PWID      001                     Prosequi
007031D                    MARIJU
                           ANA
```

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
Vs.

JUDGMENT IN A CRIMINAL CASE
(Probation)

__MARQUISE PORTER__
DOB: 06/30/1981

Case No: 2014 CF2 006251
PDID: 533789
DCDC No:

THE DEFENDANT HAVING BEEN FOUND GUILTY ON THE FOLLOWING COUNT(S) AS INDICATED BELOW:

| Count | Court Finding | |
|-------|---------------|---|
| 2 | Found Guilty - Plea | Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device |
| 3 | Found Guilty - Plea | Unlawful Poss Ammunition |

## SENTENCE OF THE COURT

**Count 2 - Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device** Sentenced to 180 days incarceration, execution of sentence suspended as to all, *Supervised Probation for 1 year, $50.00 VVCA, VVCA Due Date 05/18/2015

**Count 3 - Unlawful Poss Ammunition** Sentenced to 180 days incarceration, execution of sentence suspended as to all, *Supervised Probation for 1 year, $50.00 VVCA, VVCA Due Date 05/18/2015

**Sentence for Counts 2 and 3 to run concurrent.**

Defendant is hereby ordered placed on probation - See Page 2 of this Order for Conditions of Probation; *upon release from either the courtroom or incarceration, Defendant must report to 300 Indiana Avenue, NW, __Room 2070__, Washington, DC, by the next business day after release from jail or prison.*

Total costs in the aggregate amount of $ __100.00__ have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have ☑ have not been paid. ☐ Appeal Rights Given ☑ Gun Offender Registry Order Issued ☐ Sex Offender Registration Notice Given ☐ Domestic Violence notice given prohibiting possession/purchase of firearm or ammunition ☐ In addition to any condition of probation, restitution is made part of the sentence and judgment pursuant to DC Code § 16-711.5

| | |
|---|---|
| __11/18/2014__ | _Patricia A. Broderick_ |
| Date | PATRICIA A BRODERICK |
| | Judge |
| Certification by Clerk pursuant to Criminal Rule 32(d) | |
| __11/18/2014__ | Regina E. Candler |
| Date | Clerk |

Judgment Page 2 of 2

CASE NUMBER: __2014 CF2 006251__
DEFENDANT: __MARQUISE PORTER__



The Defendant is hereby placed on **Supervised Probation** for a term of __1 year.__

## GENERAL CONDITIONS OF PROBATION

1. Obey all laws, ordinances, and regulations.
2. Report to CSOSA today and then for all appointments scheduled by your Community Supervision Officer (CSO).
3. Permit your CSO to visit your place of residence.
4. Notify your CSO within one business day of (A) an arrest or questioning by a law enforcement officer, (B) a change in your residence, or (C) a change in your employment.
5. Obtain the permission of your CSO before you relocate from the District of Columbia.
6. Do not illegally possess or use a controlled substance or any paraphernalia related to such substances (you may take lawfully prescribed medication). You must not frequent a place where you know a controlled substance is illegally used or distributed.
7. You must drug test at the discretion of CSOSA. In the event of illicit drug use or other violation of conditions of probation, participate as directed by your CSO in a program of graduated sanctions that may include periods of residential placement or services.
8. Participate in and complete CSOSA's employment/academic program, if directed by your CSO.
9. Participate in and complete other CSOSA's programs as identified through CSOSA's risk and needs assessment.
10. Satisfy all court imposed financial obligation(s) (fines, restitution, Victim of Violent Crime Act assessments, etc.) to which you are subject. You must provide financial information relevant to the payment of such a financial obligation that is requested by your CSO. A payment plan will be established by your CSO so that you will be in a position to pay your court imposed financial obligation(s) within 90 days prior to the termination of your probation.

## SPECIAL CONDITIONS OF PROBATION

1. Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your CSO.
2. Restitution of $ _____ in monthly installments of $ _____ beginning _____
   ☐ The Court will distribute monies to: _____
   _____
3. ☐ You are to stay away from the person(s) and or address(es) listed below: _____
   _____

   ☐ You are to stay away from the following places or area(s): _____

You are not to have contact with any of the persons named above. You must remain at least 100 yards away from them, their home, and/or their places of employment. You are not to communicate, or attempt to communicate with any of these persons, either directly or through any other person, by telephone, written message, electronic message, pager, or otherwise, except through your lawyer.

4. **Other Special Conditions**:

Drug Testing
Other conditions: Intervention Plan outlined in PSI Report

CDJCPROB.doc

Pls. Ex. # 1



# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### UNITED STATES
### VS
### PORTER, MARQUISE DAVON

The event occured on **04/09/2014** at approximately **2144** at **357 PARKLAND PL SE** in Washington DC.

Members of the Narcotics and Special Investigations Division Gun Recovery Unit were on patrol in the 7th District. Officers Remick-Cook, Watson and ATF Special Agent Srivastava were partnered together in an unmarked Ford Edge. Officer Remick-Cook was the driver, Officer Watson was the front seat passenger, and Special Agent Srivastava was the right rear passenger. Officers Dossen and Hugee were also patrolling along with the aforementioned officers, and utilized an unmarked Ford Explorer. Gun Recovery Officers wore casual attire and tactical ballistic vests which have the word POLICE clearly displayed on the front and back area.

