UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH, et al.**<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>  v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

# PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND MOTION FOR CLASS ACTION TREATMENT TO ADD STATEMENT ON NOTICE ISSUES

Maggie Smith, Gerard Cassagnol, and Frederick Rouse (the "Named Plaintiff") hereby respectfully move this Court for leave to amend their motion for class action treatment [26] to address the notice provisions. The District does not oppose plaintiff's motion for leave to amend. District Courts in this Court generally grant motions to supplement especially when they are unopposed as in this instance. Alexander v. FBI, 194 F.R.D. 316, 322 (D.D.C. 2000).

LCvR 23.1(c) provides:

> In an action maintained under Fed. R. Civ. P. 23(b)(3), the plaintiff shall include in the motion for certification a statement proposing (1) how, when, by whom, and to whom the notice required by Fed. R. Civ. P. 23(c)(2) shall be given, (2) how and by whom payment therefore is to be made, and (3) by whom the response to the notice is to be received. In lieu of such a statement the movant may state reasons why a determination of these matters cannot then be made, and offer a proposal as to when the determination should be made. In certifying a

class action as maintainable under Fed. R. Civ. P. 23(b)(3), the Court may include in its order the provisions for notice pursuant to Fed. R. Civ. P. 23(c)(2) or may postpone a determination of the matter.

Plaintiffs did not include such a statement in their motion for certification.

Plaintiffs now state that they propose deferring a determination of notice issues until after liability determinations of the case. Defendant District of Columbia consents to defer sending notice until after determination of liability.

| .Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ William Claiborne<br>WILLIAM CLAIBORNE<br>D.C. Bar # 446579<br><br>Counsel for plaintiffs on behalf of themselves and the putative class members<br><br>2020 Pennsylvania Ave., N.W<br>Suite 395<br>Washington, DC 20006<br>Phone 202/824-0700<br>Email clairbornelaw@gmail.com | /s/ Joseph A. Scrofano<br>JOSEPH A. SCROFANO<br>D.C. Bar # 994083<br><br>Counsel for plaintiffs on behalf of themselves and the putative class members<br><br>406 5th Street NW<br>Suite 100<br>Washington, DC 20001<br>Phone (202) 870-0889<br>Email jas@scrofanolaw.com |