FILED
APR 18 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

ORDER

Plaintiffs' unopposed motion for leave to amend their motion for class action treatment [26] to add statement on notice issues motion is GRANTED.

_____ 4/14/16
Judge Royce C. Lamberth
United States District Court Judge

1