UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH </br></br> Plaintiff, </br></br> v. </br></br> DISTRICT OF COLUMBIA </br></br> Defendant. | Case No: 15-cv-737 |

## ORDER

Plaintiff's motion [26] for class certification is hereby **DENIED** without prejudice to renewal after liability has been determined, in accordance with the parties' agreement [36].

It is **SO ORDERED**.

Date: September 30, 2016

_____
Royce C. Lamberth
U.S. District Judge