UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 15-737 (RCL) |

CONSENT MOTION FOR EXTENSION OF TIME

Defendant the District of Columbia (District) respectfully requests an extension of time to respond to plaintiffs' Motion for Leave to Amend First Amended Complaint and to File Second Amended Complaint, until October 16, 2017. *See* Fed. R. Civ. P. 6(b)(1)(A) and 7(b) and LCvR 7(m).

The District's Opposition to plaintiffs' Motion is due October 2, 2017. Because of undersigned counsels' busy schedules and the complexity of the proposed Second Amended Complaint, a brief, two-week extension will provide the District sufficient time to review plaintiffs' Motion and formulate an appropriate response.

No other existing deadline will be affected by the additional time. A memorandum of points and authorities and a proposed order are attached.

The Parties conferred as required by LCvR 7(m), and plaintiffs' counsel advised that they consent to the relief requested. Plaintiffs also request four weeks, until November 13, 2017, to file their Reply, to which the District consents.

1

Dated: September 29, 2017.　　　Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON [453765]
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
MATTHEW R. BLECHER [1012957]
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-9774
Email: matthew.blecher@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　Defendant. | Civil Action No. 15-737 (RCL) |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME

In support of the Consent Motion for Extension of Time to respond to the Second Amended Complaint until October 16, 2017, defendant the District of Columbia relies upon:

1. Fed. R. Civ. P. 6(b)(1)(A) and (7)(b);

2. LCvR 7(m), and plaintiffs' consent to the relief sought; and

3. The inherent equitable powers of the Court.

Dated: September 29, 2017.　　Respectfully submitted,

　　　　　　　　　　　　　　　　KARL A. RACINE
　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　ELIZABETH SARAH GERE
　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　Public Interest Division

　　　　　　　　　　　　　　　　/s/ Toni Michelle Jackson
　　　　　　　　　　　　　　　　TONI MICHELLE JACKSON [453765]
　　　　　　　　　　　　　　　　Chief, Equity Section

<div style="margin-left: 50%;">

/s/ Andrew J. Saindon
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
MATTHEW R. BLECHER [1012957]
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-9774
Email: matthew.blecher@dc.gov

</div>