UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　Defendant. | Civil Action No. 15-737 (RCL) |

## ERRATA

Defendant the District of Columbia (District) notes that when it filed its Consent Motion for Extension of Time [40] on September 29, 2017, it inadvertently attached another document instead of the proposed Order granting the requested relief. The correct Order is attached.

Dated: October 6, 2017.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　KARL A. RACINE
　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　ELIZABETH SARAH GERE
　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　Public Interest Division

　　　　　　　　　　　　　　　　/s/ Toni Michelle Jackson
　　　　　　　　　　　　　　　　TONI MICHELLE JACKSON [453765]
　　　　　　　　　　　　　　　　Chief, Equity Section

　　　　　　　　　　　　　　　　/s/ Andrew J. Saindon
　　　　　　　　　　　　　　　　ANDREW J. SAINDON [456987]
　　　　　　　　　　　　　　　　Senior Assistant Attorney General
　　　　　　　　　　　　　　　　MATTHEW R. BLECHER [1012957]
　　　　　　　　　　　　　　　　Assistant Attorney General

441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-9774
Email: matthew.blecher@dc.gov