UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 15-737 (RCL) |

ORDER

Upon consideration of defendant's Consent Motion for Extension of Time, plaintiffs' consent, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that defendant shall file its Opposition to plaintiffs' Motion for Leave to Amend First Amended Complaint and to File Second Amended Complaint by October 16, 2017; and it is

**FURTHER ORDERED** that plaintiffs shall file their Reply by November 13, 2017.

**SO ORDERED**.

Dated: _____             _____
                                   THE HONORABLE ROYCE C. LAMBERTH
                                   Judge, United States District Court for the
                                       District of Columbia