UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

NOTICE

Withdrawal of Plaintiffs' Motion [39] for Leave to Amend their First Amended Complaint (docket # 15) and to file their Second Amended Complaint

Plaintiffs hereby respectfully withdraw their Motion [39] for Leave to Amend their First Amended Complaint (docket # 15) and to file their Second Amended Complaint.

Plaintiffs will file a new motion which reflects recent developments in the law.

Respectfully submitted,

/sig/W Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs and the class
717 D Street, NW
Washington, DC 20004
Phone 202/824-0700
Email claibornelaw@gmail.com