# Defendant's Exhibit No. 1

*Original Complaint* (16 pp.) (filed 5/15/15, 83 ¶¶, class period: 5/15/12 to present)

| Plaintiff(s) | Incident | Claims | Class(es) |
|---|---|---|---|
| Maggie Smith | 6/29/14 – Carrying unreg. gun and ammunition | 1. § 1983/2d Am.<br>2. § 1983/5th Am. (Travel and EP) | 1. Prosecution Class (carrying w/o lic., + ammunition)<br>2. Nonresident Class (same) |

*Amended Complaint* (25 pp.) (filed 9/15/15, 169 ¶¶, class period undefined)

| Plaintiff(s) | Incident | Claims | Class(es) |
|---|---|---|---|
| Maggie Smith | 6/29/14 – Carrying unreg. gun and ammunition; seizure and retention of gun | 1. 2d Am. arrest/prosecution<br>2. 5th Am./right to travel<br>3. 5th Am. (Due Process) right to return/notice and hrg. | 1. 2d Am. class (carrying)<br>2. Nonresident class (same)<br>3. Right to Return class |
| Gerard Cassagnol | 10/9/13 – carrying unreg. gun and ammunition; seizure and retention of gun | | |
| Frederick Rouse | 8/30/14—possession of unreg. guns and ammunition; seizure and retention of pistols and scope | | |

*Proposed Second Amended Complaint* (51 pp.) (filed 11/22/17, 345 ¶¶, class period: 5/15/12 to 10/10/14)

| Plaintiff(s) | Incident | Claims | Class(es) |
|---|---|---|---|
| Maggie Smith | 6/29/14 – Carrying unreg. gun and ammunition; seizure and retention of gun | 1. 2d Am. arrest/detention<br>2. 4th Am. arrest/detention<br>3. 5th Am. right to travel/nonresident class arrest<br>4. 2d Am. seizure and detention [*sic*] of property<br>5. 4th Am. seizure and retention of property<br>6. 4th Am. retention of guns and ammunition after case<br>7. Right to return (guns and ammunition) (5th Am. Due Process)<br>8. 4th Am. retention of vehicles after search and process. for evidence<br>9. 2d Am. illegal civil forfeiture of vehicles used to transport guns<br>10. 4th Am. illegal civil forfeiture of vehicle used to transport guns | 1. 2d Am. Arrest and 4th Am. Arrest<br>2. Nonresident Arrest<br>3. Right to Return (guns and ammunition)<br>4. 2d Am. seizure and 4th Am. seizure<br>5. 4th Am. guns and ammunition retention<br>6. 4th Am. vehicle retention<br>7. Forfeiture (vehicle) |
| Gerard Cassagnol | 10/9/13 – carrying unreg. gun and ammunition; seizure and retention of gun | | |
| Frederick Rouse | 8/30/14—possession of unreg. guns and ammunition; seizure and retention of pistols and scope | | |
| Delontay Davis | 3/23/14—carrying unreg. gun and ammunition; seizure and retention of pistol; seizure and retention of vehicle proposed for forfeiture (returned "late May") | | |