# Defendant's Exhibit No. 3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY KATORA BROWN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No: 13-569 (CRC) |

### PLAINTIFFS' RULE 26(a)(1) DISCLOSURES

Plaintiffs, by and through counsel, makes these initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and the Scheduling Order [61], ¶ 1.

(1) The name and, if known, the address and telephone number of each individual likely to have discoverable information -- along with the subjects of that information -- that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

The plaintiffs (not to be contacted directly) listed on the attached chart may have knowledge regarding the facts and circumstances surrounding the seizure of their property for civil forfeiture.
      Defendant and defendant's agents may have knowledge regarding the facts and
      circumstances surrounding the seizure of plaintiffs' property for civil forfeiture

(2) A copy -- or a description by category and location -- of all documents, electrically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

      Affidavits used in <u>Brown v. District of Columbia</u>, 13-569 (CBC)
      Police reports relative to seizure of plaintiffs' property
      Documents produced in discovery
      Terrence's Thomas' paycheck and stub

1

(3)     A computation of each category of damages claimed by the disclosing party -- who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

       Loss of use of cars (including as used herein vehicles of all kinds) and other property and currency
       Fair market value of cars (including as used herein vehicles of all kinds) and other property and currency
       Depreciation and damages to car and other property
       Time value of money (to be determined by the trier of fact)
       Expenses such as registration and licensing fee and insurance premiums
       Expenses incurred in locating and retrieving property (to be determined by the trier of fact)
       Noneconomic special damages, such as pain and suffering (to be determined by the trier of fact)
       Noneconomic general damages due to loss of property (to be determined by the trier of fact)
       See attached chart
       Plaintiffs will present damages on an aggregate class wide basis by statistical evidence or ministerial inspection of the Property Clerk's valuations – plaintiffs will supplement as discovery progresses.

(4)     For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

       None.

Respectfully submitted,


/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for plaintiff

2020 Pennsylvania Ave, NW
#395
Washington, DC  20006
Phone 202/824-0700
Email clairbornelaw@gmail.com

CERTIFICATE OF SERVICE

3

I hereby certify that on 10/30/15, a copy of this Notice was served by email upon:

Fernando Amarillas, Esq.
Bradford Collins Patrick, Esq.


/s/William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY KATORA BROWN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No: 13-569 (CRC) |

PLAINTIFFS' RULE 26(a)(1) DISCLOSURES

CALCULATION OF DAMAGES CHART

| name | Seizure | Car returned | Days kept (estimate) | FMV per Property Clerk | Rental Value per day (Estimate) | Registration (estimate) | Insurance (estimate) |
|---|---|---|---|---|---|---|---|
| Carl Atkinson | 11/22/13 | never | 720 | $4,000 | To be set by jury between $50 to $100 per day for each class member | $200 | $200 |
| Kim Brown | 4/25/2010 | never | | $2,500 | | $200 | $200 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ishebekka Beckford | Late August 2012 | 4/30/2013 | 250 | | | $200 | $200 |
| Delonte Davis | 3/22/2014 | | | $9,500 | | $200 | $200 |
| Nickoya Hoyte | 5/9/12 | 4/24/2013 | 340 | $5,350 | | $200 | $200 |
| Kelly Hughes | 2/28/2013 | 5/20/2013 | 85 | $9,820 | | $200 | $200 |
| Takia Jenkins | 5/27/2012 | 5/9/2013 | 350 | | | $200 | $200 |
| Steven May | 4/15/2012 | mid-October 2012 | 220 | $10,500 | | $200 | $200 |
| Romona Person | November, 2012 | March 2013 [released to finance company] | 150 | $17,220 | | $200 | $200 |
| Dorian Urquart | early 2011 | August 2012 | 550 | $8,220 | | $200 | $200 |
| Muslimah Taylor | 6/3/2013 | 8/20/2013 | 80 | | | $200 | $200 |
| Shanita Washington | 9/30/2012 | 5/3/2013 | 250 | $11,350 | | $200 | $200 |
| Tanisha Williams[1] | 12/13/12 | 1/15/2013 | 30 | | | $200 | $200 |
| Simms | 5/29/11 | | | | | | |

---

[1] 2012 CF2 021369: District of Columbia Vs. WALTON, DAVID LOUISE [4/5/13]

| Jarrett Acey | 10/30/10 | never | | $1,500 | | | |
|---|---|---|---|---|---|---|---|
| Julius Gordon | 2/17/2013 | never | | $44.00 | | | |
| Marilyn Langly | 2/17/2013 | never | | $5.00 | | | |
| Terrence Thomas | 4/19/2013 | 12/18/2014 | | $340 | | | |
| Shane Lucas | 10/4/2012 | 2/7/2014 | | $814 | | | |
| Chiquata Steele | 7/14/2013 | never | | $8,118 | | | |
| Gregory Stewart | 4/12/2011 | never | | $605.00 | | | |
| | | | | | | | |