UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 15-737 (RCL) |

ORDER

Upon consideration of Plaintiffs' Amended and Restated Motion For Leave To Amend First Amended Complaint And To File Second Amended Complaint [Dkt. No. 43], the Defendant's Opposition, and the entire record, it is:

**ORDERED** that the Motion is **DENIED**.

Dated: _____  _____
ROYCE C. LAMBERTH
United States District Court Judge