UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**, et al.<br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>   v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

# ERRATA

## Motion to extend plaintiffs' deadline to file their reply to defendant's opposition [44] to plaintiffs' motion [43] for leave to file an amended complaint

Attached hereto is a corrected copy of the motion [45] which inadvertently wrote "Monday January, 4" in both the motion and the proposed order instead of Wednesday, January 10.

        Respectfully submitted

        /s/William Claiborne
        D.C. Bar #446579
        Counsel for plaintiffs

        717 D Street, N.W.
        Suite 300
        Washington, D.C. 20004
        Phone 202/824-0700
        Email clairbornelaw@gmail.com