UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH** *et al.*,<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>   v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA,**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

**CONSENT MOTION TO EXTEND PLAINTIFFS' DEADLINE FOR FILING REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

     Plaintiffs with the consent of defendant District of Columbia hereby respectfully move this Court pursuant to Fed. R. Civ. Proc. 6 (b)(1)(A) to extend plaintiffs' deadline under LCvR 7(b) to file their reply to defendant's opposition [44] to plaintiffs' motion [43] for leave to file an amended complaint by approximately three weeks until Monday, Wednesday, January 10, 2018. The time for filing this reply has not expired.

**Consent sought and obtained.**

     Defendant consents to the relief sought herein. LCvR 7(m).

**Motion timely filed .**

     This motion is filed within the expiration of the 7 day period allowed by LCvR 7(d) to file a reply. The current deadline is approximately 12/13/2017.

1

**Law supports granting the motion.**

Rule 6(b)(1)(A) authorizes, for good cause shown, extensions of time prior to expiration of any time period. Pineda v. Am. Plastics Techs., Inc., 2014 U.S. Dist. LEXIS 67241, *23-24 (S.D. Fla. May 15, 2014). Courts routinely grant such motions in the absence of prejudice to the opposing party, *Id.*, especially where the party in seeking extension has been diligent. Barnes v. D.C., 289 F.R.D. 1, 7 (D.D.C. 2012). District courts have broad discretion whether to grant or deny continuances filed before the deadline. D.A. v. District of Columbia, 2007 U.S. Dist. LEXIS 90640, *14-15 (D.D.C. Dec. 6, 2007).

Plaintiffs move to extend the deadline because of the holiday season and because plaintiffs' counsel' have several major filings due this month and next and plaintiffs' counsel need to space out the filings.

The motion is supported by good cause because plaintiffs have "a valid reason for delay[,]" Mann v. Castiel, 681 F.3d 368, 375 (D.C. Cir. 2012).

Respectfully submitted,

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ William Claiborne<br>WILLIAM CLAIBORNE<br>D.C. Bar # 446579<br><br>Counsel Plaintiffs<br><br>717 D Street, N.W.<br>Suite 300<br>Washington, DC 20004<br>Phone 202/824-0700<br>Email claibornelaw@gmail.com | /s/ Joseph A. Scrofano<br>JOSEPH A. SCROFANO<br>D.C. Bar # 994083<br><br>Counsel Plaintiffs<br><br>406 5th Street NW<br>Suite 100<br>Washington, DC 20001<br>Phone (202) 870-0889<br>Email jas@scrofanolaw.com |