UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

**PROPOSED ORDER**

Plaintiffs' motion for an extension to file their reply is hereby granted; and

Plaintiffs shall file their reply to defendant's opposition [44] to plaintiffs' motion [43] for leave to file an amended complaint on or before Wednesday, January 10, 2018.

HON. ROYCE C. LAMBERTH
United States District Court Senior Judge
