UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICKOYA HOYTE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>Defendant. | Case No. 1:13-cv-00569 (CRC) |

## ORDER

Having carefully considered the parties' submissions and the arguments presented at the October 20, 2017 hearing, it is hereby ORDERED that the two class claims certified by the Court's July 27, 2017 Order (ECF #149) are defined as follows:

Claim 3

Each person (1) whose vehicle and/or currency was seized and retained for civil forfeiture by the District of Columbia at any point between April 25, 2010 and June 15, 2015; or (2) whose vehicle and/or currency was seized for civil forfeiture by the District of Columbia before that period but remained in the District's custody during that period; and (3) who did not receive a post-seizure hearing within thirty (30) days of the seizure; provided that (4) each person whose vehicle was seized and retained for civil forfeiture was, at the time of seizure, the owner of the vehicle and (5) the vehicle was not held by the District as potential evidence in a criminal prosecution as determined by the U.S. Attorney's Office for the District of Columbia.

Claim 5

Each person (1) whose vehicle and/or currency was seized and retained by the District of Columbia at any point between April 25, 2010 and June 15, 2015 for civil forfeiture (2) who was not timely sent—by certified mail, first-class mail, or by in-person delivery—a Notice of Intent to Administratively Forfeit the Following Property ("Notice") or (3) whose Notice was sent but returned to the District as undelivered and the District thereafter failed to take reasonable, practicable steps to provide notice of the seizure; provided that (4) the person's claim in this case was not released in <u>Hardy v. District of Columbia</u>, United States District Court for the District of Columbia, Civil Action No. 09-1062 (CRC).

The parties are further ORDERED to submit, by November 1, 2017, a joint proposed case management order setting forth a schedule for further proceedings and briefing in this case.

**SO ORDERED**

_____
CHRISTOPHER R. COOPER
United States District Judge

Date: October 26, 2017