UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 15-737 (RCL) |

### JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE

The Parties jointly request a briefing schedule, as set forth below, in light of the filing of plaintiffs' Second Amended Complaint. *See* Fed. R. Civ. P. 6(b)(1)(A) and 7(b) and LCvR 7(m).

On November 22, 2017, plaintiffs filed an amended motion for leave to file a second amended complaint [43]. Defendant the District of Columbia (the District) filed its opposition [44] on December 5, 2017. By Order of September 18, 2018, the Court granted plaintiffs' motion, and directed the clerk to file the proposed Second Amended Complaint (SAC) "as of today's date." Thus, under Fed. R. Civ. P. 15(a)(3), the District's response to the SAC is due on or before October 2, 2018.

The District intends to file a motion to dismiss the SAC. Because of undersigned counsels' busy schedules and the complexity of the SAC, an extended briefing schedule is necessary to provide the Parties sufficient time to review the papers, develop their arguments, and formulate appropriate responses for the Court's consideration. Specifically, the Parties request that the District be granted leave to

file its motion to dismiss by November 9, 2018; that plaintiffs file their opposition by December 21, 2018; and that the District file its reply by January 11, 2019.

No other existing deadline will be affected by the additional time. A memorandum of points and authorities and a proposed order are attached.

Dated:  September 27, 2018.                    Respectfully submitted,

/s/ William Claiborne                          KARL A. RACINE
William Claiborne (#446579)                    Attorney General for the District of Columbia
717 D Street, NW
Suite 300                                      TONI MICHELLE JACKSON
Washington, DC 20004                           Deputy Attorney General
Phone 202/824-0700                             Public Interest Division

/s/ Joseph A. Scrofano                         /s/ Fernando Amarillas
Joseph A. Scrofano (#994083)                   FERNANDO AMARILLAS (#974858)
406 5th Street NW                              Chief, Equity Section
Suite 100
Washington, DC 20001                           /s/ Andrew J. Saindon
                                               ANDREW J. SAINDON [#456987]
*Attorneys for Plaintiffs*                     Senior Assistant Attorney General
                                               MATTHEW R. BLECHER [#1012957]
                                               Assistant Attorney General
                                               441 Fourth Street, N.W., Suite 600S
                                               Washington, D.C. 20001
                                               Phone: (202) 442-9774
                                               Email: matthew.blecher@dc.gov

                                               *Attorneys for Defendant District of Columbia*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 15-737 (RCL) |

<u>MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE</u>

In support of the Parties' Joint Motion to Establish Briefing Schedule, the Parties rely upon:

1. Fed. R. Civ. P. 6(b)(1)(A) and (7)(b);

2. LCvR 7(m); and

3. The inherent equitable powers of the Court.

Dated: September 27, 2018.                                 Respectfully submitted,

<u>/s/ William Claiborne</u>                                             KARL A. RACINE
William Claiborne (#446579)                                Attorney General for the District of Columbia
717 D Street, NW
Suite 300                                                             TONI MICHELLE JACKSON
Washington, DC 20004                                        Deputy Attorney General
Phone 202/824-0700                                             Public Interest Division


<u>/s/ Joseph A. Scrofano</u>                                         <u>/s/ Fernando Amarillas</u>
Joseph A. Scrofano (#994083)                              FERNANDO AMARILLAS (#974858)
406 5th Street NW                                                 Chief, Equity Section
Suite 100
Washington, DC 20001                                         <u>/s/ Andrew J. Saindon</u>
                                                                              ANDREW J. SAINDON [#456987]
*Attorneys for Plaintiffs*                                       Senior Assistant Attorney General

MATTHEW R. BLECHER [#1012957]
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-9774
Email: matthew.blecher@dc.gov

*Attorneys for Defendant District of Columbia*