UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 15-737 (RCL) |

ORDER

Upon consideration of the Parties' Joint Motion to Establish Briefing Schedule, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant shall file its motion to dismiss plaintiffs' Second Amended Complaint on or before November 9, 2018; plaintiffs shall file their opposition by December 21, 2018; and defendant shall file its reply by January 11, 2019.

**SO ORDERED**.

Dated: _____          _____
                                THE HONORABLE ROYCE C. LAMBERTH
                                Judge, United States District Court for the
                                District of Columbia