UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 15-737 (RCL) |

## ORDER

Upon consideration of the Parties' Joint Motion to Establish Briefing Schedule, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant shall file its motion to dismiss plaintiffs' Second Amended Complaint on or before November 9, 2018; plaintiffs shall file their opposition by December 21, 2018; and defendant shall file its reply by January 11, 2019.

SO ORDERED.

Dated: 10/5/18

THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court for the
District of Columbia