UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 15-737 (RCL) |

## CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

By Order dated October 5, 2018, this Court, acting at the Parties' joint request, set a briefing schedule for defendant the District of Columbia's (District's) forthcoming dispositive motion. According to the schedule, the District's motion is due November 9, 2018; plaintiffs' opposition is due December 21, 2018; and the District's reply is due January 11, 2019. Counsel for the District has been diligently working to meet the November 9, 2018 deadline; however, due to competing professional and personal demands, counsel requires an additional week to complete those efforts. Specifically, the undersigned was on scheduled leave for two weeks, from October 12, 2018 to October 28, 2018, and served as acting chief thereafter, until November 6, 2018. Additionally, undersigned counsel has been out of town periodically during the months of October and November, tending to family health-related issues. A supporting memorandum and proposed order extending all briefing

deadlines by one week[1] are attached to this Motion. The Parties conferred as required

by LCvR 7(m), and plaintiffs consent to the relief requested.


 Dated:  November 8, 2018.                        Respectfully submitted,

                                                  KARL A. RACINE
                                                  Attorney General for the District of Columbia

                                                  TONI MICHELLE JACKSON
                                                  Deputy Attorney General
                                                  Public Interest Division

                                                  /s/ Fernando Amarillas
                                                  FERNANDO AMARILLAS [974858]
                                                  Chief, Equity Section

                                                  /s/ Matthew R. Blecher
                                                  MATTHEW R. BLECHER [1012957]
                                                  Assistant Attorney General
                                                  441 Fourth Street, N.W., Suite 600S
                                                  Washington, D.C. 20001
                                                  Phone: (202) 442-9774
                                                  Email: matthew.blecher@dc.gov

                                                  **Counsel for Defendant**

---

[1] Due to the intervening holidays, plaintiffs' counsel has requested until January 10, 2018, to file plaintiffs' opposition brief; defendants' reply deadline is adjusted accordingly.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 15-737 (RCL) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

Defendant the District of Columbia relies upon the following in support of the

foregoing Consent Motion to Modify Briefing Schedule (Motion):

1.    Fed. R. Civ. P. 6(b)(1)(A) and (7)(b);

2.    The existence of good cause, as described in the Motion;

3.    LCvR 7(m), and plaintiffs' consent to the relief sought; and

4.    The inherent equitable powers of the Court.

Dated:  November 8, 2018.                    Respectfully submitted,

                                             KARL A. RACINE
                                             Attorney General for the District of Columbia

                                             TONI MICHELLE JACKSON
                                             Deputy Attorney General
                                             Public Interest Division

                                             /s/ Fernando Amarillas
                                             FERNANDO AMARILLAS [974858]
                                             Chief, Equity Section

2

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-9774
Email: matthew.blecher@dc.gov

**Counsel for Defendant**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 15-737 (RCL) |

## ORDER

Upon consideration of Defendant's Consent Motion to Modify Briefing Schedule, plaintiffs' consent, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**, and it is

**FURTHER ORDERED** that defendant shall file its dispositive motion in response to plaintiffs' Second Amended Complaint by November 16, 2018; plaintiffs shall file their opposition by January 10, 2019; and defendant shall file any reply by January 31, 2019.

**SO ORDERED.**

Dated: _____

_____
THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court
for the District of Columbia