UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 15-737 (RCL) |

### ORDER

Upon consideration of defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint, plaintiffs' Opposition, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**, and it is

**FURTHER ORDERED** that the Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: _____

_____
THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court
for the District of Columbia