UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 15-737 (RCL) |

## ORDER

Upon consideration of Defendant's Consent Motion to Modify Briefing Schedule, plaintiffs' consent, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**, *nunc pro tunc,* and it is

**FURTHER ORDERED** that defendant shall file its dispositive motion in response to plaintiffs' Second Amended Complaint by November 16, 2018; plaintiffs shall file their opposition by January 10, 2019; and defendant shall file any reply by January 31, 2019.

**SO ORDERED.**

Dated: 11/21/18

THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court
for the District of Columbia