UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>    v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

**CONSENT MOTION BY PLAINTIFFS FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs hereby respectfully move this Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) for a two business day extension of plaintiffs' deadline, until January 14, 2019, to respond to defendant's motion [53] to dismiss for the reasons detailed below.

**CONSENT SOUGHT AND OBTAINED**

Plaintiffs' counsel sought defendant's consent to the relief requested herein pursuant to LCvR 7(m) and defendant does consent. Defendant asks until February 4, 2019 to file its reply.

**MOTION TIMELY FILED**

This motion is filed before the expiration of the deadline for filing a reply to defendant's opposition to plaintiffs' motion for class action treatment set by Fed. R. Civ. P. 6(d) and LCvR 7(d), which is about January 10, 2019, set by the Court in an order docketed 11/26/2019. Order [54]. Per that Order defendant's reply is due 1/31/2019.

**APPLICABLE LAW SUPPORTS GRANT OF MOTION**

Federal Rule of Civil Procedure 6(b)(1)(B) authorizes the Court to grant plaintiff's requested extension providing that "good cause" exists for the extension for good cause. Fed. R. Civ. P. 6(b)(1)(B). Courts have explained that good cause in this context simply "means a valid reason for delay[,]" Mann v. Castiel, 681 F.3d 368, 375 (D.C. Cir. 2012). Good cause is present here.

Rule 16(b) allows a Court to modify a briefing schedule for good cause where the requesting party has been diligent. Barnes v. District of Columbia, 289 F.R.D. 1, 7 (D.D.C. 2012)(applying diligence inquiry of Rule 16(b) to motion to amend discovery schedule).

Plaintiff needs more time (two additional business days) to respond to defendant's motion to dismiss because of the complexity of the issues raised in defendant's opposition and because of plaintiffs' counsel's schedule.

**RELIEF REQUESTED**

Plaintiff respectfully moves this Court to set the deadline for Plaintiffs to file a reply to defendant's motion to dismiss because until January 14, 2019, and to set defendant's deadline to reply until February 4, 2016.

Respectfully submitted,

/sig/W Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs and the class
2020 Pennsylvania Ave., N.W.
#395
Washington, DC 20004
Phone 202/824-0700
Email clairbornelaw@gmail.com