UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

ORDER

Plaintiffs' motion is GRANTED; Plaintiffs' opposition to defendant's motion [53] to dismiss is due on or before January 14, 2019; defendant's reply to Plaintiffs' opposition is due on or before February 4, 2019.

_____
Judge Royce C. Lamberth
United States District Court Senior Judge

1