UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **MAGGIE SMITH et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Case No. 15-737 |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, the Court **DENIES** the District of Columbia's motion to dismiss the case for lack of subject matter jurisdiction.

Additionally, the Court **GRANTS-IN-PART** and **DENIES-IN-PART** the District's motion to dismiss plaintiffs' second amended complaint for failure to state a claim. Specifically, claims two, four, five, seven, eight, nine, and ten are dismissed with prejudice. But all other claims remain.

Accordingly, the Court **ORDERS** the District to answer plaintiffs' remaining claims within thirty days.

May 16, 2019

_____
Royce C. Lamberth
United States District Judge