UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>    v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

# CONSENT MOTION BY PLAINTIFFS FOR ENTRY OF A SCHEDULING ORDER FOR THEIR MOTION TO RECONSIDER

Plaintiffs hereby respectfully move this Court for entry of a scheduling on Plaintiffs' proposed motion to reconsider this Court's Order [59] on Defendant's motion [53] to dismiss Plaintiffs Second Amended Complaint [50].

Plaintiffs' proposed briefing schedule set out in the proposed order makes July 8, 2019 Plaintiffs' deadline for filing the motion and extends the District's deadline for filing an answer to the Second Amended Complaint until on or before 30 days after the Court rules on Plaintiffs' motion to modify/ reconsider.

## CONSENT SOUGHT AND OBTAINED

Plaintiffs' counsel sought defendant's consent to the relief requested herein pursuant to LCvR 7(m) and defendant does consent provided this Court extends Defendant's deadline for filing an answer until 30 days of the Court's ruling on Plaintiffs' motion to reconsider.

## MOTION TIMELY FILED

This motion is filed before the expiration of the deadline for filing a reply to defendant's opposition to plaintiffs' motion for class action treatment set by Fed. R. Civ. P. 6(d) and LCvR 7(d), which is about January 14, 2016.

**APPLICABLE LAW SUPPORTS GRANT OF MOTION**

This Court entered an Order [59] on Defendant's motion [53] to dismiss Plaintiffs Second Amended Complaint [50] granting in part and denying in part the District's motion. The order was an interlocutory order under Rule 54(b) of the Federal Rules of Civil Procedure because it disposed of fewer than all the claims or the rights and liabilities of fewer than all the parties. Fed. R. Civ. P. 54(b). Act Now to Stop War & End Racism Coal. v. District of Columbia, 286 F.R.D. 117, 125 (D.D.C. 2012); Filebark v. U.S. Dept. of Transp., 555 F.3d 1009, 1013 (D.C. Cir. 2009).

Rule 54(b) allows this Court to modify interlocutory orders as justice requires at any time before the court's entry of final judgment. Fed. R. Civ. P. 54(b). Harvey v. Mohammed, 841 F. Supp. 2d 164, 173 (D.D.C. 2012).

Under Rule 54(b) an order is an interlocutory governs reconsideration of orders that do not constitute final judgments in a case.  Rule 54(b) "allows a litigant to move for reconsideration or modification of a district court's interlocutory order disposing of 'fewer than all the claims or the rights and liabilities of fewer than all the parties' 'at any time' before the court's entry of final judgment." Act Now to Stop War & End Racism Coal. v. District of Columbia, 286 F.R.D. 117, 125 (D.D.C. 2012); Filebark v. U.S. Dept. of Transp., 555 F.3d 1009, 1013 (D.C. Cir. 2009).

Federal Rule of Civil Procedure 6(b)(1)(B) authorizes the Court to grant plaintiff's requested extension providing that "good cause" exists for the extension. Fed. R. Civ. P. 6(b)(1)(B). Courts have explained that good cause in this context simply "means a valid reason for delay[,]" Mann v. Castiel, 681 F.3d 368, 375 (D.C. Cir. 2012). Good cause is present here.

Plaintiffs additional time to prepare and file a motion to modify/ motion to reconsider the Court's Order [59] because of the complexity of the issues raised and because of plaintiffs' counsel's schedule.

Last week plaintiffs' counsel learnt that plaintiffs' counsel has to fly round trip from Hong Kong to the District of Columbia for a summary judgment hearing in Hoyte v. District of Columbia, 13-569 (CRC) on May 31, 2019 in Washington, DC.

**RELIEF REQUESTED**

Plaintiffs hereby respectfully move this Court for entry of a scheduling on Plaintiffs' proposed motion to reconsider this Court's Order [59] on Defendant's motion [53] to dismiss Plaintiffs Second Amended Complaint [50].

Plaintiffs' proposed briefing schedule set out in the proposed order makes July 8, 2019 Plaintiffs' deadline for filing the motion and extends the District's deadline for filing an answer to the Second Amended Complaint until on or before 30 days after the Court rules on Plaintiffs' motion to modify/ reconsider. Defendant has three weeks to respond to the motion and Plaintiffs have three weeks after that to file a reply.

Respectfully submitted,

/s/W Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs and the class
717 D Street, N.W.
#300
Washington, DC 20004-2815
Phone 202/824-0700
Email clairbornelaw@gmail.com