UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

**PROPOSED ORDER**

Plaintiff's motion for entry of a briefing schedule is hereby granted: Plaintiffs shall file their motion to reconsider on or before July 8, 2019. The District's deadline for filing an answer is due within 30 days of the Court's ruling on Plaintiffs' motion to reconsider.

Defendant has three weeks to respond to the motion and Plaintiffs have three weeks after that to file a reply.

_____
**Hon. Royce C. Lamberth**
Senior United States District Judge
United States District Court for the District of Columbia

1