UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>    v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

CONSENT MOTION BY PLAINTIFFS FOR ENTRY OF AN EXTENDED BRIEFING

SCHEDULE FOR THEIR MOTION TO RECONSIDER

Plaintiffs hereby respectfully move this Court for entry of an extended briefing schedule on Plaintiffs' proposed motion to reconsider this Court's Order [60] on Defendant's motion [53] to dismiss Plaintiffs Second Amended Complaint [50], and defendant's time to file an answer to the Second Amended Complaint.

Plaintiffs' propose the following briefing schedule for their motion to modify or reconsider the Order [60]:

| Plaintiffs' motion | Defendant's response | Plaintiffs' Reply |
|---|---|---|
| August 7, 2019 | August 28, 2019 | September 23, 2019 |

The proposed briefing schedule also extends the District's deadline for filing an answer to the Second Amended Complaint until on or before 30 days after the Court rules on Plaintiffs' motion to modify/ reconsider.

**CONSENT SOUGHT AND OBTAINED**

Plaintiffs' counsel sought defendant's consent to the relief requested herein pursuant to LCvR 7(m) and defendant does consent provided this Court extends Defendant's deadline for filing an answer until 30 days of the Court's ruling on Plaintiffs' motion to reconsider, and Defendant has 30 days to respond to the motion.

**MOTION TIMELY FILED**

This motion is filed before the expiration of the deadline for filing motion to modify/ reconsider the Court's Order [60].

**APPLICABLE LAW SUPPORTS GRANT OF MOTION**

This Court entered an Order [60] on Defendant's motion [53] to dismiss Plaintiffs' Second Amended Complaint [50] granting in part and denying in part the District's motion. The Order was an interlocutory order under Rule 54(b) of the Federal Rules of Civil Procedure because it disposed of fewer than all the claims or the rights and liabilities of fewer than all the parties. Fed. R. Civ. P. 54(b). Act Now to Stop War & End Racism Coal. v. District of Columbia, 286 F.R.D. 117, 125 (D.D.C. 2012)(subsequent history on other issues); Filebark v. U.S. Dept. of Transp., 555 F.3d 1009, 1013 (D.C. Cir. 2009).

Rule 54(b) allows this Court to modify interlocutory orders as justice requires at any time before the court's entry of final judgment. Fed. R. Civ. P. 54(b). Harvey v. Mohammed, 841 F. Supp. 2d 164, 173 (D.D.C. 2012).

Federal Rule of Civil Procedure 6(b)(1)(B) authorizes the Court to grant plaintiff's requested extension providing that "good cause" exists for the extension. Fed. R. Civ. P. 6(b)(1)(B). Courts have explained that good cause in this context simply "means a valid reason for delay[,]" Mann v. Castiel, 681 F.3d 368, 375 (D.C. Cir. 2012). Good cause is present here.

Plaintiffs' need additional time to prepare and file a motion to modify/ motion to reconsider the Court's Order [60] because of the complexity of the issues raised and because of plaintiffs' counsel's schedule.

Plaintiff is still researching the issues.

**RELIEF REQUESTED**

Plaintiffs hereby respectfully move this Court to enter the proposed order filed herewith setting forth Plaintiffs' proposed briefing schedule.

Respectfully submitted,

/s/William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs and the class
717 D Street, N.W.
#300
Washington, DC 20004-2815
Phone 202/824-0700
Email clairbornelaw@gmail.com