UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH, et al.,**<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>    v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA,**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

## PROPOSED ORDER

Plaintiff's motion for entry of a briefing schedule is hereby granted:

The Court hereby enters the following briefing schedule for Plaintiffs' motion to modify or reconsider the Order [60]:

| Plaintiffs' motion | Defendant's response | Plaintiffs' Reply |
|---|---|---|
| August 12, 2019 | September 9, 2019 | September 30, 2019 |

The District's deadline for filing an answer to the Second Amended Complaint is extended until on or before 30 days after the Court rules on Plaintiffs' motion to modify/ reconsider the Order [60].

 

_____
**Hon. Royce C. Lamberth**
Senior United States District Judge
United States District Court for the District of Columbia

1