UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al., <br><br> On behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF THE DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No.: 15-737 (RCL) |

## PROPOSED ORDER

Plaintiff's motion [64] for entry of a briefing schedule is hereby granted:

The Court hereby enters the following briefing schedule for Plaintiffs' motion to modify or reconsider the Order [60]:

| Plaintiffs' motion | Defendant's response | Plaintiffs' Reply |
|---|---|---|
| August 7, 2019 | August 28, 2019 | September 23, 2019 |

The District's deadline for filing an answer to the Second Amended Complaint is extended until on or before 30 days after the Court rules on Plaintiffs' motion to modify/ reconsider the Order [60].

_Royce C. Lamberth_  8/7/19
Hon. Royce C. Lamberth
Senior United States District Judge
United States District Court for the District of Columbia

1