UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

PROPOSED ORDER

Plaintiff's motion for reconsideration of the Order [60] as to Claims 1, 2, 3 and the part of Claim 4 Ms. Smith, Mr. Cassagnol, and Mr. Rouse as to their guns and ammunitions is hereby granted.

_____
**Hon. Royce C. Lamberth**
Senior United States District Judge
United States District Court for the District of Columbia

1