UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

CONSENT PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO RECONSIDER

Plaintiffs hereby respectfully move this Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) for a two week extension of Plaintiffs' deadline, until October 14, 2019, to respond to Defendant's opposition [72] to Plaintiffs' motion [69] to reconsider for the reasons detailed below.

Consent Sought and Obtained

Plaintiffs' counsel sought defendant's consent to the relief requested herein pursuant to LCvR 7(m) and defendant does consent.

Motion Timely Filed

This motion is filed before the expiration of the deadline for filing a reply set by Order of the Court, October 1, 2019.

Applicable Law Supports Granting Motion

Federal Rule of Civil Procedure 6(b)(1)(B) authorizes the Court to grant plaintiff's requested extension providing that "good cause" exists for the extension for good cause. Fed. R. Civ. P. 6(b)(1)(B). Courts have explained that good cause in this context simply "means a valid

reason for delay[,]" <u>Mann v. Castiel</u>, 681 F.3d 368, 375 (D.C. Cir. 2012). Good cause is present here.

Plaintiff needs more time to respond to defendant's opposition to plaintiffs' motion for class action treatment because of the complexity of the issues raised in defendant's opposition and because of plaintiffs' counsel's schedule.

### Relief Requested

Plaintiff respectfully moves this Court to extend Plaintiffs' deadline to file a reply to defendant's opposition to their motion for reconsideration until October 14, 2019.

Respectfully submitted,

/s/William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs and the class
717 D Street, N.W.
#300
Washington, DC 20004
Phone 202/824-0700
Email claibornelaw@gmail.com