UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al., <br><br> On behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GOVERNMENT OF THE DISTRICT OF COLUMBIA <br><br> Defendant. | Civil Action No.: 15-737 (RCL) |

ORDER

Plaintiffs' motion is GRANTED; Plaintiffs' Reply to defendant's opposition to Plaintiffs' motion to reconsider is due on or before October 14, 2019.

_____
Judge Royce C. Lamberth
United States District Court Senior Judge

1