# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH,** *et al.,*  <br><br>      **Plaintiffs,**  <br><br>      **v.**  <br><br>**DISTRICT OF COLUMBIA,**  <br><br>      **Defendant.** | **Civil Action No. 15-737 (RCL)** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk shall please withdraw the appearance in the above-captioned matter of Assistant Attorney General Matthew R. Blecher on behalf of defendant the District of Columbia.

Dated: October 25, 2019.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

FERNANDO AMARILLAS
Chief, Equity Section

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-9774
Email: matthew.blecher@dc.gov