UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAGGIE SMITH, *et al.*,               )
                                       )
    *Plaintiffs*,                     )
                                       )
v.                                     )   Case No. 1:15-cv-737-RCL
                                       )
DISTRICT OF COLUMBIA,                  )
                                       )
    *Defendant*.                      )
                                       )

### ORDER

The Court hereby **ORDERS** that, in accordance with Local Rule 16.3, the parties shall meet and confer within ten days of this date.

It is further **ORDERED** that, within five days thereafter, the parties shall jointly submit a written report outlining the discovery plan and a proposed scheduling order.

Date: November 27, 2019

                                                                   Royce C. Lamberth
                                                      United States District Court Judge