UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| MAGGIE SMITH, *et al.*, | |
|---|---|
| Plaintiffs, | |
| v. | Civil Action No. 15-737 (RCL) |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

## ORDER

Upon consideration of the Parties' Joint Local Rule 16.3 Report, and the entire record, it is **ORDERED** that the Parties adhere to the following schedule:

| Event | Deadline |
|---|---|
| Initial Disclosures | Thirty days from entry of the Scheduling Order |
| Fact discovery on liability and class issues completed | Six months from entry of the Scheduling Order |
| Plaintiffs' motion for summary judgment on liability due | One month after the completion of discovery |
| Defendant's Opposition and cross-motion on liability due | Two months after the completion of discovery |

1

| Plaintiffs' Reply and Opposition due | Three months after the completion of discovery |
|---|---|
| Defendants' Reply due | Two weeks after service of Plaintiffs' Reply and Opposition |

**SO ORDERED**.

Dated: _____          _____
                                THE HONORABLE ROYCE C. LAMBERTH
                                Judge, United States District Court
                                    for the District of Columbia