UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 15-737 (RCL) |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to LCvR 83.6(a), the Clerk shall please enter the appearance of Assistant Attorney General Andrew R. Booth as counsel for defendant the District of Columbia.

Dated:  January 10, 2020.  Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONY MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

FERNANDO AMARILLAS
Chief, Equity Section

ANDREW J. SAINDON
Senior Assistant Attorney General

*/s/ Andrew R. Booth*
ANDREW R. BOOTH [1001580]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone:  (202) 807-0371

andrew.booth@dc.gov

*Counsel for the District of Columbia*