## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 15-737 (RCL) |

## JOINT MOTION TO ENTER PROTECTIVE ORDER

Plaintiffs Maggie Smith, Gerard Cassagnol, Frederick Rouse, and Delontay Davis (Plaintiffs) and Defendant the District of Columbia (the District) (collectively, the Parties) jointly move for the entry of a stipulated protective order, attached as an exhibit to this motion, under Fed. R. Civ. P. 26(c). The Parties anticipate that discovery will involve the exchange of sensitive and confidential personal information.

Certain information, documents and things of the Parties subject to discovery are believed to be confidential, including but not limited to: (1) personal information, including, but not limited to, an individual's home address, telephone number, date of birth, social security number, and/or any other personal information unique to such individual; (2) information protected by or specifically prohibited from release by statute or regulation; (3) non-public records relating to arrests and police investigations; and (4) any other information that a producing party reasonably and in good faith determines should be subject to the terms of this protective order.

For privacy reasons, and to comply with federal and local law, the Parties agree this information will be designated as confidential and will remain confidential, and will be subject to the terms of the attached proposed protective order.

The Parties submit a memorandum of points and authorities with this motion. In addition, a copy of the Parties' Stipulated Protective Order is attached as Exhibit 1.

Dated: January 16, 2020.

Respectfully submitted,

/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar No. 446579
717 D Street, NW
Ste 300
Washington, DC 20004-2815
Phone: (202) 824-0700
Email: claibornelaw@gmail.com

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS
D.C. Bar No. 974858
Chief, Equity Section

/s/ Joseph A. Scrofano
JOSEPH A. SCROFANO
D.C. Bar # 994083
406 5th Street NW
Suite 100
Washington, DC 20001
Phone (202) 870-0889
Email jas@scrofanolaw.com

/s/ Andrew J. Saindon
ANDREW J. SAINDON
D.C. Bar No. 456987
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (f)
andy.saindon@dc.gov

*Counsel for Plaintiffs*

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 15-737 (RCL) |

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF JOINT MOTION TO ENTER PROTECTIVE ORDER

In support of their joint motion to enter a protective order, the Parties cite and rely upon:

1.    Fed. R. Civ. P. 26(c);

2.    Fed. R. Evid. 502(d);

3.    D.C. Code §§ 1-631.01, *et seq.* and 6 DCMR § 3113;

4.    The reasons in the accompanying motion;

5.    The inherent authority of the Court; and

6.    The consent of the Parties.

All Parties move the Court to enter the agreed-upon Stipulated Protective Order, attached as Exhibit 1, governing use of any confidential records and any other confidential information that will be disclosed in this litigation.

Dated:  January 16, 2020.

Respectfully submitted,

/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar No. 446579
717 D Street, NW
Ste 300
Washington, DC 20004-2815
Phone: (202) 824-0700
Email: claibornelaw@gmail.com


/s/ Joseph A. Scrofano
JOSEPH A. SCROFANO
D.C. Bar # 994083
406 5th Street NW
Suite 100
Washington, DC 20001
Phone (202) 870-0889
Email jas@scrofanolaw.com


*Counsel for Plaintiffs*

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS
D.C. Bar No. 974858
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON
D.C. Bar No. 456987
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (f)
andy.saindon@dc.gov

*Counsel for Defendant*