UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>        Defendant. | Civil Action No. 15-737 (RCL) |

### DEFENDANTS' INITIAL DISCLOSURES

In accordance with Federal Rule 26(a)(1) and Local Civil Rule 26.2(a), defendant the District of Columbia (the District), provides the following initial disclosures.

A. Rule 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the District may use to support its claims or defenses.

    1.    Maggie Smith (Plaintiff)

<u>Subjects of Information</u>: Ms. Smith has information regarding her interactions with the Metropolitan Police Department (MPD) and the criminal justice system in the District of Columbia. Specifically, she has information pertaining to her stop and arrest on June 29, 2014, and subsequent, aborted prosecution.

    2.    Gerard Cassagnol (Plaintiff)

<u>Subjects of Information</u>: Mr. Cassagnol has information regarding his interactions with MPD and the criminal justice system in the District of Columbia.

Specifically, he has information pertaining to his stop and arrest on October 9, 2013, and subsequent, aborted prosecution.

3. **Frederick Rouse (Plaintiff)**

<u>Subjects of Information</u>: Mr. Rouse has information regarding his interactions with MPD and the criminal justice system in the District of Columbia. Specifically, he has information pertaining to his stop and arrest on August 30, 2014, and subsequent, aborted prosecution.

4. **Delontay Davis (Plaintiff)**

<u>Subjects of Information</u>: Mr. Davis has information regarding his interactions with MPD and the criminal justice system in the District of Columbia. Specifically, he has information pertaining to his stop and arrest on March 23, 2014, and subsequent, aborted prosecution.

5. **Officer Gregory A. Brown**
   **MPD**

<u>Subjects of Information</u>: Officer Brown was one of the officers who stopped and arrested plaintiff Smith; he has knowledge of circumstances underlying the stop and arrest. He should be contacted through undersigned counsel.

6. **Officer Clarence Major**
   **MPD**

<u>Subjects of Information</u>: Officer Major was one of the officers who stopped and arrested plaintiff Smith; he has knowledge of circumstances underlying the stop and arrest. He should be contacted through undersigned counsel.

7. **Officer Robert Van Dyke**
   **MPD**

Subjects of Information: Officer Van Dyke was one of the officers who stopped and arrested plaintiff Cassagnol; he has knowledge of circumstances underlying the stop and arrest. He should be contacted through undersigned counsel.

8. **Officer Ronald Burgeson**
   MPD

Subjects of Information: Officer Burgeson was one of the officers who arrested plaintiff Cassagnol; he has knowledge of circumstances underlying the arrest. He should be contacted through undersigned counsel.

9. **Officer Brett Parson**
   MPD

Subjects of Information: Officer Parson was one of the officers who assisted in the arrest of plaintiff Cassagnol; he has knowledge of circumstances underlying the arrest. He should be contacted through undersigned counsel.

10. **Detective Christopher Bastian**
    MPD

Subjects of Information: Detective Bastian interviewed plaintiff Cassagnol at the time of arrest; he has knowledge of circumstances underlying the arrest. He should be contacted through undersigned counsel.

11. **Detective Darenn Bemiller**
    MPD

Subjects of Information: Detective Bemiller was one of the officers who questioned and arrested plaintiff Rouse; he has knowledge of circumstances underlying the questioning and arrest. He should be contacted through undersigned counsel.

12. **AUSA L'Shauntee Robertson**
    **United States Attorney's Office**

    <u>Subjects of Information</u>: Ms. Robertson represented the United States in the planned prosecution of plaintiff Cassagnol in Case No. 2013 CF2 017982 and presumably has information concerning that prosecution.

13. **Corporate Designee(s) of the District**

    <u>Subjects of Information</u>: The District's designee(s) will have information concerning the District's policies and procedures for: (1) the seizure and processing of evidence in criminal cases and the operations of the Evidence Control Branch (ECB) at MPD; and (2) the operations of docketing databases at the Superior Court of the District of Columbia.

14. **Custodian of records from all agencies and organizations providing documents**

    <u>Subjects of Information</u>: The custodians will have information about the documents provided in response to discovery requests and the search for such documents.

B. Rule 26(a)(1)(A)(ii): A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the District has in its possession, custody, or control and may use to support its claims or defenses.

Pertinent documents in the District's possession, custody, or control consist of: Individual plaintiffs' arrest and prosecution records; MPD General Order 601.01 (Recording, Handling and Disposition of Property Coming into the Custody of the Department); MPD General Order Change 11-03; MPD General Order Change 12-03; MPD General Order Change 12-07; MPD General Order 601.03 (Handling and

Accounting for Seized and Forfeited Property); MPD General Order 902.01 (Firearms Registration and Receipt of Abandoned or Found Weapons); MPD Special Order 03-04 (Intake Guidelines for Firearms Cases); MPD Teletype 02-058-13 (Crime Scene Log Nos.); MPD Teletype 02-064-14 (Forensic Testing); MPD Teletype 02-072-13 (Theft From Auto); MPD Teletype 04-070-13 (Firearm Recoveries); MPD Teletype 05-030-08 (Firearms Recovered); MPD Teletype 05-037-08 (Firearm Recoveries); MPD Teletype 06-066-08 (Test Firing); MPD Teletype 08-071-13 (Electronic Digital Surveillance); MPD Teletype 08-120-12 (Evidence Technician Responsibilities); MPD Teletype 10-025-13 (DFS Takeover); MPD Teletype 11-057-12 (Test Firing Weapons); MPD Teletype 12-054-12 (Firearm Recovery); MPD Teletype 80-031-13 (Carrying a Pistol); and Superior Court records and databases.

C. **Rule 26(a)(1)(A)(iii): A computation of each category of damages claimed by the District and the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based.**

Not applicable.

D. **Rule 26(a)(1)(A)(iv): Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

Dated: January 27, 2020.              Respectfully submitted,

                                                   KARL A. RACINE
                                                   Attorney General for the District of Columbia

                                                   TONI MICHELLE JACKSON
                                                   Deputy Attorney General
                                                   Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
ANDREW R. BOOTH [1001580]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Phone: (202) 724-6643
andy.saindon@dc.gov
andrew.booth@dc.gov

*Counsel for the District of Columbia*

## CERTIFICATE OF SERVICE

I certify that, on January 27, 2020, a copy of the District of Columbia's Initial Disclosures, was served by electronic mail (by consent per Fed. R. Civ. P. 5(b)(2)(E)) on:

William Claiborne [446579]
717 D Street, N.W., Suite 395
Washington, D.C. 20004
Phone: (202) 824-0700
claibornelaw@gmail.com

*Counsel for Plaintiffs*

/s/ Andrew J. Saindon
ANDREW J. SAINDON (#456987)
Senior Assistant Attorney General