UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 15-737 (RCL) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk shall please withdraw the appearance of Assistant Attorney General Andrew R. Booth as counsel for defendant the District of Columbia

Dated:  February 7, 2020.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONY MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

FERNANDO AMARILLAS
Chief, Equity Section

ANDREW J. SAINDON
Senior Assistant Attorney General

*/s/ Andrew R. Booth*
ANDREW R. BOOTH [1001580]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone:  (202) 807-0371
andrew.booth@dc.gov