# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.<br><br>Plaintiffs,<br><br>   v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No: 15-737 (RCL) |

## PLAINTIFFS' CONSENT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiffs hereby move this Court to amend the Scheduling Order [80] pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16.4(b) by extending each of the current deadlines for three months for that fact discovery on liability closes on August 26, 2020. None of the deadlines in the current Scheduling Order has yet expired. The current deadline for the close of fact discovery set forth in the Scheduling Order is May 26, 2020. This is the first request for an extension.

Plaintiffs ask for the extension because of the effect of the novel coronavirus, SARS-CoV-2, on the case and the parties ability to conduct discovery and obtain information. The parties appreciate that this is a request for a long extension but the parties believe it is warranted.

**CONSENT SOUGHT AND OBTAINED**

Defendant does consent to the modification proposed herein.

**THE LAW SUPPORTS GRANTING PLAINTIFFS' MOTION**

   **1. Plaintiffs have been diligent in pursuing discovery.**

A party may move to extend discovery under Rule 16(b), and Local Rule 16.4(b) allows the Court to modify a scheduling order at any time when it finds good cause to do so. *See* LCvR 16.4(b) ("The court may modify the scheduling order at any time upon a showing of good cause."). The

primary factor in determining whether good cause exists is the diligence of the party seeking discovery before the deadline. United States v. Kellogg Brown & Root Servs., Inc., 285 F.R.D. 133, 136 (D.D.C. 2012).

Both parties have been diligent in seeking and responding to discovery. Both parties have propounded discovery and made responses.

Discovery in this case involves not only typical electronic and hard copy material, but also two large and complex databases, the MPD booking database and CourtView, the Superior Court docketing system. Plaintiffs have retained an expert in this field, Bennett Borden, Chief Data Scientist and Chair Information Governance and eDiscovery Group, and his firm, Drinker Biddle & Reath LLP, to handle the complex electronic discovery issues and to help Plaintiffs analyze and present the electronic discovery and related discovery.

**2. Plaintiffs' proposed modifications to the Scheduling Order.**

The current deadline for the close of fact discovery is May 26, 2020. Plaintiffs move this Court to extend the scheduling order deadline by three months until August 26, 2020 and the summary judgment briefing deadlines by the same amount.

Respectfully submitted,

| |  |
|---|---|
| /s/William Claiborne<br>WILLIAM CLAIBORNE<br>D.C. Bar # 446579<br><br>Counsel for Named Plaintiffs<br>717 D Street, N.W.<br>#300<br>Washington, DC 20004<br>Phone 202/824-0700<br>Email claibornelaw@gmail.com | |