UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No: 15-737 (RCL) |

PROPOSED ORDER

Plaintiffs' consent motion to modify the Scheduling Order [80] is GRANTED. The Court enters the following amended Scheduling Order:

| | |
|---|---|
| Fact Discovery on liability and class issues completed | Nine months from the entry of the Scheduling Order |
| Plaintiffs' motion for summary judgment on liability due | One month after the completion of discovery |
| Defendant's Opposition and cross-motion on liability due | Two months after the completion of discovery |
| Plaintiffs' Reply and Opposition due | Three months after the completion of discovery |

1

| | |
|---|---|
| Defendant's Reply due | Two weeks after service of Plaintiffs' Reply and Opposition |

_____
THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court
    for the District of Columbia