UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No: 15-737 (RCL) |

PROPOSED ORDER

Plaintiffs' consent motion to modify the Scheduling Order [80] is GRANTED. The Court enters the following amended Scheduling Order [docketed December 26, 2019]:

| Deadline | Months from entry of Scheduling Order | Calendar date |
|---|---|---|
| Fact Discovery on liability and class issues completed | Ten and one-half months from the entry of the Scheduling Order | 10 Nov 2020 |
| Plaintiffs' motion for summary judgment on liability due | Two and one-half months month after the completion of discovery | 25 Jan 2021 |
| Defendant's Opposition and cross-motion on liability due | Three and one-half months after the completion of discovery | 24 Feb 2021 |
| Plaintiffs' Reply and Opposition due | Four and one-half months after the completion of discovery | 26 Mar 2021 |
| Defendant's Reply due | Two weeks after service of Plaintiffs' Reply and Opposition | 9 Apr 2021 |

1

2

_____
THE HONORABLE ROYCE C. LAMBERTH
Senior Judge, United States District Court for the District of Columbia