# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MAGGIE SMITH, et al.,

Plaintiffs,

v.

GOVERNMENT OF THE DISTRICT OF COLUMBIA,

Defendant.

Civil Action No: 15-737 (RCL)

## PROPOSED ORDER

Plaintiffs' consent motion [86 & 87] to modify the Scheduling Order [80] is GRANTED [& 85]. The Court enters the following amended Scheduling Order [docketed December 26, 2019] as follows:

| Deadline | Months from entry of Scheduling Order | Calendar date |
|---|---|---|
| Fact Discovery on liability and class issues completed | Ten and one-half months from the entry of the Scheduling Order | 10 Nov 2020 |
| Plaintiffs' motion for summary judgment on liability due | One month after the completion of discovery * | 20 Dec 2020 |
| Defendant's Opposition and cross-motion on liability due | Two months after the completion of discovery * | 20 Jan 2021 |
| Plaintiffs' Reply and Opposition due | Three months after the completion of discovery * | 20 Feb 2021 |
| Defendant's Reply due | Two weeks after service of Plaintiffs' Reply and Opposition | 6 March 2021 |

\* As in [80].

It is So Ordered.
8/25/20

Royce C. Lamberth, U.S.D.J.

1