UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAGGIE SMITH, et al.,

Plaintiffs,

v.

GOVERNMENT OF THE DISTRICT OF
COLUMBIA,

Defendant.

Civil Action No: **15-737 (RCL)**

### ~~PROPOSED~~ ORDER A

Plaintiffs' consent motion to modify the Scheduling Order [88] is GRANTED as follows:

The Court enters the following amended Scheduling Order extending each date in the Scheduling

Order by three weeks:

| Deadline | Date in amended Scheduling Order [88] | Scheduling Order |
|---|---|---|
| Fact Discovery on liability and class issues completed | 10 Nov 2020 | 1 December 2020 |
| Plaintiffs' motion for summary judgment on liability due | 20 Dec 2020 | 10 January 2021 |
| Defendant's Opposition and cross-motion on liability due | 20 Jan 2021 | 10 February 2021 |
| Plaintiffs' Reply and Opposition due | 20 Feb 2021 | 15 March 2021 |
| Defendant's Reply due | 6 Mar 2021 | 29 March 2021 |

THE HONORABLE ROYCE C. LAMBERTH
Senior Judge, United States District Court for the
District of Columbia

1