UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| MAGGIE SMITH, et al., | |
|---|---|
| Plaintiffs, | Civil Action No: 15-737 (RCL) |
| v. | |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA, | |
| Defendant. | |

PROPOSED ORDER A

Plaintiffs' consent motion to modify the Scheduling Order [90] is GRANTED as follows:

The Court enters the following amended Scheduling Order extending each date in the Scheduling Order by about three weeks:

| Deadline | Date in amended Scheduling Order [90] | Scheduling Order |
|---|---|---|
| Fact Discovery on liability and class issues completed | 1 December 2020 | 22 December 2020 |
| Plaintiffs' motion for summary judgment on liability due | 10 January 2021 | 1 February 2021 |
| Defendant's Opposition and cross-motion on liability due | 10 February 2021 | 1 March 2021 |
| Plaintiffs' Reply and Opposition due | 15 March 2021 | 6 April 2021 |
| Defendant's Reply due | 29 March 2021 | 19 April 2021 |

_____
THE HONORABLE ROYCE C. LAMBERTH
Senior Judge, United States District Court for the District of Columbia

1