# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MAGGIE SMITH, *et al.*,  )
  )
      *Plaintiffs*,  )
  )
v.  )  Case No. 1:15-cv-737 (RCL)
  )
GOVERNMENT OF THE DISTRICT  )
OF COLUMBIA,  )
  )
      *Defendant*.  )
  )

## SCHEDULING ORDER

The Court **GRANTS IN PART** and **DENIES IN PART** plaintiffs' motion [91] to amend the Court's Scheduling Order [90]. The Court **GRANTS** plaintiffs' request to extend the deadline for fact discovery on liability and class issues. It **DENIES** plaintiffs' requested extension on all other deadlines. Accordingly, the Court's Scheduling Order [90] is hereby amended as follows:

| Task/Motion | Deadline in Scheduling Order [90] | Amended Deadline |
| --- | --- | --- |
| Fact discovery on liability and class issues completed | December 1, 2020 | December 22, 2020 |
| Plaintiffs' motion for summary judgment on liability due | January 10, 2021 | January 10, 2021 |
| Defendant's opposition and cross-motion on liability due | February 10, 2021 | February 10, 2021 |
| Plaintiffs' reply and opposition due | March 15, 2021 | March 15, 2021 |
| Defendant's reply due | March 29, 2021 | March 29, 2021 |

It is **SO ORDERED**.

Date: November 16, 2020

                                        *Royce C. Lamberth*
                                        Hon. Royce C. Lamberth
                                        United States District Judge