UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 15-737 (RCL) |

### DEFENDANT'S CONSENT MOTION TO AMEND SCHEDULING ORDER

Defendant the District of Columbia (the District) moves to amend the Scheduling Order [92] in this case to briefly extend the existing deadlines by approximately 30 days, for good cause shown. Fed. R. Civ. P. 16(b)(4); LCvR 16.4(a).

Under the Scheduling Order, fact discovery on liability and class issues is to be completed by December 22, 2020, with summary judgment briefing to follow. Although the Parties have been diligent during discovery, the District now seeks a brief extension of the schedule in light of the need to complete previously noticed depositions under Rule 30(b)6), competing professional obligations, and the intervening holidays. *See* Fed. R. Civ. P. 6(b)(1).

Since early November, the District has deposed three of the four named plaintiffs and plaintiffs have completed the depositions of two Rule 30(b)(6) deponents on dozens of topics and have noticed several more topics. Since December 1, 2020, plaintiffs have additionally issued six new or revised deposition notices under Rule 30(b)(6), referencing dozens of topics. The Parties are working cooperatively to

negotiate the scope of these depositions and to attempt to agree on one or more stipulations to eliminate the need for some of the noticed topics or depositions. The District has also—in this timeframe—provided many pages of additional documents in an attempt to respond to plaintiffs' discovery requests.

The requested extension will allow the District sufficient time to designate and prepare Rule 30(b)(6) witnesses and for plaintiffs to complete their depositions, while attending to other pressing matters. The requested extension will also allow the Parties to continue their negotiations to clarify the scope of the remaining discovery and, potentially, reach agreement on stipulations, which may avoid future litigation.

A memorandum of points and authorities and a proposed order are attached.

As provided under Local Civil Rule 7(m), undersigned counsel discussed this matter with plaintiffs' counsel, who consented to the relief requested.

Dated: December 10, 2020.        Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
BRENDAN HEATH [1619960]
Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001

2

(202) 724-6643
(202) 730-1470 (fax)
andy.saindon@dc.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 15-737 (RCL) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION TO AMEND SCHEDULING ORDER

In support of its consent motion to amend the scheduling order, defendant the District of Columbia (the District) submits the following:

1. Fed. R. Civ. P. 6(b)(1)(A);

2. Plaintiffs' consent to the extension; and

3. Defendant's showing of good cause in support of the motion;

4. The inherent power of the Court.

The District seeks approximately a 30-day extension of the existing deadlines, for good cause. The requested extension will not prejudice plaintiffs or unduly delay the resolution of this matter. Instead, the extension will permit the Parties sufficient time to complete discovery while attending to other pressing matters. This motion is the District's first request to amend the scheduling order. Accordingly, the District requests that the Court grant the motion and enter the proposed order.

Dated:  December 10, 2020.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
BRENDAN HEATH [1619960]
Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (fax)
andy.saindon@dc.gov

*Counsel for Defendant*