UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 15-737 (RCL) |

ORDER

Upon consideration of Defendants' Consent Motion to Amend the Scheduling Order (Motion), and the entire record, it is this _____ day of December, 2020:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERDED** that the schedule in this case is amended as follows:

| Task/Motion | Deadline in Scheduling Order [92] | Amended Deadline |
|---|---|---|
| Fact discovery on liability and class issues completed | December 22, 2020 | January 22, 2021 |
| Plaintiffs' motion for summary judgment on liability due | January 10, 2021 | February 10, 2021 |
| Defendant's opposition and cross-motion on liability due | February 10, 2021 | March 10, 2021 |
| Plaintiffs' reply and opposition due | March 15, 2021 | April 15, 2021 |
| Defendant's reply due | March 29, 2021 | April 29, 2021 |

SO ORDERED.

_____
THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court
    for the District of Columbia

*Copies to*:
All counsel of record through CM/ECF