sharing it publically before the team has the data ensures that the team does not, intentionally or unintentionally, have discretion to conduct the analyses merely to fit preconceived expectations. Not only does undertaking this evaluation highlight MPD's commitment to transparency, but the process by which MPD and the Lab @ DC conducted the evaluation also signals our commitment.

**Community Engagement Forums**

- **Community Engagement Academy**: MPD's Community Engagement Academy allows a diverse group of interested community members the ability to learn firsthand about police operations and provide comments and recommendations on police and community interactions. The Department works to provide all participants with a personal view of the challenges that officers face daily. This initiative helps to strengthen police and community relations through education, awareness, and discussion. During 2017, 75 members participated and the initiative will be ongoing throughout 2018. Some of the key topic areas included recruiting, training, juvenile issues, use of force, and the role of a police officer in society.

- **Use of Force Presentation**: In FY 17, the Chief of Police conducted briefings in every police district and at a number of community events regarding the District's use of force policies, trainings, and investigatory processes. These briefings provided valuable information about the specific steps taken after a serious use of force event occurs, and gave the community the opportunity to ask the Chief questions. Overall, all who participated found these briefings very informative and helpful.

- **Tactical Village Media Day**: The Department hosted a Metropolitan Police Academy Tactical Village Media Day on December 13, 2017. This day was an effort to provide media members with an opportunity to understand the complexities and dangers of use of force encounters police face while on duty. After receiving an abbreviated training on use-of-force by academy personnel, participants were able to go behind the badge in a simulated exercise during a controlled scenario. This was an educational experience to equip reporters with information to achieve more balanced reporting on police use-of-force incidents.

**Open Data Initiatives**

In February 2018, the Department uploaded its stop and frisk and ShotSpotter data on its home page. Separate from the Freedom of Information Act, the MPDC Open Data page allows an additional mechanism for the public to quickly access MPD's publicly available data (including juvenile arrests, stop and frisk, and ShotSpotter data). The Department will continue to proactively assess information demands and expand its open data in the future.

44. *Please identify all electronic databases maintained by your agency, including the following:*

    a. *A detailed description of the information tracked within each system;*

    b. *The age of the system and any discussion of substantial upgrades that have been made or are planned to the system; and*

    c. *Whether the public can be granted access to all or part of each system.*

The systems below represent systems for which we own the application and the data. Public access is determined by law. As such, the public has certain limited access to the incident, crime, and arrest information in Cobalt, either through information that we post or distribute to the public, or through

**Pls.'s Ex. 21, p. 1**
**MPD Oversight written responses**
**Smith v. DC, 15-737 (RCL)**

*Page 42 of 97*

Freedom of Information Act requests. The Department is working to make more information publically available by posting data sets on line. As of the week of February 20th, we have posted data on stops, frisks, and ShotSpotter. In addition, the public can input data into Cop Logic.

| Database | Age | Purpose | Public Access |
|---|---|---|---|
| Automated Fingerprint Identification Suite of systems | 2002 (Last major update in 2014) | System used during the booking process to identify the person, collect fingerprints and take a mugshot; communicates with the FBI for fingerprints and other descriptive info on arrestees; and maintains all photos of persons arrested in DC. | No |
| Closed Circuit TV Systems | 2014 | Video recording software and storage; digital evidence management systems for CCTV (part of the Commander system) | No |
| Cobalt | 2015 | Records management system used to document all arrests and reports of crime city-wide. | Some |
| Cop Logic | 2012 | Online reporting tools for citizens | Yes |
| Crime Scene Log | 2013 | Tracks requests for evidence technicians to process crime scenes. | No |
| Evidence.com | 2015 | Stores video evidence obtained from officer body worn cameras. | No |
| Evidence storage and tracking systems | 2008 | Department's evidence management system; assigns, tracks, and maintains the storage location of evidence in the warehouse. | |
| Gun Offender Registration | 2012 | Tracks the recurrence of repeat offenders of gun related crimes. | No |
| Gun Registration and safety training systems | 2012 | Tracks the owners and firearms from DC gun registrations; provides citizens with a firearm safety certification video and logging of citizen viewers. | No |
| License Plate Reader | 2003 | Uses optical character recognition to automatically read license plate characters; used to identify vehicles used in crimes. | No |
| Personnel Performance Management System (PPMS) | 2011 | Case management system for administering internal police investigations. | No |
| Personnel Resource Tracking system (PRT) | 2011 | Department's human resources system; tracks information about staff, assignments, training, and equipment. | No |
| Sex Offender Registry | 2014 | Provides the public with access and notification of changes in the US sex offender registry. | Yes |
| ShotSpotter Flex Suite | 2016 | Gunshot sensor system. | No |
| Situational Awareness Systems | 2016 | Provides command staff timely operational information. | No |
| TACIIS | 1996 | Time and attendance system. | No |
| Washington Area Law Enforcement System (WALES) | 2017 | System that officers use to look up wanted people, stolen property, missing persons, and people on the terrorist watch list; sends and retrieves criminal histories to and from the FBI. | No |

45. **Please provide a detailed description of any new technology acquired in FY17 and FY18, to date, including the cost, where it is used, and what it does. Please explain if there have there been any issues with implementation.**

The requested information is being compiled, and the Department will provide it with a later submission.

46. **Please provide a table, broken down by funding source and purpose (categories including court, special events, and automated traffic enforcement), of overtime hours and expenses for FY12 to FY18, to date.**

**Pls.'s Ex. 21, p. 2**
**MPD Oversight written responses**
**Smith v. DC, 15-737 (RCL)**                                                   Page 43 of 97