**Saindon, Andy (OAG)**     Mon, Dec 21, 2020, 5:11 PM

to me, Brendan, Bennett, Fernando, Esq.

Chaz,

We remain confused. We can't agree to stipulate that "none of the persons in the group of 'neither charged nor convicted' of a restricted category offense did not fall into any of the restricted categories based on records in the District's possession, custody, or control" for the same reason we cannot answer Interrog. 5B, *i.e.*, it is not our burden to do a criminal-history search on the names of everyone who was arrested for gun/ammo charges during the Class Period, even if they weren't charged with a disqualifying offense (or "restricted category" as you call it).

If a person was not charged with a disqualifying offense during the Class Period, it is presumably because there wasn't one in their background.

...