CourtView

# Pre-Trial Services

This User Guide describes functionality for the Pre-Trial Services Module. Courts may have different names for their pre-trial offices, such as Court Services. However, the procedures detailed in this User Guide apply for the same tasks, including completing questionnaires, making bond recommendations, and tracking community service and substance abuse testing.

This guide also outlines how to match clients' needs with agencies for physical and emotional support. Defendants may be more cooperative with the court when fears and misunderstandings of the trial process have been addressed.

There are several functions in Pre-Trial Services that overlap with the Adult and Juvenile Probation Modules.  The Juvenile/Adult Probation User Guide should be used for procedures on how to record a Pre-Sentence Investigation, Daily Reminders, creating receipts and/or reassigning probation officers.

In addition, the referrals that originate from the Prosecutors office are documented in the Michigan Prosecutor User Guide.  The Jail Population clerk can use this User Guide for guidance on split-sentence maintenance and the Prosecutor manual for diversion and competency issues.



If you have any questions, please call the Help Desk toll free number 800-406-4333 or by email at help@courtview.com.

# CourtView

**Copyright**

The information contained in the documentation is subject to change without notice. **CourtView Justice Solutions** assumes no responsibility for any errors that may appear in the documentation.  Names and data used in examples herein are fictitious unless otherwise noted.

No part of this documentation may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, without prior written permission from **CourtView Justice Solutions**.

Copyright© 2008, **CourtView Justice Solutions**.  All rights reserved.

Version 2.33,  July 2008.

CourtView, JailView, JuryView, and RecordView are registered trademarks of **CourtView Justice Solutions**.

All other products mentioned are trademarks of their respective companies.

**CourtView Justice Solutions**
5399 Lauby Road
Suite 200
North Canton, OH  44720
(330) 497-0033
**Fax**  (330) 490-2756
**Toll Free Support**  (800) 406-4333
**Email:** help@courtview.com

DC_M SMITH - 008446

# Table of Contents

## Chapter 1 -- Getting Started

Logging on/Navigating Menus ................................................................................. 1-1
    Additional Tools ........................................................................................... 1-4
    Drop-down Boxes ......................................................................................... 1-5
    Support Information ...................................................................................... 1-5

## Chapter 2 -- Pre-Trial Services

Overview ................................................................................................................ 2-1
2.1 Initiation ......................................................................................................... 2-2
    Bail Case Selection/Initiation ..................................................................... 2-10
2.1.1 Jail Days Information ..................................................................................... 2-15
2.1.2 Sex Offenses Maintenance ............................................................................. 2-17
2.2 Ps (Prosecutor) Copy ...................................................................................... 2-19
2.3 Questionnaire .................................................................................................. 2-25
    Status Report .............................................................................................. 2-28
2.4 Bond Recommendation .................................................................................... 2-29
    Assets/Income ............................................................................................ 2-33
    Bond Recommendation Form ...................................................................... 2-34
    Conditions .................................................................................................. 2-35
    Roster Button .............................................................................................. 2-37
    Violation of Probation ................................................................................. 2-41
    Criminal History ......................................................................................... 2-43
    General Recommendation ............................................................................ 2-45
2.5 Level of Supervision/Contacts ......................................................................... 2-47
    Reporting Contact ....................................................................................... 2-49
    Contact History ........................................................................................... 2-51
2.6 HIV/STD Testing ............................................................................................ 2-53

## Chapter 3 -- Case Update

Overview ................................................................................................................ 3-1
3.1 Quick Docket Add ........................................................................................... 3-2
3.2 Case Summary ................................................................................................. 3-5
    History Buttons ........................................................................................... 3-9
    Pre-Trial Summary Buttons ......................................................................... 3-9
3.3 Split Sentence Maintenance ............................................................................. 3-11
    Party Charges ............................................................................................. 3-19
    Split Sentence Monitoring ........................................................................... 3-20
    Jail Record Upload ...................................................................................... 3-24
3.4 Assistance Plan ............................................................................................... 3-29
    Copying Case Plans .................................................................................... 3-35

## Chapter 4 -- Community Service

Overview ................................................................................................................ 4-1
4.1 CS Initiation ................................................................................................... 4-2
4.2 Skills Assessment ............................................................................................ 4-15
    Matching Skills ........................................................................................... 4-20
    Referrals ..................................................................................................... 4-23
    Obligation ................................................................................................... 4-24
    Attendance .................................................................................................. 4-27
    Obligation Tracking .................................................................................... 4-28

DC_M SMITH - 008447

# Chapter 5 -- Social Service

Overview ............................................................................................. 5-1
5.1 Needs Assessment ........................................................................ 5-2
 Matching Needs ............................................................................ 5-6
 Referrals ....................................................................................... 5-8
 Obligation ..................................................................................... 5-8
 Attendance .................................................................................. 5-11
 Obligation Tracking ..................................................................... 5-12

# Chapter 6 -- Job Placement

Overview ............................................................................................. 6-1
6.1 Skills Evaluation .......................................................................... 6-2
 Employer Match ............................................................................ 6-6
 Placement History ......................................................................... 6-8

# Chapter 7 -- Substance Abuse Testing

Overview ............................................................................................. 7-1
7.1 Uploading Results ........................................................................ 7-2
 Fixing Errors ................................................................................. 7-4
 Case Information ........................................................................... 7-8
 Purging Error Tables ..................................................................... 7-8
 Search Methods ............................................................................ 7-9
7.2 D.C. Interface ............................................................................ 7-13
 Flow Chart .................................................................................. 7-13
 Docket Code Set Up ..................................................................... 7-14
 Docket Report Code ..................................................................... 7-14
 RAM Report Group ...................................................................... 7-15
 Outbound XML Rules ................................................................... 7-17
 Sending Outbound Message .......................................................... 7-17
 Abuse Test Report ....................................................................... 7-20
 Manual Entry of Test Information ................................................. 7-22
7.3 Chester Substance Abuse Testing ............................................... 7-23
 Case Information ......................................................................... 7-28
 Adding Results ............................................................................ 7-29
 Search Results ............................................................................ 7-30
 Subject Search
 Substance Search
 Officer Search
 Error Tables Purge ....................................................................... 7-36

# Chapter 8 -- Scheduling/Forms Generation

Overview ............................................................................................. 8-1
8.1 Appointment Schedules ................................................................ 8-2
 Scheduling Downtime .................................................................... 8-3
 Searching Appointments ................................................................ 8-7
8.1.1 Time Block Selection .................................................................. 8-9
8.2 Event Notice Generation ............................................................ 8-11
 Batch Printing ............................................................................ 8-15
 Reprints ..................................................................................... 8-17
8.3 Forms Generation ...................................................................... 8-19
 Addresses .................................................................................. 8-21

DC_M SMITH - 008448



# Chapter 1
# *Getting Started*

## Logging on/Navigating Menus

Welcome! The information in this User Guide describes procedures for the Pre-Trial Services Module. The functionality described in this guide includes completing a questionnaire, bond recommendation, tracking community service and substance abuse testing. The latter function requires special security because of the confidential information associated with test results.

Some of the subjects discussed in this guide for probation cases, such as "Pre-Sentence Investigation" and "PO Reassignment", are detailed in the Juvenile Probation User Guide.

This chapter is a basic lesson on using CourtView menus and screens to perform Pre-Trial tasks.  Do the following:

1.  Log onto CourtView.

    The *CourtView System Login Welcome Screen* (Figure 1-1) displays with the cursor placed on the User Name field.



**Figure 1-1  Login Screen**

DC_M SMITH - 008449

2. Type your **user ID** into the User Name field.



3. Type your **password** into the Password field.

4. Press **Enter** or click the **OK** button.

The *Module Selection Screen* (Figure 1-2) displays to allow you to select the specific application you need, such as Pre-Trial Services.

At the bottom of each screen is the status bar, which contains information such as the screen number, the user's name, error messages, receipt numbers and/or the number of pages being printed.



**Figure 1-2  Module Selection Screen**

5. Click on **Modules** in the menu bar.

A drop-down box displays.

6. Click on **Pre-Trial Services**.

DC_M SMITH - 008450

The *Pre-Trial Services Shell Screen* displays (Figure 1-3) with a menu bar at the top of the screen that allows you to select the functions, reports, codes and other applications for the module.

**7.** Click on **Functions** in the menu bar.

A drop-down box displays with the available functions for the Pre-Trial Services Module.



**Figure 1-3 Pre-Trial Services Shell Screen**

**8.** Click on a **function** in the drop-down box. (Case Initiation is the example in Figure 1-3)

DC_M SMITH - 008451

The *Case Selection Screen* (Figure 1-4) for the Pre-Trial Services Module displays for initiating case information. Screens selected on the drop-down box will feature different entry fields based on the functionality that you want to perform.



**Figure 1-4 Case Selection Screen**

## Additional Tools

Icons that contain a brief description of their function run along the top of screens. These icons are referred to as "buttons" because when they are clicked they provide access to additional screens for document processing. The two types of buttons are:



**Dynamic buttons** (shown above) provide access to other screens to add or modify information. These buttons are dependent on a user's security level. If a dynamic button is "grayed out," you do not have access to this function. To use these tools, move the **Arrow Pointer** over the button and click the **mouse button**.

**Static buttons** appear on the left-hand side of each screen in the CourtView system. The four static buttons and their functions are:



The Close button exits the screen that is currently active.

DC_M SMITH - 008452

CourtView                                                                 Getting Started



The Open button opens the record highlighted in the Search Results section of the screen.

The Save button stores information in CourtView.

The Print button prints a smaller copy of the screen that is currently active. It does not print a case record.

## Drop-down Boxes

Entry fields that contain a small button with a **Down Arrow** allow you to select information from a list.  This feature is referred to as a drop-down box because a list of items display when you click on the **arrow** pointing downward.  See the example below.



Click the **mouse button** on the drop-down arrow.  A box displays with a list of information that is specific for that field.  Click on an **item**, which then displays in the entry field.  If the list is longer than the viewing area of the box, you can use the scroll bar on the right-hand side of the box to view additional items.

**Note:**  The same procedures shown in this example are used for the other CourtView applications described in this user guide.

## Support Information

If you have questions or need additional assistance, contact our Help Desk by telephone, fax, or the internet:

**Toll Free Number:** (800) 406-4333

**Fax Number:** (330) 490-2756

**Email:** help@courtview.com

**Mailing Address:** 5399 Lauby Road, Suite 200, North Canton, OH 44720

DC_M SMITH - 008453

DC_M SMITH - 008454



# Chapter 2
# *Pre-Trial Services*

## Overview

This chapter details the procedures for initiating a case after an indictment is issued. A new case can be created or the information from an existing case can be copied to a pre-trial entry screen.

Section "2.1 Initiation" on page 2-2 includes procedures for completing a questionnaire during the screening interview and determining a bond recommendation.



The questionnaire, which can be conformed to your court's requirements, provides insight into the defendant's history. The interview session also gives the defendant a better understanding of his/her responsibilities if placed on probation. See Section "2.3 Questionnaire" on page 2-25 for details.

Contact between the defendant and officials from Pre-Trial Services will depend on the level of supervision.  For example, a high-risk defendant may require weekly face-to-face meetings while a lower-risk defendant may only require occasional office visits. Procedures and sample screens show how to determine the level of supervision and entering criminal history, if applicable. See Section "2.5 Level of Supervision/ Contacts" on page 2-47.

This information is used in the recommendation given to the judge to determine the defendant's eligibility for probation. The *Bond Recommendation Screen* includes a check box to indicate if the judge accepts or rejects the bond recommendation that is submitted by a pre-trial caseworker. See Section "2.4 Bond Recommendation" on page 2-29.

This chapter also includes procedures on recording and monitoring tests for HIV and sexually transmitted diseases. You must have the proper authorization and security privileges to view this confidential information. See Section "2.6 HIV/STD Testing" on page 2-53.

**Note:** The Prosecutor's office in some courts will refer diversion and forensic cases to Pre-Trial Services. The PS Copy button allows you to import prosecutor case information to create a Pre-Trial case. The Jail Population Clerk can track forensic cases, which have offenders with issues of competency.

See Section "2.2 Ps (Prosecutor) Copy" on page 2-19 for copy procedures and "Split Sentence Monitoring" in Chapter 3 of this User Guide for jail monitoring procedures.

DC_M SMITH - 008455

# 2.1  Initiation

A pre-trial maintenance screen contains specific entry fields for recording an individual's personal and court-related information into CourtView.  This initial information can be tracked and maintained as the defendant proceeds through the court process.  Bond fields, for example, are available for updating the information throughout the stages of pre-trial monitoring.  Dynamic buttons at the top of the pre-trial maintenance screen also provide access to other screens for processing more data.  Do the following:

1.  On the *Module Selection Screen*, click on **Pre-Trial Services** under Modules.

    The *Pre-Trial Services Shell Screen* displays.

2.  Click on **Functions**.

    A drop-down box (Figure 2.1-1) displays.



**Figure 2.1-1  Pre-Trial Services Shell Screen**

3.  Click on **Case Initiation**.

DC_M SMITH - 008456

The *Case Selection Screen* (Figure 2.1-2) displays with search fields to locate existing cases in CourtView. You also can create new cases after a case type is selected on a *pop-up window*.



**Figure 2.1-2  Case Selection Screen with case type pop-up window**

4.  Click the **Add** button on the *Case Selection Screen*.

   The *Case Type pop-up window* displays.

5.  Click on the **Pretrial Services** case type button.

   **Note:**  To locate a case type, use the scroll bar on the *pop-up window* or press **Control + Up** or **Down** arrows on the computer keypad.  You also can type the **first letter** of the case type and CourtView will locate the first case type that starts with the letter you typed.

DC_M SMITH - 008457

The *Pretrial Maintenance Screen* (Figure 2.1-3) allows you to record a defendant's personal information, such as date of birth, and state ID numbers, if applicable.

**Note:** Bond Information fields can be entered immediately *after* the case is created; not during initiation. These fields likely will be entered after an arraignment.



**Figure 2.1-3  Pretrial Maintenance Screen**

6. Complete the **pretrial maintenance** fields.

| Field Name | Field Description |
|---|---|
| Person ID | System automatically assigns an identification number for new entries *after* the information is saved the first time. To search CourtView for an existing party, type the defendant's **identification number**. Press **Tab**. CourtView searches for the number and, if located, displays the party's name in the Defendant entry field.

**Note:** If the ID number is not found in CourtView, a *pop-up window* displays with the message *"Probationer not found by Person ID."* Click the **Continue** button. |

DC_M SMITH - 008458

| Field Name  (Continued): | Field Description |
| --- | --- |
| JFN | Type a **jail file number**, if applicable. |
| PD ID | Type a **police department identification number**, if applicable. |
| Superv. Lvl | After an arraignment, type a **supervision level code** or click the **drop-down arrow** to select a code from the *Level of Supervision Code Selection Screen*. **Note:**  Prior to an arraignment, select a code, such as "In Process," to fill this required field. |
| Safety Risk | After an arraignment, type a **safety risk code** or click the **drop-down arrow** to select a code from the *Safety Risk Code Selection Screen*.<br><br>**Note:**  This field also can be populated and/or updated after completing the Questionnaire. |
| Appearance | After an arraignment, type a **code** that identifies the risk of the defendant failing to appear in court.  You can click the **drop-down arrow** to select a code from the *Appearance Risk Code Selection Screen*.<br><br>**Note:**  This field also can be populated and/or updated after completing the Questionnaire. |
| Caseworker | Type the **name of the caseworker** or click the **drop-down arrow** to select a caseworker from the *Probation Officer Selection Screen*. |
| Defendant | Click the **drop-down arrow** to access the *Name pop-up window*.  Type the **defendant's name**, and then click the **OK** button. |
| S.I.D. | Type the defendant's **state identification number**. |
| D.O.B. | Type the defendant's **date of birth**. |

DC_M SMITH - 008459

| Field Name  (Continued): | Field Description |
|---|---|
| S.S.N. | Type the defendant's **social security number**. |
| Gender | Click the **drop-down arrow** to select male or female from the list. |
| Race Code | Click the **drop-down arrow** to select a race code from the list. |
| Marital | Click the **drop-down arrow** to select a martial code from the list. |
| Employer | Defaults the name of the employer entered on the *Employment History Screen*. |
| CTN # | Type a **criminal tracking number** for a prosecuting attorney case.  You also can click the **drop-down arrow** to search and/or select a number from the *Prosecutor File Selection Screen*. |
| Linked # | This field provides access to a linked case. Type a **linked case number**. After the case is initiated, double-click on the case number to access a summary screen with the case information.

You also can access the *Case Selection Screen* by clicking the **drop-down arrow** on the *Pretrial Maintenance Screen*. |
| OCC Eligible | Click the **box** to indicate this is an Office of Community Corrections Case.  Leave blank if this is not an OCC case. |
| Sup Begin | Type a **beginning** and **ending supervision date** for a date range.  Type the **first date** (using the MMDDYY format) in the first entry field, press **Tab**, and then type the **ending date** in the second entry blank. |
| P/T Judge | Type the **name of the pre-trial judge** or click the **drop-down arrow** to select the judge's name from the *Pre-Trial Judge Selection Screen*. |

DC_M SMITH - 008460

**CourtView**                                                          Pre-Trial Services

| Field Name (Continued): | Field Description |
|---|---|
| Jurisdict. | Type the **jurisdiction code** or click the **drop-down arrow** to select a jurisdiction code from the list. |
| Felony....Misd.....FT | Click the **appropriate box** to indicate if the pending charge is a felony, misdemeanor or fast track.  Fast track is when a party is brought in to the jail after hours and regular procedures prior to arraignment are not done.  The party can be sent home on bond and return the next day for arraignment.<br><br>**Note:**  The Active Case Report shows cases that are fast tracked to allow the jail population clerk to make reminder telephone calls to offenders for court sessions. |
| Chrg | Type the **charge** pending against the defendant.  This is a text-only field for charges that may not be in a table.<br><br>**Note:**  If this field is entered, you can leave the next field blank. |
| Charge | Click the **drop-down arrow** to select an action code identifying the charge from the *Action Code Selection by Case Type Screen*.<br><br>**Note:**  If this field is entered, you can leave the text-only Chrg field blank.<br><br>The More button (three plus signs) creates a link with sex offense charges, if applicable. See Section "2.1.2 Sex Offenses Maintenance" on page 2-17 for procedures. |
| **Address** | |
| Type | Click the **drop-down arrow** to select the address type where correspondence will be sent. |
| Address | Type the **complete address**, including apartment, suite, and P.O. Box numbers, if applicable. |

---

*CourtView Pre-Trial Services*                    Version 2.0                                    2-7

DC_M SMITH - 008461

| Field Name  (Continued): | Field Description |
|---|---|
| City/ST/Zip | Click the **drop-down arrow** to the far right of the field to select a zip code from the *Zip Code Selection Screen*.  The city and state default based on the selected zip code. |
| Geo Code | Type a **geographical code** or click the **drop-down arrow** to select a code from the *Geographic Code Selection Screen*. |
| **Phone** | |
| Description | Click the **drop-down arrow** to select a phone type, such as home phone, from the list. |
| Phone Number | Type the **telephone number**, including area code, for the phone type selected in the above field. |
| Case Comments | Type any **comments**. |
| **Bond Information**<br>**Note:**  The following fields allow you to create multiple bond records as each stage of the pre-trial process is recorded.  For example, when the bond recommendation is made to the arraignment judge, the clerk (or jail screening officer) sets the first record according to the recommendation.  The bond status is entered as "recommended."  After an arraignment, the clerk creates a new record that indicates the actual bond ordered.  The bond status is entered as "arraignment." | |
| Amount | Type a **dollar amount** of the bond based on the current status of this record. |
| Type | Type a **bond type code** or click the **drop-down arrow** to select a code from the list. |
| Status | Type a **status code** for this record, such as "recommended, arraignment, trial."  You also can click the **drop-down arrow** to select a code from the list. |
| Date | Type the **date** of the bond for this record. The format is MMDDYY. |

DC_M SMITH - 008462

| Field Name  (Continued): | Field Description |
|---|---|
| Judge | Type the **name of the judge** who established this bond record.  You also can click the **drop-down arrow** to select a name from the *Pre-Trial Judge Selection Screen.* |
| Jurisd. | Type the **jurisdiction** of the judge who established this record.  You also can click the **drop-down arrow** to select from the list. |
| Bond Rec Type | Type a **bond recommendation** or click the **drop-down arrow** to select a recommendation type code from the *Bond Record Type Selection Screen.* |
| Charge | Click the **drop-down arrow** to select an existing charge from the *Party Charge Selection Screen.*<br><br>**Note:**  Only one charge may be associated with one bond record.  The first bond record stored defaults to party charge number 1. |
| **Case Attributes** | |
| Number | This field is inaccessible during initiation.  The case number displays *after* the Save button is clicked. |
| Status | Press **Tab** to use the default status of "open."  To change the status, click the **drop-down arrow** to select a status code from the list. |
| Filed | Press **Tab** to use the default of "today's date" for the filing of the case information.  You can type another filing date, if necessary, by using the MMDDYY format. |
| OC Case | Type a **case number** of a filing from an "other court."  This field provides for entry of case numbers from courts not using the CourtView numbering system. |

DC_M SMITH - 008463

| Field Name  (Continued): | Field Description |
|---|---|
| Bond Release | Leave blank during initiation.  A release reason code is selected from the drop-down box *after* the arraignment.  The second field is for the bond release date, using the MMDDYY format. |
| Direct | Click the **box** if a referral from the bench submits the defendant to pre-trial services without going through an interview and bond recommendation process. |
| LOS Review | Click the **box** to indicate this case needs to be reviewed for a possible change in the level of supervision. |
| Print Label | Click the **box** to flag the information for printing a case label for a file folder. See Section "5.1.3 Printing Labels" in the Case Management User Guide for print procedures. |
| Jail Days Information | Save the case *before* clicking the **More** button (three plus signs) to calculate the number of jail days saved.  See Section "2.1.1 Jail Days Information" on page 2-15 for details. |

**7.** Click the **Save** button.

The *Case Number Create/Override pop-up window* displays.

**8.** Click the **OK** button to accept the number assigned by CourtView.

## Bail Case Selection/ Initiation

These procedures are for counties where the site.ini file is set to DEV_STATE=PA, DEV_COUNTY=CHESTER, DEV_COURT=BAIL. The Bail office can use the *Case Selection Screen* (PRBS0113) to search, review, and/or add case information. The search results display two lines of results, including the OTN associated with the bail case. The "Case Selection Party Code" system parameter defaults the party type based on the value set up on the system parameter. If the Party Type field is left blank to retrieve "all" results, the search will display one record for each party on the case.

**Note:** For initiation procedures, see "Bail Case Initiation" in the Case Management User Guide for details.

To search the database for existing bail cases, do the following:

**1.** On the *Pre-Trial Services Shell Screen*, click on **Functions**.

A drop-down box displays.

2. Click on **Case Initiation**.

The *Case Selection (Bail) Screen* (Figure 2.1-4) displays with blank search fields except for defaults. The sample screen shows information for instructional purposes.



**Figure 2.1-4 Case Selection (Bail) Screen**

3. Complete the **case selection (bail)** fields.

| Field Name | Field Description |
|---|---|
| Case Number | Type a **case number** and press **Tab**. The case number is automatically formatted by the set up of the "Case Mask Display" system parameter. |
| Case Type | Press **Tab** to use the default of "all" case types or click the **drop-down arrow** to select a specific case type from the list. |

DC_M SMITH - 008465

| **Field Name  (Continued):** | **Field Description** |
|---|---|
| Party Type | Press **Tab** to use the default of the party type code entered in the Value field on the "Case Selection Party Code" system parameter. You also can click the **drop-down arrow** to select a specific party type from the list.<br><br>Leave the field blank to use "all" party types. The search results will display one record for every party on the case if the field is left blank, which is an "all" option. |
| Status | Press **Tab** to use the default of "all" status codes or click the **drop-down arrow** to select a specific status code from the list. |
| Bail Officer | Type a **bail officer's name** or click the **drop-down arrow** to select a name from the *Staff Selection Screen*. |
| OTN | Type an **Offense Tracking Number** (OTN) that is associated with the bail case. |
| Last | Type the party's **last name**. |
| First<br>Middle | Type the party's **first name**. Press Tab, and then type the **middle initial** or **middle name**. |
| SSN | Type the party's **social security number**. |
| DOB | Type the party's **date of birth**. The format is MMDDYY. |
| Person ID | To search CourtView for an existing party, type the defendant's **identification number**. CourtView searches the number in the database and, if located, displays records associated with the ID number.<br><br>**Note:**  If the ID number is not found in CourtView, a *pop-up window* displays with the message *"No Records found for Search Criteria."*  Click the **OK** button and re-enter an ID number. |

DC_M SMITH - 008466

| Field Name  (Continued): | Field Description |
|---|---|
| DJ | Type a **District Justice** (DJ) number that is associated with the bail case, and press **Tab**. The case number is automatically formatted by the set up of the "Case Mask Display" system parameter. |
| Begin Date | Type a **beginning filing date** to search for records by a date range. The format is MMDDYY. |
| End Date | Type an **ending filing date** to search for records by a date range. The format is MMDDYY. |
| Gender | Click the **drop-down arrow** to select male or female from the list. You can type "**M**" for male and "**F**" for female. |
| Race | Press **Tab** to use the default of "all" or click the **drop-down arrow** to select a specific race code from the list. |

4. Click the **Search** button.

   The case/party information displays in the Search Results box.

5. To review information, click on a **record** in the Search Results box, and then click the **Open** button.

   Several *pop-up windows* may display depending on whether there are active alerts on the parties on the case and/or they are associated with pending cases. Click the **appropriate buttons** on the respective *pop-up windows* to review information or to proceed.

   A case-type screen displays with the case/party information.

6. Click the **Close** button.

DC_M SMITH - 008467

DC_M SMITH - 008468

# 2.1.1  Jail Days Information

This function provides easy access to a *pop-up window* that calculates the number of jail days saved.  The calculation is based on the length of the jail sentence and the number of days the defendant has been under supervision.  The *pop-up window* is accessed by clicking on the **More** button (three "plus" signs) next to the Jail Days Information field.

**Note:**  To access the calculation screen, you must enter a supervision beginning and ending date on the *Pretrial Maintenance Screen* and save the information.

