UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>Plaintiffs, on behalf of themselves and all others similarly situated,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

**PROPOSED ORDER**

Plaintiffs' motion to compel is hereby granted; within ten calendar days of the date of this Order the District shall provide to Plaintiffs a complete signed response to Interrogatory No. 5 and the District shall provide to Plaintiffs complete responses to the Plaintiffs' document production requests for criminal history record information for all potential class members as defined by Plaintiffs in their requests.

_____
**HON. Royce C. Lamberth
United States District Judge**

1