UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>Plaintiffs,<br><br>     v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No.:  15-737 (RCL) |

PLAINTIFFS' LARGE ADDITIONAL ATTACHMENT

Attached is Pls.'s Ex. # 26, excerpts from Mr. Dudley's deposition.

Respectfully submitted,

/s/William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiff
ClaiborneLaw
717 D Street, N.W., Ste 300
Washington, DC 20004
Phone 202/824-0700

Email claibornelaw@gmail.com