

Deposition of:

# Donald V. Dudley , Sr.

*November 6, 2020*

In the Matter of:

# Smith, Maggie et al. v. District of Columbia

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

**Pls. Ex. 26**
**Dudley depo, page 1**
**Smith v. DC, 15-737 (RCL)**

1    A    Yes.

2    Q    And what is that?

3    A    An individual that has been previously

4    arrested, was rearrested with a firearm on their

5    persons.

6    Q    You said that one of the databases that

7    the MPD uses is AFIS or the automated --

8    A    Automated fingerprint identification

9    system.

10   Q    Thank you.  Do you know, what I'm trying

11   to get at here is how does an officer know whether

12   an arrestee is a prior felon in order to click on

13   this data?  Do you know that?

14        MR. SAINDON:  Objection.  Outside the

15   scope of the topics.  You can answer, Mr. Dudley, if

16   you know.

17   A    Yes.  So any individual that is arrested

18   is fingerprinted through the AFIS system.  Those

19   fingerprints are sent to the FBI.  The FBI verifies

20   or invalidates those fingerprints for the purposes

21   of identifying that individual.

22        The, any past record is attached to those

Page 76

1      every subject has a PDID number and they could have
2      an FBI number.
3              MR. CLAIBORNE:  What column is the PDID
4      number?
5              THE WITNESS:  I have no idea.
6      BY MR. BORDEN:
7          Q   We went through -- there was a state ID?
8          A   Yeah.  That would be synonymous.  State ID
9      and PDID number are the same.
10             MR. CLAIBORNE:  Okay.  So then, I don't
11     mean to get ahead, so I guess it's the SID, isn't
12     that what's linked to the AFIS report?
13             THE WITNESS:  Yes.  So AFIS database has
14     the PDID number as well as the FBI number if it's
15     applicable.
16             MR. CLAIBORNE:  So the FBI number comes
17     back with the AFIS data?
18             THE WITNESS:  Correct.
19             MR. CLAIBORNE:  I see.  Okay.  Thank you
20     very much.
21             THE WITNESS:  Yes, sir.
22

**Pls. Ex. 26**
**Dudley depo, page 3**
**Smith v. DC, 15-737 (RCL)**

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 140

1 appears to be a yes/no column.  Do you know what
2 that is?
3     A    So the rap sheets are in the FBI system,
4 so if the technician selected yes or no on the user
5 interface at AFIS, it would pull, as long as the
6 defined criteria is met, it will return a rap sheet
7 for that individual.
8     Q    And is a rap sheet a criminal history, is
9 it fair to describe it as a criminal history?
10     A    Exactly.
11     Q    And just looking at the data here, you'll
12 see I'm looking at the filters here.  If I click on
13 the choice of yes, so yes, rap sheet was requested,
14 in the bottom left corner, so we have a total of
15 2,131 records in this production.  2,070 of those
16 indicate that yes, a rap sheet was requested.  Do
17 you see that there?
18     A    Let's see.  Can you move that?  Bottom
19 left corner.  I don't see it.  I don't see the
20 number.
21     Q    That's all right.  It may be --
22     A    Oh, there it is.  Yeah.  Yeah.  2,070 of

Page 147

```
1              MR. SAINDON:  Sure.  Absolutely.
2              MR. BORDEN:  Okay.  We will go off the
3     record.  Thank you.
4                 (Recessed at 1:11 p.m.)
5                 (Reconvened at 1:15 p.m.)
6     BY MR. BORDEN:
7         Q    All right.  We can go back on the record.
8              All right, Mr. Dudley, just a couple of
9     follow-up questions here.  One of the things we've
10    talked about is that criminal history checks are
11    checked through AFIS.
12             Do you know of any other source, one I'm
13    aware of is called Wales.  W-A-L-E-S.  Do you know
14    what that is?
15        A    Yes.
16        Q    And what is that?
17        A    The WALES acronym stands for Washington
18    Area Law Enforcement System.  That is, that's the
19    system actually when AFIS checks the, for the rap
20    sheet, that system populates the rap sheet in a form
21    that's called, the acronym is called CCH,
22    computerized criminal history.
```

**Pls. Ex. 26**
**Dudley depo, page 5**
**Smith v. DC, 15-737 (RCL)**

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 154

1   who's already been convicted of a felony and now
2   they're arrested in possession of a gun.  Somebody
3   has to look up to see whether they're a felon in
4   possession, right, see if the person has a felony
5   arrest history?
6           THE WITNESS:  Yes.  That information would
7   be included on the rap sheet, CCH rap sheet.
8           MR. CLAIBORNE:  What about if --
9   BY MR. BORDEN:
10      Q   So are you saying, Mr. Dudley, all that
11  criminal history is just laying there in the WALES
12  database, right, so I don't necessarily have to
13  record it somewhere else, I can query it at any
14  point and find out what someone's criminal history
15  is; is that right?
16      A   Exactly.
17      Q   So if we gave you a list of people and
18  their arrest numbers and PDIDs and say hey, can you
19  give me a criminal history on those, you could do
20  that?
21      A   Yes.
22          MR. SAINDON:  Not necessarily.  Objection.

**Pls. Ex. 26**
**Dudley depo, page 6**
**Smith v. DC, 15-737 (RCL)**

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 155

1   There are ownership issues involved with the FBI and
2   everything.  So...
3           MR. BORDEN:  Understood.  I guess I was
4   asking is it technically possible.
5           MR. CLAIBORNE:  Well, does FBI have
6   ownership issues of the data in WALES?  I thought
7   you said it was an MPD database.
8           THE WITNESS:  The CCH segment is owned and
9   operated by MPD.  What is in NCIC and triple y, the
10  FBI owns that, owns that system, they own the data
11  and information as well.  Even if it's for --
12          MR. CLAIBORNE:  Well, how about this?  Can
13  you -- when you search through the WALES system, can
14  you only do one query, one individual at a time?
15          THE WITNESS:  Yes.  You cannot do -- from
16  the user interface you can only perform a single
17  query.
18          MR. CLAIBORNE:  Well, how about accessing
19  the data some other way?  Like, for example, the
20  spreadsheets you gave us, maybe the user cannot
21  access the data the way that the database
22  administrator can, but the database administrator

**Pls. Ex. 26**
**Dudley depo, page 7**
**Smith v. DC, 15-737 (RCL)**

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830