UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF THE DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No: 15-737 (RCL) |

**PLAINTIFFS' CONSENT MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiffs hereby move this Court to briefly amend the Scheduling Order [94] pursuant to

Fed. R. Civ. P. 16(b)(4) and Local Rule 16.4(b) by extending each of the current deadlines for one

month for good cause shown. The current deadline for the close of fact and class discovery set forth

in the amended Scheduling Order [94] is January 22, 2021, with summary judgment briefing to

follow.

**Consent Sought and Obtained**

Defendant does consent to the modification proposed herein. LCvR  7(m).

**The Law Supports Granting Plaintiffs' Motion**

1. **A four week extension is needed to finish depositions and to continue negotiating the issues raised in Plaintiffs' motion to compel.**

Plaintiffs ask for the extension because Plaintiffs' counsel need additional time to finish

depositions including their Rule 30(b)(6) depositions, and to continue negotiating the issues raised

in Plaintiffs' motion to compel. [ECF 95]

Plaintiffs' counsel and their discovery counsel, Mr. Borden, are conducting depositions to

understand certain aspects of the District's systems and booking processes in order to resolve

certain discovery issues without having to resort to litigation.[1] The reason the extension is needed is that the recent political unrest is placing unprecedented demands on law enforcement agencies including the MPD. As a result, MPD personnel are unable to appear for depositions Plaintiffs have noticed until after the inauguration on January 20, 2021, and as a practical matter the two days remaining in the discovery period after the Inauguration are not enough time to complete depositions.

Moreover, the Parties have agreed to resume negotiating a stipulation to resolve the issues in Plaintiffs' Motion to Compel a Response to Interrogatory No. 5 and the Parties have exchanged language. Plaintiffs have agreed to the District's request for a two week extension of their deadline to file an opposition to the Motion to Compel (making the opposition due February 8, 2021 which falls in the proposed extended period) so the Parties can try to negotiate a stipulation to resolve the issues.

### 2. Plaintiffs have been diligent in pursuing discovery.

A party may move to extend discovery under Rule 16(b), and Local Rule 16.4(b) allows the Court to modify a scheduling order at any time when it finds good cause to do so. *See* LCvR 16.4(b) ("The court may modify the scheduling order at any time upon a showing of good cause."). The primary factor in determining whether good cause exists is the diligence of the party seeking discovery before the deadline. *United States v. Kellogg Brown & Root Servs., Inc.*, 285 F.R.D. 133, 136 (D.D.C. 2012).

Plaintiffs have been diligent in conducting discovery.

Respectfully submitted,

| /s/William Claiborne | |
|---|---|

---

[1] Plaintiffs have retained an expert in this field, Bennett Borden, Chief Data Scientist and Chair, Information Governance and eDiscovery Group, and his firm, Faegre Drinker Biddle & Reath LLP, to handle the complex electronic discovery issues and to help Plaintiffs analyze and present the electronic discovery and related discovery.

| WILLIAM CLAIBORNE<br>D.C. Bar # 446579<br><br>Counsel for Named Plaintiffs<br>717 D Street, N.W.<br>#300<br>Washington, DC 20004<br>Phone 202/824-0700<br>Email claibornelaw@gmail.com | |