UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No: 15-737 (RCL) |

PROPOSED ORDER

Plaintiffs' consent motion to modify the Scheduling Order [95] is GRANTED; and it is further

ORDERDED that the Schedule in this case is amended as follows:

| Deadline | Date in amended Scheduling Order [90] | Amended Deadline |
|---|---|---|
| Fact Discovery on liability and class issues completed | January 22, 2021 | February 22, 2021 |
| Plaintiffs' motion for summary judgment on liability due | February 10, 2021 | March 10, 2021 |
| Defendant's Opposition and cross-motion on liability due | March 10, 2021 | April 12, 2021 |
| Plaintiffs' Reply and Opposition due | April 15, 2021 | May 17, 2021 |
| Defendant's Reply due | April 29, 2021 | June 1, 2021 |

SO ORDERED.

_____
THE HONORABLE ROYCE C. LAMBERTH
Senior Judge, United States District Court for the District of Columbia

1