# Defendant's Exhibit No. 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendants. | Civil Action No: 15-cv-737 (RCL) |

**Plaintiffs' First Set of Document Production Requests Directed to Defendant Government of the District**

Pursuant to Rule 34 of the Federal Rule of Civil Procedure, Plaintiffs requests that defendant District of Columbia serve written responses to these document production requests within 30 days.

**Definitions.**

For purposes of these document production requests and interrogatories certain terms are defined as follows:

1.  **IDENTIFY** means to produce the name, business address and business telephone number of a person.

2.  The terms **WRITING** or **DOCUMENT** shall include, without limitation, all written, recorded, transcribed, punched, taped, including computer tapes, computer disks, electronically

stored data, filmed, printed or other matter, however produced or reproduced, of every kind and description, including but not limited to the original, and any copy and all drafts of any letter, memorandum, telegram, report, manual, bulletin, study, record, statement, message, hand written note, calendar, diary, working paper, sketch, computer tape, data sheet, data card, tape recording, or any other written, printed or recorded matter, in the Defendants' possession or custody, or, subject to their control, or of which any of them has access.  Please produce all DATABASE writings or documents in computer readable electronic format such as Excel, or <u>ascii tab delimited format with column headers or on a Excel spreadsheet.</u>

3. The terms **WRITING** or **DOCUMENT** shall include pictures and videotape including body cam video

4. The term **RELATING TO** or **REFERRING TO** includes referring to, embodying, in connection with, referencing, evidencing, commenting on, corresponding to, sharing, describing, concerning, analyzing, reflecting or constituting.

5. **E-MAIL** refers to the exchange of text messages and computer files over a communications network, such as a local area network, intranet, extranet, or public network such as the Internet or other online service provider; identify in the case of a person means to give the person's full name, address, telephone number and job title and job description. <u>Produce e-mail in computer readable, electronic format, not in hard copy format or pdf format.</u>

6. MPD booking database means any computerized booking database the MPD uses to store booking data about arrestees.

7. CourtView includes any computerized booking database the Superior Court uses to store data about persons and their cases in the Superior Court.

8. Class Period means the period from and including 5/15/12 up to and including October 10, 2014.

**Document Production Requests.**

Please produce the following:

1.      All Documents including metadata referring to every person (resident and non-resident alike) who: (1) was arrested for any alleged violation of any provision of the District's laws (including any statute or regulation or other type of law) governing firearms or ammunition during the Class Period; or (2) who had been arrested for such laws before the start of the Class Period but was still being detained and/ or prosecuted after the start of the Class Period.

2.      All Documents constituting, referring to, or relating to any formal or informal MPD general orders, rule, regulations, policies, procedures, or practices in effect or under consideration defining or otherwise relating to any District law governing firearms or ammunition in effect in the District of Columbia during the Class Period.

3.      All Documents constituting, referring to, or relating to any formal or informal MPD general orders, rule, regulations, policies, procedures, or practices in effect or under consideration defining or otherwise relating to any District law governing seizure of firearms or ammunition in effect in the District of Columbia during the Class Period.

4.      All records from all fields (including metadata) from any MPD booking database referring to every person (resident and non-resident alike) who: (1) was arrested for any alleged violation of any provision of the District's laws (including any statute or regulation or other type of law) governing firearms or ammunition during the Class Period; or (2) who had been arrested for such laws before the start of the Class Period but was still being detained and/ or prosecuted after the start of the Class Period.

5.      Every Document relating to input or maintenance of data into **MPD booking database** by MPD staff and MPD contractors and others including training materials and operator's manuals including the most recent version of the **MPD booking database.**

6.      For each database from which the District provides records please provide "screenshots" showing the field name visible to a user viewing records in the database.

7.      Please provide all dropdown menus and each code utilized in any field in **MPD booking database** that utilizes dropdown menus or codes.

8.      Please provide all dropdown menus and each code utilized in any field in the **CourtView database** that utilizes dropdown menus or codes.

9.      All records from all fields (including metadata) from any Superior Court docketing database or other database referring to every person (resident and non-resident alike) who: (1) was arrested for any alleged violation of any provision of the District's laws (including any statute or regulation or other type of law) governing firearms or ammunition during the Class Period; or (2) who had been arrested for such laws before the start of the Class Period but was still being detained and/ or prosecuted after the start of the Class Period.

10.     Every Document relating to input or maintenance of data into **any Superior Court docketing database by Superior Court** staff or by Superior Court contractors or by any other person including training materials and operator's manuals.

11.     All records from all fields (including metadata) from any MPD database used to store information about any firearm or ammunition or other item related to a firearm (such as holsters or scopes) referring to every such firearm or ammunition or other item related to a firearm which was in the possession of the MPD during any part of the Class Period.

12.     Every Document relating to input of data into any MPD database referring to any firearm or ammunition or other item related to a firearm (such as holsters or scopes) referring to every such item which was in the possession of the MPD during any part of the Class Period including training materials and operator's manuals.

**Interrogatories.**

1.  Please list by name each field in the **MPD booking database** (regardless how the field is populated and including fields showing the results of calculations) giving both the programmer's field name (the header name on the data export) and the "screen name," that is, the name of the field seen by any user viewing the data.

2.  Please list by name each field in the **CourtView database** (regardless how the field is populated and including fields showing the results of calculations) giving both the programmer's field name (the header name on the data export) and the "screen name," that is, the name of the field seen by any user viewing the data.

Respectfully submitted,


/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for plaintiffs
717 D Street, NW
#395
Washington, DC  20004
Phone 202/824-0700
Email claibornelaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 12/28/2019 a copy of this Document was served by email upon each of:

Fernando Amarillas
Chief, Equity Section Public Interest Division
Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W., Suite 600 South
Washington, D.C. 20001
fernando.amarillas@dc.gov

Andrew J. Saindon
Senior Assistant Attorney General
Office of the Attorney General for the District of Columbia

441 4th Street, NW
Sixth Floor, Suite 600S
Washington, DC 20001
(202) 724-6643
(202) 730-1470 (f)
andy.saindon@dc.gov

/s/ William Claiborne

Government of the District of Columbia
441 Fourth Street, NW, 600S
Washington, D.C. 20001
Counsel for Defendants

/s/ William Claiborne