# Defendant's Exhibit No. 3

Smith, Maggie v. D.C.                                                                     Index  2/11/2020

| Bates Begin | Bates End | File Name | Confidential |
|---|---|---|---|
| DC_M SMITH - 000001 | DC_M SMITH - 000014 | Arrest_Packets_-_011430828.pdf | CONFIDENTIAL |
| DC_M SMITH - 000015 | DC_M SMITH - 000026 | Arrest_Packets_-_061338181.pdf | CONFIDENTIAL |
| DC_M SMITH - 000027 | DC_M SMITH - 000036 | DOC037.pdf | CONFIDENTIAL |
| DC_M SMITH - 000037 | DC_M SMITH - 000058 | DOC038.pdf | CONFIDENTIAL |
| DC_M SMITH - 000059 | DC_M SMITH - 000073 | DOC039.pdf | CONFIDENTIAL |
| DC_M SMITH - 000074 | DC_M SMITH - 000083 | Event___13145496_Internal_Packet.pdf | CONFIDENTIAL |
| DC_M SMITH - 000084 | DC_M SMITH - 000085 | Event___13145496_Public_Incident_Packet.pdf | CONFIDENTIAL |
| DC_M SMITH - 000086 | DC_M SMITH - 000097 | Event___14131791_Internal_Packet.pdf | CONFIDENTIAL |
| DC_M SMITH - 000098 | DC_M SMITH - 000099 | Event___14131791_Public_Incident_Packet.pdf | CONFIDENTIAL |
| DC_M SMITH - 000100 | DC_M SMITH - 000110 | Maggie Smith Arrest Report.pdf | CONFIDENTIAL |
| DC_M SMITH - 000111 | DC_M SMITH - 000111 | AFIS-MPDCRequest | CONFIDENTIAL |
| DC_M SMITH - 000112 | DC_M SMITH - 000112 | AKA List | CONFIDENTIAL |
| DC_M SMITH - 000113 | DC_M SMITH - 000113 | ClassAction_Firearm_Ammunation_Reports | CONFIDENTIAL |
| DC_M SMITH - 000114 | DC_M SMITH - 000117 | CV Public View Screenshots | |
| DC_M SMITH - 000118 | DC_M SMITH - 000170 | D.C. Courts Criminal Division Intake and Arraignment Procedures | |
| DC_M SMITH - 000171 | DC_M SMITH - 000171 | D.C. Courts Database Charge and Disposition Spreadsheet | CONFIDENTIAL |
| DC_M SMITH - 000172 | DC_M SMITH - 000172 | D.C. Courts Database Spreadsheet | CONFIDENTIAL |
| DC_M SMITH - 000173 | DC_M SMITH - 000173 | eAccess DataElementListing | CONFIDENTIAL |
| DC_M SMITH - 000174 | DC_M SMITH - 000184 | GO 601.03 Handling and Accounting for Seized and Forfeited Property | |
| DC_M SMITH - 000185 | DC_M SMITH - 000190 | GO 902.01 Firearms Registration and Receipt of Abandoned or Found Weapons | |
| DC_M SMITH - 000191 | DC_M SMITH - 000193 | GOC 12-07 for GO 601.01 | |
| DC_M SMITH - 000194 | DC_M SMITH - 000196 | GOC-11-03 for GO 601.01 | |
| DC_M SMITH - 000197 | DC_M SMITH - 000199 | GOC-12-03 for GO 601.01 | |
| DC_M SMITH - 000200 | DC_M SMITH - 000237 | GO-SPT 601.01 Recording, Handling and Disposition of Property | |
| DC_M SMITH - 000238 | DC_M SMITH - 000238 | MPD Weapon Violations Arrests (May 15, 2012 - Oct 10, 2014) | CONFIDENTIAL |

Smith, Maggie v. D.C.            Index  2/11/2020

| Bates Begin | Bates End | File Name | Confidential |
|---|---|---|---|
| DC_M SMITH - 000239 | DC_M SMITH - 000243 | SO-03-4 Intake Guidelines for Firearms Cases | |
| DC_M SMITH - 000244 | DC_M SMITH - 000244 | TT-02-058-13_CrimeSceneLogNos_021513 | |
| DC_M SMITH - 000245 | DC_M SMITH - 000247 | TT-02-064-14_ForensicTesting_021914 | |
| DC_M SMITH - 000248 | DC_M SMITH - 000248 | TT-02-072-13_Theft-from-Auto_020613 | |
| DC_M SMITH - 000249 | DC_M SMITH - 000249 | TT-04-070-13_FirearmRecoveries_041913 | |
| DC_M SMITH - 000250 | DC_M SMITH - 000250 | TT-05-030-08_FirearmsRecovered_050908-Rescinded-051208 | |
| DC_M SMITH - 000251 | DC_M SMITH - 000251 | TT-05-037-08_FirearmRecoveries_051208 | |
| DC_M SMITH - 000252 | DC_M SMITH - 000252 | TT-06-066-08_TestFire_061908_Rescinded121412 | |
| DC_M SMITH - 000253 | DC_M SMITH - 000253 | TT-08-071-13_ElectronicDigitalSurveillance_082413 | |
| DC_M SMITH - 000254 | DC_M SMITH - 000260 | TT-08-120-12_Evidence-Tech-Resp_083012 | |
| DC_M SMITH - 000261 | DC_M SMITH - 000261 | TT-10-025-13_DFS-Takeover_100713 | |
| DC_M SMITH - 000262 | DC_M SMITH - 000262 | TT-11-057-12_Test-Firing-Weapons_111612 | |
| DC_M SMITH - 000263 | DC_M SMITH - 000264 | TT-12-054-12_FirearmRecovery_121412 | |
| DC_M SMITH - 000265 | DC_M SMITH - 000265 | TT-80-31-13_Carrying-a-Pistol_080913 | |