# Defendant's Exhibit No. 4

| CCN | approval_stat | last_status_date | last_status_by | Report_created_d | Report_created_by | internal_narrative |
|---|---|---|---|---|---|---|
| 14033760 | COMPLETED | 4/1/14 1:45 PM | MICHAEL HARRISO | 4/1/14 1:45 PM | MICHAEL HARRISO | Case closed with the arrest of S-1. S-1 is ___ of ___ , DOB ___ , SS# ___ and arrest number |
| 12074471 | COMPLETED | 8/23/15 7:00 AM | MIGRATION LEGAC | 3/15/13 3:33 PM | JESSICA LAGOMARS | INVESTIGATOR NOTIFIED: Gaither, 7D-14 NARRATIVE: C-1 and S-1 have been romantically involved for 10 years with 2 children in common ( |
| 13110535 | COMPLETED | 8/23/15 7:00 AM | MIGRATION LEGAC | 9/17/13 11:48 AM | SHEILA DANSBY | Case closed with the arrest of ___ , of 1813 |
| 12096067 | COMPLETED | 8/23/15 7:01 AM | MIGRATION LEGAC | 9/19/12 7:10 PM | MIGRATION LEGAC | INVESTIGATOR NOTIFIED: DET. Ricks DOMESTIC COMMENT: N/A |
| 13129516 | COMPLETED | 8/23/15 7:01 AM | MIGRATION LEGAC | 5/6/14 10:58 AM | Konrad Olszak | Case closed w/the arrest of: S-1 ___ , B/M, arrest#10130, and S-2 ___ of 717 |
| 14085886 | COMPLETED | 7/1/14 9:55 AM | TRACY CLARK HILL | 7/1/14 9:55 AM | TRACY CLARK HILL | The case was closed with the arrest of ___ DOB |
| 14081376 | COMPLETED | 9/13/14 3:24 PM | ROBERT RANCK | 9/13/14 3:24 PM | ROBERT RANCK | The case was closed with the arrest of ___ with DOB ___ . |
| 14111942 | COMPLETED | 1/28/15 10:15 AM | KIMBERLY TAYLOR | 1/28/15 10:15 AM | KIMBERLY TAYLOR | Closed with the arrest of ___ . DOB: |
| 13165277 | COMPLETED | 11/22/13 9:14 AM | DAVINA KNIGHT | 11/22/13 9:14 AM | DAVINA KNIGHT | Case closed with the arrest of ___ , a black male with |
| 13009203 | COMPLETED | 1/22/13 3:40 PM | CALANDRA MORG | 1/22/13 3:40 PM | CALANDRA MORGA | THE LISTED VEHICLE WAS LOCATE IN THE REAR ALLEY OF 900 BLOCK OF BELLEVUE ST SE UNOCCUPIED. MOMENTS LATER TWO MALE SUBJECT AND ONE FEMALE GOT IN. A SHOW UP OF THE SUBJECTS (S-1) AT 1518HRS. S-2 THE FEMALE WAS THE DRIVER. S-3 WAS THE REAR |
| 13171641 | COMPLETED | 12/5/13 9:05 AM | Derek Tarr | 12/5/13 9:05 AM | Derek Tarr | Closed with the arrest of ___ DOB |
| 12064725 | COMPLETED | 9/19/12 7:03 PM | MIGRATION LEGAC | 9/19/12 7:03 PM | MIGRATION LEGAC | INVESTIGATOR NOTIFIED: Sepulveda, Thomas NARRATIVE: Case closed |
| 13099332 | COMPLETED | 8/26/13 9:52 AM | MURIEL LEE | 8/26/13 9:52 AM | MURIEL LEE | case closed with the arrest of ___ W/M DOB: |
| 13104404 | COMPLETED | 9/11/13 11:43 AM | CALANDRA MORG | 9/11/13 11:43 AM | CALANDRA MORGA | Case closed with the arrest of ___ DOB ___ 1 Arrest |
| 14025905 | COMPLETED | 4/24/15 9:39 AM | Antoine Richardso | 4/24/15 9:39 AM | Antoine Richardson | Case Closed with the arrest of ___ , DOB ___ Arrest# |
