# Defendant's Exhibit No. 5

## Saindon, Andy (OAG)

| | |
|---|---|
| **From:** | William Claiborne <claibornelaw@gmail.com> |
| **Sent:** | Saturday, November 7, 2020 12:39 AM |
| **To:** | Saindon, Andy (OAG) |
| **Cc:** | Heath, Brendan (OAG); Amarillas, Fernando (OAG); Bennett B. Borden |
| **Subject:** | Re: Smith v DC Cornelius Rouse depo |
| **Attachments:** | 208 Barnes add Razina Jones as N plf.pdf |

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hi Andy
here are the depo dates for Plaintiffs
what format does DC plan to use - do I need to add software/ app for that?


we plan to add Kimberly Buffaloe as a Named Plaintiff
we are adding because she was/is a DC resident at time of arrest
attached is an opinion from J Lamberth in Barnes allowing us to add Ms Jones as a Named Plaintiff in similar circumstances


we will give you revised initial disclosures and disco responses for her


please confirm date for Cassagnol and Davis

and let me know for Rouse and Buffaloe
still working on getting date from Smith and getting her prepped

| | |
|---|---|
| Maggie Smith | |
| Rob Cassagnol | Monday, November 16 9:00 am |
| Delontay Davis | November 20, 2020 8 or 9 AM |
| Rouse | November 17 18 or 19 |
| Kimberly Buffaloe | November 17 18 or 19 |

Chaz

**William Claiborne**
**Attorney**
**ClaiborneLaw**
**717 D Street, N.W.**
**Suite 300**
**Washington, DC 20004-2815**
**202-824-0700**