UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 15-737 (RCL) |

# ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend Second Amended Complaint (Motion), defendant's opposition, and the entire record, it is:

**ORDERED** that the Motion is **DENIED**.

Dated: _____

_____
THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court
 for the District of Columbia