UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH, et al.,** <br><br> On behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **GOVERNMENT OF THE DISTRICT OF COLUMBIA** <br><br> Defendant. | Civil Action No.: **15-737 (RCL)** |

ORDER

Plaintiffs' motion is GRANTED; Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Leave to Amend the Second Amended Complaint is due on or before January 29, 2020.

_____
Judge Royce C. Lamberth
United States District Court Senior Judge

1