UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 15-737 (RCL) |

### DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME

Defendant the District of Columbia (the District) moves for an extension of time to respond to plaintiffs' motion to compel by 14 days, for good cause shown. Fed. R. Civ. P. 6(b)(1)(A). The District's new deadline, to which plaintiffs consent, would be February 8, 2021.

Under the recently amended Scheduling Order, fact discovery on liability and class issues is to be completed by February 22, 2021, with summary judgment briefing to follow. The District now seeks a brief extension of its deadline to respond to plaintiffs' motion to compel in light of the need to complete previously noticed depositions under Rule 30(b)(6), respond to undersigned counsel's competing professional obligations, and continue to negotiate with plaintiffs regarding a stipulation which may resolve the issues raised by plaintiffs' motion to compel. *See* Pls.' Mot. to Compel [96]; *see also* Pls.' Consent Mot. to Am. Scheduling Order [99] (indicating plaintiffs' consent to the proposed extension). The Parties are working cooperatively to negotiate the scope of these depositions and to attempt to agree on

one or more stipulations to eliminate the need for some of the noticed topics or depositions. The requested extension will also allow the Parties to continue their negotiations to clarify the scope of the remaining discovery and, potentially, reach agreement on stipulations, which may moot plaintiffs' pending motion to compel.

A memorandum of points and authorities and a proposed order are attached.

As provided under Local Civil Rule 7(m), undersigned counsel discussed this motion with plaintiffs' counsel, who consented to the relief requested.

Dated:  January 22, 2021.    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Brendan Heath
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
BRENDAN HEATH [1619960]
Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (fax)
andy.saindon@dc.gov

*Counsel for Defendant*