UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>  Defendant. | Civil Action No. 15-737 (RCL) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME

In support of its consent motion for extension of time, defendant the District of Columbia (the District) submits the following:

1. Fed. R. Civ. P. 6(b)(1)(A);

2. Plaintiffs' consent to the extension; and

3. Defendant's showing of good cause in support of the motion;

4. The inherent power of the Court.

The District seeks a 14-day extension of its deadline to respond to plaintiffs' motion to compel, for good cause. The requested extension will not prejudice plaintiffs or unduly delay the resolution of this matter, because this deadline falls before the Scheduling Order's close of discovery. Accordingly, the District requests that the Court grant the motion and enter the proposed order.

Dated:  January 22, 2021.         Respectfully submitted,

                                  KARL A. RACINE
                                  Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Brendan Heath*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
BRENDAN HEATH [1619960]
Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (fax)
andy.saindon@dc.gov

*Counsel for Defendant*