UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 15-737 (RCL) |

### ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time (Motion), and the entire record, it is this _____ day of January, 2021:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERDED** that the District shall file a response to plaintiffs' motion to compel by February 8, 2021.

**SO ORDERED.**

_____
THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court
     for the District of Columbia

*Copies to*:

All counsel of record through CM/ECF