# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH, et al.,** On behalf of herself and all others similarly situated, Plaintiff, v. **GOVERNMENT OF THE DISTRICT OF COLUMBIA** Defendant. | Civil Action No.: **15-737 (RCL)** |

# ORDER

Plaintiffs' motion [102] is GRANTED; Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Leave to Amend the Second Amended Complaint is due on or before January 29, 2020.

Date: January 23, 2021

/s/ Royce C. Lamberth
Judge Royce C. Lamberth
United States District Court Senior Judge