UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 15-737 (RCL) |

ORDER

Upon consideration of Defendants' Consent Motion [103] for Extension of Time (Motion), and the entire record, it is this 23rd day of January, 2021:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERDED** that the District shall file a response to plaintiffs' motion to compel by February 8, 2021.

SO ORDERED.

/s/ Royce C. Lamberth
THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court
    for the District of Columbia

*Copies to*:

All counsel of record through CM/ECF