UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**,<br><br>Defendant. | Civil Action No: 15-737 (RCL) |

## DECLARATION OF TODD GRABOWSKY

1. My name is Todd Grabowsky and I work at Tritura Information Governance LLC and have the job title of Data Scientist.

2. I have been closely involved with analyzing the District's data exports in this case.

3. The District produced its first data export from the District's prosecution database (CourtView) on February 11, 2020.

4. This data export did not include address data so there was no way to know a person's address or residency from the records in the data export.

5. The first data exports with addresses we received and the dates we received them are as follows:

| Source | Date of production | comment |
|---|---|---|
| CourtView data export DC_M SMITH – 023179 | August 31, 2020 | |

| | | |
|---|---|---|
| ClassAction Arrests data export DC_M SMITH – 023185 | October 29, 2020 | This production contained about two thirds of all persons arrested on weapons charges during the Class Period. |

I, Todd Grabowsky, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on January 28, 2021 in the District of Columbia.

*Todd Grabowsky*
_____
Todd Grabowsky

Pls.'s Ex. 1, p. 2
Grabowsky Decl.
Smith v. DC, 15-737 (RCL)

Page 2