# Defendant's Exhibit No. 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 15-737 (RCL) |

PLAINTIFFS' NOTICE OF DEPOSITION PURSUANT TO

FED. R. CIV. P. 30(b)(6)

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiffs, through their attorneys, will take an oral deposition of the person specified below, on the date and time specified below, at the place specified below, before a certified court reporter authorized to administer oaths, for all purposes permitted by the federal rules of civil procedure and other federal law, including but not limited to for use in trials. Defendant District of Columbia is requested to designate the person or persons most knowledgeable and prepared to testify on behalf of American concerning the subject matter described on Attachment A hereto. If necessary, the deposition will be adjourned until completed.

This deposition will be videotaped as well as stenographically recorded.

**Deponent**: the person or persons most knowledgeable and prepared to testify on behalf of American concerning the subject matter described on Attachment A hereto

**Date**: 11/6/2020

EXHIBIT
0001

**Time:** 9:00 a.m.

**Place:** Remote deposition – details to be provided

If the District cannot agree to a remote deposition:

Faegre Drinker Biddle & Reath LLP 1500 K Street NW, Suite 1100 Washington, DC 20005

Phone: 202/842-8800 Email: bennett.borden@faegredrinker.com

William Claiborne

Respectfully submitted,

/s/ William Claiborne

WILLIAM CLAIBORNE
D.C. Bar # 446579
Counsel for Plaintiffs
717 D Street N.W., Ste 300
Washington, DC 20004-2815
Phone 202/824-0700
Email clairbornelaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Deposition Notice was emailed on this, day

9/28/2020 and 11/1/2020 to:

Fernando Amarillas, Esq. at fernando.amarillas@dc.gov
Chief, Equity Section at Office of the Attorney General for the District of Columbia

and Andy Saindon  andy.saindon@dc.gov  and Brendan Heath

Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470

/s/ William Claiborne
WILLIAM CLAIBORNE D.C. Bar # 446579

# Attachment A

Cobalt – Cobalt Case Management System and Records Management System (RMS) and any other database and system used in booking arrestees into MPD booking database

The person most knowledgeable about all technical aspects of the Cobalt Case Management System and Records Management System (RMS) and any other database and system used in booking arrestees into MPD booking database used by the District of Columbia since 2012 and currently in use (the "Database") including:

1. The Database platform (SQLServer, Oracle, third-party provided, etc.)
2. The structure of the Database (e.g., relationships and definitions for tables, queries, stored procedures, constraints and other database objects)
3. The contents of each field in the Database, to include configurable fields
4. The field name and format for each field in the Database
5. The organization of the Database fields into tables
6. The servers where the Database is stored
7. Who maintains the database and their names and contact information and employers
8. The functionality of the Database
9. What data is entered into the Database
10. How data is entered into the Database
11. How the data in the Database is organized by record
12. How any documents are related and attached to a record in the Database

13. How any documents are stored in the Database

14. Identifying and describing all reports that can be generated by the Database

15. How the Database is searched or queried

16. How data is extracted or exported from the Database

17. How Database transactions are logged

18. How are changes to Database records are recorded and auditability and chain of custody are maintained

19. The searches that were conducted in the Database to create the District's productions from it in this case.

20. Any differences in searches that resulted in different productions of data from the Database.

21. How identify cases referred for prosecution that were no-papered.

22. What access does Superior Court have to CSOSA data

23. PTSA module in CourtView

24. Criminal history records and how searchable and exportable

25. The individual is knowledgeable of any interfaces between systems (especially COBALT, EvidenceOnQue and any other MPD systems and CourtView) whether that interface is a technical interface, or whether there is a manual process by which data gets entered from one system to another.

26. Each field in each of the databases populated with data about class members (including Named plaintiffs), the programmer name of the field, the name the field the data entry person sees, the table the field is in, the field's purpose, by whom it is populated

27. What info does MPD collect from AFIS? How is it collected? Is it preserved in any form? How?

28. Is AFIS searchable (by individual search for records of one person only or for records by query, e.g., all persons arrested during a specified time period)

29. Fields produced from MPD and CourtView databases and why CourtView has class members not in the MPD arrest database