# Defendant's Exhibit No. 3

| | |
|---|---|
| **From:** | Saindon, Andy (OAG) |
| **To:** | "William Claiborne"; Heath, Brendan (OAG); Amarillas, Fernando (OAG); Bennett B. Borden; Joe Joseph A. Scrofano, Esq. |
| **Subject:** | RE: Smith v DC depo dates for Jimbo Zezekiah, EvidenceOnQ process and MPD/ Cobalt process |
| **Date:** | Thursday, November 19, 2020 8:59:00 AM |

Chaz,

Criminal histories of potential class members remains irrelevant. Because the Duncan Ordinance prohibits us from providing the criminal histories of potential class members, it would be a pointless exercise to depose someone about the structure or operations of those databases. So unless you can give us a good reason for doing so, we will not produce Mr. Zedekiah for deposition, because there's no indication he has any knowledge of the events underlying the allegations.

As to your other requests, we are continuing to work with MPD to identify appropriate designees and will let you know as soon as we can. It seems unlikely, however, that we will be able to produce someone for 11/23 or 11/24, so those dates will probably have to be bumped out.

--Andy

**From:** William Claiborne <claibornelaw@gmail.com>
**Sent:** Thursday, November 19, 2020 8:15 AM
**To:** Saindon, Andy (OAG) <andy.saindon@dc.gov>; Heath, Brendan (OAG) <Brendan.Heath@dc.gov>; Amarillas, Fernando (OAG) <fernando.amarillas@dc.gov>; Bennett B. Borden <bennett.borden@faegredrinker.com>; Joe Joseph A. Scrofano, Esq. <jas@scrofanolaw.com>
**Subject:** Smith v DC depo dates for Jimbo Zezekiah, EvidenceOnQ process and MPD/ Cobalt process

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hi andy

can you please give me the depo dates for the following depositions?

| deponent | date |
|---|---|
| Jimbo Zezekiah about criminal history data pull capabilities and DC code numbers | Nov 19, 24, 25, 27, 30<br><br>Dec  1 – 18 |
| EvidenceOnQ process | 11/23/2020 to 11/24/2020 |
| MPD/ Cobalt process | 11/25/2020; November 30, 2020 orDecember 1, 2020 |

I sent you the notices last Friday the 13th

Chaz

William Claiborne
Attorney
ClaiborneLaw
717 D Street, N.W.
Suite 300
Washington, DC 20004-2815
202-824-0700