# Defendant's Exhibit No. 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 15-737 (RCL) |

## DECLARATION OF DONALD V. DUDLEY, SR.

Pursuant to 28 U.S.C. § 1746, I, Donald V. Dudley, Sr., declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my personal knowledge, including information provided to me by other District of Columbia employees in the course of my official duties.

2. I am employed by the Metropolitan Police Department (MPD) as the Program Manager for Business Applications. I am also the MPD Criminal Justice Information Services (CJIS) Security Officer. In that role, I am responsible for administration, compliance, security, and governance for the WALES/NCIC application for the operation of computers, access devices, networks components, and that transmit criminal justice information. In addition, I am responsible for ensuring appropriate use, enforcing system discipline, and ensuring that MPD's services and information follow CJIS division operating procedures.

3. My duties include managing, administrating, and securing MPD's business applications systems, such as WALES (the Washington Area Law Enforcement System), Cobalt, and NCR-LINX.

4. I began work at MPD in April 2019. Prior to that, I was employed as Program Manager at Maximus Federal, LLC, where my duties consisted of ensuring that security parameters were built, tested, and implemented for Department of Defense Military IT Health System network infrastructures based on ports, protocols, management, and service standards.

5. I have a Master's Degree in Information Systems and Technology Management from Capella University.

6. For this case, I was designated to testify for the District in a deposition on November 6, 2020, on various topics concerning Cobalt, MPD's records-management system used in booking arrestees.

7. During my deposition I was questioned, among other things, about WALES, an application containing criminal-history information from surrounding jurisdictions.

8. MPD operates the Computerized Criminal History (CCH) database. Information collected by MPD in Cobalt and the Automated Fingerprint Information System (AFIS) is fed to CCH, which then feeds that information to WALES and the FBI.

9. During my deposition, I was asked whether someone could query WALES with a list of names and obtain the criminal histories for those individuals.

*See* Pls.' Ex. 26 at 6. I said "yes," but I either misunderstood or misheard the question. My answer to a question on the next page of the deposition, however, was correct:

> Q: [W]hen you search through the WALES system, can you only do one query, one individual at a time?
>
> A: Yes. You cannot do — from the user interface you can only perform a single query.

10. There is no way for MPD to perform a search on a list of names in WALES or CCH for the purpose of providing criminal-history information related to arrest and convictions. The application user interface only allows one search per query. A user could not do a "bulk" search on a list of names or identification numbers.

11. CCH only stores local, District of Columbia-specific criminal records, from the D.C. Superior Court. CCH does not store arrest and conviction information from the United States District Court for the District of Columbia, or from other jurisdictions.

12. I am unaware of MPD ever being asked to provide this type of "bulk" search before, and other, current IT employees have told me that they have never heard of such searches being done in their experience, going back almost 15 years.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on 2/8/2021

_Donald V. Dudley_
DONALD V. DUDLEY, SR.

3