UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>  Defendant. | Civil Action No. 15-737 (RCL) |

ORDER

Upon consideration of plaintiffs' Motion to Compel Responses to Interrogatory and Document Production Requests (Motion), defendant's opposition, and the entire record, it is this _____ day of _____, 2021,

**ORDERED**, that the Motion is **DENIED**.

_____
THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court
          for the District of Columbia