UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

CONSENT PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

Plaintiffs hereby respectfully move this Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) for a brief one week extension of Plaintiffs' deadline, until February 22, 2021, to respond to Defendant's Opposition [107] to Plaintiffs' Motion [96] for Leave to Compel for good cause shown.

Consent Sought and Obtained

Plaintiffs' counsel sought defendant's consent to the relief requested herein pursuant to LCvR 7(m) and defendant does consent.

Motion Timely Filed

This motion is filed before the expiration of the deadline for filing a reply, February 15, 2021.

Applicable Law Supports Grant ing Motion

Federal Rule of Civil Procedure 6(b)(1)(B) authorizes the Court to grant plaintiff's requested extension providing that "good cause" exists for the extension for good cause. Fed. R.

Civ. P. 6(b)(1)(B). Courts have explained that good cause in this context simply "means a valid reason for delay[,]" *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012). Good cause is present here.

Plaintiffs need more time to respond to defendant's opposition to plaintiffs' motion because of the complexity of the issues raised in defendant's opposition and because of plaintiffs' counsel's schedule.

### Relief Requested

Plaintiff respectfully moves this Court to extend Plaintiffs' deadline to file a reply to Defendant's Opposition [107] to Plaintiffs' Motion [96] to Compel until February 22, 2021.

Respectfully submitted,

/s/William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs and the class
717 D Street, N.W.
#300
Washington, DC 20004
Phone 202/824-0700
Email claibornelaw@gmail.com