UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH, et al.,**<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

ORDER

Plaintiffs' motion is GRANTED; Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion to Compel is due on or before until March 1, 2021.

_____
Judge Royce C. Lamberth
United States District Court Senior Judge

1