UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>Plaintiffs, on behalf of themselves and all others similarly situated,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

## [~~PROPOSED~~ [95]] ORDER

Plaintiffs' motion for leave to amend their Second Amended Complaint and to file their Third Amended Complaint is hereby granted.

_____  2/22/21
HON. Royce C. Lamberth
United States District Judge

1