UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al., <br><br> On behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GOVERNMENT OF THE DISTRICT OF COLUMBIA <br><br> Defendant. | Civil Action No.: 15-737 (RCL) |

ORDER

Plaintiffs' motion [108] is GRANTED; Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion to Compel is due on or before February 22, 2021.

*Royce C. Lamberth*  2/22/21

Judge Royce C. Lamberth
United States District Court Senior Judge

1