UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

ORDER

Plaintiffs' motion [of 93] is GRANTED; Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion to Compel is due on or before until March 1, 2021.

Judge Royce C. Lamberth
United States District Court Senior Judge