## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH, et al.,** | |
| Plaintiffs, | |
| v. | |
| **GOVERNMENT OF THE DISTRICT OF** | Civil Action No.:  15-737 (RCL) |
| **COLUMBIA,** | |
| Defendant. | |

### PLAINTIFF'S ERRATA

Plaintiffs Reply [ECF 113]

Attached are Pls.'s Ex. # 29, second excerpts from Mr. Dudley's deposition, and Pls.'s Ex.

# 29, Grabowsky decl., to Plaintiffs Reply [ECF 113].

Respectfully submitted,

/s/William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiff
ClaiborneLaw
717 D Street, N.W., Ste 300
Washington, DC 20004
Phone 202/824-0700

Email claibornelaw@gmail.com