UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No: 15-737 (RCL) |

# DECLARATION OF TODD GRABOWSKY

1. My name is Todd Grabowsky and I work at Tritura Information Governance LLC and have the job title of Data Scientist.

2. I am told that the District stated in its responses to Plaintiffs' Interrogatory No. 5 that "there are "4,500 individuals identified in part A" of the interrogatory which reads:

> any person: A. who: (1) was arrested for any alleged violation of any provision of the District's laws (including any statute or regulation or other type of law) governing firearms or ammunition during the Class Period; or (2) who had been arrested for such laws before the start of the Class Period but was still being detained and/ or prosecuted after the start of the Class Period.

3. I was given several Excel spreadsheets and told that the spreadsheets contained data exports from the District of Columbia Cobalt (MPD "arrest database") and CourtView (Superior Court "prosecution database") which the District provided in response to document production request asking for the same data set described above in "part A".

4. I call the data exports from Cobalt the arrest data set. I call the data exports from CourtView the prosecution data set.

5. I counted the number of unique arrests in the arrest dataset and the number of unique prosecutions in the prosecution dataset.

6. I have made the following observations about the data in the arrest data set and the prosecution data set.

7. I counted 3,155 unique arrests in the arrest data set.

8. I counted 1,892 unique prosecutions in the prosecution data set.

9. I counted about 413 people in the Superior Court prosecution data set who are not in the arrest data set (based on comparing unique PDID values from the prosecution data set against unique state_id_number (identified by the District as PDID) values in the arrest data set).

10. I estimate based on counting that there are a total of about 3,360 unique *persons* in the two data sets using PDID as the unique identifier. There are fewer unique persons than unique arrests because some persons were arrested more than once. I had to make an estimate because some of the arrest numbers in the arrest data set (about 25) do not have PDID numbers.

11. In the complete data exports from Cobalt there are about 101 fields. These data exports include fields which identify the arrestees by name or address, SSN, charge, etc. which the District provided for the other unique arrest numbers. Attached as Exhibit A is a list of fields in the arrest data sets from Cobalt.

12. The District also produced three spreadsheet with data exports from Cobalt, the MPD arrest database (Bates ## 000238, 000440, and 000441) (the "orphan arrest data exports"), which have only CCN and arrest numbers, charge descriptions and some other fields but none of the other fields in a complete data export which identify the arrestees by name or address, SSN, etc. The list of fields in the orphan arrest data exports are: CCN, Arrest Date, Arrest Time, Arrest #, Charge Description, Arrest Category, Arrest Asp, Arrest District, Arresting Agency]. We call each

**Pls.'s Ex. 28, p. 2**
**Grabowsky Decl.**
**Smith v. DC, 15-737 (RCL)**

Page 2

arrest number in the orphan arrest data exports an "orphan arrest number" because they have no names or other identifying data. The "orphan arrest numbers" also lack disposition or residence data associated with them.

13. There are 3,707 unique arrest numbers in the orphan arrest data exports.

14. I cross referenced the orphan arrest data exports against the unique arrest numbers in the arrest data set and I was left with 1,470 unique orphan arrest numbers that did not have a match in the arrests datasets.

15. I then cross-referenced those 1,470 orphan arrest numbers with the prosecution dataset and I was able to match 56 of them in the prosecution dataset, which leaves **1,414** actual orphan arrest numbers. I attach as Exhibit B a list of those orphan arrest numbers.

I, Todd Grabowsky, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on January 13, 2021 in the District of Columbia.

