

Deposition of:
## Donald V. Dudley , Sr.

*November 6, 2020*

In the Matter of:

## Smith, Maggie et al. v. District of Columbia

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com  |

Page 134

1          A     No.

2          Q     Was that no?

3          A     No.

4          Q     Okay.  Thank you.  Column V, Controlling

5     Agency Identifier, do you know what that means?

6          A     Yes.  So it should, the correct term here

7     should be ORI, which is originating -- sorry,

8     originating record identifier.  So that number you

9     see there, DCMPD0000, that is issued to MPD by the

10    FBI.

11         Q     Got it.  So the one above that, CDEA, do

12    you know what that means?

13         A     Yeah.  So that denotes that this ORI was

14    issued for the state of D.C. for Drug Enforcement

15    Agency, and those numbers is their subgroup.

16         Q     And do you happen to know what the three,

17    the DC1221C, 1231C --

18         A     No.  All of these -- sorry.  No.

19               But we have a list of, we have a list of

20    identified ORIs, so each of these ORIs that you see

21    there or in this case they call them controlling

22    agency identifiers, we have a list with the assigned

Page 135

1      agency.

2           Q    Do you know who has that list if we wanted

3      to ask for it?

4           A    Yes.  My program office.

5           Q    Okay.  Thank you.  So in column AC, Date

6      Fingerprinted, do you know what that represents?

7           A    Yes.

8           Q    And what is that?

9           A    The date the arresting subject was

10     identified -- was fingerprinted.  I'm sorry.

11          Q    And Date Of Arrest, do you know what that

12     means?

13          A    Yes.  That was, that would be the date the

14     individual was arrested.

15          Q    And is it your understanding that that

16     date would match the arrest date in Cobalt data?

17          A    Yes.

18          Q    Thank you.  So in column AN, Electronic

19     Rap Sheet Requested, do you know what that

20     represents?  I'm sorry.  I'm on the wrong one.

21     Forgive me.  Let me go back to the right one.  Skip

22     that for a moment.

Page 136

1          In column AX, FBI Number, do you know what

2     that represents?

3          A    Those numbers in the, in this, the

4     dialogue box you opened up, those are all FBI

5     numbers that, that are applicable to arrest

6     subjects.

7          Q    So I know earlier when we were looking at

8     the Cobalt arrest data that there might be an FBI

9     number assigned, it's almost like the D.C.

10    equivalent of a PDID.  Is that what we're talking

11    about here?

12         A    No.  So it's not equivalent.  So an

13    individual can basically have a PDID number and an

14    arrest and a FBI number.  They receive FBI number

15    once they are charged with reportable crimes under

16    the FBI statutes.

17          Anything that falls under UCR, unified

18    crime reporting, high, first degree felonies with

19    weapons, so on, so forth, those are reportable

20    crimes to the FBI.  Thus the individual the first

21    time they meet that criteria, they receive a FBI

22    number.  And again that is a unique identifier to

Page 137

1   the FBI system's database.

2        Q    And the number is unique to a person; is

3   that right?

4        A    Yes.

5        Q    Okay.  And FBI Number_2, do you know why

6   there would be maybe more than one for a person?

7        A    There could -- so we have situations

8   where, again, individuals lie about who they are and

9   depending on when these numbers were populated, in

10  the old days, you know, before the automation, when

11  an individual was fingerprinted, that information

12  had to be sent to the FBI via mail, processed and

13  the results returned via mail.

14            So if an individual was arrested and the

15  officer or no one could identify him, they would get

16  a new mug shot, reprocess and receive, it's possible

17  to even have received a duplicate PDID number.

18            So when you see this column, that would

19  denote that the individual has two FBI numbers and

20  that's usually because, like I said, it wasn't -- I

21  mean these records, especially if it was pre-2010 or

22  '11, the automation wasn't in place yet.

