UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** <br><br> **Defendant.** | Civil Action No: 15-737 (RCL) |

## PLAINTIFFS' CONSENT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiffs hereby move this Court to amend the Scheduling Order [100] pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16.4(b) by briefly extending each of the current deadlines for six days for good cause shown. The period for fact and class discovery set forth in the amended Scheduling Order [100] has closed, so this motion asks the Court to extend only the deadlines for summary judgment briefing. The attached proposed order shows the requested extended dates.

**Consent Sought and Obtained**

Defendant does consent to the modification proposed herein. LCvR 7(m).

**The Law Supports Granting Plaintiffs' Motion**

1. **A six day extension is needed to finish analyzing data and complete drafting of Plaintiffs' summary judgment motion.**

Plaintiffs ask for the extension because Plaintiffs' counsel need additional time to finish analyzing data and complete drafting of Plaintiffs' summary judgment motion

Moreover, Plaintiff's counsel Claiborne has a medical procedure scheduled for Friday, March 12, 2021 that cannot be re-scheduled. .

3

**2. Plaintiffs have been diligent in pursuing discovery.**

A party may move to extend the Scheduling Order under Rule 16(b), and Local Rule 16.4(b) allows the Court to modify a scheduling order at any time when it finds good cause to do so. *See* LCvR 16.4(b) ("The court may modify the scheduling order at any time upon a showing of good cause."). The primary factor in determining whether good cause exists is the diligence of the party seeking discovery before the deadline. *United States v. Kellogg Brown & Root Servs., Inc.*, 285 F.R.D. 133, 136 (D.D.C. 2012).

Plaintiffs have been diligent in conducting discovery and pushing their summary judgment motion to completion.

In addition to the reasons discussed above Plaintiff's counsel Claiborne is Class Counsel in another class action and the Final Fairness Hearing in that case was March 9, 2021, Several unexpected issues arose in that case which took more time than plaintiffs' counsel had budgeted for.

Because the requested extension is short and no trial date has been set neither the Court's docket nor the defendant should be prejudiced by the extension.

Respectfully submitted,

| |  |
|---|---|
| /s/William Claiborne<br>WILLIAM CLAIBORNE<br>D.C. Bar # 446579<br><br>Counsel for Named Plaintiffs<br>717 D Street, N.W.<br>#300<br>Washington, DC 20004<br>Phone 202/824-0700<br>Email claibornelaw@gmail.com | |

3