UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| MAGGIE SMITH, et al., | |
|---|---|
| Plaintiffs, | Civil Action No: 15-737 (RCL) |
| v. | |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA, | |
| Defendant. | |

PROPOSED ORDER

Plaintiffs' consent motion to modify the Scheduling Order [95] is GRANTED; and it is further

ORDERDED that the Schedule in this case is amended as follows:

| Deadline | Date in amended Scheduling Order [100] | Amended Deadline |
|---|---|---|
| Plaintiffs' motion for summary judgment on liability due | March 10, 2021 | March 16, 2021 |
| Defendant's Opposition and cross-motion on liability due | April 12, 2021 | April 18, 2021 |
| Plaintiffs' Reply and Opposition due | May 17, 2021 | May 24, 2021 |
| Defendant's Reply due | June 1, 2021 | June 7, 2021 |

SO ORDERED.

_____
THE HONORABLE ROYCE C. LAMBERTH
Senior Judge, United States District Court for the District of Columbia

1