UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** <br><br> **Defendant.** | **Civil Action No: 15-737 (RCL)** |

## PLAINTIFFS' CONSENT MOTION TO EXTEND BY ONE DAY PLAINTIFFS' DEADLINE FOR FILING EXHIBITS

Plaintiffs hereby move this Court to amend the Scheduling Order [119] pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16.4(b) by briefly extending by one day Plaintiffs' deadline for filing exhibits in support of its motion for summary judgment until March 17, 2021. By Order filed March 10, 2021 this Court entered an Order setting March 16, 2021 as the deadline for Plaintiffs' summary judgment motion. Plaintiffs will file its motion today. But, Plaintiffs need one more day to prepare and file their exhibits in support of their motion.

**Consent Sought and Obtained**

Defendant does consent to the modification proposed herein. LCvR 7(m).

**The Law Supports Granting Plaintiffs' Motion**

1. **A one day extension is needed to finalize the exhibits in support of Plaintiffs' summary judgment motion.**

Plaintiffs ask for the extension because Plaintiffs' counsel need additional time to finalize their exhibits in support of Plaintiffs' summary judgment motion.

3

**2. Plaintiffs have been diligent in preparing their motion and exhibits.**

A party may move to extend the Scheduling Order under Rule 16(b), and Local Rule 16.4(b) allows the Court to modify a scheduling order at any time when it finds good cause to do so. *See* LCvR 16.4(b) ("The court may modify the scheduling order at any time upon a showing of good cause."). The primary factor in determining whether good cause exists is the diligence of the party seeking discovery before the deadline. *United States v. Kellogg Brown & Root Servs., Inc.*, 285 F.R.D. 133, 136 (D.D.C. 2012).

Plaintiffs have been diligent in preparing their motion and exhibits.

In addition to the reasons discussed above Plaintiff's counsel Claiborne is Class Counsel in another class action and the Final Fairness Hearing in that case was March 9, 2021. Several unexpected issues arose in that case which took more time than plaintiffs' counsel had budgeted for.

Because the requested extension is short and no trial date has been set neither the Court's docket nor the defendant should not be prejudiced by the extension.

Respectfully submitted,

| | |
|---|---|
| /s/William Claiborne<br>WILLIAM CLAIBORNE<br>D.C. Bar # 446579<br><br>Counsel for Named Plaintiffs<br>717 D Street, N.W.<br>#300<br>Washington, DC 20004<br>Phone 202/824-0700<br>Email claibornelaw@gmail.com | |