**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAGGIE SMITH, et al., | |
| Plaintiffs, | Civil Action No: 15-737 (RCL) |
| v. | |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA, | |
| Defendant. | |

**PROPOSED ORDER**

Plaintiffs' consent motion to modify the Scheduling Order [119] is GRANTED its exhibits

in support of its motion are due on March 17, 2021

SO ORDERED.

_____
THE HONORABLE ROYCE C. LAMBERTH
Senior Judge, United States District Court for the
District of Columbia

1