UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No: 15-737 (RCL) |

PROPOSED ORDER

All Plaintiffs' motion for partial summary judgment on liability on Claims 1, 3 and 6 is hereby granted;

Each of Plaintiffs' arrests is declared a nullity and the District is ordered to expunge the arrest records of each of them.

SO ORDERED.

_____
THE HONORABLE ROYCE C. LAMBERTH
Senior Judge, United States District Court for the District of Columbia

1