UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF THE DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No: 15-737 (RCL) |

NOTICE
Filing of Exhibits

Attached hereto are exhibits in support of Plaintiffs' Motion for Summary Judgment [ECF 121].

Respectfully submitted,

/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar No. 446579
2020 Pennsylvania Ave., NW
Suite 395
Washington, D.C. 20006

*Counsel for Plaintiffs*

1