UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>Plaintiffs,<br><br>    v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No: 15-737 (RCL) |

### DECLARATION OF TODD GRABOWSKY FOR SUMMARY JUDGMENT

### ARRESTS

Summary of voluminous records

**Named Plaintiffs table of Cobalt charges and other data**

1.   The following table is a list of the Named Plaintiffs and the list of MPD charged offenses of each Named Plaintiff shown in the data export from Cobalt with the offense descriptor and the D.C. Code section used in Cobalt.

| Named Plaintiffs | Date of Arrest | MPD offense charged | MPD offense descriptors used in Cobalt [1] | Date Presented in Superior Court | Date U.S. Attorney Case Dismissed |
|---|---|---|---|---|---|
| Maggie Smith | June 29, 2014 | CPWL | Carrying A Pistol | June 30, 2014 | April 21, 2015 |
| Rob Cassagnol | October 9, 2013 | CPWL and UA | Carry Pistol W/o Lic-outside Home/busines Possession Of Unregistered Ammunition Possession Of Unregistered Firearm | October 10, 2013 | July 29, 2014 |
| Frederick Rouse | August 30, 2014 | UA and UF | Possession Of Unregistered Ammunition Possession Of Unregistered Firearm | September 1, 2014 | April 22, 2015 |
| Delontay Davis | March 23, 2014 | CPWL/ felon-in-possession & UA | Carry Pistol W/o Lic-prior Fel/cpowl Possession Of Unregistered Ammunition | March 24, 2014 | January 16, 2015 |
| Kimberly Buffaloe | July 21, 2012 | National Firearms Act, UF | Carrying A Pistol National Firearms Act | July 21, 2012 | March 19, 2013 |
| Carl Atkinson | January 28, 2014 | UA & UF | Possession Of Unregistered Ammunition Possession Of Unregistered Firearm | January 29, 2014 | April 28, 2014 |

---

[1] "MPD offense charged" is the screen name of the offense that the data entry person sees on the screen; "MPD offense descriptors used in Cobalt" is the programmer name in the data export.

2. The unique descriptors and code offenses used to identify the felon-in-possession offenses and the other offenses were provided by Plaintiffs' Counsel.

3. There are about 4,500 unique arrests in the data exports from Cobalt. About 2,872 of the arrests on gun charges have either one or some combination of the following three offenses CPWL/ UF/ UA. One reason for difference in the numbers between arrests and CPWL/ UF/ UA offenses is (according to Plaintiffs' Counsel) the MPD sometimes used a different descriptor for the CPWL/ UF/ UA offense, *e.g.*, Possession of a Prohibited Weapon.

4. Of the arrests, about 172 of them have some version of a felon-in-possession ("FIP") offense as an MPD charge in Cobalt.

5. Other MPD charges on MPD charged arrests include:

    a) Unlawful Discharge Of A Firearm: 22

    b) Presence In A Motor Vehicle Containing A Firearm: 33

    c) Unlawful Transportation OF A Firearm: 8

    d) National Firearms Act: 55

    e) Carry Pistol W/o License-gun Free Zone: 11

    f) Fugitive from Justice: 34

    g) CPO Relinquish Order: 0

    h) Intrafamily Offense: 0

    i) Possession of a Prohibited Weapon: 486

    j) Possession of a Large Capacity Ammunition Feeding Device: 0

6. Some arrestees were charged with more than one of the offenses listed above.

7. There are 92 arrests that overlap between FIP and CPWL/UA/UF.

8.    This paragraph number is reserved.

## SEIZURES OF GUNS

9.    The following table is a list of the Named Plaintiffs and relevant data from the data export from EvidenceOnQue and CourtView docket sheets about their guns. Plaintiffs' counsel informed me that all guns seized by the MPD in connection with gun arrests during the Class Period were classified as evidence by the MPD. Plaintiffs' counsel also informed me that the District still has Ms. Smith's gun. The data for whether the Property Clerk still has Ms. Smith's gun is not in EvidenceOnQue.

| Named Plaintiffs | Date U.S. Attorney prosecution over | Date OAG prosecution over | Date returned or still retained by Property Clerk | |
|---|---|---|---|---|
| Maggie Smith | September 29, 2014 | April 21, 2015 | Property Clerk still has[2] (Provided by counsel) | |
| Rob Cassagnol | July 29, 2014 | April 20, 2015 | Property Clerk still has | |
| Frederick or Fredrick Rouse | none | April 22, 2015 | July 28, 2017 Property Clerk released to Mr. Rouse (Provided by counsel) | |
| Delontay Davis | 1/16/2015 | 3/16/2015 | Property Clerk still has | |
| Kimberly Buffaloe | 3/19/2013 | none | none | none |

---

[2] Provided by counsel: District Answer [117] admitting ¶ 143 in the Third Amended Complaint, "[Ms. Smith's] pistol has remained in the custody of the Property Clerk since the date of her arrest."

Page 4

| | | | | |
|---|---|---|---|---|
| Carl Atkinson | 4/28/2014 | none | none | none |

## PROSECUTIONS

10. There were about 1892 total prosecutions during the Class Period (based on all unique case numbers in prosecution data produced by the District).

11. The most common offenses charged in the indictment were:

    a) CPWL/ UF/ UA: 238 (prosecution charge and indictment charge)

    b) Felon-in-possession: 518

    c) Intrafamily offenses: 25

    d) Fugitive from Justice: 0

    e) Presence In A Motor Vehicle Containing A Firearm: 15

    f) Unlawful Transportation Of A Firearm: 0

    g) National Firearms Act: 0

12. Of the 172 arrests charged with a felon-in-possession by the MPD in Cobalt that have arrest numbers,[3] at least 61 of those arrests were prosecuted by the U.S. Attorney. However, of those 61 prosecutions, only 48 of those prosecutions had a felon-in-possession charge.

13. The US Attorney obtained indictments for 483 total FIP cases (the reason this is less than the 529 above is because many of the FIP cases did not have arrest numbers included in the data export, so there is no way to compare those FIP cases against the arrest data).

---

[3] Some arrests in CourtView do not have arrest numbers, so Plaintiffs are not able to match all arrests in Cobalt with prosecutions in CourtView, so the actual number in CourtView may be higher.



14. The U.S. Attorney obtained indictments for felon-in-possession for 435 prosecutions that were not charged by the MPD with FIP.

15. Of the MPD arrests charged in Cobalt as "National Firearms Act," about 20 were identified in CourtView charged as a D.C. Code § offense. The others were not prosecuted or could not be identified in CourtView (because some CourtView cases lack arrest numbers so they cannot be matched with the corresponding arrests in Cobalt).

I, Todd Grabowsky, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.
_____
Todd Grabowsky
Signed on _____, 2021 in the District of Columbia.