While in the 300 block of Parkland Place Southeast, officers observed a large group of people crowding the sidewalk area and sitting on the front steps of 357 Parkland Place Southeast. Officer Remick-Cook stopped the vehicle and said hello to the large group of people. Shortly after, officers observed Defendant Marquise Porter holding a clear plastic cup containing liquid. The cup was nearly full. Defendant Porter had difficulty standing and had slurred speech when speaking with officers. Defendant Porter appeared to be under the influence of alcohol. Officers exited the vehicle and approached Defendant Porter.

When officers exited the vehicle, many of the individuals standing near Defendant Porter moved away quickly. While standing face to face with Defendant Porter, Officers Remick-Cook and Watson detected the strong odor of alcohol emanating from Defendant Porters breath. The liquid inside the clear plastic cup also contained the strong odor of an alcoholic beverage. At that time, Defendant Porter was advised that he was going to be placed under arrest for Possession of an Open Container of Alcohol. As the Officers were searching Defendant Porter incident to his arrest and prior to placing the handcuffs onto Defendant Porter, Officer Watson felt a hard metallic object in the rear waistband area of Defendant Porters pants.

Due to the officers training and experience, the object had to touch and feel of a firearm. After raising Defendant Porters shirt up, Officer Watson observed a black revolver protruding from Defendant Porters (rear) pants. Officer Watson quickly advised officers on the scene that Defendant Porter was in possession of a firearm. Officer Remick-Cook quickly swatted the alcoholic beverage from Defendant Porters right hand and assisted Officer Watson in placing Defendant Porter into handcuffs. The liquid inside the cup spilled from the cup.

Crime scene Officer Stewart (7th District) responded to the scene to photograph the firearm as it was found inside Defendant Porters rear waistband area. The firearm was not removed or disturbed prior to this photograph. Officer Watson removed the firearm after photographs were taken and the firearm was transported to NSID for processing. The firearm was later processed by Officer Cullen of the Gun Recovery Unit. Defendant Porter was also charged with Carrying a Pistol without a License, and was transported to the 7th District for processing. The plastic cup was also seized as evidence.

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this Apr 10, 2014

| | | |
|---|---|---|
| _____ | 4581 | _____ |
| Police Officer | 2467 | / Deputy Clerk |
| | Badge NSID | |

John Remick-Cook
_____
Printed Name of Member / CAD#

_____
Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2514

Dev. 1.0 - DL 08/23/2013

Pls. Ex. # 1

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION
### UNITED STATES
### VS
### PORTER, MARQUISE DAVON

The firearm was identified as a Black Taurus 357 Magnum containing five rounds of ammunition. Serial number 5231319. The firearm appeared to be operable and fully functional. The barrel length is less than 12 inches. It is capable of being fired with a single hand. The firearm is intended to expel a projectile by means of explosion.

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this Apr 10, 2014

| Police Officer | 458 2467 Badge | NSID Unit | Witness / Deputy Clerk |

John Remick-Cost
**Printed Name of Member / CAD#**　　　　　　　**Printed Name of Witness / Deputy Clerk**

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2514

Dev. 1.0 - DL 08/23/2013

Page: 2 Of 2

Pls. Ex. # 1

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### CRIMINAL DIVISION

**COMPLAINT**

DCTN: U14010712
Lockup No: 88
Case No: _____

District of Columbia ss:

| | | | |
|---|---|---|---|
| **Defendant's Name:** | Marquise D Porter | 533789 | 14048968 |
| | (First)          (MI)          (Last) | (PDID) | (CCNO) |
| **Also Known As:** | Marquise Davon Porter | | |
| | (First)          (Middle)          (Last) | | |
| **Address:** | 341 PARKLAND PL SE Apt. B , WASHINGTON DC | | |

On or about April 9, 2014, within the District of Columbia, Marquise D. Porter did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol. **(Carrying a Pistol [Outside Home or Place of Business], in violation of 22 D.C. Code, Section 4504(a)(1) (2001 ed.))**

**Co-Defendants:**

_____
Affiant's Name

Subscribed and sworn to before me this     **10**     day of     **April, 2014**

_____
(Judge)   (Deputy Clerk)

**WARRANT**

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
   WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued _____

_____
Judge - Superior Court of the District of Columbia

Title 16: ☐          Rule 105: ☐   Judge: _____

| | | | |
|---|---|---|---|
| Sex: Male | DOB: 06/30/1981 | CCN: 14048968 | PDID:   533789 |
| Papering Officer: John Remick-Cook | | Badge No.:   4581 | |

**OFFICER MUST EXECUTE RETURN**

| | | |
|---|---|---|
| Officer's Name: | | Date / Time: April 10, 2014 |
| AUSA Signature: _Vivien Cockburn_ | | Fel. I ☐   AFTC ☐   Fel. II ☒ |

Pls. Ex. # 1

# Michael Blackwell

Pls. Ex. # 1

Close
Search Criteria

Open

| Last Name | | Xref ID | | Case Number | |
|---|---|---|---|---|---|
| First Name | | S.S.N. | | Case Type | ALL |
| Company | | D.O.B. | | Status | ALL |
| PDID | 630662 | Gender | | | |
| Party Type | Defendant (Criminal) | | | | |

Save

Print

1 Charges

2 Parties

Search Results

| Case # | Party Name | Chrg # | Charge | Phase | File Date | Arrest Date | Offense Date | Charge Disp | Chrg Disp Date | Convicted |
|---|---|---|---|---|---|---|---|---|---|---|
| 2015 CMD 000702 | BLACKWELL , MICHEAL | 1 | Attempted Poss Prohibited Weapon -Other | C | 01/17/2015 | | | DWP | 04/02/2015 | |