1. On the *Pretrial Maintenance Screen*, click the **More** button next to the Jail Days Information field.

   The *Jail Days Information pop-up window* (Figure 2.1.1-1) displays.



**Figure 2.1.1-1  Jail Days Information Pop-Up Window**

2. Complete the **jail days information** fields.

| Field Name | Field Description |
|---|---|
| Header | Displays the case number and the defendant's name. |

DC_M SMITH - 008469

| Field Name  (Continued): | Field Description |
|---|---|
| Sentenced Jail Days | Type the **number of jail days** ordered by the court.<br><br>**Note:**  A value displays in the Jail Days Saved field when this field is completed and the **Tab** button is pressed. |
| Supervised Days | Defaults the number of days based on the supervised beginning and ending date that is entered on the *Pretrial Maintenance Screen*. |
| Jail Days Saved | System calculates and displays the number of jail days saved.  The value is determined by the number of supervised days minus sentenced jail days.<br><br>**Note:**  CourtView displays a zero (0) if the calculation equates to a negative number. |

**3.** Click the **OK** button.

The *Pretrial Maintenance Screen* redisplays.

**4.** Click the **Save** button.

The *Case Selection Screen* redisplays with the case/party information in the Search Results box.

**5.** Type another **case number** in the respective Search Criteria field to access another case or click the **Close** button to exit.

DC_M SMITH - 008470

# 2.1.2  Sex Offenses Maintenance

If a charge(s) includes sex offenses, you can link and track the information by clicking the More button (three "plus" signs) at the Charge field on the *Pretrial Maintenance Screen*.



1. On the *Pretrial Maintenance Screen,* click the **More** button to the left of the Charge field.

   *The Sex Offenses Maintenance Screen* (Figure 2.1.2-1) displays.



**Figure 2.1.2-1  Sex Offenses Maintenance Screen**

2. Complete the **sex offenses** fields.

| Field Name | Field Description |
|---|---|
| Header | Displays the case number and the defendant's name. |
| Mark Party For Notification | Click the **box** to indicate the party is being notified of the sexually oriented charges. Leave the box blank if there is no notification. |

DC_M SMITH - 008471

| **Field Name  (Continued):** | **Field Description** |
| --- | --- |
| Other Cases With Sex Offenses For Party | System defaults other case numbers that involve sex offenses. |
| **Sex Offenses** | |
| Sex Offense Code | Click the **drop-down arrow** to select a code from the *Sex Offense Code Selection Screen.* |
| Description | System defaults a description for the selected offense code. |

3. Click the **Save** button.

   The *Pretrial Maintenance Screen* redisplays.

4. Click the **Save** button when finished entering field information.

   The *Case Selection Screen* displays with the case/party information in the Search Results box.

5. Type another **case number** in the respective Search Criteria field to access another case or click the **Close** button to exit.

DC_M SMITH - 008472

# 2.2  Ps (Prosecutor) Copy

The PsCopy button allows the Pre-Trial office to pull in case information that originates from the Prosecutor's office. Diversion or forensics staff have entered the basic information and the Pre-Trial staff can copy this information by using the dynamic button rather than retype the same information.

A summary button allows you to check the case being copied to make sure it's the information that you want for the pre-trial case.

**Note:** There is a check box on the *Prosecutor Setup Screen* that determines whether the copied case is linked to the pre-trial case. If your office does not want to maintain the link, the box must be blank on the set up screen. See "Setup" for details.

1.  On the *Pre-Trial Services Shell Screen*, click on **Functions**.

    A drop-down box displays.

2.  Click on **Case Initiation**.

    The *Case Selection Screen* (Figure 2.2-1) displays with the PsCopy button among the dynamic buttons at the top of the screen. The search fields are primarily blank except for some defaults. The sample screen shows information for instructional purposes.



**Figure 2.2-1  Case Selection Screen**

3.  Complete the **Search Criteria** fields. See Section "3.2 Case Summary" on page 3-5 for descriptions of the search fields.

DC_M SMITH - 008473



**4.** Click the **Search** button.

The case/party information displays in the Search Results box.

**5.** Click on the **case/party information**, and then click the **PsCopy** button.

The *Case Type pop-up window* displays.

**6.** Click the **Pretrial Services** button on the *pop-up window*.



The *Prosecutor File Selection Screen* (Figure 2.2-2) displays to allow you to select the prosecutor case to be copied.



**Figure 2.2-2 Prosecutor File Selection Screen**

DC_M SMITH - 008474



**7.** Complete the **search** fields, and then click the **Summary** button to review information before making a copy.

The case information recorded in the prosecutor's office displays on a summary screen when the dynamic button is clicked. You do not have to view this information before making a copy, but it's an option so you know you have the right information.



**Figure 2.2-3 Case Worksheet Screen**



**8.** Click the **Close** button.

The *Prosecutor File Selection Screen* redisplays.

**9.** Click the **Select** button.

DC_M SMITH - 008475

The *Case Copy -- Party Selection Screen* (Figure 2.2-4) displays. This screen is divided into two columns:  "Parties selected for the new case" is at the left; "Available parties to copy from" is at the right.  The left column represents the new case being created and the right column lists the parties being copied.



**Figure 2.2-4 Case Copy -- Party Selection Screen**



10. In the left column, click the **Party Type drop-down arrow**.  Select a party type from the list.

11. In the right column, click on a **party** to highlight the entry. Click the **Select** button.  The name carries over to the left column in the Name field.

DC_M SMITH - 008476

**Note:** Figure 2.2-5 shows defendant Fred Winters has been copied to the new case.



**Figure 2.2-5 Case Copy  --  Party Selection Screen with name transferred**

12. To add more parties to the new case, click the **Add** button in the left column.  A blank entry field displays when the Add button is clicked. Click the **Delete** button if you want to remove a party from the new case.

   Repeat steps 10-11 to carry over another party to the new case.

13. Click the **OK** button when all the parties have been selected over to the new case.

14. A *pop-up window* displays with the case number assigned by CourtView.

15. Click the **OK** button to accept the case number.

   The *Pretrial Maintenance Screen* displays with the information that you copied in the respective fields. The case number also is assigned.

   Continue to Section "2.3 Questionnaire" on page 2-25 for procedures on interviewing a party to determine bond and level of supervision status.

DC_M SMITH - 008477

DC_M SMITH - 008478

# 2.3 Questionnaire

An electronic questionnaire is filled in during an interview with an offender.  The responses to the questions are printed on a status report to be given to the pre-sentence investigator, along with a copy to the court.  The status report, which includes the responses to the questionnaire, informs the pre-sentence investigator how the offender has been doing on pre-trial status.

Some responses are given scores that are tabulated as part of the bond recommendation and to determine the level of supervision.  For example, a "no" answer is worth zero (0) points and a "yes" answer is worth one (1) point. The questionnaire, therefore, assists the investigator's recommendation for the offender's bond status.

**Note:**  The following codes must be set up for the questionnaire form: "Category Button", "Level of Supervision", "Questionnaire", and "Questionnaire Type".



1.  On the *Pretrial Maintenance Screen,* click the **Questionnaire** button. If the Questionnaire button is not visible at the top of the screen, click the **scroll bar** at the upper, right-hand corner of the screen until the button is visible.

    *The Questionnaire Response Selection Screen* displays with the case number and defendant's name in the header bar.

2.  Click the **Add** button.

    The *Questionnaire Response Screen* (Figure 2.3-1) displays.



**Figure 2.3-1  Questionnaire Response Screen**

DC_M SMITH - 008479

3. At the Type field, click the **drop-down arrow** to select the type of
   questionnaire from the *Questionnaire Type Code Selection Screen*.  A
   bond type was selected for the example in this section.

4. At the Category field, type the **category** for the selected questionnaire
   type.  You also can click the **drop-down arrow** to select a category.

5. Complete the **questionnaire** fields.

| Field Name | Field Description |
|---|---|
| Interviewer | Click the **drop-down arrow** to select from the list the name of the screening officer conducting the interview. <br><br> **Note:** A party must be already flagged as a screening officer on the *Probation Officer Maintenance Screen*.  See "Probation Officer" in the Code Tables User Guide for set up procedures. |
| Date | Press **Tab** to use "today's date" for the date of the interview.  You also can type another the **date**, if necessary.  The format is MMDDYY. <br><br> **Note:**  The cursor jumps down into the Response Text field for the first answer when **Tab** is pressed after the date is entered. |
| Next Date | Field defaults the date of the next reassessment by adding the Next Questionnaire # Days to the date entered in the Date field. If the "next" date falls on a weekend, the date increments to the next Monday. <br><br> **Note:** A value is entered in the Next Questionnaire # Days field on the *Questionnaire Category/Template Maintenance Screen*. See "Category Button" in the Code Tables User Guide for details. |
| Score | This field is inaccessible during the interview.  CourtView tabulates the score for any fields that generate a numeric value based on the answer to determine level of supervision.  For example, a "no" response is worth zero (0) points and a "yes" response is worth one (1) point. |

DC_M SMITH - 008480

| Field Name  (Continued): | Field Description |
|---|---|
| **Questionnaire Sections** | |
| Section | Displays the name of the section of the questionnaire being filled in. |
| Score | This field is inaccessible during the interview.  CourtView tabulates the score for this section based on any answers generating a numeric value. |
| Safety | Display-only field that defaults a check mark in the box for certain categories to indicate safety risks are being evaluated during the interview session. |
| Level of Supervision | Click the **box** to have the score for this section totaled to assign the appropriate level of supervision.<br><br>When any score is changed in a section that is checked for Level of Supervision, a LOS (level of supervision) *pop-up window* displays with the current level of supervision and the level of supervision that may be applied based on the score of the questionnaire. If the score changes but does not affect the level of supervision, the *pop-up window* does not display.<br><br>A supervisor's initials are required if the level of supervision is changed to anything other than what the score indicates. |
| Indigent | Display-only field that defaults a check mark in the box for certain categories to indicate indigent circumstances are being evaluated during the interview session. |
| Appearance | Display-only field that defaults a check mark in the box for certain categories to indicate court appearance risks are being evaluated during the interview session. |
| Pg. Break | Display-only field that defaults a check mark in the box for certain categories to indicate a page break is placed between sections of the questionnaire on the report. |

DC_M SMITH - 008481

| Field Name  (Continued): | Field Description |
|---|---|
| **Questions** | |
| Number | Displays a sequential question number. |
| Print? | Defaults from the set-up on the *Questionnaire Category/Template Maintenance Screen*. See "Category Button" in the Code Tables User Guide for details. |
| Fixed Responses | Defaults possible responses to section questions that are added on the *Questionnaire Category/Template Maintenance Screen*. See "Category Button" in the Code Tables User Guide for details. |
| Response Text | Type the **response** to the section question. |
| Verified by | Field displays with some of the responses that are set up for verification. Type the **name** of the staff member verifying the information, press **Tab**, and then type a date using the MMDDYY format. |

6.  To move to the next question, click the **scroll bar button** at the right-hand side of the screen.  The Number field under "Questions" changes in numerical order.

7.  Click the **Save** button.

    CourtView displays the message *"Do you want to update Safety and Appearance Risk?"*  Click the **Yes** or **No** button.

### Status Report

To generate the questionnaire responses on a report, do the following:

1.  On the *Questionnaire Response Screen*, click on the **Status** button.

    The *Print pop-up window* displays.

2.  Click the **OK** button to generate the status report.

    CourtView shows the number of pages being printed in the status bar at the lower, left-hand corner of the screen.  CourtView then displays the message *"Print Complete."*

3.  To exit, click the **Close** button on the *Questionnaire Response Screen*.

    The *Questionnaire Response Selection Screen* displays.

4.  Click the **Close** button.

DC_M SMITH - 008482

# 2.4 Bond Recommendation

A bond recommendation is recorded after a questionnaire is completed.  This section details how to make a recommendation, which may or may not include a bond release.  You can type comments by the arresting officer and the investigator in the "Other" text box field.  The comments are included on the Bond Report.  The judge reviews this information prior to making a recommendation.

**Note:**  The clerk will click on the **Judicial Acceptance box** to place a check mark that indicates the judge has accepted the recommendation.  The default is false (no check mark) indicating the recommendation is not accepted by the judge.

In addition, the OPS (Objective Point Scale) code will automatically score a recommendation.  Or, you can override this code and use the score on the questionnaire.

This section starts with procedures for a bond recommendation and is followed by procedures for a generic recommendation.  Do the following:



1. On the *Questionnaire Response Screen*, click on the **Bond Recommendation** button.

   The *Bond Recommendation Maintenance Screen* (Figure 2.4-1) displays.



**Figure 2.4-1  Bond Recommendation Maintenance Screen**

DC_M SMITH - 008483

2.  Complete the **bond recommendation** fields.

| Field Name | Field Description |
|---|---|
| Offender | This inaccessible field displays the name of the defendant listed on the questionnaire. |
| CPC Case | This inaccessible field displays the court prosecuting case number or linked case number. |
| Bond ID | This inaccessible field displays the assigned bond identification number. |
| Appearance Risk | This inaccessible field displays the level of risk for the defendant not showing up in court. |
| Safety Risk | This inaccessible field displays the level of risk for the defendant's safety. |
| PTS Number | This inaccessible field displays the pre-trial services number. |
| LC Case | Type a **lower court case number**, if applicable. |
| Supervisor | Click the **drop-down arrow** to select a supervisor in the probation office from the *Probation Officer Selection Screen*.<br><br>**Note:** A probation officer must be flagged as a supervisor on the *Probation Officer Maintenance Screen*. See "Probation Officers" in the Code Tables User Guide. |
| Screening Ofcr | Type the **name** of the officer who conducted the interview or click the **drop-down arrow** to select a screening officer from the *Probation Officer Selection Screen*.<br><br>**Note:**  A probation officer must be flagged as a screening officer on the *Probation Officer Maintenance Screen*.  See "Probation Officers" in the Code Tables User Guide. |

DC_M SMITH - 008484

| Field Name  (Continued): | Field Description |
|---|---|
| Judge | Type the **name of the judge** who will receive the recommendation.  You also can click the **drop-down arrow** to select a judge's name from the *Pre-Trial Judge Selection Screen*. |
| Jurisdiction | Type a **jurisdiction code** or click the **drop-down arrow** to select a jurisdiction code from the *Jurisdiction Code Selection Screen*. |
| Attorney | Type the **name** of the defendant's attorney or click the **drop-down arrow** to select an attorney from the *Attorney Selection Screen*. |
| Rec. Date | Recommendation date defaults to the current date. A different date can be entered using the MMDDYY format. |
| Present Bond | Type a **bond dollar amount** or **text,** whichever is applicable. |
| WOI Issue Date | Type the **date** the warrant on indictment is issued.  The format is MMDDYY. |
| Charges | Defaults the text of the charge on the case if an action code was not selected. |
| **Information Basis** | |
| Interview | Click the **box** to indicate the recommendation is based on the interview. |
| Police ID | Click the **box** to indicate the recommendation is based on the police identification information. |
| Arrest Report | Click the **box** to indicate the recommendation is based on the arrest report. |
| Verified Residence | Click the **box** to indicate the defendant's residence was verified. |

DC_M SMITH - 008485

| **Field Name  (Continued):** | **Field Description** |
|---|---|
| BCI Record | Click the **box** to indicate the recommendation is based on the Bureau of Criminal Identification and Investigation record. |
| Other | Type any other **comments**. |
| **Recommendation** | |
| POR, Pursuant to Rule 46(C) | Click the **box** to recommend the defendant be released on personal recognizance based on Ohio Rule 46(C) dealing with bail and other related conditions. |
| COR, Pursuant to Rule 46(C) 1,2,5 | Click the **box** to recommend the defendant be released on conditional recognizance based on Ohio Rule 46(C) dealing with bail and other related conditions. |
| COR, Electronic Monitoring | Click the **box** to recommend the defendant be released on conditional recognizance with electronic monitoring. |
| Does Not Recommend POR or COR | Click the **box** to indicate no recommendation on personal or conditional recognizance. |
| Surety Bond | Click the **box** to indicate the recommendation of a surety bond for bail.  **Note:** The Bail Bond check box becomes inaccessible because you can either use the Surety Bond and Amount fields or the Bail Bond/Percentage fields. |
| Amount | Type the **dollar amount** of the recommended bond for release. |
| Bail Bond Percentage | Click the **box** to indicate a bail bond is recommended.  The Percentage box becomes active.  Type a **percentage** of the bond due for release.  **Note:** The Surety Bond check box becomes inaccessible because you can either use the Bail Bond and Percentage fields or the Surety Bond/Amount fields. |

DC_M SMITH - 008486

| Field Name  (Continued): | Field Description |
|---|---|
| Recommendation Comments | Type any **comments** regarding the recommendation. |

**3.** Click the **Save** button.

**Note:** See the following pages for procedures using the dynamic buttons at the top of the *Bond Recommendation Maintenance Screen*.

## Assets/Income



To record the defendant's monetary assets and wages, do the following:

**1.** On the *Bond Recommendation Maintenance Screen*, click the **Assets/Income** button.

The *Assets/Income Maintenance Screen* (Figure 2.4-2) displays to allow you to record a defendant's total net worth, including income and assets. This information is used to determine restitution payments should the court award damages to a victim(s).



**Figure 2.4-2 Assets/Income Maintenance Screen**

DC_M SMITH - 008487

2.   Complete the **assets/income** fields.

| Field Name | Field Description |
|---|---|
| Header | This inaccessible field displays the case number and primary party on the case. |
| Code Selection | In the first entry field, type an **entry** that describes the source of income. You also can click the **drop-down arrow** to select a descriptive code from the *Assets/Income Code Selection Screen*.<br><br>**Note:** Asset/income codes must be already set up in the code menu. See "8.1 Assets/ Income" in the Code Tables User Guide. |
| Flat | Type a **flat dollar amount**, if applicable. |
| Weekly | Type a **weekly income dollar amount**, if applicable. |
| Monthly | Type a **monthly income dollar amount**, if applicable. |
| Note | Type **notes**. |
| Totals | The three inaccessible fields display, in order, the total flat dollar amount, weekly dollar amount and/or monthly dollar amount. |

3.   Click the **Save** button.

The *Bond Recommendation Maintenance Screen* redisplays.

4.   Click the **Close** button to exit to the *Questionnaire Response Screen*.

## Bond Recommendation Form

Do the following to generate a bond recommendation form that is signed by the screening officer and given to the judge for review.

1.   Complete the entry fields on the *Bond Recommendation Maintenance Screen*.



2.   Click the **Bnd Rc** (Bond Recommendation) button.

The form is sent to your designated printer.

DC_M SMITH - 008488

CourtView                                                          Pre-Trial Services

## Conditions

Pre-Trial Services assigns a client to a work crew if a condition for probation is mandated. A roster is then created to define the days and shifts the client is available to work. The *Conditions Maintenance Screen* accommodates this scheduling *after* the condition(s) have been added to the case. Once a condition, such as community service, is selected a Roster button on the *Conditions Maintenance Screen* provides access to another screen for determining when the client is available to work. You also record the staff member who is assigned to oversee the shift.

**Note:** The Roster button is inactive ("grayed out") unless the Condition has been flagged for a work crew. See "All Special Conditions" in the Codes Table User Guide for procedures on setting up a condition with a work crew.



1. On the *Bond Recommendation Maintenance Screen*, click the **Conditions** button.

   The *Condition Maintenance Screen* (Figure 2.4-3 displays to allow you to select a condition for probation, enter the amount of time or money to fulfill the condition, and record the agency and entry date. The Roster button gives you access to another maintenance screen for determining when the client is available to work.



**Figure 2.4-3 Condition Maintenance Screen**

DC_M SMITH - 008489

2. Complete the **condition maintenance** fields.

| Field Name | Field Description |
|---|---|
| Header | This inaccessible field displays the case number and primary party on the case. |
| Party? | Click the **box** to indicate that the Agency selected below will be saved as a party on the case.<br><br>**Note:** For this functionality to work properly, AGENCY must be added as an available party on the Adult Probation case type. See "Case Types" in the Code Tables User Guide. |
| Condition/Agency | Type a **condition** in the first entry blank. You also can click the **drop-down arrow** to select a condition from the *Conditions Code Selection Screen*.<br><br>**Note:** The condition already must be set up for a work crew for the roster button to be active.<br><br>In the second entry blank, type an **agency** where restitution or other conditions will be made. You also can click the **drop-down arrow** to select an agency code from the *Agency Selection Screen*. |
| Req Amt | Type the **required amount** for the condition. |
| Units | Click the **drop-down arrow** to select the unit of measurement for the Req Amt field. For example: hours, dollars, and so forth. |
| Balance | This inaccessible field defaults the remaining balance as monetary payments are made and/or service hours are worked. |
| Entry Date | Type the **date** the condition is applied to the recommendation. The format is MMDDYY. |
| Due Date | Type the **due date**, using the format of MMDDYY. |

DC_M SMITH - 008490

| Field Name  (Continued): | Field Description |
|---|---|
| Cmp Dt | Type the **completion date**, if applicable. The format is MMDDYY. |
| Note | Type any **notes**.<br><br>**Note:**  You do not have to press Enter at the end of each line because the text automatically wraps to the next line. |

3. To add another condition, click on the **Condition** field, and then click the **Add** button.

   Another set of entry blanks display.

4. Complete the entry fields.

5. Click the **Save** button after entering the condition(s).

   CourtView displays the message *"Store successful"* in the status bar at the lower, left-hand corner of the *Probation Conditions Maintenance Screen*.

## Roster Button

This functionality allows you to define when a client is available to fulfill the condition ordered by the court.  The starting date must be a Monday because the roster is divided into a seven-day range (Monday through Sunday, with Monday always starting a new roster).  The Roster button is only available when a condition is saved on the *Condition Maintenance Screen.*  If you delete the last record on the screen, the Roster button dims ("grays out").  Do the following:



1. On the *Condition Maintenance Screen*, click the **Roster** button.

   **Note:**  This step can be completed only if a condition has been added and saved to the case.

DC_M SMITH - 008491

The *Roster Maintenance Screen* (Figure 2.4-4) displays when the Roster button is clicked.



**Figure 2.4-4 Roster Maintenance Screen**

2.   Complete the **roster maintenance** fields.

| Field Name | Field Description |
|---|---|
| Header | Displays the case number and name of the client. |
| Condition/Agency | Displays the condition and agency information that was saved on the *Probation Conditions Maintenance Screen*. |
| Roster Start Date | Type a **date** using the MMDDYY format. |
| Day: | Click the **drop-down arrow** to select a day from the list. |

DC_M SMITH - 008492

| Field Name  (Continued): | Field Description |
|---|---|
| Shift: | Click the **drop-down arrow** to select the time frame for the shift.<br><br>**Note:**  The time for each shift already must be set up on the *Work Shift Code Selection Screen*.  See "Work Shift" in the Code Tables User Guide for details. |
| Staff: | Defaults the name of the staff member assigned to the shift. To change the name, click the **drop-down arrow** to access the *Staff Selection Screen*. |

3. To add more days, click on the **Day:** field.  Then, click the **Add** button. Another set of entry blanks display.

4. Click the **Save** button when the roster days, shifts, and staff have been entered.

   The *Probation Conditions Maintenance Screen* redisplays with the message *"Store successful"* in the status bar at the lower, left-hand corner of the screen.

5. There are two reports that are involved in the workflow with this functionality: "Roster Report" and "Condition Balance" Report.  (See the Reports User Guide for procedures on generating both reports.)

   a. The Roster Report allows the work crew supervisor to write in the client's attendance per day, the hours worked, and any notes.  This report should be run daily and given to the work crew supervisor to complete.

   b. The Conditions Balance Report is not generated until the work crew supervisor has verified the attendance on the Roster Report and the number of hours completed by the client has been entered in CourtView.



6. To enter details of each shift completed by a client, click the **Detail** button on the *Condition Maintenance Screen*.

DC_M SMITH - 008493

The *Probation Conditions Detail Screen* (Figure 2.4-5) displays with blank entry fields to record shift information. The Conditions can be updated at any period of time (daily, weekly, and so forth) defined by the data entry clerk.



**Figure 2.4-5 Probation Conditions Detail Screen**

7.  Complete the **probation conditions detail** fields.

| Field Name | Field Description |
| --- | --- |
| Header | Displays the case number and name of the client. |
| Condition/Agency | Displays the condition and agency information that was saved on the *Probation Conditions Maintenance Screen*. |
| Received Dt | Type the **date** the verified Roster Report is received. The format is MMDDYY. |
| From Dt | Type a **starting date** the client performed the condition. The format is MMDDYY. |

DC_M SMITH - 008494

| Field Name  (Continued): | Field Description |
|---|---|
| Through Dt | Type an **ending date** the client performed the condition.  The format is MMDDYY. |
| Rcvd Amt | Type the **amount** of time or money received from the client depending on the condition. |
| Note | Type any **notes** regarding the shift(s). |

**8.**   Click the **Save** button to store the information.

CourtView displays the message *"Store successful"* in the status bar at the lower, left-hand corner of the *Probation Conditions Detail Screen*.

**9.**   Click the **Close** button.

The *Probation Conditions Maintenance Screen* redisplays.

### Violation of Probation



Any violation of the conditions of probation can be recorded and tracked.  Do the following:

**1.**   On the *Condition Maintenance Screen*, click the **VOP** (Violation of Probation) button.

DC_M SMITH - 008495

The *Violation of Probation Screen* (Figure 2.4-6) allows you to record the violation date, the date the violation was filed with the court, the date the violation was heard by the court, and the result.



**Figure 2.4-6 Violation of Probation Screen**

2.  Complete the **violation of probation** fields.

| Field Name | Field Description |
|---|---|
| Header | Displays the case number and name of the client. |
| Condition/Agency | Displays the condition and agency information that was saved on the *Probation Conditions Maintenance Screen.* |
| VOP Dt | Type the **date** of the probation violation. The format is MMDDYY. |
| VOP File Dt | Type the **date** the probation violation is filed with the court. |

DC_M SMITH - 008496

| Field Name  (Continued): | Field Description |
|---|---|
| VOP Heard Dt | Type the **date** the probation violation is heard by court officials. |
| VOP Result | Type the **result** of the probation violation. You also can click the **drop-down arrow** to select a violation result code from the *Violation Result Code Selection Screen*. |
| Note | Type any **notes**. |

3. To add violations, click on the **VOP Dt** field, and then click **Add** button.

   Another set of blank entry fields display.