| 13183153 | COMPLETED | 12/23/13 9:54 PM | FRANCIS JENKINS | 12/23/13 9:54 PM | FRANCIS JENKINS | Case closed with the arrest of ___ , dob ___ of ___ arrest#061346888. S-1 was later determined as not |
| 14032011 | COMPLETED | 4/7/14 12:14 PM | Peter Larsen | 4/7/14 12:14 PM | Peter Larsen | .AT THIS TIME NO OTHE INFORMATION IS GIVEN. AREA CANVASSED |
| 13025963 | COMPLETED | 3/21/13 11:22 PM | KIMBERLY TAYLOR | 3/21/13 11:22 PM | KIMBERLY TAYLOR | Case closed with the arrest of ___ . |
| 14013411 | COMPLETED | 2/5/14 10:12 AM | TRACY MARTIN | 2/5/14 10:12 AM | TRACY MARTIN | Closed wtih the arrest of ___ DOB ___ , Atkinson, Carl DOB ___ , and ___ DOB |
| 13007668 | COMPLETED | 8/23/15 7:00 AM | MIGRATION LEGAC | 5/15/13 3:03 AM | INGRID JOHNSON | Case closed with the arrest of ___ ), DOB: ___ , for |
| 12075831 | COMPLETED | 8/23/15 7:00 AM | MIGRATION LEGAC | 1/27/14 11:32 AM | DOROTHEA SMITH | NARRATIVE: Case closed with the arrest of ___ (Arrest#031219185), ___ (Arrest#031219186) and |
| 12110560 | COMPLETED | 9/19/12 7:12 PM | MIGRATION LEGAC | 9/19/12 7:12 PM | MIGRATION LEGAC | DOMESTIC COMMENT: N/A NARRATIVE: Case closed with the arrest of |
| 10169460 | SUBMITTED | 10/8/15 11:31 AM | ELMER BAYLOR JR | 10/8/15 11:31 AM | ELMER BAYLOR JR | INVESTIGATOR NOTIFIED: Stein D21496 NARRATIVE: Canvass of area with negative results. Ofc. West found in the rear of 1012 Harvard St. NW, Money bag with no money and Suspects clothes, FBI has clothes and bag,FBI's Crime Scene gathered evidence. CIC Hobbs notified, (MPD Ofc. On Scene MPO Barnes 2931, Sgt. Cole 564, Kelsey 4358,C.Day 4180,Sgt. |
| 13104217 | COMPLETED | 9/4/13 8:43 AM | KIMBERLY TAYLOR | 9/4/13 8:43 AM | KIMBERLY TAYLOR | Arrested was ___ arrest #1327661. |

| CCN | approval_stat | last_status_date | last_status_by | Report_created_d | Report_created_by | internal_narrative |
|---|---|---|---|---|---|---|
| 14103648 | COMPLETED | 9/12/14 3:12 PM | KIMBERLY TAYLOR | 9/12/14 3:12 PM | KIMBERLY TAYLOR | Closed with arrest of ███████████ of ███████ and closed with arrest of ███████ of ███████. Basic 19 responded and assisted Defendant ███████ their injuries as a result of the OC sprays. CIC Handbury 4336 was notified. Crime Scene Burgess responded and took photos of Defendant Brown, D and |
| 14089807 | COMPLETED | 8/23/15 7:01 AM | MIGRATION LEGAC | 8/12/14 4:58 PM | AUSTIN HUNT | THE EVENT OCCURED ON FRIDAY, JUNE 20, 2014 AT/ABOUT 1805 HOURS IN THE 200 BLOCK OF 15TH STREET NORTHWEST, IN THE CITY OF WASHINGTON D. C. WHILE ON ROUTINE PATROL IN A MARKED UNITED STATES SECRET SERVICE CRUISER WITH MULTIPLE POLICE MARKINGS AND EMERGENCY EQUIPMENT MOUNTED IN PLACE, RP (EDGERTON SS/UDW #1387) OBSERVED A RED HONDA BEARING VIRGINIA TAGS ███████ ) WITH AN EXPIRATION FOR APRIL 30, 2014. A TRAFFIC STOP WAS CONDUCTED FOR THIS INFRACTION ( DEAD OR EXPIRED TAGS NOI#7016880393), A NCIC CHECK WAS CONDUCTED AND CONFIRMED THE EXPIRED DATE. RP APPROACHED THE OF1 ███████ SS#███████ / VA ID███████ / DOB███████ ) WHO WAS IN THE DRIVER SEAT OPERATING THE VEHICLE AND REQUESTED OF1 TO PRODUCE A DRIVERS LICENSE, REGISTRATION AND PROOF OF INSURANCE. OF1 PROVIDED A VA ID (DL#███████ VALID THRU███████ ), AND VA REGISTRATION (EXPIRED 4/30/2014) AND NO |
| 14066637 | COMPLETED | 5/12/14 4:42 AM | M ALTO | 5/12/14 4:42 AM | M ALTO | |
| 13169080 | COMPLETED | 12/3/13 11:36 AM | DAVINA KNIGHT | 12/3/13 11:36 AM | DAVINA KNIGHT | The listed offense was closed with the arrest of ███████ of ███████. |
| 13081905 | COMPLETED | 11/3/13 8:50 AM | EVAN KNIGHT | 11/3/13 8:50 AM | EVAN KNIGHT | Case closed with the arrest of B/M ███████ DOB ███████. |
| 13029881 | COMPLETED | 8/23/15 7:00 AM | MIGRATION LEGAC | 11/3/13 8:50 AM | EVAN KNIGHT | Case closed with arrest of S-1: ███████ B/M DOB: |
| 12089544 | COMPLETED | 9/19/12 7:09 PM | MIGRATION LEGAC | 9/19/12 7:09 PM | MIGRATION LEGAC | INVESTIGATOR NOTIFIED: Del Po, Kirk NARRATIVE: Case closed with the arrest of ███████, a black male of 2600 17th Street NE, with a date of birth of ███████. Charged with Possession of Marijuana. Arrest # 101222162. Case closed with the arrest of ███████ Jr, a black male of ███████, with a date of birth of |
| 13152793 | COMPLETED | 4/1/14 1:42 AM | Ein Williams | 4/1/14 1:42 AM | Ein Williams | Closed with the arrest of ███████. Pending warrant for |
| 12155654 | COMPLETED | 4/8/14 12:30 PM | Terrance Bradley | 4/8/14 12:30 PM | Terrance Bradley | ███████, dob ███████, address of ███████ phone # (202)███████, Arrest # 061286627. CSS 9245 |
| 14011804 | COMPLETED | 8/23/15 7:00 AM | MIGRATION LEGAC | 2/7/14 7:49 AM | Diana Havlin | Case closed of the arrest of D1 known as ███████, Black male, DOB: ███████. SSN#███████. Case closed of the |
| 13152484 | COMPLETED | 11/5/13 10:15 AM | CARLA BRYANT | 11/5/13 10:15 AM | CARLA BRYANT | CLOSED BY THE ARREST OF ███████ B/M DOB |
| 12101879 | COMPLETED | 11/3/13 8:49 AM | EVAN KNIGHT | 11/3/13 8:49 AM | EVAN KNIGHT | INVESTIGATOR NOTIFIED: MIDDLETON NARRATIVE: CASE CLOSED WITH THE ARRESTS OF ███████ DOB:███████ SSN ███████ AND BUFFALOE, KIMBERLY MICHELLE DOB:███████ SSN: |
| 14042417 | COMPLETED | 4/3/14 12:20 PM | ANTOINETTE MUR | 4/3/14 12:20 PM | ANTOINETTE MURF | Case closed in the arrest of ███████, B/M DOB: ███████ of ███████ Washington,DC Social Security Number |
| 12101265 | COMPLETED | 7/19/12 9:36 PM | MIGRATION LEGAC | 7/19/12 9:36 PM | MIGRATION LEGAC | NARRATIVE: Case closed with the arrest of S-1 ███████ |