*Todd Grabowsky*
_____
Todd Grabowsky

List of Fields in Cobalt Arrest Data Set (Bates # DC_M SMITH – 023259)

| Field Name |
| --- |
| CCN |
| arrest_number |
| arrest_created_date |
| arrest_created_by |
| arrest_date |
| arresting_officer |
| advised_rights_officer |
| advised_rights_date |
| advised_rights_location |
| phone_call_refused |
| defendant_remarks |
| collateral_bond_amount_paid |
| is_juvenile |
| narrative |
| released_by_officer |
| permanent_arrest_Number |
| lockup_number |
| lockup_location |
| lockup_date |
| juvenile_tried_as_adult |
| juvenile_tried_as_adult_notes |
| phone_number |
| extension |
| expungement_date |
| expungement_note |
| expungement_status |
| arrest_type |
| arresting_agency |
| ticket_numbers |
| phone_call_made |
| Arrest_location |
| Arrest_location_district |
| Arrest_location_psa |
| Offense |
| statute_code |
| offense_order |
| expungement_status |
| disposition |

**Pls.'s Ex. 28, p. 4**
**Grabowsky Decl.**
**Smith v. DC, 15-737 (RCL)**

| |
|---|
| disposition_date |
| collateral_bond_receipt_num |
| collateral_bond_amount_paid |
| Offense_arrest_type |
| juvenile_disposition |
| juvenile_disposition_date |
| collateral_bond_is_paid |
| drug_type |
| defendant_first_name |
| defendant_middle_name |
| defendant_last_name |
| suffix |
| title |
| ssn |
| dob |
| dob_range_start |
| dob_range_end |
| date_of_death |
| details |
| weight |
| weight_range_min |
| weight_range_max |
| height |
| height_range_min |
| height_range_max |
| dl_number |
| dl_type |
| dl_type_other |
| dl_state |
| dl_status |
| dl_jurisdiction |
| dl_endorsement |
| place_of_birth |
| citizenship |
| marital_status |
| maiden_name |
| fbi_ucn |
| state_id_number |
| build |
| eye_color |
| sex |

**Pls.'s Ex. 28, p. 5**
**Grabowsky Decl.**
**Smith v. DC, 15-737 (RCL)**

| |
|---|
| ethnicity |
| race |
| skin_tone |
| needs_interpreter |
| youth_division_number |
| [probation_type |
| probation_officer_name |
| prior_history_of_domestic_violence |
| is_resident_of_jurisdiction |
| notes |
| [birth_state |
| emergency_contact_address |
| emergency_contact_name |
| emergency_contact_phone_number |
| emergency_contact_link_type |
| is_dead |
| True_first_name |
| True_last_name |
| True_middle_name |
| identity_verified |
| True_dob |
| True_ssn |