Page 138

```
 1          Q    Thank you.  Column AZ, let me see if there
 2     is anything in this.  FBI Response Received; do you
 3     know what that is?
 4          A    No.  I don't want to speculate on that.
 5          Q    Okay.  Column BB, FBI Sre Received; do you
 6     know what that means?
 7          A    Yeah, again don't want to speculate.
 8          Q    BC, Fetched From RMS_1?
 9          A    Yeah, I don't want to speculate on that.
10          Q    Okay.  Now, you'll see that there are
11     group one through 60, there's a ton of these
12     group -- so there is literally Group_1 through
13     Group_60.  Do you know what those mean?
14          A    No.
15          Q    Okay.  Column DZ has ID_1.  Do you know
16     what that is?
17          A    No.
18          Q    EM, Incident ID; is it your understanding
19     that that relates to the incident number in the
20     arrest data that we talked about?
21          A    I do not want to speculate, because the
22     title of that is something that I'm not familiar
```

Page 139

1    with, so that would definitely need clarity by the

2    producer of this report.

3         Q    No problem.  All these ones that I'm

4    flipping through, my understanding is these relate

5    to images, fingerprint images, which aren't cogent

6    to our conversation.

7              Under column PS, Orig Agency_1, in the

8    drop-down filter choices there's Omnitrak.  Do you

9    know what Omnitrak is?

10        A    No.  I'm not familiar with that at all.

11        Q    Okay.  Under column PV, this Person ID, I

12   think it's just formatted strangely, do you know

13   what that is?

14        A    No.  No.  And it looks like -- Hey, Ben,

15   can you open that up?  Can you give that column more

16   space because maybe it may change the values?  Oh,

17   no.  I didn't.  Yeah.  I have no idea what that is.

18        Q    Yeah, I wonder if we got formatted, if I

19   gave it a whole bunch of room.  Yeah.  It's just

20   bizarre, isn't it?

21        A    Yeah.  I have no idea what that is.

22        Q    No problem.  So QW, Rap Sheet Requested,

Page 140

1    appears to be a yes/no column.  Do you know what

2    that is?

3         A    So the rap sheets are in the FBI system,

4    so if the technician selected yes or no on the user

5    interface at AFIS, it would pull, as long as the

6    defined criteria is met, it will return a rap sheet

7    for that individual.

8         Q    And is a rap sheet a criminal history, is

9    it fair to describe it as a criminal history?

10        A    Exactly.

11        Q    And just looking at the data here, you'll

12   see I'm looking at the filters here.  If I click on

13   the choice of yes, so yes, rap sheet was requested,

14   in the bottom left corner, so we have a total of

15   2,131 records in this production.  2,070 of those

16   indicate that yes, a rap sheet was requested.  Do

17   you see that there?

18        A    Let's see.  Can you move that?  Bottom

19   left corner.  I don't see it.  I don't see the

20   number.

21        Q    That's all right.  It may be --

22        A    Oh, there it is.  Yeah.  Yeah.  2,070 of

Page 141

1        2,131 records found.  Yeah.

2            Q    So I filtered the rap sheet requests that

3        equaled yes and got 2,070 out of 2,131 records.

4                 I want to draw your attention, I will have

5        to flip back quite aways to column AN.  So forgive

6        me as I make everyone sick because I'm flipping

7        through this spreadsheet.

8                 MR. CLAIBORNE:  Getting dizzy.

9        BY MR. BORDEN:

10           Q    This is a field called Electronic Rap

11       Sheet_1.  And what I want to draw your attention to

12       is I can filter and six of them appear to have this

13       United States Department of Justice header.

14                If I choose one of those, then I will

15       click on that field and then I'm going to expand

16       this viewer here.  So you'll see at the top it says

17       United States Department of Justice, Federal Bureau

18       of Investigation, Criminal Justice Information

19       Services, and at the very bottom it says end of

20       record.

21                Do you recognize this as a rap sheet from

22       the FBI?