| 2014 CF2 006007 | BLACKWELL , MICHEAL | 1 | Carry Pistol Outside Home/Business | C | 04/07/2014 | | | Dismissed as part of Plea Agreement | 10/21/2014 | |
| 2014 CF2 006007 | BLACKWELL , MICHEAL | 2 | Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device | C | 04/07/2014 | | | Found Guilty - Plea | 10/21/2014 | YES |
| 2014 CF2 006007 | BLACKWELL , MICHEAL | 3 | Unlawful Poss Ammunition | C | 04/07/2014 | | | Found Guilty - Plea | 10/21/2014 | YES |
| 2014 CF2 006007 | BLACKWELL , MICHEAL | 4 | Unlawful Poss Ammunition | C | 04/07/2014 | | | Dismissed as part of Plea Agreement | 10/21/2014 | |

3 Case Disposition

4 Docket Entries

5 Events

6 Alerts

7 Arrest Bond

8 Sentence/Probation

Pls. Ex. # 1

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

CRIMINAL DIVISION

DCTN: U14010310

**COMPLAINT**

Lockup No: 31

Case No: _____

District of Columbia ss:

| | | | | |
|---|---|---|---|---|
| Defendant's Name: | **Micheal  Blackwell** | | **630662** | **14046847** |
| | (First) | (MI)    (Last) | (PDID) | (CCNO) |
| Also Known As: | **Micheal  Blackwell** | | | |
| | (First) | (Middle)         (Last) | | |
| Address: | **3214 10TH PL SE, WASHINGTON DC** | | | |

On or about April 5, 2014, within the District of Columbia, Micheal Blackwell did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol. (Carrying a Pistol [Outside Home or Place of Business], in violation of 22 D.C. Code, Section 4504(a)(1) (2001 ed.))

Co-Defendants:

_____
Affiant's Name

Subscribed and sworn to before me this ___7___ day of _____**April, 2014**_____

Sgt Kathleen Hanna
_____
(Judge)  (Deputy Clerk)

**WARRANT**

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
   WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for
**YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.**

Issued _____     _____
                                      Judge - Superior Court of the District of Columbia

Title 16: [  ]          Rule 105: [  ]   Judge: _____

| | | | |
|---|---|---|---|
| Sex: Male | DOB: 01/11/1996 | CCN: 14046847 | PDID:  630662 |
| Papering Officer: Billy Mceachern | | Badge No.:   2734 | |

**OFFICER MUST EXECUTE RETURN**

| | | | |
|---|---|---|---|
| Officer's Name: | | Date / Time: April 7, 2014 | |

| | | | | |
|---|---|---|---|---|
| AUSA Signature: | | Fel. I [  ] | AFTC [  ] | Fel. II [X] |

Pls. Ex. # 1

31

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## UNITED STATES
## VS
### BLACKWELL, MICHEAL

The event occured on **04/05/2014** at approximately 2244 at **1229 ALABAMA AVE SE** in Washington DC.

The event occurred in Washington D.C on 4/5/2014 at approximately 2250 hours, in PSA 705.
While on routine patrol in the 1300 Block of Alabama Ave S.E Officers Williams (FSP) and McEachern (Driver), operating marked scout car 760 observed Defendant (Blackwell) walking amongst of group of unidentified juvenile males. Once Defendant (Blackwell) made eye contact with the marked police car he quickly placed his left elbow tightly against the left side of his body. Defendant (Blackwell) continued to walk into the 1200 block of Alabama avenue, but constantly monitoring the Officers location, with back and forth head movements. As Officer McEachern drove closer to the group Defendant (Blackwell) began to conceal himself, behind other members who were walking within the large group. As Defendant (Blackwell) walked he never released his left elbow from his left side, but freely swung his right arm. Officer Williams casually exited the marked scout car and approached the group. As Officer Williams got closer to Defendant Blackwell, who was appearing to hide behind an individual in the crowd, he became extremely nervous, his body trembling as he slowly backed away from the group. Officer Williams began to speak to Defendant Blackwell asking him how he was doing, and why was he so nervous. Defendant (Blackwell) did not respond, instead he slowly turned toward his left side causing what appeared to be the barrel of a revolver to protrude from within the left side of his thin black windbreaker style jacket. Officer Williams pointed toward the object when Defendant (Blackwell) quickly turned completely around and attempted to flee up the stairs toward 1209 Alabama avenue, screaming "I aint got nothing, I aint got nothing!" Officer Williams reached around the waist of Defendant Blackwell and grabbed the revolver barrel concealed within his coat while holding on to Defendant (Blackwell) so he could not access the weapon. Officer Williams voiced the secret codeword for an unsecured weapon and Officer McEachern placed Defendant (Blackwell) into handcuffs. Officer McEachern then recovered a silver and black revolver from Defendant (Blackwell)`s inside left jacket pocket. The silver revolver recovered from Defendant (Blackwell) is a U.S Revolver Co. Serial Number #98465. Additional, the revolver appeared to be fully functional designed to expel a projectile by means of an explosive action with the single use of one hand and with a barrel length of less than twelve inches. Further investigation revealed that the silver revolver was fully loaded with five (5) cartridges of ammunition in the cylinder. Defendant (Blackwell) began to spontaneously utter `Man fuck Mo, I can`t believe I just fucked up, shit I knew I shouldn`t have had dat joint! Look Officers I was just coming from a party over in Woodland, I had it for my protection in case a nigga tried to, yeah, I swear I anint no killer!` The party that Defendant (Blackwell) was refering to was held at the Woodland Recreation Center on Ainger Pl SE. MPD units responded to that location shortly before the arrest of Defendant (Blackwell) because of numerous fights and disorderly subjects. Defendant (Blackwell)`s utterances were made in the presence of Officer Williams and McEachern, without being questioned by either Officer.