4. Click the **Save** button when all the violation information is entered.

   The *Probation Conditions Maintenance Screen* redisplays.

5. Click the **Close** button to exit.

   The *Bond Recommendation Maintenance Screen* displays.

6. Click the **Close** button to exit.

## Criminal History



To record a defendant's past criminal history for consideration in making a bond recommendation, do the following:

1. On the *Bond Recommendation Maintenance Screen,* click the **History** button. (There are two History buttons on this screen; click on the one that resembles a book.)

DC_M SMITH - 008497

The *Criminal Charge History Maintenance Screen* (Figure 2.4-7) displays with blank entry fields in the Charge History box. The sample screen shows information for instructional purposes.



**Figure 2.4-7 Criminal Charge History Maintenance Screen**

2.   Complete the **criminal charge history** fields.

| Field Name | Field Description |
|---|---|
| Header | Displays the case number and name of the primary party. |
| **Charge History** | |
| Date | Type the **date** of past criminal history. The format is MMDDYY. |
| Court Case NBR | Type the **court case number**, which may be from a different court. |
| Chrg# | Type a **number** to indicate the order the charge(s) are recorded. |

DC_M SMITH - 008498

| Field Name  (Continued): | Field Description |
|---|---|
| Action Code | Type an **action code**. |
| Description | Type a **description** of the action code. |
| Court: | Type the **court** where the charge(s) were filed. |
| Counts: | Type the **number of counts** for the charge. |
| Disposition: | Type the **disposition code**. |
| Comments: | Type any **comments**. |

**Note:**  To add more information, click on the **Date** field, and then click the **Add** button.  Another set of entry fields displays.

3. Click the **Save** button when all the information is entered.

The *Bond Recommendation Maintenance Screen* redisplays with the message *"Store successful"* in the status bar at the lower, left-hand corner of the screen.

4. To print a report, click either the **History** button on the *Bond Recommendation Maintenance Screen* or the **Report** button on the *Criminal Charge History Maintenance Screen*.

**General Recommendation**



To make a general recommendation for a bond release, do the following:

1. On the *Questionnaire Response Screen*, click the **General Recommendation** button.

DC_M SMITH - 008499

The *General Recommendation Maintenance Screen* (Figure 2.4-8) displays with the cursor in a text box that provides for free form typing. You do not have to press Enter at the end of each line because the text automatically wraps to the next line.



**Figure 2.4-8  General Recommendation Maintenance Screen**

2. In the Recommendation box, type **comments**.

3. Click the **Report** button to print out the information.

   The *Print pop-up window* displays.

4. Click the **OK** button.

5. Click the **Save** button to store the text in the Recommendation box.

   The *Questionnaire Response Screen* redisplays.

6. Click the **Close** button.

DC_M SMITH - 008500

# 2.5 Level of Supervision/Contacts

The level of supervision selected on the *Pretrial Maintenance Screen* determines the frequency in which the defendant and the pre-trial staff meet together.  A high-level supervision may require weekly face-to-face meetings while low-level supervision may require telephone contact every so often.  The number of contacts required and fulfilled by the defendant can be tracked to prevent the defendant from violating any prearranged conditions.

To view a history of the supervision level, do the following:



1.  On the *Pretrial Maintenance Screen*, click the **Level of Supervision History** button.

    The *Level of Supervision History Screen* (Figure 2.5-1) displays with the most current supervision level at the top of the list.  Each time this level is modified on the *Pretrial Maintenance Screen*, the date the change took place is included on the LOS history screen.



**Figure 2.5-1  Level of Supervision History Screen**

2.  Click the **Close** button after viewing the supervision level history.

3.  To set up the number of contacts based on the supervision level, click on **Codes** on the main menu.

    A drop-down box displays.

4.  Click on **Pre-Trial**.

DC_M SMITH - 008501

A *sub-menu* displays.

**5.** Click on **Level of Supervision**.

The *Level of Supervision Code Selection Screen* displays.

**6.** Click on the **level of supervision code** that you viewed on the history screen.



**7.** Click the **Contact** button.

The *Contact Standard Type Code Maintenance Screen* (Figure 2.5-2) displays.



**Figure 2.5-2  Contact Standard Type Code Maintenance Screen**

**8.** Complete the **contact standard type** fields.

| Field Name | Field Description |
|---|---|
| Level of Supervision | Defaults the level of supervision selected on the *Level of Supervision Code Selection Screen*. |
| Start Date | Field defaults to 01/01/1999. Type a **starting date** for the contact(s) being set up.  The format is MMDDYY. |

DC_M SMITH - 008502

| Field Name  (Continued): | Field Description |
|---|---|
| End Date | Field defaults to 12/30/2005. Type an **ending date** for the contact(s) being set up.  The format is MMDDYY. |
| Docket Entry | Click the **drop-down arrow** to select a docket code from the *Docket Code Selection Screen*.  A description of the docket code displays. |
| Planned | Type the **number** of planned contacts. |
| Freq. | Type a **number** to indicate the frequency of the meetings. |
| One-Time | Click the **box** to indicate this is a one-time only meeting. |

9.  Click the **Save** button.

The *Level of Supervision Code Selection Screen* redisplays.

10. Click the **Close** button.

## Reporting Contact



When a defendant and the probation staff meet, a docket entry is recorded to track that the defendant is fulfilling his contact standards.  Do the following:

1.  On the *Pretrial Maintenance Screen*, click the **Docket** button.

The *Docket List Screen* displays.

2.  Click the **Add** button.

The *Docket Entry Creation Screen* displays.  See Figure 2.5-3.

DC_M SMITH - 008503

The *Docket Entry Creation Screen* (Figure 2.5-3) displays with the cursor on the Docket Entry field.  This screen allows you to add dockets that show activity and/or costs.



**Figure 2.5-3  Docket Entry Creation Screen**

3.  At the Docket Entry field, click the **drop-down arrow**.

The *Docket Code Selection by Case Type Screen* displays.

4.  Click on a **docket code**, and then click the **Select** button to carry over the code to the *Docket Entry Creation Screen*.

A description of the docket code displays in the Description field.  This text box allows you to add information, if necessary.

5.  Click the **Save** button.

The *Docket List Screen* redisplays with the new docket in the Search Results box.

6.  Click the **Close** button.

DC_M SMITH - 008504

## Contact History



To view if the defendant is fulfilling his contact requirements, do the following:

1. On the *Pretrial Maintenance Screen*, click the **Contact** button.

   The *Contact Standard History Screen* (Figure 2.5-4) allows you to track the number of contacts required by the defendant with the probation staff.



**Figure 2.5-4  Contact Standard History Screen**

**Note:** Each time a docket is added for a contact, a numerical entry displays under the Actual field. For example, 1, 2, 3, so forth. A description of the contact displays in the Contact Detail box.

2. Click the **Close** button after viewing the contact history.

   The *Pretrial Maintenance Screen* redisplays.

DC_M SMITH - 008505

DC_M SMITH - 008506

# 2.6 HIV/STD Testing

This section details the procedures for recording the results of medical tests for sexually transmitted diseases, referred herein as STD. Only court-approved staff members should see these confidential medical reports. To ensure privacy, the HIV-STD dynamic button has to be added to the Pre-Trial module for each court-approved user.

Victim notification of test results is included in the procedures. **Note:** The forms for sending information are preset by CourtView Justice Solutions personnel and should not be modified unless prior approval is received.



1.  On the *Pretrial Maintenance Screen*, click the **HIV-STD** button.

    The *STD Test Summary Screen* (Figure 2.6-1) displays with a list of test results, dates of the tests, and who performed the tests.



**Figure 2.6-1  STD Test Summary Screen**

2.  Do one of the following:

    a.  To view existing information, click on an **entry** in the HIV/STD Test Summary box. Click the **Open** button. The *STD Test Detail Screen* displays with the information.

    b.  To add new test results, click the **Add** button on the *STD Test Summary Screen*. The *STD Test Detail Screen* displays with blank entry fields. See Figure 2.6-2.

DC_M SMITH - 008507

The *STD Test Detail Screen* (Figure 2.6-2) allows you to record and maintain test results for sexually transmitted diseases.  A Victim Notification dynamic button provides access to pre-set forms for correspondence with the victim.

**Note:**  This is confidential information and should be viewed only by court-approved parties.



**Figure 2.6-2  STD Test Detail Screen**

    **3.**   Complete the **STD test detail** fields.

| Field Name | Field Description |
| --- | --- |
| Header | This inaccessible field displays the case number and primary party on the case. |
| **HIV/STD Test Information** | |
| Subject ID | This inaccessible field displays an identification number for the individual listed to the right of the field.  The ID number is assigned by CourtView. |
| Control No | System assigns a control number when the information is saved. |

DC_M SMITH - 008508

| Field Name  (Continued): | Field Description |
|---|---|
| Test Set | Type the **record number** for the tests. |
| Date Tested | Type the **date** the tests were performed. The format is MMDDYY. |
| Tested by | Type the **name** of the person who conducted the test. |
| Test Status | Type a **code** that identifies the status of the test, such as "completed."  You also can click the **drop-down arrow** to select a status code from the *STD/HIV Testing Status Code Selection Screen.* |
| Comments | Type any **comments**. |
| **HIV/STD Test Results** | |
| Type | Click the **drop-down arrow** to select from the list the type of sexually transmitted disease the individual was tested. |
| Description | Defaults the name of the sexually transmitted disease. |
| Positive | Click the **box** to indicate the test is positive. |
| Bill Testing To: | Type the **name** and **complete address**, including zip code, where the bill for the testing is mailed. |
| Attn: | Type the **name** of the party who will be sent the bill for testing. |



4. Click the **Save** button if there is no victim notification.  Otherwise, proceed to step 5.

5. Click the **Victim Notification** button.

DC_M SMITH - 008509

The *STD Victims Screen* (Figure 2.6-3) displays. The victim information that was entered on the case defaults in the respective fields.



**Figure 2.6-3  STD Victims Screen**



**6.** At the Send Notice field, click the **box** to indicate a notice is being sent to the victim.

**7.** Click the **Notice** button.

DC_M SMITH - 008510

The *Victim Notification Selection pop-up window* displays with a list of forms.  These forms already must be set up.  See the Forms Generation User Guide for details.



8. Click the **box** in front of a form letter.

9. Click the **OK** button.

   The *Print pop-up window* displays.

10. Click the **OK** button.

    The form letter is sent to your designated printer. CourtView displays the message *"Store successful"* in the status bar at the lower, left-hand corner of the screen.

11. Click the **Close** button.

    The *STD Test Detail Screen* redisplays.

12. Click the **Close** button.

    The *STD Test Summary Screen* redisplays.

13. Click the **Close** button again to return to the *Pretrial Maintenance Screen*.

DC_M SMITH - 008511

DC_M SMITH - 008512



# Chapter 3
# *Case Update*

## Overview



CourtView has numerous tools for efficiently tracking and maintaining case information.  This chapter details the functions designed for updating case information already entered on the *Pretrial Maintenance Screen* and stored in CourtView.

The *Pretrial Maintenance Screen*, which is detailed in Chapter 2, features dynamic buttons for accessing maintenance screens. The *Docket Entry Creation Screen,* however, is another example of CourtView's flexibility to complete tasks. Rather than having to click on different functions from the menu bar, the *Docket Entry Creation Screen* features dynamic buttons that provide easy access to multiple maintenance screens.

A special Case Number field allows you to import case information to the *Docket Entry Creation Screen.* Then, you click on the respective dynamic button to update information.

The Docket button, for example, streamlines adding case activity, while the Re-interview docket can be attached to a case to notify the jail staff of clients receiving follow-up interviews.

This section also includes procedures for:

- "3.2 Case Summary" on page 3-5
- "3.3 Split Sentence Maintenance" on page 3-11
- "3.4 Assistance Plan" on page 3-29

**Note:**  The Prosecutor's office in some courts will refer diversion and forensic cases to Pre-Trial Services.  The Jail Population Clerk can track forensic cases, which have offenders with issues of competency. See "Pre-Trial Services" in Chapter 2 of this User Guide for procedures.

DC_M SMITH - 008513

# 3.1  Quick Docket Add

The Quick Docket Add function is a fast and easy way for maintaining case information already entered in CourtView.  Dynamic buttons, such as Maintenance and Parties, on the *Docket Entry Creation Screen* provide access to additional screens for modifying information.

**Note:**  There is a difference between the *Docket Entry Creation Screen* when a case is being initiated and when case information is being modified. When a case is initiated on the *Pretrial Maintenance Screen* and the Docket button is clicked, the Case Number field is NOT on the *Docket Entry Creation Screen*. The Quick Docket Add function has the Case Number field on the *Docket Entry Creation Screen* because you HAVE a case number assigned and you need to retrieve all the case information to use the multiple screens for making updates.

1. On the *Pre-Trial Services Shell Screen*, click on **Functions** on the main menu.

   A drop-down box displays.

2. Click on **Quick Docket Add**.

   The *Docket Entry Creation Screen* (Figure 3.1-1) displays with the cursor on the Case Number field. The fields are blank when the screen displays.  The sample screen shows information for instructional purposes.



**Figure 3.1-1  Docket Entry Creation Screen**

DC_M SMITH - 008514

3.  At the Case Number field, type a **case number**.

    **Note:**  You also can click the **drop-down arrow** at the Case Number field.  The *Case Selection Screen* displays with search fields to locate a case.  When the **Select** key is clicked on the *Case Selection Screen*, the case information carries over to the *Docket Entry Creation Screen*.

4.  Press the **Tab** key.

    The case information displays in the respective fields on the *Docket Entry Creation Screen*.  The Filed date defaults to "today's date," but you can change this date if necessary.

5.  To modify information, use the following buttons:



    **Costs** -- To view a summary of costs, fines, and/or fees on a case, see "Viewing Costs" in the Financial Management User Guide.

    **Disposition** -- To maintain dispositions on cases, see Section "5.2.1 Case Disposition/Judgments" in the Case Management User Guide.

    **Docket** -- To view and maintain dockets on a case, see Section "5.7 Docket Entry Maintenance" in the Case Management User Guide.

    The Add button on the *Docket Entry Creation Screen* allows you to enter multiple dockets on the case. A scroll bar displays at the right-hand side of the docket screen so you can move between dockets on the case.

    The Re-interview docket puts on the case that a follow-up interview is necessary.  The jail staff can run the Daily Filing Report to print a list of cases that require follow-up interviews regarding the background of the offender, substance abuse issues, or any other pertinent information. See "Daily Filing" in the Reports User Guide for details.



    **Events** -- To add and maintain scheduled events before the court, see the *Event Selection Screen* procedures in the Judicial Management User Guide.



    **Maintenance** -- To add or change information on the *Pretrial Maintenance Screen,* see page 2-4 of this User Guide.



    **Parties** -- To add and maintain address, telephone, and other essential party information, see Section "5.3 Party Maintenance" in the Case Management User Guide.

DC_M SMITH - 008515

DC_M SMITH - 008516

# 3.2  Case Summary

The Case Summary function allows you to locate a case in CourtView by searching the database.  This task is performed by entering information in search criteria fields, such as case number, case type, last and first name, and so forth.

You have the flexibility of entering information in one or all of the search fields.  The more information entered in the search fields speeds up the search because there is less matching data in CourtView. Do the following:

1.  On the *Pre-Trial Services Shell Screen*, click on **Functions**.

    A drop-down box displays.

2.  Click on **Case Summary**.

    The *Case Selection (Pretrial) Screen* (Figure 3.2-1) displays with the cursor in the first Search Criteria field.  The entry fields are blank except for pre-set defaults to assist your searches.  The sample screen shows information for instructional purposes.



**Figure 3.2-1  Case Selection (Pretrial) Screen**

DC_M SMITH - 008517

**3.** Complete the **search criteria** fields.

| Field Name | Field Description |
|---|---|
| Case Number | Type a **case number** to search for a particular case. |
| Case Type | Press **Tab** to use the default of "all" case types.  You also can click the **drop-down arrow** to select a case type from the list. |
| Party Type | Press **Tab** to use the default of "defendant." You also can click the **drop-down arrow** to select a party type from the list. |
| Status | Press **Tab** to use the default of "all" status codes.  You also can click the drop-down arrow to select a status code from the list. |
| Prob Officer | Type a **probation officer's name** or click the **drop-down arrow** to select a name from the *Probation Officer Selection Screen*. |
| Last | Type the party's **last name**. |
| First | Type the party's **first name**, press **Tab**, and then type a **middle initial**. |
| SSN | Type the party's **social security number**. |
| DOB | Type the party's **date of birth**.  The format is MMDDYY. |
| Person ID | Type the party's **identification number**, if applicable. |
| Begin Date | Type a **beginning date** to search for the filing date by a date range.  The format is MMDDYY.<br><br>**Note:**  Leave blank if you do not want to limit the search to a specific date range. |
| End Date | Type an ending date to search for the filing date by a date range.  The format is MMDDYY. |

DC_M SMITH - 008518

| Field Name  (Continued): | Field Description |
|---|---|
| Gender | Press **Tab** to use the default of "all."  You also can click the **drop-down arrow** to select a gender code from the list. |
| Race | Press **Tab** to use the default of "all."  You also can click the **drop-down arrow** to select a race code from the list. |



**4.** Click the **Search** button.

The *Case Selection Screen* displays the case and party information in the Search Results box.

**5.** To view the information, click the **Open** button.

Separate *pop-up windows* display if there are warning messages (shown below) or active case display ticklers on the case.  To view alerts and/or case display ticklers, click either the **Alerts** or **Tickler** buttons on the respective *pop-up windows*.  To proceed, click the **Continue** button.



When the Continue button is clicked the summary screen displays.

DC_M SMITH - 008519

The selected case-type summary screen displays on the *Pretrial Summary Screen* (Figure 3.2-2).  Information on this screen is display only.  See step 6 for modifying information.



**Figure 3.2-2  Pretrial Summary Screen**

6.  Click on the dynamic buttons at the top of the screen to modify information.  For example, click the **Maintenance** button to access the *Pretrial Maintenance Screen*.

    **Note:**  See <span style="color:magenta">page 2-4</span> for field descriptions of the *Pretrial Maintenance Screen*.

7.  Click the **Save** button to store changes to case information.

    The *Pretrial Summary Screen* redisplays.

8.  Click the **Close** button.

DC_M SMITH - 008520

## History Buttons

Depending on your court's system configuration, there are different History buttons on the *Pretrial Summary Screen*. The buttons are:



- **Employment History** -- This button accesses a screen that shows where a client is working, the employer's name, hours of operation, and a name and number of a contact person. This functionality is detailed in the *"Job Placement"* chapter of this User Guide.



- **Probation Officer History** -- This button accesses a screen that lists the probation officer(s) assigned to a case. See *"Probation Officer History"* in the Juvenile Probation User Guide for details.



- **Criminal Charge History** -- This button accesses a screen that lists the charge(s) on the case. The filing date, action code, number of counts, and comments are included on the *Criminal Charge History Maintenance Screen*. See *"Criminal History" on page 2-43* of this User Guide.

## Pre-Trial Summary Buttons

Additional buttons on the *Pre-Trial Summary Screen* provide access to other entry screens. These buttons, and respective actions, are:



**Bond History** -- This button accesses a screen that records the date(s) and release code(s) when a defendant posts bond. The name of the clerk who filed the bond information also is listed on this history screen.



**Conditions** -- To view conditions for probation, see *"Conditions" on page 2-35* in this User Guide.



**Contact** -- To view who has been in contact with a party, see *"Contact History" on page 2-51* in this User Guide.



**HIV-STD** -- You must have security clearance to view medical information on the *STD Test Summary Screen* for a selected party. See Section *"2.6 HIV/STD Testing" on page 2-53* of this User Guide.

**Level of Supervision History** -- To view a history of the supervision level, see Section *"2.5 Level of Supervision/Contacts" on page 2-47* of this User Guide.

**Match** -- To match a client with an employment/service agency, see *"Matching Skills" on page 4-20* of this User Guide.

**Obligations** -- To review the number of hours that a client is obligated to work, see *"Obligation Tracking" on page 4-28* in this User Guide.

DC_M SMITH - 008521



**Plan** -- To track an assistance plan for a client, see Section "3.4 Assistance Plan" on page 3-29 of this User Guide.



**Placement** -- To track the placement of juveniles in guardianship, wards of the state, or in detention centers, see "Placement Tracking" in the Case Management User Guide.



**Questionnaire** -- To set up and use a questionnaire, see Section "2.3 Questionnaire" on page 2-25 of this User Guide.



**Services** -- To locate agencies that can help provide clothing, medical or other services for a client, see Section "5.1 Needs Assessment" on page 5-2 of this User Guide.



**Skills** -- To select an agency that complements the skills of a client to complete a court requirement, see Section "4.2 Skills Assessment" on page 4-15 of this User Guide.



**Substance Abuse Test** -- You must have security clearance to view information on the *Substance Abuse Test History Screen* for selected party. See "Substance Abuse Testing" on page 7-1 in this User Guide.



**Tickler** -- To place a tickler on a case to prompt some type of action, such as a reminder of a client's court appearance, see Section "5.6 Tickler Maintenance" in the Case Management User Guide.

DC_M SMITH - 008522

# 3.3  Split Sentence Maintenance

Maintaining split sentences requires coordination between the Circuit Court and the Jail Population Clerk in Pre-Trial Services.  The Jail Population Clerk must be notified by OCC (Office of Community Corrections) that a Circuit Court case has received a split sentence, which is a combination of probation and jail time.

OCC also provides the Circuit Court case number after updating the sentence information on the *Party Charge Sentence Maintenance Screen*.  The Jail Population Clerk in Pre-Trial Services will then search the database for the Circuit Court case and copy the information to a Jail Population Monitoring case type.  The split sentence can be updated as the probation portion of the sentence is completed.

However, the split sentence information that is copied over to the *Split Sentence Monitoring Screen* is dependent on the accuracy of the Circuit Court updating the sentence information.  Do the following:

1.  On the *Pre-Trial Shell Screen,* click on **Functions**.

    A drop-down box displays.

2.  Click on **Case Initiation**.

    The *Case Selection (Pretrial) Screen* (Figure 3.3-1) displays with the cursor in a blank Case Number field. The sample screen shows a case number for instructional purposes.



**Figure 3.3-1 Case Selection (Pretrial) Screen**

DC_M SMITH - 008523

**3.** At the Search Criteria fields, type **information** in the search fields to locate the Circuit Court case. See Section "3.2 Case Summary" on page 3-5 for procedures and descriptions of the search fields.

**4.** Click the **Search** button.

The case and party information display in the Search Results box.



**5.** Click the **JpCopy** button to create a new jail population monitoring case by duplicating party and case information from the Circuit Court case.

The *Case Type pop-up window* displays.

**Note:** There are several ways to move between case types on the pop-up window:

**a.** Type the first letter of the case type. CourtView jumps to the first case type starting with the letter that you typed. For example: if you typed a letter "j" CourtView jumps to "jail" or "judgment," whichever case type starting with the letter "j" that is set up on your court's *pop-up window*.

**b.** Press the **Control** button and either the **Up** or **Down Arrow** to move accordingly on the *pop-up window*.

**c.** Move the cursor over the scroll bar on the right side of the *pop-up window*, click, and, holding down the mouse button, scroll up or down.

**6.** Click on the **Jail Population Monitoring** case-type button.

The *Case Copy  --  Party Selection Screen* displays. See Figure 3.3-2.

DC_M SMITH - 008524

The *Case Copy  --  Party Selection Screen* (Figure 3.3-2) displays to allow you to copy over the parties and charge(s) from the Circuit Court case to the Jail Population Monitoring case.



**Figure 3.3-2  Case Copy  --  Party Selection Screen**

**Note:** The *Case Copy  --  Party Selection Screen* is divided into three columns:  "Parties selected for the new case" is at the left; "Available parties to copy from" is in the middle; and "Case Level Copy Options:" is on top of "Defendant's Charges" in the third column at the right side of the screen.  The left column represents the new case being created, the middle column is the case being copied, and the right column lists copy options and the charges on the case being copied.

The Bypass Case Related Data field defaults with a check mark for Pre-Trial Services.  When the bypass is activated (check mark in the box), CourtView prevents five fields from being copied over to the new case: court case number, action code, probation officer and beginning and ending supervision dates.  If the check box is blank (no check mark), the five fields mentioned will be carried over to the new case.

The "Use Original Case Number" field is located in the right column near the bottom of the screen. The "Use Original Case Number" field allows you to copy the same case number format over to the new case. Also, the case code from the source case type is added as an extension to the new case. For example: 2003 CR 00132 is copied as 2003 PB 00132 CR.

DC_M SMITH - 008525

**Note:** The case number format requires that the Case Mask Display system parameter be set up (see "Case Mask Display" in the System Administration User Guide).

**7.** In the middle column (*"Available parties to copy from"*), click on a **party** to copy over to the new case. The Party Type and Name are highlighted when selected.

**8.** In the left column, ("Parties selected for the new case"), click on the **Party Type drop-down arrow** if the entry field is blank. Select a party type from the list. If there is an existing party type and name, click the **Add** button to display two blank entry fields. Then, click the **Party Type drop-down arrow**.

**9.** Click the **Select** button.  The name selected in the middle column carries over to the left column in the Name field.

**Note:**  Figure 3.3-3 shows Allen Holbert has been copied to the new case.





**Figure 3.3-3  Case Copy  --  Party Selection Screen with name transferred**

**10.** Repeat steps 7-9 to carry over another party to the new case. You can ONLY copy parties to the new case that are on the original case.

DC_M SMITH - 008526

**Note:**  Charges on the case to be copied are listed in the right-hand column under the heading "Defendant's Charges."  There may be multiple charges on the case being copied.  Regardless if there are one or two charges on the case, only the first charge listed in the right column defaults with a check mark in the box next to the alphanumeric action code.

If you want to select a charge other than the one that defaults, click the **box** next to the alphanumeric action code.  You will notice that when another charge box is clicked the check mark disappears in the other box.  That's because you can only copy one charge at a time.  You can add more charges *after* the new case is created. You must have at least one charge selected to complete the copy process.

11. Click the **OK** button when all the parties have been selected over to the new case.

A warning message displays if there is another case linked to the case being copied. Click the **Continue** button.

A *pop-up box* displays with a message about copying informational dockets to the new case when the **OK** button is clicked on the *Case Copy  --  Party Selection Screen*.