**Pls.'s Ex. 28, p. 6**
**Grabowsky Decl.**
**Smith v. DC, 15-737 (RCL)**

List of Orphaned Arrest Numbers

| Arrest # | | | | | |
|---|---|---|---|---|---|
| 031216793 | 711220566 | 521225353 | 521227166 | 041285819 | |
| 051216854 | 101223713 | 071225438 | 521227168 | 031285938 | |
| 061216908 | 061220863 | JU1252914 | 521227169 | JU1285933 | |
| JU1216847 | 071221089 | 521225588 | JU1256071 | 031286064 | |
| JU1216900 | 011221171 | JU1225729 | 011256108 | 061286306 | |
| 061217287 | 051250657 | JU1225955 | 061256172 | 011286518 | |
| JU1217283 | 061221880 | 011253383 | 511227170 | 061286849 | |
| JU1217380 | JU1221938 | 041253350 | 031256397 | 011286953 | |
| 071217574 | 031222514 | 051225972 | 071256529 | 021287238 | |
| 731217739 | JU1222515 | 051253357 | 741227345 | 061287146 | |
| 021217844 | 041222607 | 011253591 | JU1256508 | 071287282 | |
| 731217887 | 011251098 | 061226122 | 511227377 | JU1287310 | |
| 051218280 | 031222760 | 521226131 | 021280192 | 061287781 | |
| 061218362 | 511222945 | JU1226153 | 061280162 | 011287938 | |
| 011218399 | 011251259 | 071253826 | 061280482 | 061287959 | |
| 061218466 | 011251298 | 031226325 | 051280625 | 061287963 | |
| 521218435 | 011251390 | 061253984 | 031280774 | 061288114 | |
| 021218569 | 011251420 | JU1253976 | 071280966 | JU1288070 | |
| 051218557 | 031223571 | 011254051 | 031281120 | 061288264 | |
| 051218567 | 051251452 | 071226391 | 061281167 | 061288293 | |
| 051219089 | 081223852 | 061254095 | 061281725 | 031288653 | |
| 011219196 | 011251668 | 521226474 | 061281834 | 041289063 | |
| 011219202 | 511223936 | 021254443 | 061282030 | 021289095 | |
| 031219182 | 511224001 | 521226533 | 061282031 | 071289528 | |
| 031219186 | 031224121 | 731226614 | 061282035 | 061289806 | |
| 011219394 | 011224490 | 071254634 | 011282243 | 061289819 | |
| 021219392 | 071224489 | 011254803 | 031282264 | 041290142 | |
| 061219383 | 061224678 | JU1226711 | 031282451 | JU1290432 | |
| 011219515 | 031224872 | 061254920 | 031282464 | 011290573 | |
| 011219657 | 071224848 | 031254987 | 061282486 | 061290470 | |
| JU1219688 | 511224915 | 491226783 | 011283158 | 021291125 | |
| JU1219794 | JU1224914 | JU1226819 | 031283123 | JU1291147 | |
| 501219968 | JU1224921 | JU1255081 | JU1283127 | JU1291275 | |
| JU1219841 | JU1252359 | 051255337 | 011283808 | 011292023 | |
| 531220189 | 061252412 | 011255388 | 011284011 | 061291997 | |
| 011220205 | 011252489 | 061255428 | 071284143 | 031292086 | |
| 051220268 | 031224992 | 021255464 | 071284146 | 061292162 | |
| JU1220485 | JU1252458 | 031256210 | 031285736 | 061292191 | |
| | 011252616 | 061256022 | 041285735 | JU1292155 | |

**Pls.'s Ex. 28, p. 7**
**Grabowsky Decl.**
**Smith v. DC, 15-737 (RCL)**

| | | | | |
|---|---|---|---|---|
| 061292243 | 021307943 | 031314351 | 061322901 | 071331948 |
| JU1292449 | 041307953 | 031314356 | 011323020 | 011332257 |
| 081292616 | 051308038 | 061314337 | 051323330 | 101332651 |
| JU1292988 | JU1308068 | 011314510 | 041323982 | 011333415 |
| 061293102 | 061308298 | JU1314813 | 061323922 | 061333871 |
| 051293233 | 061308745 | 071314974 | JU1323955 | 101333887 |
| 071293172 | JU1309006 | 071314986 | 041324552 | 021334122 |
| JU1293196 | 041309324 | 021315674 | 041324710 | 051334344 |
| JU1293270 | 061309530 | 061315651 | 031325062 | 031334422 |
| 071300166 | 041309695 | 101315587 | 031325064 | 061334612 |
| 071300181 | 031310003 | 031315758 | 061325402 | 101334450 |
| JU1300162 | JU1309978 | 011315962 | 011325726 | JU1334471 |
| 051300828 | 071310153 | 031315958 | 021325698 | 061334887 |
| JU1300795 | 071310157 | 051315904 | 011325877 | 061448206 |
| 071301034 | 021310197 | 021316167 | 051326086 | 051335021 |
| 071301035 | 061310324 | 071316296 | 051326159 | 031335276 |
| JU1301036 | 051310400 | 031316390 | 011326657 | 051335306 |
| 031301333 | 051310443 | 061317188 | JU1326656 | 051335439 |
| 011301686 | 031310821 | JU1317823 | 021326944 | 101335364 |
| 041302139 | 031310879 | 101318065 | 041327168 | 031335682 |
| 071302518 | 011311135 | 041319124 | 031327620 | JU1335873 |
| 051303438 | 051311268 | JU1319561 | 061327950 | 031336177 |
| 061303339 | 061311267 | JU1319566 | 071327973 | 051336054 |
| JU1303550 | JU1311438 | 011319715 | 031328359 | 051336180 |
| 011303993 | 071311469 | JU1319627 | 041328536 | 101336311 |
| JU1304013 | 011311779 | 571319821 | 061328719 | 031336509 |
| 011304057 | 081312205 | 071320153 | 061328720 | JU1336547 |
| 051304099 | 011312493 | 061320489 | 011328897 | 011336615 |
| JU1304332 | 031312541 | 011320725 | JU1330169 | 051336676 |
| 051304866 | 021312754 | 061320741 | 011330466 | 031344065 |
| 011304952 | 061312791 | 061320823 | 051330589 | JU1337009 |
| 031305304 | 041313180 | 031320917 | 031330735 | JU1337013 |
| 061305444 | 051313244 | 061320965 | 771330686 | 061337457 |
| 101305567 | 061313314 | 031321182 | 011330883 | JU1337585 |
| 061305980 | 071313264 | 051321353 | 031330858 | 051337673 |
| 071306015 | 011313433 | 031321829 | 041330977 | 011338163 |
| 061306080 | 061313350 | JU1322210 | 061331170 | 011338180 |
| 061306462 | JU1313340 | JU1322213 | 061331176 | 101338126 |
| 031306612 | 071313885 | JU1322214 | 061331325 | 101338148 |
| 061306661 | 011314026 | JU1322215 | JU1331337 | 051338422 |
| 011307286 | 061314204 | 051322346 | 061331644 | JU1338537 |