Page 142

```
 1        A    No.  The rap sheets, they look totally
 2   different.  What's the date on this one?
 3        Q    That's a good question.  I'm sure we can
 4   find -- print date 1/12.
 5        A    Yeah.  2012.  Yeah.  This is -- this is,
 6   this is a legacy record.  So the, you know,
 7   computerized criminal history, a/k/a, is a rap
 8   sheet, it looks totally different now.
 9        Q    Okay.  So that's helpful.  Because they
10   call this a rap sheet in the record here where I've
11   highlighted and it certainly shows here, do you see
12   this says "criminal history"?
13        A    Yeah.
14        Q    So it lists that criminal history.  So
15   what I'm curious about, let me put this back first.
16             What I'm curious about is in this data,
17   out of 2,070 where rap sheet was requested, it looks
18   like we actually have the rap sheet only in six of
19   these records.  Do you have any idea why that might
20   be?
21        A    No.  No.  That probably would be a
22   database engineer's question and they would have
```

Page 143

```
 1        to -- they would have to basically confer with the

 2        FBI.

 3              Because based on this document, which says

 4        yes, rap sheet was requested, now, request doesn't

 5        always result in a positive return that would

 6        display a document such as you just showed me.

 7        Q    Sure.

 8        A    So it all depends on what is already in

 9        the system and if those were reportable charges.  If

10        they're there, if the FBI has that information, more

11        than likely it's going to be a positive return.  If

12        not, it could be no record found or there could be

13        some reason why it didn't return.

14        Q    Okay.  Thank you.  And do you know is

15        it -- in the booking process currently at these

16        booking terminals, are rap sheets still requested or

17        is the criminal history still requested as part of

18        the booking process?

19        A    I would have to --

20             MR. SAINDON:  I object.

21        A    I don't want to speculate.

22        Q    Okay.  I guess I'm trying to figure out if
```

Page 144

1     it was, where would it show up in this data, because

2     I can't find it.  So I'm just curious if you happen

3     to know that?

4         A    No.  I don't know.

5         Q    Okay.  All right.  Hold on.  I'm going to

6     swing this back over again, so don't get sick.

7             In column Q -- I'm sorry.  In column RA,

8     Retention Code_One, do you know what that stands

9     for?

10        A    No.

11        Q    Sorry.  Did you say no?

12        A    No.  Yeah.  I'm sorry.

13        Q    Thank you.

14        A    I'll make sure my volume is up.

15        Q    In column RD, Search Result Findings, do

16     you know what that column stands for?

17        A    No.

18        Q    In column RW, it's tcr_1.  Do you know

19     what tcr stands for?

20        A    No.  I'm not familiar with that acronym.

21        Q    Okay.  So in -- starting with R -- column

22     RY, and it goes all the way to column TK, it starts

Page 145

1       with type_1 and then the rest of the column name.

2       Do you know what type_1 stands for?

3            A    No.

4            Q    So starting in column SN, really for all

5       the way through column UR, they start with this V_1.

6       So this is V_1, 1 through 29; then it runs V_2, 1

7       through 29.  Do you have any idea what this V1 and

8       V2 means?

9            A    No.

10           Q    All right.  Thank you.

11                MR. BORDEN:  I will introduce Exhibit 10,

12       and I will do 11 while we're at it, get it in the

13       folder.

14                    (Dudley Exhibit Numbers 10 and

15                     11 were marked for identification.)

16       BY MR. BORDEN:

17           Q    And I will share that with you.  Can you

18       see that Exhibit 10, Mr. Dudley?

19           A    Yes.  I see Exhibit 10.

20           Q    So Exhibit 10 is another data exported

21       spreadsheet, Bates Numbered DC_M Smith - 023182.  I

22       will assert to you, Mr. Dudley, that this has all

Page 146

1      the same column names as was in Exhibit 9; 23181.

2           A    Okay.

3           Q    Would your testimony be the same regarding

4      what these column headers that you knew what they

5      were, that it's the same in Exhibit 10 as it was in

6      Exhibit 9?

7           A    Yes.

8           Q    Thank you.  Exhibit 11, which I will share

9      with you -- Exhibit 11 is a data export that is

10     Bates Number DC_M Smith - 023183.  I will also

11     affirm to you that all of the column names in this

12     are the same as in Exhibits 9 and 10.

13          Would your testimony for the column

14     headers that you knew something about be the same as

15     it was in Exhibits 9 and 10?