Defendant (Blackwell) was subsequently placed under arrest for Carrying a Pistol and transported to the Seventh District Station for processing.
Crime Scene Search Officer McCollum, R badge 2407 responded and processed/recovered the revolver.
Defendant Blackwell was identified trough his D.C Identification Card as Michael Blackwell DOB 1/11/1996.

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this  Apr 6, 2014

| | | |
|---|---|---|
| _____ | 4884 | 7D |
| Police Officer | Badge | Unit |

McEachern B 810
~~WILLIAMS, DAMIEN L / 9243~~

_____                                      _____
Printed Name of Member / CAD#                         Printed Name of Witness / Deputy Clerk

_____ Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2514

Dev. 1.0 - Dt. 08/23/2013                                                                                    Page: 1 Of 2

Pls. Ex. # 1

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

**United States of America**
**Vs.**

**JUDGMENT IN A CRIMINAL CASE**
24-903(a) Youth Rehabilitation Act Probation

**MICHEAL BLACKWELL**
DOB: 01/11/1996

Case No. **2014 CF2 006007**
PDID: **630662**
DCDC No:

**THE DEFENDANT HAVING BEEN FOUND GUILTY ON THE FOLLOWING COUNT(S) AS INDICATED BELOW:**

| Count | Court Finding | Charge |
|-------|--------------|--------|
| 2 | Found Guilty - Plea | Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device |
| 3 | Found Guilty - Plea | Unlawful Poss Ammunition |

### SENTENCE OF THE COURT

**Count 2 Possession of Unregistered Firearm/Unlawful Possession of a Firearm or Destructive Device** Sentenced to 12 months incarceration under 24-903(b) YRA, execution of sentence suspended as to all, *YRA Supervised Probation for 1 year, $50.00 VVCA, VVCA Due Date 10/21/2015

**Count 3 Unlawful Poss Ammunition** Sentenced to 12 months incarceration under 24-903(b) YRA, execution of sentence suspended as to all, *YRA Supervised Probation for 1 year, $50.00 VVCA, VVCA Due Date 10/21/2015

Sentences to run concurrent with each other.

Defendant is hereby ordered placed on probation - See Page 2 of this Order for Conditions of Probation; *upon release from either the courtroom or incarceration, Defendant must report to 300 Indiana Avenue, NW, Room 2070, Washington, DC, by the next business day after release from jail or prison.*

*Total costs in the aggregate amount of $* __100.00__ *have been assessed under the Victims of Violent Crime Compensation Act of 1996, and* ☐ *have* ☒ *have not been paid.* ☐ *Appeal rights given* ☐ Gun Offender Registry Order Issued

☐ Sex Offender Registration Notice Given ☐ Domestic violence notice given prohibiting possession/purchase of firearm or ammunition
☐ In addition to any condition of probation, restitution is made part of the sentence and judgment pursuant to D.C. Code § 16-711

__10/21/2014__
Date

ANITA JOSEY-HERRING
Judge

Certification by Clerk pursuant to Criminal Rule 32(d)

__10/21/2014__
Date

Joseph Ruffino
Deputy Clerk



Pls. Ex. # 1

Judgment Page 2 of 2

CASE NUMBER:   2014 CF2 006007
DEFENDANT:   MICHEAL BLACKWELL



The Defendant is hereby placed on *YRA Supervised Probation for a term of 1year(s) pursuant to Title 24, Section 903(a) of the D.C. Code (Youth Rehabilitation Act of 1985).

## GENERAL CONDITIONS OF PROBATION

1. Obey all laws, ordinances, and regulations.

2. Report to CSOSA today and then for all appointments scheduled by your Community Supervision Officer (CSO).

3. Permit your CSO to visit your place of residence.

4. Notify your CSO within one business day of (A) an arrest or questioning by a law enforcement officer, (B) a change in your residence, or (C) a change in your employment.

5. Obtain the permission of your CSO before you relocate from the District of Columbia.

6. Do not illegally possess or use a controlled substance or any paraphernalia related to such substances (you may take lawfully prescribed medication).  You must not frequent a place where you know a controlled substance is illegally used or distributed.

7. You must drug test at the discretion of CSOSA. In the event of illicit drug use or other violation of conditions of probation, participate as directed by your CSO in a program of graduated sanctions that may include periods of residential placement or services.