12. Click the **Yes** button to copy informational dockets to the new case. Click the **No** button if you do not want to copy informational dockets from the old case.

A *pop-up window* displays with a warning message if the case does not meet the split sentence monitoring criteria. Click the **OK** button on the *pop-up window* to continue. However, the *Jail Population Clerk Screen* will display with a check mark in the Rejected box to indicate the case does NOT meet the criteria for split sentence monitoring.  The case still is created so it can be tracked and included in reports of cases not qualifying for monitoring.

The *Case Number Create/Override Screen* displays.  You can accept the case number assigned by CourtView or "override," and manually enter a case number.  It is suggested to use the number assigned by CourtView. However, if you click the **Override** button, the cursor is in the Seq(uence) Number field.  Type the **next number** and click the **OK** button.

13. Click the **OK** button to accept the case number assigned by CourtView.

DC_M SMITH - 008527

The *Jail Population Clerk Screen* (Figure 3.3-4) displays with the case information copied over from the Court case.  Observe this case meets the criteria for split sentence monitoring because the Rejected box is blank (no check mark).



**Figure 3.3-4  Jail Population Clerk Screen**

**14.**  Review the **jail population clerk** fields.

| Field Name | Field Description |
|---|---|
| Person ID | System defaults an identification number if the identity already has a system-assigned number.  You also can type a **Person ID number**, if applicable. |
| JFN | Type a **jail file number**, if applicable. |
| Booking Nbr. | Type a **booking number** from the police department. |

| Field Name  (Continued): | Field Description |
|---|---|
| Prob. Officer | Defaults the name of the probation officer that is copied over from the Court case. You also can click the **drop-down arrow** to select a name from the *Probation Officer Selection Screen*. |
| Defendant | Defaults the name selected over from the Court case during copy procedures.  This is the primary party for this case. The *Name pop-up window* is accessed by clicking the **drop-down arrow**.  However, the name cannot be edited unless the **Clear** button is clicked. |
| D.O.B. | The defendant's date of birth copies over if it was entered on the Court case.  You also can type the **date of birth** using the MMDDYY format. |
| S.S.N. | The defendant's social security number copies over if it was entered on the Court case. You also can type a **social security number**. |
| Gender | The gender code copies over if it was entered on the Court case.  You also can click the **drop-down arrow** to select male or female. |
| SID | Type a **state identification number**, if applicable. |
| CTN # | Type a **criminal tracking number** from a Prosecutor case, if applicable.  You can click the **drop-down arrow** to search and select a CTN from the *Prosecutor File Selection Screen*. |
| Linked CS | Defaults the Court case number that is a "hot link" to the case information.  Double-click on the **case number** to view the information. |
| Judge | Display-only field that defaults the judge copied over from the Court case. |

DC_M SMITH - 008529

Case Update                                                              CourtView

| Field Name  (Continued): | Field Description |
|---|---|
| File Date | Display-only field that defaults the filing date of the Court case that was copied to create this case. |
| Rejected | Blank box indicates this case meets the criteria for a split sentence, which is a jail sentence greater than or equal to 90 days and a probation sentence.<br><br>A check mark in the box indicates this case does NOT meet the criteria for a split sentence and is created as a rejected case. |
| **Address** | |
| Type | Press **Tab** to use the default address type or click the **drop-down arrow** to select an address type from the list.<br><br>**Note:**  The More button (three "plus" signs) accesses the *Identity Maintenance Screen*.  This display-only screen provides additional information on the defendant. Click the **Close** button to return to the *Jail Population Clerk Screen*. |
| Address | Type the **defendant's complete address** if this information does not copy over from the Court case. |
| City/ST/Zip | Click the **drop-down arrow** to the far right of the field to select a zip code from the *Zip Code Selection Screen*.  The city and state default based on the selected zip code. |
| **Phone** | |
| Description | Click the drop-down arrow to select a telephone type from the list. |
| Phone Number | Type the **telephone number**, including area code, for the selected telephone type. |
| **Party Charges**<br>**(Only charges copied over from the Court case display)** | |
| No. | Displays the numeric order of the charges on the case. |

DC_M SMITH - 008530

| Field Name  (Continued): | Field Description |
|---|---|
| Action Code | Displays the action code. |
| Description | Displays a description of the action code. |
| Degree | Displays a description of the degree of the offense.<br><br>**Note:**  The More button (three "plus" signs) accesses the *Party Charge Sentence Maintenance Screen*.  This screen MUST be completed by the Court for the jail and probation sentences to carry over to the *Jail Population Clerk Screen*.  See *"Party Charges" on page 3-19* for details. |
| Case Comments | Type any **comments**. |
| **Case Attributes** | |
| Number | Displays the Jail Population Monitoring case number. |
| Status | Press **Tab** to use the default of "open" or click the **drop-down arrow** to select a status code from the list. |
| Filed | Displays the date the Jail Population Monitoring case is created. |

15. At this stage you can either click the **Save** button or the **Split** button. The Save button takes you to the *Case Selection Screen*, while the Split button accesses the *Split Sentence Monitoring Screen*.  You will most likely continue by clicking the **Split** button.  See *"Split Sentence Monitoring" on page 3-20* for details.

The following pages review the *Party Maintenance Screen* because the split sentence is dependent on the Court filling in the jail days and probation days.

## Party Charges

Pre-Trial Services must depend on the Circuit Court to complete the jail and probation sentences from the *Party Charge Sentence Maintenance Screen*. Otherwise, the information will not be copied over correctly and the Jail Population Monitoring case will be rejected.  This section provides a review of the sentence screen.  See the *Michigan Prosecutor User Guide* for complete details on Party Charge and Sentence Maintenance.

DC_M SMITH - 008531



**1.** On the *Jail Population Clerk Screen,* click the **More** button at the right side of the Party Charges field.

*The Party Charge Sentence Maintenance Screen* (Figure 3.3-5) displays with the jail and probation information. These fields are editable so the jail population clerk can update the information as the case proceeds.



**Figure 3.3-5  Party Charge Sentence Maintenance Screen**

**2.** Do one of the following:

    **a.** Click the **Save** button if jail and/or probation information is modified. The *Jail Population Clerk Screen* redisplays.

    **b.** Click the **Close** button when finished viewing jail and probation information. The *Jail Population Clerk Screen* redisplays.

## Split Sentence Monitoring

This function allows you to track a defendant's jail sentence and probation conditions on one screen. Do the following:



**1.** On the *Jail Population Clerk Screen*, click the **Split** button.

DC_M SMITH - 008532

The *Split Sentence Monitoring Screen* (Figure 3.3-6) allows you to track split sentences.  The Jail Population Clerk also can use this screen to maintain requests to the Court for an offender's early release.



**Figure 3.3-6  Split Sentence Monitoring Screen**

**2.** Complete the **split sentence monitoring** fields.

| Field Name | Field Description |
|---|---|
| Header | Displays the case number and primary party on the case. |
| **Party Charges** | |
| No. | Display-only field for the clerk's convenience to know the correct charge(s) carried over from the Court case.<br><br>**Note:**  The *Party Charge Sentence Maintenance Screen* is accessible by clicking the **More** button (three "plus" signs). |

DC_M SMITH - 008533

| **Field Name  (Continued):** | **Field Description** |
|---|---|
| **Split Sentence Monitoring** | |
| Probation Days | Defaults information that is carried over from the Court case during the copy process.  Information is dependent on the accuracy of the Circuit Court completing the *Party Charge Sentence Maintenance Screen.* |
| Jail Days | Defaults the number of jail days minus any jail suspended days.  Information is dependent on the accuracy of the Circuit Court completing the *Party Charge Sentence Maintenance Screen.* |
| JPM Time | Defaults a value that is calculated on the jail days times a percentage of a figure entered in the JPM syspar.  Information is dependent on the accuracy of the Circuit Court completing the *Party Charge Sentence Maintenance Screen.* |
| Jail Start Date | Defaults information that is carried over from the Court case during the copy process.  Information is dependent on the accuracy of the Circuit Court completing the *Party Charge Sentence Maintenance Screen.* |
| Proj. Rel. Date | Defaults the projected release date by adding the number of jail days to the Jail Start Date.  Information is dependent on the accuracy of the Circuit Court completing the *Party Charge Sentence Maintenance Screen.* |
| JPM Proc. Date | Defaults the actual date the clerk has to prepare reports for expediting a release.  The date is determined by the number of days from the JPM Time field to the Jail Start Date. |
| Report Sent to Jail Date | Type the **date** the clerk sends a special report to the jail.  The format is MMDDYY. |
| Returned Date | Type the **date** the clerk receives the special report (with defendant's jail behavior information) back from the jail.  The format is MMDDYY. |

DC_M SMITH - 008534

| Field Name  (Continued): | Field Description |
|---|---|
| First Contact to PO | Type the **date** the first contact is made to the probation officer for this case.  The format is MMDDYY. |
| Recommended Agency | Type the **name of an agency** the defendant is recommended to contact for specific services if they are released early from jail.  You also can click the **drop-down arrow** to select an agency from the *Agency Selection Screen.* |
| Agency Contact | Defaults the name of the individual that is the contact for the recommended agency. The contact person is identified on the *Agency Maintenance Screen.* |
| Modification Comments | Field stores comment information that is not to be included with the amendment text. |
| Report to Court Date | Type the **date** a special report is sent to the Court requesting an early release from jail. The format is MMDDYY. |
| Report Back From Court | Type the **date** the clerk receives the special report requesting an early release back from the Court.  The format is MMDDYY. |
| Amendment Text | Type **facts** that are used in preparing the order for amending the sentence and a release from jail. |
| Court's Decision Date | Type a **date** the Court renders a decision on whether or not the defendant receives an early release.  The format is MMDDYY. |
| Court's Decision | Click the **drop-down arrow** to select a decision code from the *Decision Code Selection Screen.* |
| Jail Release Date | Type the **date** the offender is released from jail.  The format is MMDDYY.<br><br>**Note:**  This date could be different than the Court decision date. |

DC_M SMITH - 008535

| Field Name  (Continued): | Field Description |
|---|---|
| Early Release Rejected | Type the **date** the early release request is rejected by the Court.  The format is MMDDYY. |
| Jail Days Saved | Type the **number of jail days saved**. This number is based on the number of supervised days minus the sentenced jail days.<br><br>**Note:**  CourtView does not perform a calculation on this field as it does on the *Jail Days Saved Screen*. |

3.  Click the **Save** button.

The *Jail Population Clerk Screen* redisplays.

4.  Click the **Save** button again.

The *Case Selection Screen* redisplays to allow you to select another case or exit by clicking the **Close** button.

## Jail Record Upload

This section is for jail systems that upload bookings and releases into the CourtView system.  A report is then generated to determine the pre-trial and probation cases among the bookings.  Do the following:

1.  On the *Pre-Trial Services Shell Screen*, click on **Functions** on the menu bar.

A drop-down box displays.

2.  Click on **Jail Showup**.

DC_M SMITH - 008536

The *Jail Showup Upload Interface Screen* (Figure 3.3-7) displays to electronically pull in booking and release information into CourtView.



**Figure 3.3-7  Jail Showup Upload Interface Screen**

**3.**  At the Upload Current Showup Data field, click the **button** to import jail records into CourtView.

The Load Date, Jail Intake and Jail Release Record fields display "today's date," and the number of bookings and releases in their respective fields.

**4.**  At the Showup Report field, click the **button** to generate a report of the bookings and releases.

The *Jail Showup Report Screen* displays.  See Figure 3.3-8.

DC_M SMITH - 008537

The *Jail Showup Report Screen* (Figure 3.3-8) allows you to select whether the report shows commitments or releases, the gender, and the case type.



**Figure 3.3-8  Jail Showup Report Screen**

**5.**   Complete the **jail showup report** fields.

| Field Name | Field Description |
|---|---|
| Report Type | Press **Tab** to use the default of "commitments" or click the **drop-down arrow** to select releases from the list. |
| Booking / Release Data | Press **Tab** to use the default of "today's date."  You also can type another **date**, if necessary, using the MMDDYY format. |
| Detainee Gender | Press **Tab** to use the default of "all" or click the **drop-down arrow** to select either male or female. |

DC_M SMITH - 008538

| Field Name  (Continued): | Field Description |
|---|---|
| Case Type | Click the **drop-down arrow** to select a case type from the list. |

**6.**   Click the **OK** button to generate the report.

The *Jail Showup Upload Interface Screen* redisplays.

**7.**   Click the **Close** button to exit.

DC_M SMITH - 008539

DC_M SMITH - 008540

# 3.4  Assistance Plan

The section details how Pre-Trial Services can outline and track an assistance plan for an offender.  This plan defines objectives, such as earning a high school diploma or getting a job, to build self-esteem and a positive future.  Do the following:

1.  On the *Pre-Trial Services Shell Screen*, click on **Functions**.

    A drop-down box (Figure 3.4-1) displays.

2.  Click on **Case Summary**.

    A drop-down box (Figure 3.4-1) displays.



**Figure 3.4-1  Pre-Trial Services Shell Screen**

DC_M SMITH - 008541

The *Case Selection Screen* (Figure 3.4-2) displays.



**Figure 3.4-2  Case Selection Screen**

3. At the Search Criteria fields, type **information** that will locate the case in CourtView.

   **Note:**  You can enter one or all the fields.  The more information entered will speed up the search because there will be fewer cases matching your specific information.

4. Click the **Search** button.

   The case and party information displays in the Search Results box, as shown in Figure 3.4-2.

5. Click on the **case/party information** in the Search Results box, and then click the **Open** button.

   A *pop-up window* displays if there is an alert on the case.  Click **Alerts** to view the information or click **Continue** to access the *Pretrial Summary Screen*.  See Figure 3.4-3.

DC_M SMITH - 008542

The *Pretrial Summary Screen* (Figure 3.4-3) is a display-only screen for viewing case information.  You can access maintenance screens only by clicking on a dynamic button at the top of the screen.



**Figure 3.4-3  Pretrial Summary Screen**



6.  Click the **Plan** button.

**Note:**  If the Plan button is not visible at the top of the screen, click the **Up** or **Down Arrows** on the scroll bar to the far right of the screen to move between dynamic buttons.

DC_M SMITH - 008543

The *Case Plan Selection Screen* (Figure 3.4-4) displays to allow you to view an existing plan or create a new plan. To view a plan, click on the **information** in the Case Plan box, and then click the **Open** button. See step 7 for creating a new plan.



**Figure 3.4-4  Case Plan Selection Screen**

**7.**   To create a new plan, click the **Add** button.

The *Case Plan Maintenance Screen* (Figure 3.4-5) displays to allow you to help the probationer decide on objectives and a course of action.  You also can link a case plan to more than one case by using the Copy button.



**Figure 3.4-5  Case Plan Maintenance Screen**

**8.**   Complete the **case plan maintenance** fields.

| Field Name | Field Description |
|---|---|
| Header | Field displays the case number and primary party on the case. |
| **General** | |
| Last Name | Field defaults the name of the probationer. |
| S.S.N. | Field defaults the probationer's social security number. |
| D.O.B. | Field defaults the probationer's date of birth. |

DC_M SMITH - 008545

| **Field Name  (Continued):** | **Field Description** |
|---|---|
| Case Officer | Field defaults the probation officer assigned to the case. |
| Plan Officer | Type the **name** of the officer creating the plan of action.  You also can click the **drop-down arrow** to select a name from the *Probation Officer Selection Screen*. |
| Plan Date/Time | Field defaults to the current date and time. The field can be edited, using the MMDDYY and HH:MM formats. |
| Case Number(s) | Field defaults the case number(s). |
| Problem/Need | Click the **drop-down arrow** to select a case plan code from the list. This is a required field. |
| Achievement Date | Type a target **date** for the plan to be achieved. The format is MMDDYY. |
| Objective | Type in the text box **comments** for the purpose of the plan and how it may be achieved. This is a required field. |
| Action Plan | Type in the text box what **action(s)** the client will take to achieve the objective. This is a required field. |
| Comment | Type in the text box any additional **comments**. |
| Plan Remarks | Type in the text box any **comments** related to the plan. |

9.   Click the **Save** button.

   The case plan has been initiated and stored in CourtView.

DC_M SMITH - 008546

**Copying Case Plans**

You can copy a plan from one case to another case. However, general plan information must exist on both cases so the objective, action plan, and comments can be copied to reduce retyping the same information. Do the following:



1. On the *Case Plan Maintenance Screen,* click the **Copy** button.

   *The Case Plan Copy Selection Screen* (Figure 3.4-6) displays.



**Figure 3.4-6  Case Plan Copy Selection Screen**

2. At the Case Number field, type the **number of the case** that you are copying a case plan.

   **Note:**  You also can click the **drop-down arrow** to search for a case on the *Case Selection Screen*.

3. Click the **Search** button.

   The case number and party name for the information that is being copied displays in the Search Results box.

4. Click the **Select** button.

   The copied case plan information carries over to the new case on the *Case Plan Maintenance Screen*.

5. Click the **Save** button.

DC_M SMITH - 008547

DC_M SMITH - 008548



# Chapter 4
# *Community Service*

## Overview

Community Service and Social Service are often confused as being one in the same. They are different.  In simplest terms, Community Service is what a client can do for the community to repay a debt.  Social Service is what assistance a client needs to prevent repeating past offenses.



The first task for arranging community service is learning what skills the probationer has acquired to provide tangible results for an agency and, thus, his/her community. A probationer may have woodworking skills or some other type of talent that he or she can use to work off a sentence rather than being jailed.

This chapter details how to define a probationer's skill(s) and how they can be matched with an agency to complete the court's community service requirements. The *Client Skills Inventory Maintenance Screen* allows you to select something a probationer can do, such as mowing grass or laying carpet.

**Note:**  Codes for skills and services must be already set up on the *Agency Maintenance Screen*.  See "Agencies" in the Code Tables User Guide for procedures.

Once skills are determined, the probationer and the needs of an agency are matched by using tools with the CourtView system.  The probationer is then referred to the agency and an obligation for an amount of service is scheduled.

The hours the probationer works for the agency are tracked until the community service has been fulfilled.

The end result is the court has created a situation where the probationer can hopefully gain self-esteem and an agency satisfies a need.  The whole process is easily set up and maintained by CourtView.

DC_M SMITH - 008549

# 4.1  CS Initiation

Caseworkers have the ability to locate a pre-trial services and/or probation case in CourtView and create a community service case.  The Initiation functionality detailed in this chapter includes how to copy over the information from a different case type to the community service case type.

Community Service information can be tracked and maintained once the community service case has been initiated in CourtView.  Do the following:

1. On the *Pre-Trial Services Shell Screen*, click on **Functions**.

   A drop-down box (Figure 4.1-1) displays.



**Figure 4.1-1  Pre-Trial Services Shell Screen**

2. Click on **Case Initiation**.

DC_M SMITH - 008550

The *Case Selection Screen* (Figure 4.1-2) allows you to search for an existing case in CourtView to view the information and/or add a new case.  The Copy button provides for information from a different case being copied over to a new community service case.

**Note:**  The screen displays with blank search fields except for preset defaults, such as searching for "All" gender and race codes.  The sample screen shows information in some of the search fields for instructional purposes.



**Figure 4.1-2  Case Selection (Pretrial) Screen**

3.   Complete the **search criteria** fields.

   **Note:**  You can enter information in one or all of the following fields. The more information entered speeds up the search because of less matching data in CourtView.

| Field Name | Field Description |
|---|---|
| Case Number | Type a **case number**.  Press **Tab** to format the number. |
| Case Type | Press **Tab** to use the default of "all" or click the **drop-down arrow** to select a case type from the list. |

DC_M SMITH - 008551

| Field Name (Continued): | Field Description |
|---|---|
| Party Type | Press **Tab** to use the default of "defendant" or click the **drop-down arrow** to select a party type from the list. |
| Status | Press **Tab** to use the default of "all" or click the **drop-down arrow** to select a status code from the list. |
| Prob Officer | Type a **probation officer's name** or click the **drop-down arrow** to select a name from the *Probation Officer Selection Screen*. |
| Last | Type the party's **last name**. |
| First | Type the party's **first name**. Press **Tab**, and then type a **middle initial**. |
| SSN | Type the party's **social security number**. |
| DOB | Type the party's **date of birth**. The format is MMDDYY. |
| Person ID | Type the **identification number** CourtView assigns to the party during initiation. |
| Begin Date | Type a **beginning date** to search CourtView by a date range. The format is MMDDYY. |
| End Date | Type an **ending date** to search CourtView by a date range. The format is MMDDYY. |
| Gender | Press **Tab** to use the default of "all" or click the **drop-down arrow** to select male or female. |
| Race | Press **Tab** to use the default of "all" or click the **drop-down arrow** to select a race code. |

**4.** Click the **Search** button.

DC_M SMITH - 008552



The case information displays in the Search Results box.  See "Figure 4.1-2 Case Selection (Pretrial) Screen" on page 4-3 for an example.

**5.** Click on the **case and party information** to highlight the entry, and then click the **Copy** button.

The *Case Type pop-up window* displays.

**Note:**  There are several ways to move between case types on the *pop-up window*:

   **a.** Type the **first letter** of the case type. CourtView jumps to the first case type starting with the letter that you typed.  For example:  if you typed a letter "c" CourtView jumps to "civil" or "community service," whichever case type starting with the letter "c" that is set up on your court's *pop-up window*.

   **b.** Press the **Control** button and either the **Up** or **Down Arrow** to move accordingly on the *pop-up window*.

   **c.** Move the cursor over the scroll bar on the right side of the *pop-up window*, click, and, holding down the mouse button, scroll up or down.



**6.** Click on the **Community Service** case-type button.

DC_M SMITH - 008553

The *Case Copy  --  Party Selection Screen* (Figure 4.1-3) displays to allow you to copy over the parties and charge(s) from a different case-type to a Community Service case.



**Figure 4.1-3  Case Copy  --  Party Selection Screen**

**Note:**  The *Case Copy  --  Party Selection Screen* is divided into three columns:  "Parties selected for the new case" is at the left; "Available parties to copy from" is in the middle; and "Case Level Copy Options:" is on top of "Defendant's Charges" in the third column at the right side of the screen.  The left column represents the new case being created, the middle column is the case being copied, and the right column lists copy options and the charges on the case being copied.  Observe these three columns before continuing with the instructions.

The Bypass Case Related Data field defaults with a check mark for Pre-Trial Services.  When the bypass is activated (check mark in the box), CourtView prevents five fields from being copied over to the new case: court case number, action code, probation officer and beginning and ending supervision dates.  If the check box is blank (no check mark), the five fields mentioned will be carried over to the new case.

The "Use Original Case Number" field is located in the right column near the bottom of the screen. The "Use Original Case Number" field allows you to copy the same case number format over to the new case. Also, the case code from the source case type is added as an extension to the new case. For example: 2003 CR 00132 is copied as 2003 PB 00132 CR.

DC_M SMITH - 008554

**Note:** The case number format requires that the Case Mask Display system parameter be set up (see *"Case Mask Display"* in the System Administration User Guide).

If the party types on the original case (middle column) do not match the party types on the new case type (left column), CourtView displays the message *"Parties do not match. Must enter manually."* The message displays in the status bar at the lower, left corner of the screen. This means that you must manually select both the party types and the party names, as explained in step 8.

However, if the party types match on the respective case types, the party types default in the Party Type field in the left column. You have to select only the corresponding party name. Proceed to step 10 if the party types default in the Party Type field.



7. In the middle column (*"Available parties to copy from"*), click on a **party** to copy over to the new case. The Party Type and Name are highlighted when selected.

8. In the left column, click on the **Party Type drop-down arrow**. Select a party type from the list.



9. Click the **Select** button. The name selected in the middle column carries over to the left column in the Name field.

**Note:** Figure 4.1-4 shows defendant Ben Smith has been copied to the new case.



**Figure 4.1-4  Case Copy  --  Party Selection Screen with name transferred**

DC_M SMITH - 008555

10. Repeat steps 7-9 to carry over another party to the new case. You can ONLY copy parties to the new case that are on the original case.

   **Note:** Charges on the case to be copied are listed in the right-hand column under the heading "Defendant's Charges." There may be multiple charges on the case being copied. Regardless if there are one or two charges on the case, only the first charge listed in the right column defaults with a check mark in the box next to the alphanumeric action code.

   If you want to select a charge other than the one that defaults, click the **box** next to the alphanumeric action code. You will notice that when another charge box is clicked the check mark disappears in the other box. That's because you can only copy one charge at a time. You can add more charges *after* the new case is created. You must have at least one charge selected to complete the copy process.

11. Click the **OK** button when all the parties have been selected over to the new case.

   Two *pop-up windows* may display at separate intervals. A warning message displays if the party being copied is already linked to another case.

   a. Click the **Continue** button to proceed or the **Cancel** button on the warning message *pop-up window*.



   Another *pop-up window* displays with a message about copying informational dockets to the new case.



   b. Click the **Yes** button to copy informational dockets to the new case. Click the **No** button if you do not want to copy informational dockets from the old case.

DC_M SMITH - 008556

**12.** The next step depends on whether you selected an action code on the *Case Copy -- Party Selection Screen* that is valid for the new case being created.  If you did, the *Case Number Create/Override Screen* displays to assign a case number to the new case.  Proceed to step 15.



**Figure 4.1-5  Case Copy  --  Action Code Selection Screen**

The action codes listed on the *Case Copy  --  Action Code Selection Screen* apply for the new case being created.  Observe the message in the header *"The following action codes are available for the Case Type: XXX"*  (XXX means whichever case type you have selected for the new case.)

**13.** Click on an **action code** to highlight the charge description.

**14.** Click the **Select** button.

The *Case Number Create/Override Screen* displays to allow you to accept the case number assigned by CourtView or "override," and manually enter a case number.  It is suggested to use the number assigned by CourtView.  However, if you click the **Override** button, the cursor is in the Seq(uence)Number field.  Type the **next number** and click the **OK** button.

**15.** Click the **OK** button to accept the case number assigned by CourtView.

The *Docket Entry Creation Screen* displays if there are costs on a docket that you selected on the *Case Copy  --  Action Code Selection Screen*. See "3.1 Quick Docket Add" for docket procedures. The screen does not display for informational dockets.

DC_M SMITH - 008557

The new case-type screen displays (Figure 4.1-6) with the party information that was copied from the old case.  You are now ready to add information to the new case.