**Pls.'s Ex. 28, p. 8**
**Grabowsky Decl.**
**Smith v. DC, 15-737 (RCL)**

| | | | | | |
|---|---|---|---|---|---|
| JU1338575 | 051344237 | JU1402198 | 051410150 | JU1415598 |
| 071338977 | JU1344247 | 011402234 | JU1410186 | 011415951 |
| 011339163 | 071344272 | 061402275 | 051410353 | 031415939 |
| 041339138 | 051344518 | 031402339 | 061410447 | 031416018 |
| JU1339229 | JU1344548 | 051402497 | 031410785 | 051416028 |
| JU1339324 | 011344851 | 101402509 | 011410942 | 011416137 |
| JU1339544 | 101344962 | 021402752 | 061411234 | 011416319 |
| 011339589 | 011345373 | 071403238 | JU1411182 | 071416321 |
| 051339666 | 031345864 | JU1403176 | 011411437 | 051416403 |
| JU1339735 | 031345888 | JU1403266 | 031411629 | 061416367 |
| JU1339796 | 041346114 | 031403302 | 031411676 | 061416722 |
| 091340908 | 011346290 | 071403391 | 061411727 | JU1416650 |
| 071340876 | 011346330 | JU1403543 | 051411850 | 061416916 |
| JU1340868 | 011346344 | JU1403926 | 011412237 | 071417167 |
| 071341054 | 051346398 | JU1404201 | 031412192 | 071417260 |
| 031341168 | 101346432 | 051404513 | 031412200 | JU1417363 |
| JU1341292 | 041346715 | 011404594 | 031412253 | 031417566 |
| JU1341439 | JU1346861 | 061404622 | 051412195 | 051417557 |
| JU1341524 | 061346943 | 041404907 | 031412268 | 011417990 |
| 031341662 | 041347097 | 051404919 | 031412368 | 061418047 |
| JU1341715 | 041347099 | 061404991 | 061412504 | 061418244 |
| 061341730 | 061347209 | JU1405048 | 101412941 | 011418352 |
| JU1341808 | 061347214 | 011405143 | 071413126 | JU1418437 |
| 061341833 | 011347262 | 041405420 | 011413309 | 031418611 |
| 011341945 | 041347320 | JU1405644 | 091505978 | 061418674 |
| 011342331 | 011347391 | 061405788 | 011413477 | JU1418672 |
| 061342420 | 061347529 | 011406051 | 031413420 | 011419054 |
| JU1342392 | 011447643 | 031406294 | 051413383 | 031419566 |
| 071342689 | 031400055 | 101406283 | 061413378 | 031419760 |
| 101342647 | 101400025 | 031406595 | 071413453 | 011419915 |
| JU1342620 | 061400303 | 061406863 | 011413664 | JU1419939 |
| 041342784 | 011400406 | 011407195 | JU1413735 | 061419960 |
| 011343000 | 031480300 | 011407432 | JU1413775 | 031420596 |
| 041343030 | JU1400734 | 051407685 | 041413985 | 051420620 |
| 101343334 | 101400808 | JU1407812 | 051413911 | 011420970 |
| 051343544 | 011400963 | 071408028 | JU1413909 | 021420877 |
| 061343704 | 041401000 | 061408957 | 061414146 | 031420941 |
| 021343804 | 011401077 | 061409171 | 061414399 | 051420956 |
| 011344164 | 031401412 | 051409606 | JU1414791 | JU1421651 |
| 011344242 | 031401583 | 051409721 | 061415630 | JU1421236 |
| 041344186 | 011402201 | 031409786 | JU1415592 | 061421376 |