16          A    Yes.

17          Q    Thank you.

18          MR. BORDEN:  I am coming to the end of my

19     questions, Mr. Dudley, which I know is good news to

20     hear.

21          Can I take just a few minutes and confer

22     with my co-counsel, Andy?

Page 147

1          MR. SAINDON:  Sure.  Absolutely.

2          MR. BORDEN:  Okay.  We will go off the

3     record.  Thank you.

4               (Recessed at 1:11 p.m.)

5               (Reconvened at 1:15 p.m.)

6     BY MR. BORDEN:

7          Q    All right.  We can go back on the record.

8               All right, Mr. Dudley, just a couple of

9     follow-up questions here.  One of the things we've

10    talked about is that criminal history checks are

11    checked through AFIS.

12               Do you know of any other source, one I'm

13    aware of is called Wales.  W-A-L-E-S.  Do you know

14    what that is?

15         A    Yes.

16         Q    And what is that?

17         A    The WALES acronym stands for Washington

18    Area Law Enforcement System.  That is, that's the

19    system actually when AFIS checks the, for the rap

20    sheet, that system populates the rap sheet in a form

21    that's called, the acronym is called CCH,

22    computerized criminal history.

Page 148

1          And that information is basically fed to

2     the FBI and it's owned and managed by the CJIS

3     security policies.

4          Q    And what about NCIC, do you know what that

5     stands for?

6          A    Yes.  That's the system owned and operated

7     by the FBI, Department of Justice.  The acronym

8     stands for National Crime Information Center.

9          Q    And do you know when a criminal history

10    check is run at the booking process and any of these

11    databases are queried, do you know whether that

12    criminal history information is kept in any database

13    or data warehouse that the MPD controls?

14         A    The WALES system, WALES is a database, so

15    it has several components.  It has user interface,

16    which is called e-Agent, and that is where

17    individuals have the ability to query information

18    for a subject.  That information is basically based

19    on what we call message feeds.  So there are

20    different types of message keys that will produce

21    various results.

22               So, for instance, if you do a Q, QWA,

Page 149

1    that's query 1, et al.  So there are many

2    subcategories that will be searched under that

3    specific query, i.e. message feeds.  So that would

4    bring back that rap sheet for the individual that is

5    being queried.

6              And the way that is done is the

7    individual, the user would use either the D.C. PDID

8    number or they would use the FBI number.  Now, that

9    information, that rap sheet has the PII, personally

10   identifiable information as the charge, as the PDID

11   number has the FBI number if applicable and has the

12   charges and the court, it could have the court

13   disposition if that case has been completed.

14        Q    Thank you.  And you said message, the

15   second word, is it feeds, F-E-E-D-S?

16        A    Yes.  Feeds.

17        Q    Thank you.  And all of that information in

18   the WALES database?

19        A    Yes.

20        Q    And is that a database that's maintained

21   by the MPD?

22        A    Yes.  WALES, CCH is owned and operated by

Page 150

1      MPD.

2           Q    Okay.  Thank you.  And you mentioned when

3      a person is being booked, there is a booking card.

4      Is that a piece of paper?

5           A    Yes.  It's called a gallery card.  It's a

6      3-by-5 gallery card.

7           Q    And what information is on that card?

8           A    Off the top of my head, I can't tell you.

9      I have a box right next to me, because I had to send

10     some records out.  We have a project going on.

11          So if you want me to look at that card, I

12     can and tell what you information is on there.

13     Otherwise, I can't tell you off the top of my head.

14               MR. CLAIBORNE:  Can you hold up a card,

15     please?

16               THE WITNESS:  (Witness complied.)

17               MR. SAINDON:  Maybe can you bring it

18     closer to the camera, Mr. Dudley?  All right.

19     BY MR. BORDEN:

20          Q    So it looks like it's filled out by hand

21     then; right?

22          A    Yes.  This is a manual process.  This is a

Page 151

1          back-up process in case systems go down.  So there's

2          a manual card and then the automated information is

3          in the database.