8. Participate in and complete CSOSA's employment/academic program, if directed by your CSO.

9. Participate in and complete other CSOSA's programs as identified through CSOSA's risk and needs assessment.

10. Satisfy all court imposed financial obligation(s) (fines, restitution, Victim of Violent Crime Act assessments, etc.) to which you are subject.  You must provide financial information relevant to the payment of such a financial obligation that is requested by your CSO.  A payment plan will be established by your CSO so that you will be in a position to pay your court imposed financial obligation(s) within 90 days prior to the termination of your probation.

## SPECIAL CONDITIONS OF PROBATION

1. Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your CSO.

2. Restitution of $ _____ N/A _____ in monthly installments of $ _____ beginning _____

   ☐ The Court will distribute monies to: _____

3. ☐ You are to stay away from the person(s) and or address(es) listed below: _____

   ☐ You are to stay away from the following places or area(s): _____

You are not to have contact with any of the persons named above. You must remain at least 100 yards away from them, their home, and/or their places of employment. You are not to communicate, or attempt to communicate with any of these persons, either directly or through any other person, by telephone, written message, electronic message, pager, or otherwise, except through your lawyer.

4. **Other Special Conditions:**

- Other conditions: Stay in and attend school.
- Mental Health Treatment

CD903A.doc

Pls. Ex. # 1

# Acinom McNeal

Pls. Ex. # 1

Search Criteria          *Clear

| Close | | | | | | | | |
| %Open | Last Name | | | Xref ID | | | Case Number | |
| | First Name | | | S.S.N. | | | Case Type | ALL |
| %Save | Company | | | D.O.B. | | | Status | ALL |
| %Print | PDID | 598534 | | Gender | | | | |
| | Party Type | Defendant (Criminal) | | | | | | |

| | | Search Results | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Charges | | | | | | | | | | |
| 2 Parties | | Case | Party Name | Chrg # | Charge | Phase | File Date | Arrest Date | Offense Date | Charge Disp | Chrg Disp Date | Convicted |
| 3 Case Disposition | | 2015 CTF 007777 | MCNEAL, ACINOM | 1 | No Permit | C | 06/08/2015 | | | DWP | 09/21/2015 | |
| 4 Docket Entries | | 2014 CF2 005984 | MCNEAL, ACINOM | 1 | Carry Pistol W/O Lic -Outside Home/Business | C | 04/07/2014 | | | Dismissed | 11/17/2014 | |
| 5 Events | | 2013 CTF 000507 | MCNEAL, ACINOM | 1 | No Permit | C | 01/10/2013 | | | Found Guilty - Plea | 02/14/2013 | YES |
| 6 Alerts | | 2012 CMD 003731 | MCNEAL, ACINOM | 1 | Receiving Stolen Property-Misd | C | 02/29/2012 | | | Nolle-Diversion | 08/27/2012 | |
| 7 Arrest Bond | | | | | | | | | | | |
| 8 Sentence/Probation | | | | | | | | | | | |

Pls. Ex. # 1

*2014 CKW 1307*

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

DCTN: **04-1411836**

Lockup.No: **10**

### COMPLAINT

Case No: _____

District of Columbia ss:

Defendant's Name: **Acinom Mcneal**

|  |  |  | 598534 | 14032011 |
|---|---|---|---|---|
| (First) | (MI) | (Last) | (PDID) | (CCNO) |

Also Known As:

| (First) | (Middle) | (Last) |
|---|---|---|

Address: **208 Webster St. N.W., Washington DC**

On or about March 8, 2014, within the District of Columbia, Acinom McNeal did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol. (Carrying a Pistol [Outside Home or Place of Business], in violation of 22 D.C. Code, Section 4504(a)(1) (2001 ed.))

Co-Defendants:

FILED

SUPERIOR COURT OF THE DIST. OF COLUMBIA

APR 3 PM 2 17

*Stephanie Duncan-Peters*
Affiant's Name

Subscribed and sworn to before me this _____ 3 _____ day of _____ April, 2014 _____

*Stephanie Duncan-Peters*
(Judge)   (Deputy Clerk)

### WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
    WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for **Acinom Mcneal**
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued **April 3, 2014**    *Stephanie Duncan-Peters*
Judge – Superior Court of the District of Columbia

Title 16: ☐    Rule 105: ☐  Judge: _____

| Sex: Male | DOB: 01/31/1993 | CCN: 14032011 | PDID:  598534 |
|---|---|---|---|
| Papering Officer: C. Timlick-4d | | Badge No.:   D21535 | |

### OFFICER MUST EXECUTE RETURN

| Officer's Name: | Date / Time: April 3, 2014 |
|---|---|
|  |  9:24 |
| AUSA Signature | Fel. I ☐   AFTC ☐   Fel. II ☒ |

*TI00622525*

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

*2014 CRW 1307*

| DEFENDANT'S NAME: McNeal, Acinom | | NICKNAME: Keno | | ALIASES: | | | CCN: 14-032-011 | PDID: 598534 |
|---|---|---|---|---|---|---|---|---|
| SEX: M | RACE: B | DOB: 01/31/93 | HGT: 5'8" | WGT: 150 | EYES: Brown | HAIR: Black | COMPL: Medium | SCARS, MARKS TATTOOS: Tattoo with the name "Keno" |

| DEFENDANT'S HOME ADDRESS: Last known address: 208 Webster Street, NW | TELEPHONE NUMBER: 202-291-7788 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: N/A | TELEPHONE NUMBER: N/A |
| COMPLAINANT'S NAME: Ellis, Andrae | TELEPHONE NUMBER: 860-893-3021 |

| LOCATION OF OFFENSE: 200 Block of Upshur Street, NW | DATE OF OFFENSE: March 08, 2014 | TIME OF OFFENSE: Approximately 1330 |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)** Select a valid CMC code below for wanted person when using the caution indicator.