**Figure 4.1-6  Community Service case**

**16.** Complete the **community service** fields.

| Field Name | Field Description |
|---|---|
| Person ID | Press **Tab** to use the **identification number** from the case that was copied to create the community service case. |
| JFN | Type a **jail file number**, if applicable. |
| PD ID | Type a **booking number** from the police department. |
| Registration Date | Type the **date** the client registers with the caseworker/supervisor.  The format is MMDDYY. |

DC_M SMITH - 008558

| Field Name  (Continued): | Field Description |
|---|---|
| Caseworker | Type the **name** of the caseworker.  You also can click the **drop-down arrow** to select a name from the *Probation Officer Selection Screen*. |
| Defendant | Defaults the name selected over from the pre-trial/court case during copy procedures.  This is the primary party for this case.  The *Name pop-up window* is accessed by clicking the **drop-down arrow**.  However, the name cannot be edited unless the **Clear** button is clicked.<br><br>**Note:**  Click the **"More"** button (three plus signs) to access the *Identity Maintenance Screen* for personal information.  Click the **Close** button to return to the *Community Service Screen*. |
| D.O.B. | The defendant's date of birth copies over if it was entered on the previous case.  You also can type the **date of birth** using the MMDDYY format. |
| S.S.N. | The defendant's social security number copies over if it was entered on the previous case.  You also can type the **social security number**. |
| Gender | The gender code copies over if it was entered on the previous case.  You also can click the **drop-down arrow** to select male or female. |
| Race Code | The race code copies over if it was entered on the previous case.  You also can click the **drop-down arrow** to select a race code from the list. |
| Marital | The marital code copies over if it was entered on the previous case.  You also can click the **drop-down arrow** to select a marital code from the list. |
| Employer | The defendant's employer defaults if entered on the previous case. |

DC_M SMITH - 008559

| **Field Name  (Continued):** | **Field Description** |
|---|---|
| CTN # | Type a **criminal tracking number** from a Prosecutor case, if applicable.  You can click the **drop-down arrow** to search and select a CTN from the *Prosecutor File Selection Screen*. |
| Linked # | Defaults the Court case number that is a "hot link" to the case information.  Double-click on the **case number** to view the information. |
| OCC Eligible | Click the **box** to indicate this is an Office of Community Corrections case.  (This flag generates information on the OCC Ad Hoc report that yields money per case back to the Court.) |
| Sup Begin…End | Type the **date** the supervision begins, press **Tab**, type the **date** the supervision ends.  The date format is MMDDYY. |
| P/T Judge | Type the **name** of the Pre-Trial judge or click the **drop-down arrow** to select a judge from the *Pre-Trial Judge Selection Screen*. |
| Jurisdict. | Type a **jurisdiction code** or click the **drop-down arrow** to select a jurisdiction code from the list. |
| Felony…Misd…Sher. | Click the **appropriate box** to indicate if the pending charge is a felony, misdemeanor or sheriff release. |
| Chrg | Type the **charge** pending against the defendant.  This is a text-only field for charges that may not be in a table.<br><br>**Note:**  If this field is entered, you can leave the next field blank. |

DC_M SMITH - 008560

| Field Name  (Continued): | Field Description |
|---|---|
| Charge | Click the **drop-down arrow** to select an action code identifying the charge from the *Action Code Selection by Case Type Screen*.<br><br>**Note:** If this field is entered, you can leave the text-only Chrg field blank.<br>The More button (three "plus" signs) creates a link with sexual charges, if applicable. |
| **Address** | |
| Type | Click the **drop-down arrow** to select the address type where correspondence will be sent. |
| Address | Type the **complete address** if this information does not copy over from the Court case. |
| City/ST/Zip | Click the **drop-down arrow** to the far right of the field to select a zip code from the *Zip Code Selection Screen*.  The city and state default based on the selected zip code. |
| Location | Type a **geographic location code** or click the **drop-down arrow** to select a code from the *Geographic Code Selection Screen*. |
| **Phone** | |
| Description | Click the **drop-down arrow** to select a telephone type from the list. |
| Phone Number | Type the **telephone number**, including area code, for the selected telephone type. |
| Case Comments | Type any **comments**. |
| **Case Attributes** | |
| Number | Field displays the Community Service case number. |
| Status | Press **Tab** to use the default of "open" or click the **drop-down arrow** to select a status code from the list. |

DC_M SMITH - 008561

| Field Name  (Continued): | Field Description |
|---|---|
| Filed | Field displays the date the Community Service case is created. |
| OC Case | Type the **"other court"** case number, if applicable. |
| Print Label | Click the **box** to indicate a label is to be printed to send information. |
| Jail Days Saved | Type a **numeric value** for the number of jail days saved. |
| Total Hours | Type a **numeric value** for the total hours of community service. |
| Tether Flag | Click the **box** to indicate there is a tether fee. |
| Tether Hours | Type a **numeric value** for the hours that must be performed for community service. |

**17.** Click the **Save** button to store information.

DC_M SMITH - 008562

# 4.2  Skills Assessment

A probationer's skills must be determined before he/she can be placed with an agency to fulfill community service.  Do the following:

1. On the *Pre-Trial Services Shell Screen*, click on **Functions**.

   A drop-down box (Figure 4.2-1) displays.



**Figure 4.2-1  Pre-Trial Services Shell Screen**

2. Click on **Case Summary**.

DC_M SMITH - 008563

The *Case Selection Screen* (Figure 4.2-2) allows you to search for an existing case in CourtView.  There is not an Add button on this screen because you cannot initiate a new case from this function.



**Figure 4.2-2  Case Selection Screen**

3.  Complete the **search criteria** fields.

    **Note:**  You can enter information in one or all of the following fields. The more information entered speeds up the search because there are fewer cases matching your specific information.

| Field Name | Field Description |
|---|---|
| Case Number | Type a **case number**.  Press **Tab** to format the number. |
| Case Type | Press **Tab** to use the default of "all" or click the **drop-down arrow** to select a case type from the list. |
| Party Type | Press **Tab** to use the default of "defendant" or click the **drop-down arrow** to select a party type from the list. |

DC_M SMITH - 008564

| Field Name  (Continued): | Field Description |
|---|---|
| Status | Press **Tab** to use the default of "all" or click the **drop-down arrow** to select a status code from the list. |
| Prob Officer | Type the **probation officer's name** or click the **drop-down arrow** to select a name from the *Probation Officer Selection Screen*. |
| Last | Type the party's **last name**. |
| First | Type the party's **first name**.  Press **Tab**, and then type a **middle initial**. |
| SSN | Type the party's **social security number**. |
| DOB | Type the party's **date of birth**.  The format is MMDDYY. |
| Person ID | Type the **identification number** CourtView assigns to the party during initiation. |
| Begin Date | Type a **beginning date** to search CourtView by a date range.  The format is MMDDYY. |
| End Date | Type an **ending date** to search CourtView by a date range.  The format is MMDDYY. |
| Gender | Press **Tab** to use the default of "all" or click the **drop-down arrow** to select male or female. |
| Race | Press **Tab** to use the default of "all" or click the **drop-down arrow** to select a race code from the list. |

4.   Click the **Search** button.

The case information displays in the Search Results box.

5.   Click on the **case information** to highlight the entry, and then click the **Open** button.

DC_M SMITH - 008565

The *Community Service Summary Screen* (Figure 4.2-3) displays.  This is a display-only screen.  Dynamic buttons, such as Skills and Match, access additional screens for entering or modifying information.



**Figure 4.2-3  Community Service Summary Screen**



6.   Click the **Skills** button.

DC_M SMITH - 008566

CourtView                                                                                    Community Service

The *Client Skills Inventory Maintenance Screen* (Figure 4.2-4) displays to create a list of skills the probationer can perform to fulfill the court's community service requirement.  To help match the client with an agency, the screen includes the day(s) and times (shift codes) the defendant is available to perform the service.

**Note:**  Skill codes and Shift codes already must be set up.  See "Shift" and "Skills" in the Code Tables User Guide for details.



**Figure 4.2-4  Client Skills Inventory Maintenance Screen**

**7.**  Complete the **client skills inventory** fields.

| Field Name | Field Description |
|---|---|
| Header | Displays the case number and the primary parties on the case. |

DC_M SMITH - 008567

| Field Name  (Continued): | Field Description |
|---|---|
| **Client Skills Inventory** | |
| Skill Code | Type a **skill code** or click the **drop-down arrow** to select a code from the *Skills Code Selection Screen.*<br><br>**Note:**  Skill codes must be already set up. See "Skills" in the Code Tables User Guide for procedures. |
| Description | System displays a description for the selected skill code. |
| Comments | Type any **comments**. |
| **Available Time** | |
| Day of Week | Click the **drop-down arrow** to select a day of the week from the list. |
| Shift Code | Type a **shift code** or click the **drop-down arrow** to select a code from the *Work Shift Code Selection Screen.*<br><br>**Note:**  Shift codes already must be set up. See "Skills" in the Code Tables User Guide for procedures. |
| Comments | Type any **comments**. |

8.  To add skills or shift times, click the **Add** button.  Repeat step 8.

   **Note:**  To remove a skill, click on the **code** in the Skill Code field, and then click the **Delete** button.

9.  Click the **Save** button.

   The *Community Service Summary Screen* redisplays with the defendant's skills stored in CourtView.

**Matching Skills**

To locate an agency that needs the skills of a probationer, do the following:



1.  On the *Community Service Screen*, click the **Match** button.

   The *Match Option Selection pop-up window* displays.

DC_M SMITH - 008568



**2.**  Click the **Client Skills/Agency Skill Requirements Match** button.

The *Client Skills/Agency Requirements Match Screen* (Figure 4.2-5) displays to select an agency that best suits the skills of a client.



**Figure 4.2-5  Client Skills/Agency Requirements Match Screen**

DC_M SMITH - 008569

CourtView searches the database for agencies (that already have been set up) with skills that match a client's experience.  If a client has the skills required by an agency, the name of this agency displays in the Agency field.

3. Do one of the following to match a client with an agency:

   a. Click the **box** at the Match Agency? field.  Click the **Save** button. The *Community Service Referral Maintenance Screen* displays. See Figure 4.2-6.



   b. If there is no match with an agency, click the **Criteria** button.  The *Change Criteria Match pop-up window* displays.



**Note:**  The last criteria used for a match displays with check marks in the appropriate boxes.  You can change the criteria by clicking on a box to place a check mark or clicking on a box to remove the check mark.

The geographic area of the client and agency is the primary match. However, if the client does not have a geographic code, CourtView discards the geographic match from the process and looks for matching days/shifts.  If the client has not been set up for day/shift codes CourtView discards the day/shift from the match process and looks for skills.  You must have at least one box checked to change criteria.

4. When the criteria has been determined (with one, two, or three check marks in the boxes), click the **OK** button.  CourtView performs a new match based on only the criteria that is checked.  If no matches are found, click the **Criteria** button again and remove a check mark from a criteria and click the **OK** button again.

When a match is located, click the **box** at the Match Agency? Field.  Click the **Save** button.

The *Community Service Referral Maintenance Screen* (Figure 4.2-6) displays.

DC_M SMITH - 008570

CourtView                                                                  Community Service

**Referrals**

The *Community Service Referral Maintenance Screen* (Figure 4.2-6) displays with the name of the agency that is matched with the client's skills.  The Match and Referral Date fields show when the agency and client are matched and the obligation for community service is set.  These may be different dates depending on circumstances.

The Start Date is very important to enter because this field is used to generate the C/S Referral Start Date Report.  This report is used by caseworkers to confirm the client has reported to the agency for work.  See "C/S Referral Start Date" in the Reports User Guide for procedures generating this report.

**Note:**  This screen also can be accessed by clicking the **Referrals** button on the *Community Service Screen*.  *The Referral Option Selection pop-up window* displays.  Click the **Client Skills/Agency Skill Requirements Referrals** button to display the *Community Service Referral Maintenance Screen*.



**Figure 4.2-6  Community Service Referral Maintenance Screen**

      **1.**   Complete the **referral** fields.

| Field Name | Field Description |
|---|---|
| Header | Inaccessible field that displays the case number and the client's name. |

DC_M SMITH - 008571

| Field Name  (Continued): | Field Description |
|---|---|
| **Agency(s) Referred For Community Service** | |
| Agency | Displays the name of the agency matched with the client. |
| Match Date | Type the **date** the client and agency are matched for community service.  The format is MMDDYY. |
| Referral Date | Type the **date** the client is assigned to the agency to complete community service.  The format is MMDDYY. |
| Start Date | Type the **date** the client is to start performing community service for the agency.  The format is MMDDYY.<br><br>**Note:**  This field is used to generate the C/S Referral Start Date Report that documents whether or not the client has reported for work. |
| Completed Date | Type the **date** the community service is to be completed by the client.  The format is MMDDYY. |
| Comments | Type any **comments**. |

**2.** Click the **Save** button.

The *Community Service Screen* redisplays.  You can continue setting up the obligation or click the **Close** button to exit.

**Note:**  See the Forms Generation User Guide for generating a form to notify the client of the agency that he/she is to report for work.

## Obligation



The number of hours a client is obligated to work for an agency can be tracked.  Do the following:

**1.** On the *Community Service Screen*, click the **Obligations** button.

The *Obligation Option Selection pop-up window* allows you to choose between community service or social service obligations.

DC_M SMITH - 008572



2.  Click the **Community Service Obligations** button.

    The *Obligation Maintenance Screen* (Figure 4.2-7) displays.  The
    Established date is when the probationer was referred to the agency.



**Figure 4.2-7  Obligation Maintenance Screen**

3.  At the Party field, click the **box** to add this agency as a party on the
    case.

DC_M SMITH - 008573

**Note:** For this functionality to work properly, AGENCY must be added as an available party on the Adult Probation case type. See "Case Types" in the Code Tables User Guide.

4.  At the Due Date field, type the **date** the client is to report to the agency. The format is MMDDYY.

5.  At the Status field, click the **drop-down arrow** to select a status code from the *Obligation Status Code Selection Screen*.

    **Note:** The following procedures require that conditions already are set up. See "Conditions" for procedures on creating special conditions.



6.  Click the **Conditions** button to link obligations to special conditions mandated by the court.

    The *Probation Conditions Maintenance Screen* (Figure 4.2-8) displays.



**Figure 4.2-8  Probation Conditions Maintenance Screen**

7.  Click the **box** in front of a Condition field to link an obligation to a condition. Only one obligation can be linked to a condition. By linking a condition to an obligation, Pre-Trial Services will assign a client to a work crew. The hours worked for the agency are then tracked until the condition is completed.

8.  Click the **Save** button.

    The *Obligation Maintenance Screen* redisplays to allow you to continue with another task or click the **Close** button to exit.

DC_M SMITH - 008574

CourtView                                                                Community Service

## Attendance

To record each time the probationer works for an agency, do the following:



1. On the *Obligation Maintenance Screen,* click the **Attendance** button.

   The *Obligation Fulfillment Maintenance Screen* (Figure 4.2-9) displays.



**Figure 4.2-9  Obligation Fulfillment Maintenance Screen**

2. Complete the **obligation fulfillment** fields.

| **Field Name** | **Field Description** |
|---|---|
| Header | Displays the case number and the name of the probationer. |
| Obligation | Displays the name of the agency where the probationer is assigned. |
| Description | Displays a description of the skills being used at the agency. |
| Established | Displays the date the referral was recorded. |

DC_M SMITH - 008575

| Field Name  (Continued): | Field Description |
|---|---|
| Due Date | Displays the date the obligation was recorded. |
| Status | Displays the status of the obligation. |
| Date | Type the **date** that the probationer has performed service for the agency.  The format is MMDDYY. |
| Hours | Type the **number** of hours worked.  The format is ##.##. |
| Comments | Type any **comments**. |

3.  Click the **Save** button.

The *Obligation Maintenance Screen* redisplays to allow you to continue with another task or click the **Close** button to exit.

## Obligation Tracking

To track the hours that have been worked and deducted from the total hours required for community service, do the following:

1.  On the *Community Service Summary Screen*, click the **Conditions** button.

The *Conditions Maintenance Screen* displays.  The Balance field shows the number of hours remaining from the original amount of community service in the Req Amt field.



2.  Click the **Detail** button.

DC_M SMITH - 008576

The *Probation Conditions Detail Screen* (Figure 4.2-10) displays with a review of the community service that has been performed.  The total amount received and the remaining balance of service is at the bottom of the screen.



**Figure 4.2-10  Probation Conditions Detail Screen**

3.   Click the **Close** button when finished reviewing the details.

     The *Conditions Maintenance Screen* redisplays.  See <u>"Violation of Probation"</u> and <u>"Roster Button"</u> for procedures on the VOP and Roster buttons.

4.   Click the **Close** button to exit to the *Community Service Summary Screen*.

DC_M SMITH - 008577

DC_M SMITH - 008578



# Chapter 5
# *Social Service*

## Overview

Social Services provides assistance to probationers. These services may range from psychological help to employment assistance. Regardless of need, the services are to help the probationer get back on his/her feet and lead a productive life.

This chapter describes procedures for entering a probationer's needs into CourtView and locating an agency that provides the necessary assistance. The probationer is then referred to the agency and the assistance is tracked to make sure progress is being made.



**Note:**  Codes for social services must be already set up on the *Agency Maintenance Screen*.  See "Agencies" in the Code Tables User Guide for procedures.

DC_M SMITH - 008579

# 5.1  Needs Assessment

This section details how to enter and track the needs of a probationer before they are placed with an agency offering assistance.  Do the following:

1.  On the *Pre-Trial Services Shell Screen,* click on **Functions**.

    A drop-down box (Figure 5.1-1) displays.



**Figure 5.1-1  Pre-Trial Services Shell Screen**

2.  Click on **Case Summary**.

DC_M SMITH - 008580

The *Case Selection Screen* (Figure 5.1-2) displays with search fields to allow you to locate an existing case in CourtView. There is not an Add button on this screen because you cannot initiate a new case from this screen.

**Note:** The screen displays with blank entry fields except for preset defaults. The field information shown in the sample screen is for instructional purposes.



**Figure 5.1-2  Case Selection (Pretrial) Screen**

3. In the Search Criteria fields, type **case information** to search the database for a case.

   **Note:** You can enter information in one or all of the search fields. The more information entered speeds up the search because there are fewer cases in CourtView that match your search criteria.

   See Section "3.2 Case Summary" for descriptions of the search fields.

4. Click the **Search** button.

   The case information displays in the Search Results box.

5. Click on the **case information** to highlight the entry, and then click the **Open** button.

   A *pop-up window* displays if there is an alert on a party. Click the **Alerts** button to view the information or click **Continue** to proceed.

DC_M SMITH - 008581

The *Pretrial Summary Screen* (Figure 5.1-3) displays. You cannot change information on this screen. The dynamic buttons at the top of the screen provide access to other maintenance screens.



**Figure 5.1-3  Pretrial Summary Screen**



6.  Click the **Services** button.

The *Client Needs (Services) Maintenance Screen* (Figure 5.1-4) allows you to compile a list of services. This list will be used to match agencies in CourtView that offer the assistance the client requires.

DC_M SMITH - 008582

CourtView                                                                    Social Service

**Note:**  The screen displays with blank entry fields.  The data shown on the sample screen is for instructional purposes.



**Figure 5.1-4  Client Needs (Services) Maintenance Screen**

7.   Complete the **client needs** fields.

| **Field Name** | **Field Description** |
|---|---|
| Header | Displays the case number and the primary party on the case. |
| **Client Needs (Services)** | |
| Service Code | Type a **service code** or click the **drop-down arrow** to select a code from the *Service Code Selection Screen*.<br><br>**Note:**  Service codes must be already set up. |
| Description | System displays a description for the selected service code. |

DC_M SMITH - 008583

| Field Name  (Continued): | Field Description |
|---|---|
| Comments | Type any **comments**. |

8.  To add services to the list, click the **Add** button.  Repeat step 8.

    **Note:**  To remove a service, click on the **code** in the Service Code field, and then click the **Delete** button.

9.  Click the **Save** button.

    The *Pretrial Summary Screen* redisplays.  CourtView verifies the client's needs have been stored with the message *"Store successful"* in the status bar at the lower, left-hand corner of the screen.

**Matching Needs**



To locate an agency that can offer assistance based on a probationer's need(s), do the following:

1.  On the *Pretrial Summary Screen*, click the **Match** button.

    The *Match Option Selection pop-up window* displays.



2.  Click the **Client Needs/Agency Services Provided Match** button.

DC_M SMITH - 008584

The *Client Skills Inventory Maintenance Screen* (Figure 5.1-5) displays to select an agency that can help the probationer.



**Figure 5.1-5  Client Skills Inventory Maintenance Screen**

**3.** On the scroll bar at the right-hand side of the screen, click the **Up** or **Down** arrows to view a list of agencies (in the Agency field).  There may be several agencies so view the entire list to select one that can offer the probationer the most assistance.

**4.** Click the **box** in front of the Match Agency? field to select an agency.

**5.** Click the **Save** button.

The *Social Service Referral Maintenance Screen* displays.  See Figure 5.1-6 below.

**Note:**  This screen also can be accessed by clicking the **Referrals** button on the *Pretrial Maintenance Screen*.  *The Referral Option Selection pop-up window* displays.  Click the **Client Needs/Agency Services Provided Referrals** button to display the *Community Service Referral Maintenance Screen*.

DC_M SMITH - 008585

## Referrals

The *Social Service Referral Maintenance Screen* (Figure 5.1-6) displays with the name of the agency that was matched with a probationer's needs.  The Match Date field reflects the date the agency and probationer are matched in CourtView.



**Figure 5.1-6  Social Service Referral Maintenance Screen**

1. At the Party field, click the **box** to add this agency as a party on the case.

   **Note:** For this functionality to work properly, AGENCY must be added as an available party on the Adult Probation case type. See "Case Types" in the Code Tables User Guide.

2. At the Referral Date field, type the **date** the probationer is being referred by Pre-Trial Services to an agency.  The format is MMDDYY.

3. Click the **Save** button.

   The *Pretrial Summary Screen* redisplays.  See the Forms Generation User Guide for details on generating a referral form.

## Obligation



The probationer has an obligation to report to an agency offering assistance.  To track the obligation, do the following:

1. On the *Pretrial Summary Screen*, click the **Obligations** button.

   The *Obligation Option Selection pop-up window* allows you to choose between community service obligations or social service obligations.

DC_M SMITH - 008586



2. Click the **Social Service Obligations** button.

   The *Obligation Maintenance Screen* (Figure 5.1-7) displays.  The date in the Established field indicates when the probationer was referred to the agency.



**Figure 5.1-7  Obligation Maintenance Screen**

DC_M SMITH - 008587

3.  At the Party field, click the **box** to add this agency as a party on the case.

    **Note:** For this functionality to work properly, AGENCY must be added as an available party on the Adult Probation case type. See "Case Types" in the Code Tables User Guide.

4.  At the Due Date field, type the **date** that the probationer is to report to the agency.  The format is MMDDYY.

5.  At the Status field, type the **status** of the obligation.  You also can click the **drop-down arrow** to select a status code from the *Obligation Status Code Selection Screen*.

    **Note:**  The following procedures require that conditions are already set up.



6.  Click the **Conditions** button to link obligations to special conditions placed on the probation by the court.

    The *Probation Conditions Maintenance Screen* (Figure 5.1-8) displays.



**Figure 5.1-8  Probation Conditions Maintenance Screen**

7.  Click the **box** in front of the Condition field to link an obligation to the condition (the example shows Community Service).

8.  Click the **Save** button.

    The *Obligation Maintenance Screen* redisplays.

9.  Click the **Save** button.

DC_M SMITH - 008588

CourtView                                                                    Social Service

The *Pretrial Summary Screen* redisplays to allow you to continue with another task or click the **Close** button to exit.

**Attendance**



Attend

To record each time the probationer reports to an agency, do the following:

1. On the *Obligation Maintenance Screen,* click the **Attendance** button.

   The *Obligation Fulfillment Maintenance Screen* (Figure 5.1-9) displays.



**Figure 5.1-9  Obligation Fulfillment Maintenance Screen**

2. Complete the **obligation fulfillment** fields.

| Field Name | Field Description |
| --- | --- |
| Header | Displays the case number and primary party on the case. |
| Obligation | Displays the name of the agency offering assistance to the probationer. |
| Description | Displays a description of the services. |

DC_M SMITH - 008589

| Field Name  (Continued): | Field Description |
| --- | --- |
| Established | Displays the date the referral was recorded. |
| Due Date | Displays the date the obligation was recorded. |
| Status | Displays the status of the obligation. |
| Date | Type the **date** the probationer reported to the agency.  The format is MMDDYY. |
| Hours | Type the **number** of hours the probationer was at the agency, for counseling, tutoring, and so forth.  The format is ##.##. |
| Comments | Type any **comments**. |

**3.** Click the **Save** button.

The *Obligation Maintenance Screen* redisplays.

**4.** Click the **Close** button.

The *Pretrial Summary Screen* redisplays to allow you to continue with another task.  You also have the option of exiting by clicking the **Close** button.

_____

**Obligation Tracking**

The number of times a probationer reports to an agency can be tracked to ensure the individual is getting the necessary help and support.  Do the following:

**1.** On the *Pretrial Summary Screen*, click the **Conditions** button.

**Note:**  Do not use the Conditions button on the *Obligation Maintenance Screen* for the following procedures.

The *Conditions Maintenance Screen* displays.



**2.** Click the **Detail** button.

DC_M SMITH - 008590

The *Probation Conditions Detail Screen* (Figure 5.1-10) displays with a review of the probationer's attendance, with dates and hours.



**Figure 5.1-10  Probation Conditions Detail Screen**

**3.**   Click the **Close** button when finished reviewing the details.

DC_M SMITH - 008591

DC_M SMITH - 008592



# Chapter 6
# *Job Placement*

## Overview

Pre-Trial Services works with agencies to arrange community and/or social services to help clients avoid lengthy jail sentences.  There may be times as well that Pre-Trial Services will assist a client with finding employment that matches their skills.

Your court may not deal with placement services but this section still will be helpful to provide an overview on CourtView's job placement features.



These features include applications designed for matching a probationer with an employer after the skill set has been determined.  The *Client Skills Inventory Maintenance Screen* records the probationer's skills and then CourtView searches the database to locate a match with an employer needing similar help.

**Note:**  Codes that describe skills already must be set up on the *Agency Maintenance Screen*.  See "Agencies" in the Code Tables User Guide for procedures.