**Pls.'s Ex. 28, p. 9**
**Grabowsky Decl.**
**Smith v. DC, 15-737 (RCL)**

| | | | | |
|---|---|---|---|---|
| 051421908 | 051426485 | 031431296 | 031435173 | 501151989 |
| JU1422023 | 061426488 | 031431297 | 061435176 | 501151993 |
| JU1422025 | JU1426770 | 031431339 | JU1435358 | 071152092 |
| 011422077 | 011426791 | 031431340 | 021435714 | 051152088 |
| 021422220 | JU1426790 | 051431310 | 011435902 | 071152105 |
| JU1422517 | 031427066 | 011431378 | 041435903 | 051152124 |
| 051422650 | 051427153 | 061431466 | 101435865 | 051152123 |
| 061422544 | 071427210 | 031431610 | 071150889 | 101152185 |
| 071422579 | 011427565 | JU1431774 | 511151069 | 041152200 |
| 071422633 | 061427737 | 031431799 | 061151180 | 011152211 |
| 021422999 | 051427830 | 061431863 | 031151222 | 061152274 |
| 041423041 | 021428065 | 071431771 | 021151281 | JU1152281 |
| 061425511 | 051428155 | 051431947 | 021151283 | JU1152282 |
| 061423298 | 061428086 | 051431949 | 101151400 | 101152287 |
| 051423581 | JU1428245 | 051431950 | 101151401 | JU1152307 |
| 061423507 | 071428280 | JU1432643 | 101151402 | JU1152428 |
| 021423663 | JU1428361 | 031432777 | 031151425 | 031152411 |
| 061423604 | JU1428362 | JU1432996 | 061151477 | 031152451 |
| 061423682 | 061428471 | 071433214 | 061151479 | 031152453 |
| 061423683 | 051428577 | 091433205 | 061151480 | 041152529 |
| 031423775 | 011428986 | 041433468 | 061151481 | 041152530 |
| 061423879 | 071428651 | 061433410 | JU1151486 | 041152534 |
| 061423965 | 061429022 | 051433449 | 011151496 | 041152549 |
| JU1423976 | 071429228 | 051433455 | 051151539 | JU1152626 |
| JU1424210 | 051429247 | JU1433458 | 071151522 | 011152525 |
| JU1424354 | 051429415 | 021433571 | 531151734 | 031152520 |
| 061424577 | 031429547 | 061433636 | 531151735 | 011152546 |
| JU1424578 | JU1429717 | 021433800 | 531151736 | 071152558 |
| 011424983 | 061429852 | JU1433771 | 061151624 | JU1152571 |
| 061425258 | 011430021 | 071434051 | 711151683 | JU1152573 |
| 061425326 | 021430029 | 011434181 | 071151703 | JU1152575 |
| 011425742 | 041430032 | 021434653 | 051151742 | 031152568 |
| 031425811 | 041430033 | 061434709 | 101151744 | 531152728 |
| 011426019 | JU1430094 | 011480118 | 041151785 | 531152730 |
| 011426074 | 071430210 | 051434748 | 021151802 | JU1152629 |
| 071426029 | 011430294 | 071434982 | 061151827 | 061152618 |
| 071426050 | JU1430622 | 091434964 | 011151820 | 071152674 |
| 031426157 | 031430795 | 051435018 | 101151847 | 101152686 |
| 071426180 | 011430903 | 061435047 | 061151871 | 711152681 |
| 071426182 | 071431080 | 061435098 | 041151876 | 101152701 |
| 011426495 | 011431351 | 031435161 | 061151887 | 101152703 |