4               Q    In Cobalt?

5               A    Correct.  And AFIS.  AFIS has a database

6          and Cobalt as well.

7                    MR. CLAIBORNE:  Well, here's what I don't

8          understand, Mr. Dudley.  When somebody -- when an

9          officer is booking somebody, they run a criminal

10         history query on them; right?

11                   THE WITNESS:  No.  No.  The officer does

12         not.  The officer basically creates the arrest

13         report.  They do not perform the -- they don't

14         perform a criminal, a rap sheet request.  If that is

15         to be done, it will be done at the AFIS, the booking

16         process.

17                   MR. CLAIBORNE:  Well, who does -- what do

18         you mean?  Is there a different technician that does

19         that or something?

20                   THE WITNESS:  Yeah.  As I alluded to

21         earlier, so from a booking process, the individual

22         could be booked at a state, a precinct or district

Page 152

1    station.  Juveniles are booked at the juvenile

2    facility.  Or if an individual -- they could can be

3    transported to D.C. Department of Corrections,

4    Central Cell Block and that individual can be booked

5    in that location as well.

6              MR. CLAIBORNE:  And that's where the

7    criminal history queries would be made?

8              THE WITNESS:  Correct.

9              MR. CLAIBORNE:  So when these criminal

10   history queries are made, aren't the results

11   preserved in some fashion?

12             THE WITNESS:  They are auditable.  Again,

13   any user that uses my systems, we can perform an

14   audit trail to basically determine who looked at an

15   individual criminal history rap sheet or even if

16   it's a Cobalt report, we have the ability to audit

17   any segment of our systems.

18             MR. CLAIBORNE:  Well, maybe my question is

19   a little bit different.  What I mean is the results

20   of the criminal history queries, aren't those

21   results preserved somewhere?

22             THE WITNESS:  Yeah.  They are.

Page 153

1          MR. CLAIBORNE:  For example --

2          THE WITNESS:  Go ahead.  I'm sorry.

3          MR. CLAIBORNE:  No, I think you were going

4     to answer.

5          THE WITNESS:  No. No.  Go ahead.  You said

6     for example.

7          MR. CLAIBORNE:  Well, aren't they, if I am

8     booking somebody on a gun charge and I want to see

9     if he's got any criminal history, so whoever it is

10    that does the query, they see some results.

11          Well, don't they preserve the results of

12    the query?

13          THE WITNESS:  No, they're not saved, they

14    are not saved anywhere.  Basically they're going to

15    use that information to help verify and validate;

16    one, that this is the person that they are looking

17    at, and to see basically again to determine if these

18    are reportable charges.  So they have a process they

19    go through in terms of completing the booking

20    process.

21          MR. CLAIBORNE:  Well, let's suppose

22    there's a charge, felon in possession, a person

Page 154

1          who's already been convicted of a felony and now

2          they're arrested in possession of a gun.  Somebody

3          has to look up to see whether they're a felon in

4          possession, right, see if the person has a felony

5          arrest history?

6                  THE WITNESS:  Yes.  That information would

7          be included on the rap sheet, CCH rap sheet.

8                  MR. CLAIBORNE:  What about if --

9          BY MR. BORDEN:

10             Q    So are you saying, Mr. Dudley, all that

11         criminal history is just laying there in the WALES

12         database, right, so I don't necessarily have to

13         record it somewhere else, I can query it at any

14         point and find out what someone's criminal history

15         is; is that right?

16             A    Exactly.

17             Q    So if we gave you a list of people and

18         their arrest numbers and PDIDs and say hey, can you

19         give me a criminal history on those, you could do

20         that?

21             A    Yes.

22                  MR. SAINDON:  Not necessarily.  Objection.

Page 155

1      There are ownership issues involved with the FBI and

2      everything.  So...

3              MR. BORDEN:  Understood.  I guess I was

4      asking is it technically possible.

5              MR. CLAIBORNE:  Well, does FBI have

6      ownership issues of the data in WALES?  I thought

7      you said it was an MPD database.