| | | |
|---|---|---|
| ___ 00 = Armed and Dangerous | ___ 25 = Escape Risk | ___ 65 = Epilepsy | ___ 01 = Other (Explain) |
| ___ 05 = Violent Tendencies | ___ 30 = Sexually Violent Predator | ___ 70 = Suicidal | |
| ___ 10 = Martial Arts Expert | ___ 50 = Heart Condition | ___ 80 = Medication Required | |
| ___ 15 = Explosive Expertise | ___ 55 = Alcoholic | ___ 85 = Hemophiliac | |
| ___ 20 = Known to abuse drugs | ___ 60 = Allergies | ___ 90 = Diabetic | |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On March 08, 2014, members from the Fourth District Police Department responded to the 200 Block of Upshur Street, NW. in reference to the sounds of gunshots. Upon their arrival, C-1 was interviewed and gave the following version. C-1 stated; he had just got out of its vehicle from the passenger side, when It heard 1-shot, and did not see who fired the shot. C-2 stated; while inside C-1's vehicle (Drivers side) it heard approximately 3 to 4 shots, but did not see who fired the shots. There were 5-shell casing recovered on the scene.

W-1 was interviewed and provided the following version. W-1 reported that once he looked toward where the shots were coming from, W-1 observed the suspect running past him, while shoving a black handgun into the front of his pants. W-1 reported that the suspect ran up Upshur street then made a left onto 2nd Street NW. W-1 reported that it and the suspect made eye contact as the suspect ran past him, stuffing the gun in the front of his pants. W-1 also reported that as he watch the suspect run from the scene, it appeared that the suspect was struggling with the gun after he slid it into his pants, possibly because the gun was still hot and burnt himself. W-1 reported that he has known the suspect for approximately two years, as the suspect hangs out in the area often. W-1 reported that he sees the suspect approximately two times a week, and often hangs out in front of 219 Upshur Street NW. W-1 described the suspect as the following: Black male, 19-21 years old, 5'11, 160 pounds, short hair, mustache, brown skin wearing black pants, black long sleeve shirt, black hat and black shoes, and he goes by the name "Keno."

There were no injuries in reference to this case.

| AFFIANT'S SIGNATURE: x _Collin Dimeda_ |
|---|

**PLEASE ISSUE A WARRANT FOR:**

_Acinom McNeal_

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

**CHARGED WITH:** _Unlawful Carrying of a Pistol (outside home business)_

_____ DAY OF _S._

**ASSISTANT UNITED STATES ATTORNEY'S OFFICE**
252-7090     NCIC approved

Brockmann - RIA

**(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

Pls. Ex. # 1

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

*9014 CRW 1307*

| DEFENDANT'S NAME:<br>McNeal, Acinom | NICKNAME:<br>Keno | ALIASES: | | CCN:<br>14-032-011 | PDID:<br>598534 |
|---|---|---|---|---|---|

| SEX:<br>M | RACE:<br>B | DOB:<br>01/31/93 | HGT:<br>5'8'" | WGT:<br>150 | EYES:<br>Brown | HAIR:<br>Black | COMPL:<br>Medium | SCARS, MARKS TATTOOS:<br>Tattoo with the name "Keno" |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS:<br>Last known address: 208 Webster Street, NW | TELEPHONE NUMBER:<br>202-291-7788 |
|---|---|
| DEFENDAN'S BUSINESS ADDRESS:<br>N/A | TELEPHONE NUMBER:<br>N/A |
| COMPLAINANT'S NAME:<br>Ellis, Andrae | TELEPHONE NUMBER:<br>860-893-3021 |

| LOCATION OF OFFENSE:<br>200 Block of Upshur Street, NW | DATE OF OFFENSE:<br>March 08, 2014 | TIME OF OFFENSE:<br>Approximately 1330 |
|---|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)** Select a valid CMC code below for wanted person when using the caution indicator.

| | | | |
|---|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy | __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal | |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required | |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac | |
| __ 20 = Known to abuse drugs | __ 60 = Allergies | __ 90 = Diabetic | |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On April 01, 2014, this writer received several photos from W-1 in reference to S-1. The photos were taken to CVS located in the area of Piney Branch and Georgia Avenue, NW. In addition, W-1 stated that, he observed "Keno" in the area at approximately 1430 hours, and "Keno" was wearing a lime green outfit, "Keno" was with other individuals. This affiant text a photo of "Keno" to Officer Topper and showed several photos to Officer Lyons. Shortly thereafter, Officer Topper informed me that, he received a call for a man with a gun, prior to me texting Officer Topper the photo. At that time; Officer Topper stated; he got S-1 identified. In addition, Officer Topper stated that, McNeal was wearing all green when he stopped him. A pat down for weapons was conducted; however, it was with negative results for a weapon.