The *Placement History Screen* allows you to track the probationer's employment and the daily hours the probationer is working.  The name and telephone number for an employer representative is provided in the event that you have to contact someone regarding the probationer's employment. Various court offices, including Pre-Trial Services, and the probationer benefit from knowing the work schedule if meetings have to be set up.

DC_M SMITH - 008593

# 6.1  Skills Evaluation

A probationer's skills must be determined before he/she can be placed with an employer.  Do the following:

1.  On the *Pre-Trial Services Shell Screen*, click on **Functions**.

    A drop-down box (Figure 6.1-1) displays.



**Figure 6.1-1  Pre-Trial Services Shell Screen**

2.  Click on **Case Summary**.

DC_M SMITH - 008594

The *Case Selection Screen* (Figure 6.1-2) displays to allow you to search for an existing case in CourtView.  There isn't an Add button on this screen because you cannot initiate a new case from this screen.

**Note:**  The screen displays with blank entry fields except for preset defaults.  The field information shown in the sample screen is for instructional purposes.



**Figure 6.1-2  Case Selection (Pretrial) Screen**

**3.**  At the Search Criteria fields, type **case information** to search the database for a case. See Section "3.2 Case Summary" for descriptions of the search fields.

**4.**  Click the **Search** button.

The case information displays in the Search Results box.

**5.**  Click on the **case information** to highlight the entry, and then click the **Open** button.

*Pop-up windows* display if there are alerts on a party and/or case display ticklers on a case.  Click the **Alerts** and/or **Tickler** buttons to view respective information. You also can click the **Continue** button to proceed without viewing alert and/or tickler information.

DC_M SMITH - 008595

The *Pretrial Summary Screen* (Figure 6.1-3) displays. You cannot change information on this screen. The dynamic buttons at the top of the screen provide access to maintenance screens.



**Figure 6.1-3  Pretrial Summary Screen**



6.  Click the **Skills** button.

DC_M SMITH - 008596

The *Client Skills Inventory Maintenance Screen* (Figure 6.1-4) displays to allow you to select career skills the probationer can use for employment. Michigan courts can enter the day of the week the probationer is available, shift codes, and comments in the fields at the lower half of the screen, as noted in Figure 6.1-4.



**Figure 6.1-4  Client Skills Inventory Maintenance Screen**

**7.**  Complete the **client skills inventory** fields.

| Field Name | Field Description |
|---|---|
| Header | Displays the case number and the primary party on the case. |
| **Client Skills Inventory** | |
| Skill Code | Type a **skill code** or click the **drop-down arrow** to select a code from the *Skills Code Selection Screen*.<br><br>**Note:**  Skill codes must be already set up. |
| Description | System displays a description for the selected skill code. |

DC_M SMITH - 008597

| Field Name  (Continued): | Field Description |
|---|---|
| Comments | Type any **comments**. |
| **The following entry field descriptions are for courts using screen No. PRBS2201. Screen No. PRBS2200 does not have the following fields.** | |
| Day of Week | Click the **drop-down arrow** to select a day of the week the probationer is available to work. Click the **Add** button to enter additional days. |
| Shift Code | Click the **drop-down arrow** to select a shift code. |
| Comments | Type any **comments**. |

8. To add skills to the list, click the **Add** button.  Repeat step 9.

   **Note:**  To remove a skill, click on the **code** in the Skill Code field, and then click the **Delete** button.

9. Click the **Save** button.

   The *Pretrial Summary Screen* redisplays.  CourtView verifies the client's needs have been stored with the message *"Store successful"* in the status bar at the lower, left-hand corner of the screen.

## Employer Match

To locate an agency that needs the skills of a probationer, do the following:



1. On the *Pretrial Summary Screen*, click the **Match** button.

DC_M SMITH - 008598

The *Match Option Selection pop-up window* displays.



**2.** Click the **Client Skills/Employer Skill Requirements Match** button.

The *Job Placement Skills Match Screen* (Figure 6.1-5) displays to allow you to select an employer that needs the probationer's skills.



**Figure 6.1-5  Job Placement Skills Match Screen**

DC_M SMITH - 008599

3.  On the scroll bar at the right-hand side of the screen, click the **Up** or
    **Down** arrows to view a list of agencies (in the Agency field) that need
    the skills of the probationer.  There may be several agencies so view the
    entire list to select one that can use most of the probationer's skills.

4.  Click the **box** in front of the Refer? (Referral) field to place the
    probationer with the employer.

5.  Click the **Save** button.

    The *Placement Information Screen* (Figure 6.1-6) allows you to
    maintain the name of the company, contact person, and a telephone
    number for the contact person.  You can type notes in the Comments
    text box.  You do not have to press Enter at the end of a line because the
    text automatically wraps to the next line.



**Figure 6.1-6  Placement Information Screen**

6.  Click the **Save** button.

    The *Pretrial Summary Screen* redisplays to allow you to do another task
    or click the **Close** button to exit.

## Placement History



To record and view details of the probationer's employment, do the following:

1.  On the *Pretrial Summary Screen*, click the **Placement** button.

DC_M SMITH - 008600

The *Placement Option Selection pop-up window* allows you to choose between maintaining placement information and viewing placement history, the job(s) where the probationer was sent.



2.  Click the **Job Placement History** button.

    The *Job Placement History Screen* displays.



3.  Click the **History** button.

    *The Placement History Screen* (Figure 6.1-7) displays.

**Figure 6.1-7  Placement History Screen**

DC_M SMITH - 008601

4. Complete the **placement history** fields.

   **Note:** The fields at the top half of the *Placement History Screen* are maintained on the *Employer Maintenance Screen*. Click on **Codes**, **Job Placement**, **Employer**, and then select the **appropriate employer**.

| Field Name | Field Description |
|---|---|
| Header | Displays the case number and primary party on the case. |
| **Employment History** | |
| Employer | This inaccessible field displays the name of the employer. |
| Address Type | Displays the address type for the employer. |
| Address 1 | Displays the address for the address type listed in the above field. |
| Address 2 | Displays additional address information, such as suite or apartment numbers, for the address type. |
| City | Displays the city, state and zip code for the employer's address. |
| Status | Displays the status of the employer. |
| Contact | Displays the name of a person who can be contacted for employment information. |
| Phone Type | Displays where the telephone is located for the contact person. |
| Phone Number | Displays the telephone number, including area code, for the contact person. |
| Position | Type the probationer's **job title**. |
| Supervisor | Type the **name** of the supervisor to whom the probationer reports. |
| Wages | Type the **dollar amount** for the wage being earned by the probationer. |

DC_M SMITH - 008602

| Field Name  (Continued): | Field Description |
|---|---|
| Comments | Type any **comments** related to the probationer's employment.<br><br>**Note:**  You do not have to press Enter at the end of a line because the text automatically wraps. |
| Starting | Type the **probationer's starting date** with the employer.  The format is MMDDYY. |
| Ending | Type the **date** the probationer ended employment with this employer.  The format is MMDDYY. |
| Hours | Type the **daily hours** the probationer is working for the employer. |

**5.**  Click the **Save** button.

The *Job Placement History Screen* redisplays with the placement date in the Date Placed field.

**6.**  Click the **Save** button again.

The *Pretrial Summary Screen* redisplays to allow you to do another task or click the **Close** button to exit.

DC_M SMITH - 008603

DC_M SMITH - 008604



# Chapter 7
# *Substance Abuse Testing*

## Overview



**Editor's Note:** Substance Abuse Testing involves the results of tests that are highly confidential. With respect to privacy concerns for those tested and for the protection of a court, ONLY individuals with the proper authorized security should use this functionality.

This chapter details how to upload results of tests for substance abuse to verify test results are in CourtView. Names and test results can be manually entered, if necessary. A report can be generated daily to check for errors before the substance abuse tables are updated. See "Fixing Errors" on page 7-4.

This chapter also includes substance abuse testing procedures for the District of Columbia Superior Court and the Chester County, PA., Juvenile Probation Department. The D.C. Superior Court interface works with the Pretrial Services Agency (PSA) for submitting and retrieving drug testing information. See "7.2 D.C. Interface" on page 7-13. Chester's juvenile probation office oversees its own testing and tracking of the results. See "7.3 Chester Substance Abuse Testing" on page 7-23.

For some states, social security numbers are validated before test results for parties are retrieved when the Substance Abuse Testing dynamic button is clicked on the *Party Selection Screen*. A *pop-up window* with a warning message displays if there is no social security number for a party. Chester, PA., has CourtView verify the individual user's security settings before allowing access to screens with confidential information.

**Note:** The social security number warning message does not display if the DEV_STATE = DC or DEV_STATE=PA.

For D.C courts, the identity ID of the party is used instead of the SSN, along with the first 3 characters of the last name and first 2 characters of the first name. For Chester, PA., the security configurations on the *User Screen Security Maintenance Screen* is used per individual to allow access.

DC_M SMITH - 008605

# 7.1  Uploading Results

This section describes the procedures for uploading urinalysis results from an outside source.  The information from a floppy disk is loaded into CourtView.  Do the following:

1.  On the *Module Selection Screen*, click on **Pre-Trial Services** under Modules on the menu bar.

    The *Pre-Trial Services Shell Screen* displays.

2.  Click on **Functions**.

    A drop-down box (Figure 7.1-1) displays.



**Figure 7.1-1  Pre-Trial Services Shell Screen**

3.  Click on **Substance Abuse**.

    A *sub-menu* displays.

4.  Click on **Substance Abuse Testing Upload**.

DC_M SMITH - 008606

The *Substance Abuse Interface Processing & Control Screen* (Figure 7.1-2) allows for several procedures that are performed by clicking on buttons at the left side of the screen. The first button uploads information into the CourtView system.



**Figure 7.1-2  Substance Abuse Interface Processing & Control Screen**

**5.**  Click the **Upload SYVA Data** button.

A browse window displays to allow you to locate the drive and path where the substance abuse testing information is available.



DC_M SMITH - 008607

6.  At the Look in: field, click the **drop-down arrow** to select the path for the substance abuse folder.

7.  Double-click on the **folder** containing the substance abuse information.

    The path for the substance abuse information displays in the entry field to the right of the Upload SYVA Data field.  The Total Records and Total Errors fields display numbers relating to the number of records and errors.

8.  If there are zero errors, click the **Update Probation Pre-trial Database** button.  (See below for correcting errors.)

    CourtView displays the message *"Processing ...Please Wait"* in the status bar at the lower, left-hand corner of the screen.  When the information has been processed, CourtView displays the message *"Update complete."*

## Fixing Errors

The exception report should be run daily to correct any errors before the substance abuse testing tables can be updated. If there are no errors, the substance abuse testing tables are updated with inbound interface files.

1.  On the *Substance Abuse Interface Processing & Control Screen*, click the **Report Matching Errors** button.

    The *Substance Abuse Test  --  Exceptions Report pop-up window* displays.



2.  Complete the **exceptions report** fields.

| Field Name | Field Description |
| --- | --- |
| Control No | Type the **number** of the control model that is compared to the individual tests. |

DC_M SMITH - 008608

| Field Name  (Continued): | Field Description |
|---|---|
| Subject SSN | Type the individual's **social security number**.<br><br>**Note:** DC courts do not use social security numbers. These courts should see "Abuse Test Report" on page 7-20 for procedures. |
| Requested By | Type the **name** of the person requesting the test result information. |
| Test Date     Begin<br>                  End | Type the **beginning** and **ending dates** when the tests were performed.  The format is MMDDYY. |

**3.**   Click the **OK** button to send the report to your designated printer.

**4.**   To manually enter name and/or test information, click the **Manual Update** button on the *Substance Abuse Interface Processing & Control Screen*.

The *Substance Abuse Test  --  Search Screen* displays.

**Note:**  To search for existing information, type **information** in the search criteria fields. Click the **Search** button.  The test information displays in the Search Results box.  Click on the **test information** to highlight the entry, then click the **Open** button.  The *Substance Abuse Test Information Screen* displays with the selected information in the respective fields.

**5.**   Click the **Add** button.

DC_M SMITH - 008609

The *Substance Abuse Test Information Screen* (Figure 7.1-3) allows you to manually enter the name, the test date, and the substance abuse being tested.



**Figure 7.1-3  Substance Abuse Test Information Screen**

**6.** Complete the **test information** fields.

| Field Name | Field Description |
|---|---|
| Subject | Click the **drop-down arrow** to access the *Name pop-up window*.  Type the **name** and click the **OK** button.<br><br>**Note:**  The social security number defaults in the adjacent field for individual's already entered in CourtView.  Type the **social security number** for new entries. |
| Test Date | Type the **date** of the test.  The format is MMDDYY. |
| Collection Date | Type the **date** the tests are received by the office.  The format is MMDDYY. |

DC_M SMITH - 008610

| **Field Name  (Continued):** | **Field Description** |
|---|---|
| Requested By | Type the **name** of the person requesting the test. |
| **Substance Abuse Test Results** | |
| Substance | Click the **drop-down arrow** to select a code that identifies the substance abuse from the *Substance Abuse Codes Selection Screen*.<br><br>**Note:**  These codes must be set up already under the Codes menu.  See Section *"8.30 Substance Abuse Testing"* in the Code Tables User Guide for procedures. |
| Description | This inaccessible field displays a description for the substance abuse code. |
| Positive | Click the **box** to indicate positive test results. |
| Status | Type the **status** of the test or click the **drop-down arrow** to select a status code from the *Substance Abuse Test Status Code Selection Screen*. |
| Control No | Type the **number** of the test control used to compare the individual's test results. |
| Comments | Type any **comments**. |
| **Action Taken** | |
| Action | Type a **code** that identifies the action being taken or click the **drop-down arrow** to select an action taken code from the *Substance Abuse Action Taken Code Selection Screen*. |
| Description | This inaccessible field displays a description for the action taken code. |
| Comment | Displays comments for the action taken. |

DC_M SMITH - 008611

7. To add additional substance abuse codes, click on the **Substance** field, and then click the **Add** button. A blank entry field displays. Repeat the steps for the Substance, Description, and Positive fields outlined above.

8. Click the **Save** button when all the substance abuse codes have been entered.

   The *Substance Abuse Test -- Search Screen* redisplays with the manually entered information in the Search Results box.

9. Click the **Close** button.

   The *Substance Abuse Interface Processing & Control Screen* redisplays.

10. Click the **Close** button.

    The *Pre-Trial Services Shell Screen* redisplays to allow you to select another function or exit by clicking the **Close** button.

## Case Information



To view case information, do the following:

1. On the *Substance Abuse Test Information Screen*, click the **Case** button.

   The *Name Index Screen* displays. Click on a **party**, and then click the **Open** button.

2. Click the **Close** button after viewing the information.

## Purging Error Tables



You can purge the error tables periodically to get rid of old data. Do the following:

1. On the *Substance Abuse Interface Processing & Control Screen*, click the **Purge** button.

   The *Substance Abuse Error Log Purge pop-up window* displays with a date defaulting in the field labeled "Delete all records on the Error Log up to and including this test date."

2. Press **Tab** to accept the date or press the **Delete** button on the keyboard to enter a different date. The format is MMDDYY.

3. Click the **Purge** button on the *pop-up window*.

   CourtView displays a warning message: *"Purge all Error Log records through (specified date)?"*

4. Click the **Yes** button.

   CourtView displays the message, *"Processing . . . Please Wait."* CourtView then displays the message, *"Purge Complete."*

   The number of records purged displays in the Records Purged field in the *pop-up window*.

5. Click the **Cancel** button on the *pop-up window*.

   The *Substance Abuse Interface Processing & Control Screen* redisplays.

6. Click the **Close** button.

DC_M SMITH - 008612

## Search Methods

There are two ways of searching for substance abuse information recorded in CourtView: by officer or by the actual substance. Do the following:

1. To search by officer, click on **Functions** on the menu bar of the *Pre-Trial Services Shell Screen*.

   A drop-down box displays.

2. Click on **Substance Abuse**.

   A *sub-menu* displays.

3. Click on **Substance Abuse Testing Search**.

   The *Substance Abuse Test -- Search by Officer Screen* (Figure 7.1-4) allows you to search for test results by the officer who requested the information. The screen displays with blank entry fields. The data shown on the sample screen is for instructional purposes.



**Figure 7.1-4  Substance Abuse Test  --  Search by Officer Screen**

4. At the Requested By field, type the **name of the officer** who requested substance abuse tests.

   **Note:** You can enter one or all of the Search Criteria fields. The more information entered will speed up the search because there will be fewer cases in CourtView that match your search data.

5. Click the **Search** button.

   The test result information and subject's name display in the Search Results box.

DC_M SMITH - 008613

6.  Click on the **information** to highlight the entry, and then click the **Open** button.

The *Substance Abuse Test Information Screen* displays with the test data in the respective fields.

7.  Click either the **Close** button to exit or the **Cases** button to view the case.

To search for test results by substance, do the following:

1.  Click on **Functions** on the menu bar of the *Pre-Trial Services Shell Screen*.

A drop-down box displays.

2.  Click on **Substance Abuse**.

A *sub-menu* displays.

3.  Click on **Search by Substance**.

The *Substance Abuse  --  Search by Substance Screen* (Figure 7.1-5) allows you to search for test results by a particular substance or ALL substances recorded in CourtView.  The screen displays with blank entry fields, with the exception of "all" in the Substance and Result fields.  The data shown in the Substance field on the sample screen is for instructional purposes.



**Figure 7.1-5  Substance Abuse  --  Search by Substance Screen**

DC_M SMITH - 008614

4.  At the Substance field, click on the **drop-down arrow** to select a substance from the list.

    **Note:**  You can use the default of "all" to search CourtView for all substance testing.  However, it's highly suggested to use other Search Criteria, such as entering the name of the person requesting the tests or a date range, to prevent slowing down your system by retrieving a large amount of data.

5.  Click the **Search** button.

    The test result information and subject's name display in the Search Results box.

6.  Click on the **information** to highlight the entry, and then click the **Open** button.

    The *Substance Abuse Test Information Screen* displays with the test data in the respective fields.

7.  Click either the **Close** button to exit or the **Cases** button to view the case.

DC_M SMITH - 008615

DC_M SMITH - 008616

CourtView                                                        Substance Abuse Testing

# 7.2 D.C. Interface

This functionality allows the District of Columbia Superior Court to provide information on individuals that have been ordered for substance abuse testing to PSA (Pretrial Services Agency).

There are two messages -- outbound and inbound -- that are transmitted through a RamServer. When a docket is created with a participant for substance abuse testing, removing the participant from substance abuse testing, or disposing of a case, an outbound message occurs that triggers the interface. The outbound message is in an XML format.

**Flow Chart**





The inbound message that relays the results of the substance abuse testing to the court is a comma delimited flat file: Dgyyyymmdd.txt (y = year, m= month, d =day). The file must be dated for the day the substance abuse information is transmitted.

The following directories must be set up on the RamServer machine. These values must match the path in the WASHDCINTPSARAMServer.ini file:

C:\PSA

C:\PSA\XML

C:\PSA\XML\Sent

C:\PSA\Text

C:\PSA\Text\Processed

DC_M SMITH - 008617

## Docket Code Set Up

You must set up the following codes that trigger the outbound PSA interface when dockets set up for this functionality are added to a case. The codes are:

ORDSAT (Order for substance abuse testing) -- used during docket entry when an individual is ordered by the judge for drug testing. Must be an informational docket application that is attached to each case type using court appointed docket codes.

ORDSATR (Order for removal from substance abuse testing) -- used during docket entry when a release order for drug testing is entered. Must be an informational docket application that is attached to each case type using court appointed docket codes.

CD (Case Disposed) -- docket code that is attached to the case disposition code that triggers the interface during case disposition. Must be an informational docket application that is attached to each case type using court appointed docket codes.

**Note:** The dockets listed above can be set up by clicking on **Case Management/ Codes/Codes A-I/Docket/All Dockets**.

Closed (Disposition code) -- used for cases that are closed.

## Docket Report Code

Once the above named dockets are set up you must group them together so one code, "PSA," can be added to a case to trigger the extract of CourtView data for the outbound XML message. Do the following to create the docket report group code:

1. Click on **Codes** on the main menu of the *Case Management Shell Screen*.

   A drop-down box displays with sets of letters (A-I, J-Q, and so forth) that group the codes alphabetically.

2. Click on **Codes R-Z**.

   A *sub-menu* of codes displays.

3. Click on **Reports**.

   A *docket sub-menu* displays.

4. Click on **Docket Report**.

   The *Docket Report Code Selection Screen* displays.

5. Click the **Add** button.

DC_M SMITH - 008618

The *Docket Report Code Maintenance Screen* (Figure 7.2-1) displays to allow you to attach informational dockets to a single group code named "PSA."



**Figure 7.2-1 Docket Report Code Maintenance Screen**

See "Docket Report" in the Code Tables User Guide for procedures on adding docket codes under one report group.

### RAM Report Group

The "PSA" docket report code must be attached to the RAM report group, which indicates the report groups using the RAM Server. The "PSA" docket report code must be listed for the RAM Server to include these dockets to trigger the outbound message. Do the following:

1. Click on **Codes** on the main menu of the *Case Management Shell Screen*.

   A drop-down box displays with sets of letters (A-I, J-Q, and so forth) that group the codes alphabetically.

2. Click on **Codes R-Z**.

   A *sub-menu* of codes displays.

3. Click on **Reports**.

   A *docket sub-menu* displays.

4. Click on **Report Group**.

DC_M SMITH - 008619

The *Report Group Code Selection Screen* displays.

5.  Click the **Add** button.

The *Report Group Code Maintenance Screen* (Figure 7.2-2) displays to allow you to attach the PSA docket group to the RAM Server package.



**Figure 7.2-2 Report Group Code Maintenance Screen**

See Report Group in the Code Tables User Guide for procedures on adding the PSA report group to the RAM report group.

DC_M SMITH - 008620

## Outbound XML Rules

The following rules apply to the outbound XML file creation process:

- The case number information (case year, type and sequence) will always be populated

- If the information is triggered by an order for drug testing or an order for release from drug testing, the individual involved is entered during the docket entry creation as a docket participant

- If the information is triggered by a case disposition, only the case number information, the disposition code and the disposition date is populated

- Only the following case types are extracted:

| Case Type | Description |
| --- | --- |
| DEL | Delinquent |
| PIN | Person in Need of Supervision |
| ISC | Interstate Compact |
| NEG | Neglect |

## Sending Outbound Message

The following procedures describe how to generate an outbound substance abuse message. The ORDSAT docket code is used as an example, but the procedures apply for the two other dockets.

**Note:** The site.ini must be set to DEV_STATE = DC and all letters must be typed in UPPERCASE on CRTS0432 for the interface to work correctly.

1. Initiate a case using either the DEL (Delinquent), PIN (Person in Need of Supervision), ISC (Interstate Compact), or NEG (Neglect) case type. Our example is the NEG case type. "Case Initiation" procedures are detailed in the Case Management User Guide.



2. On a case type screen, click the **Docket** button.

   The *Docket List Screen* displays.

3. Click the **Add** button.

DC_M SMITH - 008621

The *Docket Entry Creation Screen* displays to allow you to select a docket that is set up for the substance abuse testing interface. The sample screen shows information for instructional purposes.



**Figure 7.2-3 Docket Entry Creation Screen**

**4.** At the Docket Entry field, click the **drop-down arrow**.

The *Docket Code Selection by Case Type Screen* displays.

**5.** Select one of the following dockets: CD (Case Disposed), ORDSAT (Order for substance abuse testing), ORDSATR (Order for removal of substance abuse testing). Our example is the ORDSAT docket code.

**6.** Click the **More** button next to Participant on the *Docket Entry Creation Screen*. You must first select a docket code before clicking the Participant button.

DC_M SMITH - 008622

The *Docket Participant(s) Screen* (Figure 7.2-4) displays with a list of party types in the upper half of the screen and the names of parties listed in the lower half of the screen.



**Figure 7.2-4 Docket Participant(s) Screen**

7. Click the **box** in front of the name of the party that is affected by the substance abuse order.

8. Click the **Save** button.

   The *Docket Entry Creation Screen* redisplays.

9. Click the **Save** button.

   Saving the docket entry pulls the party participants into the docket text and generates a court-appointed message out to the Ram Server. The *Docket List Screen* redisplays with the docket and the name(s) of the participant(s) linked to the docket.

10. Click the **Close** button.

    CourtView will extract the information to the Ram Server in an XML format. The dockets must be attached to the PSA docket report code that is linked to the RAM report group.

    The XML format enables the Pretrial Services Agency to receive the correct name, address, telephone number, date of birth, sex, and race for the individual to be tested.

DC_M SMITH - 008623

**Abuse Test Report**

The Substance Abuse Test Exception Report should be run daily to check for errors with the inbound interface messages from the Pretrial Services Agency to the court. The inbound information is delivered in a text file in the format of Dgyyyymmdd.txt The file date is the day the data is gathered. When checking for the file, it should be dated with yesterday's date. The information also includes the original data submitted to the PSA so the court can verify the results are for the correct individual.

To run the report, do the following:

1. On the *Pre-Trial Services Shell Screen*, click on **Substance Abuse** under Functions.

   A *sub-menu* displays.

2. Click on **Substance Abuse Testing Upload**.

   The *Substance Abuse Interface Processing & Control Screen* (Figure 7.2-5) displays with selections for updating information in CourtView.



**Figure 7.2-5 Substance Abuse Interface Processing & Control Screen**

3. Click on **Report Matching Errors**.

DC_M SMITH - 008624

The *Substance Abuse Test -- Exceptions Report Screen* (Figure 7.2-6) displays.



**Figure 7.2-6 Substance Abuse Test -- Exceptions Report Screen**

4.  Complete the **exceptions report** fields.

| Field Name | Field Description |
|---|---|
| Control No | Type the **number** of the control model that is compared to the individual tests. |
| Subject ID | Type the individual's **name**. The identity on the case must match the identity on the test record to run the report. |
| Test Date    Begin    End | Type the **beginning** and **ending dates** when the tests were performed.  The format is MMDDYY. |

5.  Click the **OK** button.

The *Print pop-up window* displays.