**Pls.'s Ex. 28, p. 10**
**Grabowsky Decl.**
**Smith v. DC, 15-737 (RCL)**

| | | | | |
|---|---|---|---|---|
| 031152722 | JU1200506 | 061201732 | 041203103 | 031204156 |
| 491152789 | 061200556 | JU1201793 | 061203119 | 741204154 |
| JU1152830 | 071200673 | 031201808 | 101203186 | 031204174 |
| 021152851 | 031200702 | 011201845 | 101203187 | 031204176 |
| 071200009 | 031200705 | 061201848 | 041203215 | 031204213 |
| 071200005 | 051200680 | 051201852 | JU1203262 | 031204256 |
| 071200006 | 051200684 | 061201856 | 061203230 | 061204326 |
| 061200016 | 101200688 | 061201857 | 041203239 | 061204333 |
| 071200033 | 101200690 | 101201927 | 061203251 | JU1204337 |
| 071200034 | 061200802 | 021202073 | 011203292 | JU1204339 |
| 071200036 | 051200854 | 061202108 | JU1203371 | 071204455 |
| 071200040 | 071200906 | 061202146 | JU1203398 | JU1204425 |
| 071200042 | 041200909 | 071202162 | 031203408 | 071204424 |
| 071200044 | JU1200921 | JU1202183 | 011203539 | 071204456 |
| 051200019 | 051200932 | JU1202260 | 061203590 | 071204484 |
| 051200020 | 051200935 | 521202263 | 101203576 | JU1204475 |
| 051200021 | 051200938 | 051202272 | 101203587 | JU1204476 |
| 051200022 | 041201005 | 621202332 | 051203599 | 071204538 |
| 101200025 | 041201052 | 531202424 | JU1203607 | 101204552 |
| 101200049 | 061201064 | 531202425 | 071203664 | 101204553 |
| JU1200078 | 071201110 | 051202429 | 711203674 | 101204554 |
| JU1200057 | 011201168 | 031202441 | 011203729 | 061204551 |
| JU1222257 | 031201198 | 061202509 | 011203807 | 041204574 |
| 061200154 | 071201197 | 061202607 | 041203839 | 011204584 |
| 491200173 | 071201220 | 041202657 | 011203784 | 011204593 |
| 051200176 | JU1201230 | 041202659 | 741203772 | JU1204689 |
| 061200188 | 041201282 | 041202660 | 061203827 | 731204620 |
| 041200267 | JU1201286 | 061202670 | 061203829 | 521204640 |
| 011200262 | 061201309 | 061202700 | 061203830 | JU1204700 |
| 061200365 | 101201324 | 011202726 | 101203860 | 071204694 |
| 101152836 | 071201336 | 031202780 | 041203880 | 511204785 |
| 531200373 | 011201337 | 101202808 | 041203885 | JU1204793 |
| JU1200398 | 071201363 | 071202803 | 031203974 | 031204803 |
| 071200304 | JU1201418 | 101202811 | JU1203992 | 071204849 |
| 031200347 | 031201384 | 021202836 | JU1203996 | 071204853 |
| 061200387 | 051201469 | 021202837 | JU1204015 | 071204854 |
| 011200395 | 061201572 | 071202804 | 031204091 | 011204863 |
| 071200405 | 031201625 | 071202809 | 071204104 | 071204881 |
| 011200533 | 531201673 | 031202904 | 101204120 | JU1204925 |
| 101200450 | 531201674 | 051202917 | 041204134 | 061204884 |
| 071200466 | 061201729 | 051203080 | JU1204173 | 711204973 |