8              THE WITNESS:  The CCH segment is owned and

9      operated by MPD.  What is in NCIC and triple y, the

10     FBI owns that, owns that system, they own the data

11     and information as well.  Even if it's for --

12             MR. CLAIBORNE:  Well, how about this?  Can

13     you -- when you search through the WALES system, can

14     you only do one query, one individual at a time?

15             THE WITNESS:  Yes.  You cannot do -- from

16     the user interface you can only perform a single

17     query.

18             MR. CLAIBORNE:  Well, how about accessing

19     the data some other way?  Like, for example, the

20     spreadsheets you gave us, maybe the user cannot

21     access the data the way that the database

22     administrator can, but the database administrator

Page 156

1      can sort through the data, you know, run reports

2      through the data.

3              Can you run reports through or can reports

4      be run through WALES other than what the person at a

5      terminal can do?

6              THE WITNESS:  Yeah.  The data warehouse

7      engineers can.  They have access to multiple fields,

8      so they have the capability of scripting and, you

9      know, for the purposes of producing bulk reports.

10             MR. CLAIBORNE:  I see.  Now, who would we

11     talk to about doing that?

12             THE WITNESS:  MPD warehouse data team.

13             MR. CLAIBORNE:  Is there any person, an

14     individual that you know?

15             THE WITNESS:  The manager of that team,

16     his name is Jimbo Hezekiah.  I can -- yeah, it's

17     hard to say, but we can give you that last name, the

18     correct spelling.

19             MR. CLAIBORNE:  That's like Jimbo, like

20     J-I-M-B-O?

21             THE WITNESS:  Yes.

22             MR. CLAIBORNE:  Okay.  Thank you.

Page 157

1          MR. BORDEN:  And believe it or not, I
2     think that's all we have.
3          Mr. Dudley, is there anything that you
4     would like to clarify about any of the testimony
5     you've given today?
6          THE WITNESS:  No.  If you guys are -- if
7     you're satisfied with my answers, I don't recall
8     anything that I want to recall.  I just tried to
9     answer the questions as best I could with the
10    knowledge and information that I currently hold.
11         MR. CLAIBORNE:  Well, Mr. Dudley, the only
12    thing I would add is, as Plaintiffs, we're not
13    permitted ethically to buy you lunch, but I think
14    Andy should send you to a very nice place for lunch.
15         MR. SAINDON:  I would be happy to.  The
16    problem is I'm working at home and he's downtown.
17         MR. BORDEN:  Order.
18         MR. CLAIBORNE:  Well, then he can send it
19    to you, he can order it.  Send him a bottle of wine.
20         MR. SAINDON:  All right.  I'll work
21    something out.
22         MR. CLAIBORNE:  We're not permitted to,

Page 158

1     otherwise --

2             THE WITNESS:  Listen, I'm not even allowed

3     to take lunch from a vendor, anybody.

4             MR. SAINDON:  We're all clean here in the

5     District.

6             MR. BORDEN:  Mr. Dudley, thank you.  I

7     know this is your first time.  Thank you very much.

8     I know it's a weird thing to do, and we are very

9     grateful for your service in this.

10            Andy, do you have anything?

11            MR. SAINDON:  No questions.  Thank you.

12    The witness will read and sign.

13            (Whereupon, at 1:29 p.m., the

14             deposition of DONALD V. DUDLEY, SR.

15             was concluded.)

16                    *   *   *   *   *

17

18

19

20

21

22

Page 159

1      UNITED STATES OF AMERICA    )

2                                  ss:

3      DISTRICT OF COLUMBIA        )

4              I, ROBERT M. JAKUPCIAK, an RPR and Notary

5      Public within and for the District of Columbia do

6      hereby certify:

7              That the witness whose deposition is

8      hereinbefore set forth, was duly sworn and that the

9      within transcript is a true record of the testimony

10     given by such witness.

11             I further certify that I am not related to

12     any of these parties to this action by blood or

13     marriage and that I am in no way interested in the

14     outcome of this matter.

15             IN WITNESS WHEREOF, I have hereunto set my

16     hand this 18th day of November, 2020.

17

18

19

20

21     My Commission Expires:

22     February 29, 2024