On April 01, 2014, Officer Topper text me a copy of his notes, and after looking up each individual Officer Topper stopped, this writer saw in Colombo that, one of the suspects had a Tattoo on his arm that stated, "Keno."

On April 01, 2014, this affiant prepared a photo spread of 9-MPD photos, one of which depicted McNeal, Acinom, with a PDID of 598534.

On April 02, 2014, this writer along with Investigator Bridgett, and Investigator Perrin, met W-1 at a prearranged location for the purpose of viewing an array of 9-MPD photos, one of which depicted McNeal, Acinom.

**AFFIANT'S SIGNATURE**

**PLEASE ISSUE A WARRANT FOR:**

Acinom McNeal

**CHARGED WITH:** CP

ASSISTANT UNITED STATES ATTORNEY'S OFFICE

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

____ DAY OF ____

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA

- 2 -

Pls. Ex. # 1

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

*2014 CRW 1307*

| DEFENDANT'S NAME: McNeal, Acinom | NICKNAME: Keno | ALIASES: | | CCN: 14-032-011 | PDID: 598534 |
|---|---|---|---|---|---|

| SEX: M | RACE: B | DOB: 01/31/93 | HGT: 5'8" | WGT: 150 | EYES: Brown | HAIR: Black | COMPL: Medium | SCARS, MARKS TATTOOS: Tattoo with the name "Keno" |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: Last known address: 208 Webster Street, NW | TELEPHONE NUMBER: 202-291-7788 |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: N/A | TELEPHONE NUMBER: N/A |
| COMPLAINANT'S NAME: Ellis, Andrae | TELEPHONE NUMBER: 860-893-3021 |
| LOCATION OF OFFENSE: 200 Block of Upshur Street, NW | DATE OF OFFENSE: March 08, 2014 | TIME OF OFFENSE: Approximately 1330 |

**CAUTION AND MEDICAL CONDITIONS (CMC)** Select a valid CMC code below for wanted person when using the caution indicator.

| | | |
|---|---|---|
| __ 00 = Armed and Dangerous | __ 25 = Escape Risk | __ 65 = Epilepsy          __ 01 = Other (Explain) |
| __ 05 = Violent Tendencies | __ 30 = Sexually Violent Predator | __ 70 = Suicidal |
| __ 10 = Martial Arts Expert | __ 50 = Heart Condition | __ 80 = Medication Required |
| __ 15 = Explosive Expertise | __ 55 = Alcoholic | __ 85 = Hemophiliac |
| __ 20 = Known to abuse drugs | __ 60 = Allergies | __ 90 = Diabetic |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

This affiant had the assistance of Investigator Bridgett to read the photo spread viewing sheet and show the photo spread, because, Investigator Bridgett was unaware of the suspect's identity. The suspect was in position number 6.

After W-1 carefully looked at the photo array, W-1 stated, "Lucky number six." This affiant asked W-1, what did he do? W-1 replied, "He was the one running while putting something in his pants." This affiant then asked W-1, what did he put in his pants? W-1 replied, "it looked like the butt of a gun."

Based on the facts and circumstances, this affiant believes that probable cause has been establishment for the issuance of an arrest warrant for McNeal, Acinom.

| | AFFIANT'S SIGNATURE: x _Cell's Demecito_ |
|---|---|

**PLEASE ISSUE A WARRANT FOR:**
_Acinom McNeal_

**CHARGED WITH:** _CP_

_John Gibanella_
ASSISTANT UNITED STATES ATTORNEY'S OFFICE

**SUBSCRIBED AND SWORN TO BEFORE ME THIS**

_3rd_ DAY OF _April_   _2014_

_Stephanie Duncan-Peters_
(JUDGE) (~~DEPUTY CLERK~~) SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA

- 3 of 3 -

Pls. Ex. # 1

No Papered

Documents

Pls. Ex. # 1

Search Criteria

| | | | | |
|---|---|---|---|---|
| C%lose | Last Name | | Xref ID | Case Number |
| %Open | First Name | | S.S.N. | Case Type ALL |
| %Save | Company | | D.O.B. | Status ALL |
| %Print | PDID 643150 | | Gender | |
| | Party Type Defendant (Criminal) | | | |

Search Results

| | Case # | Party Name | Chrg # | Charge | Phase | File Date | Arrest Date | Offense Date | Charge Disp | Chrg Disp Date | Convicted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Charges | | | | | | | | | | | |
| 2 Parties | | | | | | | | | | | |
| 3 Case Disposition | 2014 CTF 020693 | JACKSON, DONNELL C | 1 | No Permit | G | 11/27/2014 | | | Found Guilty - Plea | 02/27/2015 | YES |
| 4 Docket Entries | 2013 CTF 008957 | JACKSON, DONNELL C | 1 | No Permit | C | 05/28/2013 | | | Found Guilty - Plea | 08/21/2013 | YES |