DC_M SMITH - 008625

6.  Click the **Print** button.

The following errors will prevent a record from being inserted into the substance abuse test results table and will be put into the substance abuse error table in CourtView:

- "Identity not found" -- If the cross reference number of the individual tested in the interface file does not match an existing cross reference number

- "Identity Name does not match"  -- If the cross reference number matches but the first 3 characters of the last name and the first 2 characters of the first name do not match in CourtView

- "Identity characteristics do not match" -- If any of 3 fields do not match the identity fields in CourtView: Date of Birth, Race, Sex. **Note:** Null in the interface file but not in CourtView will be considered a match

- "Duplicate specimen number on another individual"  - If the specimen (Control) number is found on an individual other than the individual tested

## Manual Entry of Test Information

If an error is found in the inbound interface file, the record can be manually entered into CourtView. However, you must have the proper security clearance to access this functionality.

**Caution:** Only the selected users who will be manually updating substance abuse test results should be given access to the Pre-Trial Services Module and the Substance Abuse function. The results contain confidential information.

1.  To manually enter name and/or test information, click the **Manual Update** button on the *Substance Abuse Interface Processing & Control Screen*.

The *Substance Abuse Test  --  Search Screen* displays.

**Note:**  To search for existing information, type **information** in the search criteria fields. Click the **Search** button.  The test information displays in the Search Results box.  Click on the **test information** to highlight the entry, then click the **Open** button.  The *Substance Abuse Test Information Screen* displays with the selected information in the respective fields.

2.  Click the **Add** button to enter new information.

The *Substance Abuse Test Information Screen* displays with blank entry fields.

See "Figure 7.1-3 Substance Abuse Test Information Screen" on page 7-6 for a sample screen and field descriptions.

3.  Click the **Save** button when all the substance abuse codes have been entered.

The *Substance Abuse Test  --  Search Screen* redisplays with the manually entered information in the Search Results box.

4.  Click the **Close** button.

DC_M SMITH - 008626

# 7.3 Chester Substance Abuse Testing

This section describes procedures for substance abuse testing specifically designed for Chester County, PA. The site.ini file must be set to DEV_STATE=PA and DEV_COUNTY=Chester.

The functionality allows you to manually add, maintain and track substance abuse testing from case-type screens. Incomplete test results can be monitored and additional information can be entered at a later time, such as the probation officer who conducted the test and the staff member who witnessed the test.

Substance Abuse testing is confidential. It's strongly suggested that only a few court personnel have the security clearance to access test records. Access to screens and permissions to work with the information are governed per user by the *User Screen Security Maintenance Screen* and the configuration of the Substance Abuse dynamic button. CourtView reviews each user's security setting when the dynamic button is clicked. This process allows for the coordination of which court personnel can view information and which court personnel can update records.

Results and status of the testing are displayed on the *Substance Abuse Test Search Screen.* The substance abuse status codes must be set up for "PEND," "REJECTED," and "INC" (inconclusive). See Section "8.30 Substance Abuse Testing" in the Juvenile Probation section of the Code Tables User Guide for procedures.

Do the following to record substance abuse tests.

1.  On either the *Juvenile Probation or Adult Probation Shell Screens*, click on **Functions**.

    A drop-down box displays.

2.  Click on **Case Initiation**.

DC_M SMITH - 008627

The *Case Selection Screen* (Figure 7.3-1) displays to allow you to locate a case in CourtView that you are adding substance abuse test information.



**Figure 7.3-1 Case Selection Screen**

3. Type **case information** into the search fields.

   See Section "2.1 Probation Case Initiation" on page 2-2 of this user guide for descriptions of the Search Criteria. The Clear button removes information in all the search fields, as well as search results if the information is not what you needed.

4. Click the **Search** button.

   The case/party information displays in the Search Results box.



5. Click on the **case/party information** to highlight the entry, and then click the **SubAB** (Substance Abuse) button.

   CourtView checks the user's security setting to determine if they have permission to view, add, delete or print test results. The *Substance Abuse Test History Screen* then displays.

6. Click the **Add** button.

DC_M SMITH - 008628

The *Substance Abuse Test Information Screen* (Figure 7.3-2) displays with the primary party on the case listed in the Subject field. The sample screen shows information in other fields for instructional purposes.



**Figure 7.3-2 Substance Abuse Test Information Screen**

**7.** Complete the **substance abuse test information** fields.

| Field Name | Field Description |
|---|---|
| **Substance Abuse Test Information** | |
| Subject | Field displays the name of the party on the case selected from the *Case Selection Screen*. |
| SSN | Field displays the social security number for the party entered in the Subject field. The field can be blank because there is no edit check to ensure the SSN exists for this subject. |
| Collection Date | Type the **date** the test sample was collected. The format is MMDDYY. |

DC_M SMITH - 008629

| Field Name  (Continued): | Field Description |
|---|---|
| Requested By | Field defaults the probation officer's name currently assigned to the case. You also can click the **drop-down arrow** to select a probation officer's name from the *Probation Officer Selection Screen*. |
| Witnessed By | Type the **name** of the person who witnessed the sample collection. This is a 38-character field. |
| Test Date | Type the **date** the tests were run on the sample. The format is MMDDYY.<br><br>**Note:** This is a required field if there is an entry in the Tested By or test result fields. |
| **Substance Abuse Test Results** | |
| Substance | Click the **drop-down arrow** to select from the *Substance Abuse Code Selection Screen* the substance that is being tested. |
| Description | Field displays a description of the selected substance code. |
| Result | Click the **drop-down arrow** to select "negative" or "positive" from the list. This field is required when the Test Date or Tested By fields are entered. |
| Tested By | Click the **drop-down arrow** to select a probation officer's name from the *Probation Officer Selection Screen*. This field is required if the Test Date field or any test results are entered. |
| Status | Click the **drop-down arrow** to select from the *Substance Abuse Test Status Code Selection Screen* a code that explains the status of the test. |
| Control No | Type a **control number** in conjunction with the sample to be tested. |
| Comments | Type any **comments**. |

DC_M SMITH - 008630

| Field Name  (Continued): | Field Description |
|---|---|
| **Action Taken** | |
| Action | Type a **code** that identifies the action being taken or click the **drop-down arrow** to select an action taken code from the *Substance Abuse Action Taken Code Selection Screen.* |
| Description | This inaccessible field displays a description for the action taken code. |
| Comment | Type any **comments** regarding the action taken from the test results. |

**8.** To add additional substance abuse codes, click on the **Substance** field, and then click the **Add** button.  A blank entry field displays.  Repeat the steps for the Substance, Description, and Result fields outlined above.

**9.** Click the **Save** button when all the substance abuse codes have been entered for the case.

The *Substance Abuse Test  History Screen* (Figure 7.3-3) redisplays with the manually entered information in the Search Results box. The sort order is by the collection date (descending) of the specimens so the most recent collection displays first.

DC_M SMITH - 008631

**Note:** The Result field is dependant on the status of the testing. If the status code is inconclusive, rejected or pending then one of these three codes display regardless of the positive and/or negative test results entered.

If the status code is other than inconclusive, rejected, pending or is null and there are no positive test results, then NEG (negative) displays in the result column.

If the status code is other than inconclusive, rejected, pending or is null and there is at least one positive test result, then POS (positive) displays in the result column.



**Figure 7.3-3 Substance Abuse Test History Screen**

    **10.** Click the **Close** button.

## Case Information



To view case information, do the following:

    **1.** On the *Substance Abuse Test Information Screen*, click the **Cases** button.

        The *Name Index Screen* displays.  Click on a **party**, and then click the **Open** button.

    **2.** Click the **Close** button after viewing the information.

DC_M SMITH - 008632

**Adding Results**

This functionality provides the flexibility of entering incomplete test results and completing the date at a later time. For example, a person has submitted a sample but the tests have not been run yet. When the test results are determined, you can then add the data. The Collection Date and the Witnessed By fields are required to store an incomplete record as shown in Figure 7.3-4.



**Figure 7.3-4 Substance Abuse Test History Screen**



1. On the *Substance Abuse Test History Screen*, click on the **collection date** to highlight the entry.

2. Click the **Add** button.

   **Note:** The user's security setting determines whether or not the Add, Delete or Print buttons are active on the *Substance Abuse Test History Screen*.

   The *Substance Abuse Test Information Screen* displays if the user has access to the Add button. See <span style="color:magenta">"Figure 7.3-2 Substance Abuse Test Information Screen" on page 7-25</span>.

3. Complete the entry fields with the test results.

4. Click the **Save** button.

   The *Substance Abuse Test History Screen* redisplays with the completed test record.

DC_M SMITH - 008633

**Search Results**

If you have the security permission, test results can be searched and retrieved in CourtView by subject, substance and/or probation officer. You must have the site.ini file set to DEV_STATE=PA and DEV_COUNTY=CHESTER to use the respective screen functionality.

## Subject Search

**1.** On either the *Adult* or *Juvenile Probation Shell Screen*, click on **Functions**.

A drop-down box displays.

**2.** Click on **Substance Abuse**.

A *sub-menu* displays.

**3.** Click on **Substance Abuse Testing Upload**.

The *Substance Abuse Interface Processing & Control Screen* (Figure 7.3-5) displays.



**Figure 7.3-5 Substance Abuse Interface Processing & Control Screen**

**4.** Click on the **Manual Update** button.

DC_M SMITH - 008634

The *Substance Abuse Test Search Screen* (Figure 7.3-6) displays with blank Search Criteria fields. The sample Screen shows information for instructional purposes.



**Figure 7.3-6 Substance Abuse Test Search Screen**

5. Complete the **test search** fields.

| Field Name | Field Description |
|---|---|
| **Search Criteria** | |
| Subject | Type a **subject's name** or click the **drop-down arrow** to search/select a name from the *Identity Selection Screen*. |
| Requested By | Type a **probation officer's name** or click the **drop-down arrow** to search/ select a probation officer from the *Probation Officer Selection Screen*. |

DC_M SMITH - 008635

| Field Name  (Continued): | Field Description |
|---|---|
| Tested By | Type the **name** of the probation officer that requested the test. You also can click the **drop-down arrow** to search/select a probation officer on the *Probation Officer Selection Screen*. |
| Witnessed By | Type the **name** of the person who witnessed the test. |
| SSN | Type the subject's **social security number**. You do not have to type dashes between numbers. Press **Tab** to automatically format the social security number. |
| Control Number | Type the **number** of the control specimen associated with the sample. |
| Test Date -- From | Type a **beginning date** to search for test results by a date range. The format is MMDDYY. |
| Through | Type an **ending date** to search for test results by a date range. The format is MMDDYY. |

6. Click the **Search** button.

   The subject and test information displays in the Search Results box.

7. Click on a **subject** in the Search Results box, and then click the **Open** button.

   The *Substance Abuse Test Information Screen* displays with the subject and test data in the respective fields.

## Substance Search

1. On either the *Adult* or *Juvenile Probation Shell Screen*, click on **Functions**.

   A drop-down box displays.

2. Click on **Substance Abuse**.

   A *sub-menu* displays.

3. Click on **Search by Substance**.

DC_M SMITH - 008636

The *Substance Abuse Test Search By Substance Screen* (Figure 7.3-7) displays with blank entry fields, except for the default of "all" in the Result field. The sample screen shows information for instructional purposes.



**Figure 7.3-7 Substance Abuse Test Search By Substance Screen**

**4.** Complete the **search by substance** fields.

| Field Name | Field Description |
|---|---|
| **Search Criteria** | |
| Subject | Type a **subject's name** or click the **drop-down arrow** to search/select a name from the *Identity Selection Screen*. |
| Requested By | Type a **probation officer's name** or click the **drop-down arrow** to search/select a probation officer from the *Probation Officer Selection Screen*. |

DC_M SMITH - 008637

| Field Name  (Continued): | Field Description |
|---|---|
| Tested By | Type the **name** of the probation officer that requested the test. You also can click the **drop-down arrow** to search/select a probation officer on the *Probation Officer Selection Screen*. |
| Witnessed By | Type the **name** of the person who witnessed the test. |
| Control Number | Type the **number** of the control specimen associated with the sample. |
| Substance | Click the **drop-down arrow** to select a substance code from the list. |
| Result | Click the **drop-down arrow** to select a result code from the list. |
| Test Date From | Type a **beginning date** to search for test results by a date range. The format is MMDDYY. |
| Through | Type an **ending date** to search for test results by a date range. The format is MMDDYY. |

5. Click the **Search** button.

   The subject and substance information displays in the Search Results box.

6. Click on a **subject** in the Search Results box,and then click the **Open** button.

   The *Substance Abuse Test Information Screen* displays with the subject and substance data in the respective fields.

## Officer Search

1. On either the *Adult* or *Juvenile Probation Shell Screen*, click on **Functions**.

   A drop-down box displays.

2. Click on **Substance Abuse**.

   A *sub-menu* displays.

3. Click on **Substance Abuse Testing Search**.

DC_M SMITH - 008638

The *Substance Abuse Test Search By Officer Screen* (Figure 7.3-8) displays with blank Search Criteria fields. The sample screen shows information for instructional purposes.



**Figure 7.3-8 Substance Abuse Test Search By Officer Screen**

**4.** Complete the **search by officer** fields.

| Field Name | Field Description |
|---|---|
| **Search Criteria** | |
| Requested By | Type a **probation officer's name** or click the **drop-down arrow** to search/select a probation officer from the *Probation Officer Selection Screen*. |
| Tested By | Type the **name** of the probation officer that requested the test. You also can click the **drop-down arrow** to search/select a probation officer on the *Probation Officer Selection Screen*. |
| Witnessed By | Type the **name** of the person who witnessed the test. |

DC_M SMITH - 008639

| Field Name  (Continued): | Field Description |
|---|---|
| Control Number | Type the **number** of the control specimen associated with the sample. |
| Test Date -- From | Type a **beginning date** to search for test results by a date range. The format is MMDDYY. |
| Through | Type an **ending date** to search for test results by a date range. The format is MMDDYY. |

5. Click the **Search** button.

   The subject and probation officer information displays in the Search Results box.

6. Click on a **subject** in the Search Results box,and then click the **Open** button.

   The *Substance Abuse Test Information Screen* displays with the subject and probation officer listed in the respective fields.

**Error Tables Purge**

See "Purging Error Tables" on page 7-8 for periodically deleting old data.

DC_M SMITH - 008640



# Chapter 8
# *Scheduling/Forms Generation*

## Overview

Clerks need the ability to schedule appointments when clients call requesting meetings or discussions with their caseworkers. If the clerks do not know when case workers or work crew supervisors are in the office, then conflicts occur. To avoid problems, existing appointments and downtime can be conveniently scheduled.

This chapter details the procedures for scheduling events and downtime, which includes holidays, vacations, illness, and so forth.




The *Scheduled Events Maintenance Screen* provides clerks with the flexibility of scheduling objects. (The reference to "object" in this document is synonymous with caseworkers and work crew supervisors for scheduling downtime.) The maintenance screen allows you to copy an existing schedule for one or multiple objects instead of having to re-enter the same information.

Appointment times are recorded on the *Time Block Selection Screen*, which features colorful blocks representing five-minute intervals for each hour the office is open. When an appointment is "blocked," CourtView prompts an error message if another appointment is scheduled for the same time frame. Time already scheduled appears in turquoise and new appointments are in blue. This helps you know what hours are available to be scheduled.

This chapter also includes procedures for sending forms and notices. A notice is essentially the same thing as a form. Both documents inform the public of important information. See a sample notice at the end of this chapter.



For example: a notice needs to be sent out to probation officers that a guest speaker is giving a one-day conference on medical services. This event can be scheduled so a notice can be generated with the date and time so the probation officers are informed in advance of the conference.

Caseworkers also can generate a bench warrant form to begin the process of closing the file in Pre-Trial Services.

CourtView uses standard word processing templates and tokens to provide personalized forms and notices for your court. You have the flexibility of using either the MS Word[1] or WordPerfect[2] word processing programs.

The procedures for setting up and drafting either a Word or WordPerfect form are described in detail in a separate user guide. See "Creating MS Word Forms" or "Creating WordPerfect Forms" in the Forms Generation User Guide for procedures.

---

1. Microsoft Word is a registered trademark of Microsoft Corporation.
2. WordPerfect is a registered trademark of Corel Corporation.

DC_M SMITH - 008641

# 8.1  Appointment Schedules

Event codes must be programmed *before* objects can be scheduled.  These codes are located in the Judicial Management Module under "6.15 Event" on the codes menu.  Each Pre-Trial Services court division can determine its own event codes.

Do the following to define specific court events, such as hearings, arraignments, and so forth.  An estimated length of time necessary for the event also can be scheduled.

1.  On the *Judicial Management Shell Screen*, click on **Event Types** under Codes on the main menu.

    A *sub-menu* displays.

2.  Click on **All Events**.

    The *Event Code Selection Screen* displays.

3.  Click the **Add** button.

    The *Event Code Maintenance Screen* (Figure 8.1-1) displays with blank entry fields.  The sample screen shows data for instructional purposes.

    **Note:**  For caseworker events, the Notices, Dockets, Event Report Group and Auto Schedule fields do not have to be completed.  Required fields are Event Code, Description and Estimated Time for scheduling caseworker events.  You do not have to be concerned with an estimated time at this stage because this parameter will not be used for the caseworker scheduling functionality.  However, enter an amount of time to save the screen.



**Figure 8.1-1  Event Code Maintenance Screen**

DC_M SMITH - 008642

4. Complete the required **event code maintenance** fields for caseworker scheduling.  See "6.15 Event" in the Code Tables User Guide for complete field descriptions of this screen.

| Field Name | Field Description |
|---|---|
| Event Code | Type an **alphanumeric code**. |
| Description | Type a **description** for the event code. You can use a maximum of 50 characters. |
| Estimated Time | Type the **estimated time** for the event. The format is HH:MM. |

5. To enter additional event codes, click the **Add** button.

The entry fields clear to allow you to enter another code and a description.  A scroll bar displays at the right-hand side of the screen to allow you to move between event codes.

6. Click the **Save** button.

You are now ready to schedule objects.

## Scheduling Downtime

Once the event codes have been programmed you can schedule objects (caseworkers) for when they are unavailable (downtime).  Do the following:

**Note:**  Although the following procedures detail how to schedule downtime, the same procedures can be followed to schedule other objects.

1. On the *Pre-Trial Services Shell Screen*, click on **Functions**.

A drop-down box displays.

2. Click on **Scheduling**.

The *Scheduled Events Maintenance Screen* displays.  See Figure 9.1-2.

DC_M SMITH - 008643

The *Scheduled Events Maintenance Screen* (Figure 8.1-2) displays with blank entry fields except for the Start Date field.  The Start Date field defaults with the current system date.



**Figure 8.1-2  Scheduled Events Maintenance Screen**

3.  Click the **Add** button to schedule an event.

A second *Scheduled Events Maintenance Screen* displays.  See Figure 9.1-3.

DC_M SMITH - 008644

The maintenance screen shown in Figure 8.1-3 allows you to select an event type code, date and time to place the event on the calendar. This screen displays with blank entry fields. The information shown on the sample screen is for instructional purposes.



**Figure 8.1-3  Scheduled Events Maintenance Screen**

4. At the Event Type field, click the **drop-down arrow** to select an event code from the *Event Code Selection by Office Type Screen*.

   **Note:** As stated in the beginning of this section, event codes must be already set up. Click the **Select** button on the *Event Code Selection by Office Type Screen* to carry over the code to the *Scheduled Events Maintenance Screen*.

5. At the Schedule Date field, type the **date of the event**, press **Tab**, and type the **starting time**. Press **Tab** again, and type the **ending time**. The time format is HH:MM.

   **Note:** The More button (three "plus" signs) accesses the *Time Block Selection Screen*. See "8.1.1 Time Block Selection" on page 8-9 for complete procedures.



6. In the Scheduled Objects box at the lower half of the screen, click the **drop-down arrow** to the right of the Data Source field.

   The *Scheduling Objects Selection Screen* displays. See Figure 9.1-4.

DC_M SMITH - 008645

The *Scheduling Objects Selection Screen* (Figure 8.1-4) allows you to select objects (caseworkers) that are necessary for the event being scheduled.  The sample screen shows information for instructional purposes.

**Note:**  You can generate notices once you have scheduled objects.  See "Event Notice Generation" for complete details.



**Figure 8.1-4  Scheduling Objects Selection Screen**

**7.**  At the Search Criteria fields, click on the **Case Worker** radio button.

**8.**  Click the **Search** button.

Case worker names display in the Search Results box.

**9.**  Click on an **individual's name** to highlight it, then click the **Select** button.

The information is carried over to the Description and Data Source fields on the *Scheduled Events Maintenance Screen*.

If more than one object (caseworker, probation officer, judge, and so forth) is to attend this event, click the **Add** button on the *Scheduled Events Maintenance Screen* to schedule additional objects for this event. Repeat steps 6 through 9 above for each object added.

**Note:**  To check an object's schedule for the event date, click on the **object** to highlight it, then click the **More** button (three "plus" signs) to the right of the Scheduled Date, Start, and End fields.  The *Time Block Selection Screen* displays.

DC_M SMITH - 008646

**10.** Click the **Save** button.

The event is scheduled for all of the objects (caseworkers, probation officers, etc.) selected.  The event type, location, date, time and result (if applicable) displays on the *Scheduled Events Maintenance Screen* (Figure 8.1-5).  The *Scheduling Events Maintenance Screen* features search fields to locate scheduled events in CourtView.  This allows you to view existing appointments for a specific date or date range.  The sample screen shows information for instructional purposes.



**Figure 8.1-5  Scheduling Events Maintenance Screen**

**Searching Appointments**

To search CourtView for existing appointments, do the following:

**1.** Complete the **scheduling events maintenance** fields.

| Field Name | Field Description |
|---|---|
| Event Type | Type an **event type code** or click the **drop-down arrow** to select a code from the *Event Code Selection by Office Type Screen*. |

DC_M SMITH - 008647

| Field Name  (Continued): | Field Description |
|---|---|
| Start Date | Press **Tab** to use the default of "today's" date or type another **starting date** to search by a date range.  The format is MMDDYY. |
| Location | Type a **location code** or click the **drop-down arrow** to select a code from the *Location Code Selection Screen*. |
| End Date | Type an **ending date** to search by a date range.  The format is MMDDYY. |
| Object | Click the **drop-down arrow** to search for and select an object on the *Scheduling Objects Selection Screen*. |
| Start/End Time | Type a **starting time** for an event, press **Tab**, and the type an **ending time**.  The format is HH:MM. |
| Case Number | Type a **case number** or click the **drop-down arrow** to select a case number from the *Case Selection Screen*. |
| Show Resulted Events | Click the **box** to include event results in the search results.  Leave blank to not include resulted events, such as a continuance or dismissal. |

2.  Click the **Search** button.

    The results of the search display in the Search Results box with the date/time, event type/location and result (if applicable) in their respective fields.  See Figure 8.1-5 for an example.

3.  To view appointments for a specific event, click on an **event** in the Search Results box to highlight the entry.

4.  Click the **Open** button.

    The event information displays on the *Scheduled Events Maintenance Screen*.

5.  Click the **More** button (three "plus" signs) at the Scheduled Date field to view the appointment times on the *Time Block Selection Screen*.

DC_M SMITH - 008648

# 8.1.1  Time Block Selection

The *Time Block Selection Screen* allows you to manually schedule a "block" of time for an event.  A block represents a five-minute interval.  This is a handy tool should there be a conflict with other events and you need to know if there is a time frame available.  Do the following:



1.  On the *Scheduled Events Maintenance Screen*, click the **More** (three "plus" signs) button.

    **Note:**  This button is located to the right of the Scheduled Date, Start and End fields.

    The *Time Block Selection Screen* (Figure 8.1.1-1) displays.  Blue colored blocks indicate a new event being scheduled.  Blocks in turquoise indicate events already scheduled.

**Figure 8.1.1-1  Time Block Selection Screen**

2.  To schedule a time block, click on a **block**, and then click on another **block** that represents your time frame.  For example:  click on the 9:00 a.m. block and then the 11:00 a.m. block.

    The blocks that you clicked on turn blue to indicate the block of time scheduled.  The time displays in the Start and End fields.

DC_M SMITH - 008649

**3.** Click the **Select** button.

The block of time carries over to the Scheduled Date, Start and End fields on the *Scheduled Event Maintenance Screen*.

**4.** Click the **Save** button.

The time frame for the event has been scheduled.

DC_M SMITH - 008650

# 8.2  Event Notice Generation

Notices are documents that contain text that has been set up by each court.  The procedures for setting up the text and document parameters are detailed in the *Forms Generation User Guide*.

This section shows how to generate a notice to a party(s) on a case after the event and objects have been scheduled for a date and time.

1.  On the *Pre-Trial Services Shell Screen*, click on **Functions**.

    A drop-down box displays.

2.  Click on **Case Summary**.

    The *Case Selection Screen* (Figure 8.2-1) displays with the cursor on the blank Case Number field.  The case number shown in the sample screen is for instructional purposes.



**Figure 8.2-1  Case Selection (Pretrial) Screen**

3.  At the Case Number field, type a **number** for an existing case in CourtView.  You also can use the other search criteria fields, such as entering a case type, first and/or last name, and so forth.  The more information entered in the search fields will speed up the search because there will be less information in CourtView matching your specific search criteria.

4.  Click the **Search** button.

DC_M SMITH - 008651

The case information that matches the search criteria displays in the Search Results box as shown in Figure 8.2-1.

5. Click on the **case/party information**, then click the **Open** button.

   If there is an alert on a party or an active case display tickler, *pop-up windows* display as a precaution. Click the **Alert** or **Tickler** buttons to view information. You can click the **Continue** button on either *pop-up window* to proceed.

   The *Pretrial Summary Screen* (Figure 8.2-2) displays with the case information in the respective fields. This is a display-only screen for viewing information. You must click on dynamic buttons to record new information or modify existing data.



**Figure 8.2-2  Pretrial Summary Screen**



6. Click the **Events** button at the top of the summary screen. (If the Events button is not visible at the top of the screen, click the **Down Arrow** on the scroll bar at the far right of the screen to move to the button.)

   The *Scheduled Events Maintenance Screen* displays. See Figure 9.2-3.

DC_M SMITH - 008652

The *Scheduled Events Maintenance Screen* (Figure 8.2-3) displays with events that have been scheduled for this case.  The Find button provides access to a different *Scheduled Events Maintenance Screen* with search fields to locate other events, such as downtime.