**Pls.'s Ex. 28, p. 11**
**Grabowsky Decl.**
**Smith v. DC, 15-737 (RCL)**

| | | | | |
|---|---|---|---|---|
| JU1205010 | 071206505 | 061208842 | 061210397 | 061211278 |
| 101205093 | 011206592 | 061208825 | 061210399 | JU1211417 |
| 021205088 | 041206625 | 031208880 | 061210402 | 071211390 |
| 061205102 | JU1206673 | 101208913 | 061210405 | 031211416 |
| 731205163 | 101206682 | 101208924 | 051210393 | 101211432 |
| 061205198 | JU1206771 | 101208925 | 101210401 | 071211437 |
| 061205199 | 501206890 | 101208927 | 101210460 | 011211522 |
| 061205200 | 041206846 | 031209009 | 101210461 | 071211534 |
| 061205201 | 041206847 | 101209057 | 101210546 | 101211559 |
| 101205204 | 101206849 | 101209059 | 051210547 | 101211557 |
| 101205207 | JU1206881 | 061209064 | 051210548 | 051211561 |
| 541205216 | 101206869 | 101209072 | 051210550 | 051211563 |
| 521205229 | 531207045 | 061209111 | 051210551 | 081211706 |
| 071205301 | 731207051 | 031209097 | JU1210564 | 101211630 |
| 071205303 | 101207211 | 051209155 | 011210652 | 011211660 |
| 061205302 | 061207253 | 011209172 | 101210662 | 041211675 |
| JU1205315 | 071207337 | 031209197 | 531210791 | 031211714 |
| 071205377 | 071207338 | 731209265 | JU1210766 | JU1211736 |
| 071205378 | 041207383 | 071209516 | 101210788 | 031211727 |
| 511205422 | 721207489 | 031209517 | 531210817 | JU1211846 |
| 101205446 | 061207564 | 071209621 | 061210836 | 051211851 |
| 071205586 | 061207587 | 041209659 | 071210883 | 571211953 |
| 071205632 | 061207576 | 071209680 | 071210902 | JU1211956 |
| 071205636 | 071207599 | 101209784 | 071210904 | 061211977 |
| 071205647 | 011207634 | 051209806 | 071210887 | 011211990 |
| 041205654 | 071207701 | 501209937 | 051210919 | 011211993 |
| 051205672 | 061207712 | 061209904 | 021210953 | 031212064 |
| JU1205711 | JU1207779 | 061209905 | 051210974 | 061212127 |
| 011205775 | 091207887 | 061209906 | 061211040 | 501212193 |
| 031205808 | 101207904 | 531210022 | 071211084 | 531212212 |
| 521205839 | 531208012 | 041210067 | 511211099 | 071212241 |
| 071205838 | 041208030 | 011210013 | 021211106 | 511212267 |
| 051205932 | 061208096 | 031210036 | 101211116 | 031212402 |
| 511206060 | 031208290 | 051210058 | JU1211113 | 061212403 |
| 051206068 | 101208374 | 061210090 | 061211218 | 071212418 |
| 071206184 | 071208460 | JU1210120 | 071211224 | JU1212744 |
| 051206188 | 061208550 | 061210125 | 101211237 | 041212643 |
| JU1206201 | JU1208606 | 501210217 | 521211236 | 741212657 |
| 511206258 | 011208761 | 061210164 | 031211240 | 101212678 |
| 071206284 | 101209067 | 101210197 | 051211248 | 071212702 |
| 031206351 | 531208935 | 061210269 | 061211274 | 061212754 |