| 5 Events | 2013 CTF 008957 | JACKSON, DONNELL C | 2 | Loaning Registration Misuse of Temporary Tags | g | 05/28/2013 | | | Dismissed as part of Plea Agreement | 08/21/2013 | |
| 6 Alerts | 2010 CF2 020748 | JACKSON, DONNELL C | 1 | Distribution Of a Controlled Substance | | 11/03/2010 | | | Jury Trial Not Guilty | 02/27/2012 | |
| 7 Arrest Bond | | | | | | | | | | | |
| 8 Sentence/Probation | | | | | | | | | | | |

Pls. Ex. # 1

C%lose
%Open
%Save
%Print

Search Criteria

| | | | |
|---|---|---|---|
| Last Name | | Xref ID | Case Number |
| First Name | | S.S.N. | Case Type  ALL |
| Company | | D.O.B. | Status  ALL |
| PDID | 681176 | Gender | |
| Party Type | Defendant (Criminal) | | |

Search Results

| | Case #/Party Name | Chrg # | Charge | Phase | File Date | Arrest Date | Offense Date | Charge Disp | Chrg Disp Date | Convicted |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Charges | | | | | | | | | | |
| 2 Parties | | | | | | | | | | |
| 3 Case Disposition | 2015 CF3 017818 | BEKEL, MICHAEL | 1 | Robbery While Armed Of a Senior Citizen | I | 12/22/2015 | | 09/09/2015 | | |
| 4 Docket Entries | 2015 CF3 017818 | BEKEL, MICHAEL | 2 | Assault With A Dangerous Weapon Of a Senior Citizen | I | 12/22/2015 | | 09/09/2015 | | |
| 5 Events | 2015 CF3 017818 | BEKEL, MICHAEL | 3 | Assault with Significant Bodily Injury While Armed Of a Senior Citizen | I | 12/22/2015 | | 09/09/2015 | | |
| 6 Alerts | 2015 CF3 017818 | BEKEL, MICHAEL | 4 | Poss Firearm During Crime of Violence | I | 12/22/2015 | | 09/09/2015 | | |
| 7 Arrest Bond | 2015 CF3 017818 | BEKEL, MICHAEL | 5 | Poss Firearm During Crime of Violence | I | 12/22/2015 | | 09/09/2015 | | |
| 8 Sentence/Probation | 2015 CF3 017818 | BEKEL, MICHAEL | 6 | Poss Firearm During Crime of Violence | I | 12/22/2015 | | 09/09/2015 | | |
| | 2015 CF3 017818 | BEKEL, MICHAEL | 7 | Carrying a Pistol Without a License (Outside Home or Place of Business) | I | 12/22/2015 | | 09/09/2015 | | |
| | 2015 CF3 017818 | BEKEL, MICHAEL | 8 | 2015 Possession of Unregistered | I | 12/22/2015 | | 09/09/2015 | | |

Pls. Ex. # 1



Firea

awful
Posses
sion
of a
Firear
m or
Destru
ctive
Device

2015   BEKEL,    9    Unlawfl    12/22/2        09/09/2015
CF3   MICHAEL        ul          015
017818              Poss
                    Ammuni
                    tion

Pls. Ex. # 1

C%lose          Search Criteria    Search   %Clear

| | | |
|---|---|---|
| %Open | Last Name | Xref ID |
| | First Name | S.S.N. |
| %Save | Company | D.O.B. |
| | PDID     679052 | Gender |
| %Print | Party Type  Defendant (Criminal) | |

Case Number
Case Type  ALL
Status  ALL

_____

**Search Results**

| | Case # | Party Name | Chrg # | Charge | Phase | File Date | Arrest Date | Offense Date | Charge Disp | Chrg Disp Date | Convicted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Charges | | | | | | | | | | | |
| 2 Parties | | | | | | | | | | | |
| 3 Case Disposition | 2014 CTF 002466 | GOMEZ, CAPRISHA | 1 | No Permit | C | 02/12/2014 | | | Found Guilty - Plea | 06/23/2014 | YES |
| 4 Docket Entries | | | | | | | | | | | |
| 5 Events | | | | | | | | | | | |
| 6 Alerts | | | | | | | | | | | |
| 7 Arrest Bond | | | | | | | | | | | |
| 8 Sentence/Probation | | | | | | | | | | | |

Pls. Ex. # 1

Search Criteria

| C%lose | | | | | | | |
|--------|--|--|--|--|--|--|--|
| %Open | Last Name | | Xref ID | | | Case Number | |
| | First Name | | S.S.N. | | | Case Type | ALL |
| %Save | Company | | D.O.B. | | | Status | ALL |
| %Print | PDID 564171 | | Gender | | | | |
| | Party Type Defendant (Criminal) | | | | | | |

_____

Search Results

| | Case # | Party Name | Chrg # | Charge | Phase | File Date | Arrest Date | Offense Date | Charge Disp | Chrg Disp Date | Convicted |
|--|--------|-----------|--------|--------|-------|-----------|-------------|--------------|-------------|----------------|-----------|
| 1 Charges | 2013 CMD 010132 | ROACH, JAWON | 1 | Assault on a Police Officer (Misdemeanor) | | 06/15/2013 | | | Dismissed | 06/28/2013 | |
| 2 Parties | | | | | | | | | | | |
| 3 Case Disposition | | | | | | | | | | | |
| 4 Docket Entries | | | | | | | | | | | |
| 5 Events | | | | | | | | | | | |
| 6 Alerts | | | | | | | | | | | |
| 7 Arrest Bond | | | | | | | | | | | |
| 8 Sentence/Probation | | | | | | | | | | | |

Pls. Ex. # 1