**Figure 8.2-3  Scheduled Events Maintenance Screen**



7. Click on the **scheduled event** in the Search Results box, and then click the **Forms** button.

   A *pop-up window* displays with the message: *"Do you want to send notices for this event?"*

8. Click the **Yes** button on the *pop-up window*.

DC_M SMITH - 008653

The *Event Notice Generation Screen* (Figure 8.2-4) displays to allow you to select the type of notice to be sent and the parties who will receive the notice.  The Current Notice Description field defaults to the notice that is set up for the selected event.



**Figure 8.2-4  Event Notice Generation Screen**

9.  To select another notice, click the **drop-down arrow** at the Current Notice Description field.  The *Document Code Selection Screen* displays.  Click on a **document code**, and then click the **Select** button.

    The *Event Notice Generation Screen* redisplays with the notice entered in the Current Notice Description field.

10. The Notices box contains the names of parties on the case.  Click the **box** for each name to designate who will receive the notice.

    **Note:**  When the box is clicked, a check mark displays to show that the party will receive the notice.

DC_M SMITH - 008654

11. Do one of the following:

   **a.** To print notices in a batch, click the **Save** button.  The *Scheduled Events Maintenance Screen* redisplays.  (See "Batch Printing" for procedures.)

   **b.** To generate the notice now, click the **Forms** button.  CourtView initiates a word processing program that contains the selected document that was set up beforehand.  Click the **Print** button on the word processing menu bar.  Click **Print** on the *pop-up window* to print your notice(s).

12. Click the **Close** button.

## Batch Printing

To print notices in a batch rather than individually, do the following:

1. On the *Pre-Trial Services Shell Screen*, click on **Functions**.

   A drop-down box displays.

2. Click on **Event Notice Generation**.

   The *Event Notice Generation Screen* (Figure 8.2-5) displays.  The entry fields are blank except for defaults in the Case Type, Status and New Print fields.  The information in the sample screen is for instructional purposes.



**Figure 8.2-5  Event Notice Generation Screen**

DC_M SMITH - 008655

**3.** Complete the **event notice generation** fields.

| Field Name | Field Description |
|---|---|
| Docket Entry | Type a **docket code** to show the activity on the case(s).  You also can click the **drop-down arrow** to select a docket code from the *Docket Code Selection Screen.* |
| Form Name | Type a **form name** or click the **drop-down arrow** to select a form from the *Document Code Selection for Notice Generation Screen.*  (The screen title will show New Print or Reprint depending on what document you are generating.)  The name of the selected document code defaults to the right of the form description. |
| Case Type | Press **Tab** to use the default of "all" or click the **drop-down arrow** to select a case type from the list. |
| Status | Press **Tab** to use the default of "all" or click the **drop-down arrow** to select a status code from the list. |
| Case Number<br>　　From<br>　　To | To search by a case number range, type a **case number** in the From field, press **Tab**, and then type a **case number** in the To field. |
| Event Date<br>　　From<br>　　To | To search by a date range, type a **starting date** in the From field, press **Tab**, and then type an **ending date** in the To field. |
| Officer | To search for cases by a specific probation officer, type the **name** or click the **drop-down arrow** to select an officer's name from the *Probation Officer Selection Screen.* |
| New Print<br>Reprint | Press **Tab** to use the default of "new print" when generating notices for the first time.  Click the **circle** in front of "reprint" if regenerating notices. |

**4.** Click the **Search** button.

The case and party information displays in the Search Results box.

DC_M SMITH - 008656

5. Do one of the following:

   a. Click the **box** in front of each case number that you want to generate a notice. Leave the box blank to not generate a notice.

   b. Click the **Select All** button to generate a notice for ALL the cases in the Search Results box. (Click the **Deselect** button to clear the check mark in front of each case, if necessary.)



6. Click the **Notice** button to generate all the selected notices.

   CourtView initiates a word processing program that contains the selected notice that was set up beforehand. The CourtView information is imported into the notice. (See a sample notice at the end of this section.)

7. Click the **Print** button on the word processing menu bar.

8. Click **Print** on the *pop-up window* to send notices to your designated printer.

## Reprints

Once a notice has been printed it no longer is regarded by CourtView as a "New Print" on the *Event Notice Generation Screen*. You must click the **circle in front of "Reprint"** to search and locate the notice in CourtView. Do the following:

1. At the Form Name field on the *Event Notice Generation Screen*, type the **form name** that has been generated for this notice. You also can click the **drop-down arrow** to select the form name from the *Document Code Selection for Notice Generation Screen*.

2. Click the circle in front of **Reprint**.

   Note: These two fields must be done in order for CourtView to search the database for printed notices. To prevent your computer from slowing down while CourtView searches for countless number of notices, type **search criteria** in the other fields to reduce the number of notices matching your criteria.

3. Click the **Search** button.

   Printed notices display in the Search Results box.

4. Click on the **box(es)** in front of the case number(s) for the notice(s) you are reprinting.

5. Click the **Notice** button.

   CourtView displays a dialog box that your word processing program cannot print both new notices and reprints at the same time.



DC_M SMITH - 008657

6.  Click the **Continue** button on the dialog box if you are not printing other notices.  (If other notices are running, click the **Cancel** button and reprint the notices later.)

7.  CourtView initiates a word-processing program with the notices that are being reprinted.

8.  Click the **Print** button on the menu bar of your word processing program.

    A Print dialog box displays.

9.  Click the **Print** button to generate the reprinted notices.

10. Close your word processing program when the notices are finished printing.

DC_M SMITH - 008658

# 8.3  Forms Generation

Forms are preset templates that contain tokens to import CourtView information.  See the *Forms Generation User Guide* for procedures setting up the templates and tokens.  This section explains how to generate a bench warrant that already has been set up in CourtView.

1.  On the *Pre-Trial Services Shell Screen*, click on **Functions**.

    A drop-down box displays.

2.  Click on **Forms Generation**.

    The *Forms Generation Screen* (Figure 8.3-1) displays.  The entry fields are blank except for defaults in the Case Type and Status fields.  The information in the sample screen is for instructional purposes.



**Figure 8.3-1  Forms Generation Screen**

3.  Complete the **forms generation** fields.

| Field Name | Field Description |
|---|---|
| Docket Entry | Type a **docket code** to show the activity on the case(s).  You also can click the **drop-down arrow** to select a docket code from the *Docket Code Selection Screen*. |

DC_M SMITH - 008659

| Field Name  (Continued): | Field Description |
|---|---|
| Form Name | Type a **form name** or click the **drop-down arrow** to select a form from the *Document Code Selection Screen*.  The name of the selected document code defaults in the entry field to the right of the form description. |
| Case Number<br>    From:<br>    To: | To search by a case number range, type a **case number** in the From: field, press **Tab**, and then type a **case number** in the To: field. |
| Case Type | Press **Tab** to use the default of "all" or click the **drop-down arrow** to select a case type from the list. |
| Begin Date | Type a **beginning date** to search by date range.  The format is MMDDYY. |
| Status | Press **Tab** to use the default of "all" or click the **drop-down arrow** to select a status code from the list. |
| End Date | Type an **ending date** to search by date range.  The format is MMDDYY. |

4.  Click the **Search** button.

    The case and party information displays in the Search Results box.

5.  Do one of the following:

    a.  Click the **box** in front of each case number to generate a form.  The case numbers display in the Cases Selected field in the upper right corner of the screen.

    b.  Click the **Select All** button to generate a form for ALL cases in the Search Results box.  (Click the **Deselect** button to clear the check mark in front of each case, if necessary.)



6.  Click the **Forms** button.

    CourtView initiates a word processing program that contains the selected form that was set up beforehand.

7.  Click the **Print** button on the word processing menu bar.

8.  Click **Print** on the *pop-up window* to send notices to your designated printer.

DC_M SMITH - 008660

**Addresses**



Do the following to complete address information for cases that prompt a *pop-up window* with the message that information is incomplete.

1. On the *Forms Generation Screen*, click the **Address** button.

   The *Party Address Check Maintenance Screen* (Figure 8.3-2) displays with a list of cases that have parties that lack address information.



**Figure 8.3-2  Party Address Check Maintenance Screen**

2. Click on a **party** in the Parties Without Addresses box to highlight the entry.

3. Click the **Open** button.

   The *Party Maintenance Screen* displays.

4. In the Address box, type the **complete address**, including the **zip code** that defaults the city and state.

5. Click the **Save** button.

   The *Party Address Check Maintenance Screen* redisplays.  The party that you entered address information has been removed from the list in the Parties Without Addresses box.

6. Repeat steps 2-5 for the remaining parties that lack address information.

   A *pop-up window* displays when the last party's address is updated.

7. Click the **OK** button on the *pop-up window*.

   The *Forms Generation Screen* redisplays.  You are ready to generate the notices.

DC_M SMITH - 008661

# Sample Notice

### IN THE COMMON PLEAS COURT OF YOUR COUNTY,  OHIO

### DIVISION OF DOMESTIC RELATIONS

TO:     Party: Ben Smith

        Address: 124 Gristmill Road

        North Canton,  OH  44720

### CASE NO.  2001 PTS 00035

**Petitioner**

Ben Smith J

JUDGE:  Mrs.  Maggy  Brown

### NOTICE OF POTENTIAL

### DISMISSAL OF MOTION

**Respondent**

Allen Holbert

This matter is before the Court upon the motion filed by the Movant in the above-captioned case.  It appearing to the Court that the Movant has failed to prosecute the case by not proceeding with the full evidentiary hearing in a timely manner.

THEREFORE, the Court hereby gives notice that the motion will be dismissed within 14 days of the filing of this Notice. The Movant and/or Movant's counsel shall notify the Assignment Office of any reason why this case should not be dismissed.  FAILURE TO DO SO WILL RESULT IN THE DISMISSAL OF THE MOTION WITHIN 14 DAYS.

APPROVED:

_____

JUDGE

Copies to:

**ATTORNEY FOR MOVANT**            **ATTORNEY FOR RESPONDENT**
Mrs. Maggy Brown                  Thomas  J.  Anderson

**MOVANT**                        **RESPONDENT**
Ben Smith                         Allen Holbert

DC_M SMITH - 008662

# Table of Figures

Figure 1-1  Login Screen ................................................................................................ 1-1
Figure 1-2  Module Selection Screen ............................................................................ 1-2
Figure 1-3 Pre-Trial Services Shell Screen ................................................................ 1-3
Figure 1-4 Case Selection Screen ................................................................................ 1-4

Figure 2.1-1  Pre-Trial Services Shell Screen ............................................................ 2-2
Figure 2.1-2  Case Selection Screen with case type pop-up window ...................... 2-3
Figure 2.1-3  Pretrial Maintenance Screen ................................................................ 2-4
Figure 2.1-4 Case Selection (Bail) Screen .................................................................. 2-11

Figure 2.1.1-1  Jail Days Information Pop-Up Window .......................................... 2-15

Figure 2.1.2-1  Sex Offenses Maintenance Screen .................................................... 2-17

Figure 2.2-1  Case Selection Screen ............................................................................ 2-19
Figure 2.2-2 Prosecutor File Selection Screen .......................................................... 2-20
Figure 2.2-3 Case Worksheet Screen .......................................................................... 2-21
Figure 2.2-4 Case Copy -- Party Selection Screen .................................................... 2-22
Figure 2.2-5 Case Copy  --  Party Selection Screen with name transferred ............ 2-23

Figure 2.3-1  Questionnaire Response Screen ............................................................ 2-25

Figure 2.4-1  Bond Recommendation Maintenance Screen ...................................... 2-29
Figure 2.4-2 Assets/Income Maintenance Screen ...................................................... 2-33
Figure 2.4-3 Condition Maintenance Screen .............................................................. 2-35
Figure 2.4-4 Roster Maintenance Screen .................................................................... 2-38
Figure 2.4-5 Probation Conditions Detail Screen ...................................................... 2-40
Figure 2.4-6 Violation of Probation Screen ................................................................ 2-42
Figure 2.4-7 Criminal Charge History Maintenance Screen .................................... 2-44
Figure 2.4-8  General Recommendation Maintenance Screen .................................. 2-46

Figure 2.5-1  Level of Supervision History Screen .................................................... 2-47
Figure 2.5-2 Contact Standard Type Code Maintenance Screen .............................. 2-48
Figure 2.5-3 Docket Entry Creation Screen ................................................................ 2-50
Figure 2.5-4 Contact Standard History Screen .......................................................... 2-51

Figure 2.6-1  STD Test Summary Screen .................................................................... 2-53
Figure 2.6-2  STD Test Detail Screen .......................................................................... 2-54
Figure 2.6-3  STD Victims Screen ................................................................................ 2-56

Figure 3.1-1  Docket Entry Creation Screen .............................................................. 3-2

Figure 3.2-1  Case Selection (Pretrial) Screen ........................................................... 3-5
Figure 3.2-2  Pretrial Summary Screen ...................................................................... 3-8

Figure 3.3-1 Case Selection (Pretrial) Screen ............................................................ 3-11
Figure 3.3-2  Case Copy  --  Party Selection Screen ................................................ 3-13

DC_M SMITH - 008663

Figure 3.3-3  Case Copy  -- Party Selection Screen with name transferred ...................................3-14
Figure 3.3-4  Jail Population Clerk Screen ......................................................................................3-16
Figure 3.3-5  Party Charge Sentence Maintenance Screen .............................................................3-20
Figure 3.3-6  Split Sentence Monitoring Screen .............................................................................3-21
Figure 3.3-7  Jail Showup Upload Interface Screen ........................................................................3-25
Figure 3.3-8  Jail Showup Report Screen ........................................................................................3-26

Figure 3.4-1  Pre-Trial Services Shell Screen .................................................................................3-29
Figure 3.4-2  Case Selection Screen ................................................................................................3-30
Figure 3.4-3  Pretrial Summary Screen ...........................................................................................3-31
Figure 3.4-4  Case Plan Selection Screen ........................................................................................3-32
Figure 3.4-5  Case Plan Maintenance Screen ..................................................................................3-33
Figure 3.4-6  Case Plan Copy Selection Screen ..............................................................................3-35

Figure 4.1-1  Pre-Trial Services Shell Screen ...................................................................................4-2
Figure 4.1-2  Case Selection (Pretrial) Screen ..................................................................................4-3
Figure 4.1-3  Case Copy  -- Party Selection Screen ..........................................................................4-6
Figure 4.1-4  Case Copy  -- Party Selection Screen with name transferred .....................................4-7
Figure 4.1-5  Case Copy  -- Action Code Selection Screen ..............................................................4-9
Figure 4.1-6  Community Service case ............................................................................................4-10

Figure 4.2-1  Pre-Trial Services Shell Screen .................................................................................4-15
Figure 4.2-2  Case Selection Screen ................................................................................................4-16
Figure 4.2-3  Community Service Summary Screen ........................................................................4-18
Figure 4.2-4  Client Skills Inventory Maintenance Screen .............................................................4-19
Figure 4.2-5  Client Skills/Agency Requirements Match Screen ....................................................4-21
Figure 4.2-6  Community Service Referral Maintenance Screen .....................................................4-23
Figure 4.2-7  Obligation Maintenance Screen .................................................................................4-25
Figure 4.2-8  Probation Conditions Maintenance Screen ................................................................4-26
Figure 4.2-9  Obligation Fulfillment Maintenance Screen ..............................................................4-27
Figure 4.2-10  Probation Conditions Detail Screen .........................................................................4-29

Figure 5.1-1  Pre-Trial Services Shell Screen ...................................................................................5-2
Figure 5.1-2  Case Selection (Pretrial) Screen ..................................................................................5-3
Figure 5.1-3  Pretrial Summary Screen .............................................................................................5-4
Figure 5.1-4  Client Needs (Services) Maintenance Screen ..............................................................5-5
Figure 5.1-5  Client Skills Inventory Maintenance Screen ...............................................................5-7
Figure 5.1-6  Social Service Referral Maintenance Screen ...............................................................5-8
Figure 5.1-7  Obligation Maintenance Screen ...................................................................................5-9
Figure 5.1-8  Probation Conditions Maintenance Screen ................................................................5-10
Figure 5.1-9  Obligation Fulfillment Maintenance Screen ..............................................................5-11
Figure 5.1-10  Probation Conditions Detail Screen .........................................................................5-13

Figure 6.1-1  Pre-Trial Services Shell Screen ...................................................................................6-2
Figure 6.1-2  Case Selection (Pretrial) Screen ..................................................................................6-3
Figure 6.1-3  Pretrial Summary Screen .............................................................................................6-4
Figure 6.1-4  Client Skills Inventory Maintenance Screen ...............................................................6-5
Figure 6.1-5  Job Placement Skills Match Screen .............................................................................6-7
Figure 6.1-6  Placement Information Screen ......................................................................................6-8
Figure 6.1-7  Placement History Screen ............................................................................................6-9

Figure 7.1-1  Pre-Trial Services Shell Screen ................................................................ 7-2
Figure 7.1-2  Substance Abuse Interface Processing & Control Screen ......................... 7-3
Figure 7.1-3  Substance Abuse Test Information Screen ................................................ 7-6
Figure 7.1-4  Substance Abuse Test  --  Search by Officer Screen ................................ 7-9
Figure 7.1-5  Substance Abuse  --  Search by Substance Screen ................................ 7-10

Figure 7.2-1 Docket Report Code Maintenance Screen ................................................ 7-15
Figure 7.2-2 Report Group Code Maintenance Screen ................................................ 7-16
Figure 7.2-3 Docket Entry Creation Screen ................................................................ 7-18
Figure 7.2-4 Docket Participant(s) Screen .................................................................. 7-19
Figure 7.2-5 Substance Abuse Interface Processing & Control Screen ....................... 7-20
Figure 7.2-6 Substance Abuse Test -- Exceptions Report Screen ............................... 7-21

Figure 7.3-1 Case Selection Screen ............................................................................ 7-24
Figure 7.3-2 Substance Abuse Test Information Screen .............................................. 7-25
Figure 7.3-3 Substance Abuse Test History Screen .................................................... 7-28
Figure 7.3-4 Substance Abuse Test History Screen .................................................... 7-29
Figure 7.3-5 Substance Abuse Interface Processing & Control Screen ....................... 7-30
Figure 7.3-6 Substance Abuse Test Search Screen .................................................... 7-31
Figure 7.3-7 Substance Abuse Test Search By Substance Screen............................... 7-33
Figure 7.3-8 Substance Abuse Test Search By Officer Screen .................................... 7-35

Figure 8.1-1  Event Code Maintenance Screen ........................................................... 8-2
Figure 8.1-2  Scheduled Events Maintenance Screen ................................................. 8-4
Figure 8.1-3  Scheduled Events Maintenance Screen ................................................. 8-5
Figure 8.1-4  Scheduling Objects Selection Screen..................................................... 8-6
Figure 8.1-5  Scheduling Events Maintenance Screen ................................................ 8-7

Figure 8.1.1-1  Time Block Selection Screen................................................................ 8-9

Figure 8.2-1  Case Selection (Pretrial) Screen............................................................. 8-11
Figure 8.2-2  Pretrial Summary Screen ...................................................................... 8-12
Figure 8.2-3  Scheduled Events Maintenance Screen ................................................. 8-13
Figure 8.2-4  Event Notice Generation Screen ........................................................... 8-14
Figure 8.2-5  Event Notice Generation Screen ........................................................... 8-15

Figure 8.3-1  Forms Generation Screen...................................................................... 8-19
Figure 8.3-2  Party Address Check Maintenance Screen ............................................ 8-21

DC_M SMITH - 008665

DC_M SMITH - 008666

# Index

## -A-

Addresses
    Forms, 8-21
Agency
    Attendance, 5-11
Alert
    Pop-Up, 3-7
Appointment
    Schedules, 8-2
    Search, 8-7
Assessment
    Need, 5-2
    Skills, 4-15
Assets
    Income, 2-33
Assistance
    Plan, 3-29
Attendance
    Agency, 5-11
    Record, 4-27

## -B-

Batch
    Printing, 8-15
Block
    Time
        Selection, 8-9
Bond
    Recommendation, 2-29
    Recommendation Form, 2-34
Boxes
    Drop-Down, 1-5
Buttons
    Address, 8-21
    Assets/Income, 2-33
    Attendance, 4-27, 5-11
    Bond Recommendation, 2-29, 2-34
    Case, 7-8, 7-28
    Close, 1-4
    Conditions, 2-35, 4-26, 5-10
    Contact, 2-1, 2-48, 2-51
    Copy, 3-35, 4-5
    Criteria, 4-22
    Detail, 2-39, 4-28, 5-12
    Docket, 2-49
    Events, 8-1, 8-12

Buttons (continued):
    Forms, 8-1, 8-13, 8-20
    History, 2-43, 3-9, 6-9
    HIV/STD, 2-53
    Jp Copy, 3-12
    LOS History, 2-47
    Match, 4-20, 5-6, 6-6
    More, 2-15, 2-17, 3-20, 8-9
    Notice, 2-56, 8-17
    Obilgations, 4-24
    Obligations, 5-8
    Open, 1-5
    Placement, 3-10, 6-1, 6-8
    Plan, 3-31
    Print, 1-5
    PsCopy, 2-20
    Purge, 7-8
    Questionnaire, 2-25, 3-10
    Roster, 2-37
    Save, 1-5
    Search, 3-7
    Select, 2-21, 2-22, 3-14, 4-7
    Services, 5-1, 5-4
    Skills, 4-1, 4-18, 6-4
    Split, 3-20
    Substance Abuse Test, 3-10
    Summary, 2-21
    Victim Notification, 2-55
    VOP, 2-41

## -C-

Case
    Copy, 3-14
    Copy Party, 4-5, 4-6
    Copy Plans, 3-35
    Information, 7-8, 7-28
    Summary, 3-5
    Update, 3-1
Charges
    Party, 3-19
Community
    Service, 4-1
Conditions
    Maintenance, 2-35
    Pre-Trial, 2-35
    Roster, 2-37
Contacts
    History, 2-51

DC_M SMITH - 008667

Contacts (continued):
    Procedures, 2-47
    Reporting, 2-49
Copy
    Case, 3-14
    Case Plans, 3-35
Criminal
    History, 2-43
Criteria
    Change Pop-Up, 4-22
CS
    Initiation, 4-2

**-D-**

Docket
    Entry Creation Screen, 2-50
    Quick Add, 3-2
Downtime
    Scheduling, 8-3
Drop-Down
    Boxes, 1-5

**-E-**

Employer
    Match, 6-6
Error
    Fix, 7-4
    Purge, 7-8
Evaluation
    Skills, 6-2
Event
    Notice
        Generation, 8-11

**-F-**

Forms
    Bond Recommendation, 2-34
    Generation, 8-19
        Scheduling, 8-1

**-G-**

General
    Recommendation, 2-45

Generation
    Event Notice, 8-11
    Forms, 8-19
Getting Started
    Procedures, 1-1

**-H-**

History
    Buttons, 3-9
    Contacts, 2-51
    Criminal, 2-43
    Placement, 6-8
HIV/STD
    Testing, 2-53

**-I-**

Income
    Assets, 2-33
Information
    Case, 7-8, 7-28
    Support, 1-5
Initiation
    CS, 4-2
    Pre-Trial, 2-2

**-J-**

Jail
    Population Clerk Screen, 3-16
    Population Monitoring, 3-12
    Record Upload, 3-24
Job
    Placement
        Overview, 6-1

**-L-**

Level
    Supervision, 2-47

**-M-**

Maintenance
    Conditions, 2-35
    Sex Offenses, 2-17

Maintenance (continued):
    Split Sentence, 3-11
Match
    Employer, 6-6
    Need, 5-6
    Skills, 4-20
Methods
    Search, 7-9
Monitoring
    Split Sentence, 3-20

**-N-**

Need
    Assessment, 5-2
    Match, 5-6
Notice
    Event
        Generation, 8-11
    Reprints, 8-17
    Sample, 8-22
Notification
    Victim Pop-Up, 2-57

**-O-**

Obilgation
    Tracking, 4-28
Obligation
    Agency, 5-8
    Tracking, 5-12
    Work, 4-24

**-P-**

Party
    Case Copy, 4-6
    Charges, 3-19
Password
    Procedures, 1-2
Placement
    Button, 3-10
    History, 6-8
Plan
    Assistance, 3-29
    Case Copy, 3-35
Population
    Jail, 3-16

Pre-Trial
    Conditions, 2-35
    Initiation, 2-2
    Maintenance Screen, 2-4
    Overview, 2-1
Printing
    Batch, 8-15
Probation
    Violation, 2-41
PsCopy
    Procedures, 2-19
Purge
    Error Tables, 7-8

**-Q-**

Questionnaire
    Button, 3-10
    Procedures, 2-25
Quick
    Docket Add, 3-2

**-R-**

Recommendation
    Bond, 2-29
    Bond Form, 2-34
    General, 2-45
Record
    Attendance, 4-27
    Jail Upload, 3-24
Referrals
    Community Service, 4-23
    Social Services, 5-8
Report
    Contacts, 2-49
    Matching Errors, 7-4
    Status, 2-28
Reprints
    Notices, 8-17
Result
    Substance Upload, 7-2
Roster
    Conditions, 2-37

**-S-**

Sample
    Notice, 8-22

DC_M SMITH - 008669

Schedules
    Appointment, 8-2
    Downtime, 8-3
Scheduling
    Forms Generation, 8-1
Search
    Appointments, 8-7
    Methods, 7-9
Sentence
    Split Maintenance, 3-11
    Split Monitoring, 3-20
Service
    Community, 4-1
Sex Offenses
    Maintenance, 2-17
Skills
    Assessment, 4-15
    Evaluation, 6-2
    Match, 4-20
Social Service
    Overview, 5-1
Split
    Sentence Maintenance, 3-11
    Sentence Monitoring, 3-20
Statis
    Buttons, 1-4
Status
    Report, 2-28
Substance
    Abuse Test Button, 3-10
Substance Abuse
    Error Report, 7-4
    Testing, 7-1
Summary
    Case, 3-5
Supervision
    Level, 2-47
Support
    Information, 1-5

**-T-**

Testing
    HIV/STD, 2-53
    Substance Abuse, 7-1
Time
    Block
        Selection, 8-9
Tracking
    Obligation, 4-28, 5-12

**-U-**

Update
    Case, 3-1
Upload
    Jail Record, 3-24
    Substance Results, 7-2

**-V-**

Victim
    Notification Pop-Up, 2-57
Violation
    Probation, 2-41

**-W-**

Work
    Obligation, 4-24

DC_M SMITH - 008670