Pls.'s Ex. 28, p. 12
Grabowsky Decl.
Smith v. DC, 15-737 (RCL)

| | | | | |
|---|---|---|---|---|
| 061212790 | 061214495 | JU1147471 | 031148816 | 101149872 |
| 101212840 | JU1214567 | JU1147542 | JU1148832 | 061149893 |
| 061212850 | 061214656 | 011147533 | 521148872 | 101149890 |
| 061212854 | 501214770 | JU1147575 | 041148890 | 031150013 |
| 051212935 | 031214675 | 061147580 | 061148918 | 011150022 |
| 521212999 | 101214732 | JU1147652 | 051148924 | JU1150199 |
| 101213032 | 601214736 | 061147678 | 061148949 | 051150151 |
| 101213166 | JU1214776 | 501147806 | 011148957 | 101150168 |
| 591213115 | 501214924 | 071147756 | 021148985 | 031150167 |
| 031213169 | 741214932 | 011147786 | 031148982 | 031150193 |
| 521213242 | 101215010 | 061147814 | 031148984 | 061150202 |
| 061213269 | 071215042 | JU1147837 | 051149021 | 711150263 |
| 021213261 | 051215050 | 031147825 | 101149066 | 061150351 |
| 061213316 | 061215054 | 061147857 | 071149127 | JU1150374 |
| 051213317 | 061215058 | JU1147850 | 061149081 | 021150390 |
| 071213406 | 031215082 | 031147884 | 071149231 | 031150396 |
| 071213452 | 031215087 | 031147890 | 061149118 | 011150436 |
| 031213454 | 031215088 | 031147926 | 101149151 | 071150469 |
| 051213462 | JU1215011 | 071147995 | 101149153 | 051150467 |
| 051213463 | 051215164 | 071148003 | 101149187 | 741150551 |
| 101213608 | 031215207 | 061148048 | 021149203 | 061150574 |
| 041213667 | JU1215228 | 031148082 | 041149208 | 521150599 |
| 051250091 | 061215234 | 061148077 | 071149207 | 041150603 |
| 491213745 | 071215240 | 031148228 | JU1149310 | 021150627 |
| 491213743 | 101215313 | 031148229 | 511149298 | JU1150665 |
| 501213873 | 101215317 | 071148157 | 071149313 | 041150714 |
| 501213875 | 011215398 | JU1148187 | 511149342 | 061150895 |
| 501213878 | 051215419 | 061148171 | 101149366 | 061150924 |
| 731213874 | 051215420 | 061148184 | 061149409 | 491150934 |
| 731213877 | 531215544 | 011148206 | 511149565 | 101150963 |
| 721213794 | 031215446 | 091148294 | 011149594 | JU1150993 |
| JU1213837 | 021215559 | 521148327 | 031149625 | |
| 531214035 | 011215627 | 381148344 | JU1149647 | |
| 061214057 | 521215880 | 071148353 | JU1149649 | |
| 041214082 | 061216340 | 071148385 | JU1149679 | |
| 061214077 | 071216372 | 011148400 | 051149765 | |
| 041214092 | 051216571 | 051148504 | JU1149789 | |
| 051214122 | 101147444 | 051148693 | 721149086 | |
| 101214265 | 101147453 | 051148697 | 711149830 | |
| 071214287 | 101147449 | 061148780 | JU1149868 | |
| 601214365 | 061147478 | 101148803 | 061149864 | |

**Pls.'s Ex. 28, p. 13**
**Grabowsky Decl.**
**Smith v. DC, 15-737 (RCL)**