UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br><br>Plaintiffs,<br><br>       v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No.:  15-737 (RCL) |

### Maggie Smith's Declaration FOR SUMMARY JUDGMENT

### Ms. Smith's arrest by the MPD and Prosecutions

1. On June 29, 2014, I was a 34 year-old registered nurse with no criminal record and a resident of North Carolina. I was living in suburban Virginia.

2. I still have never been arrested for any criminal offense other the arrest by the District of Columbia Metropolitan Police ("MPD") for carrying a pistol on June 29, 2014.

3. I was employed as a registered nurse at a local Washington, D.C. hospital.

4. At about 8:00 p.m. on the evening of June 29, 2014 I was pulled over by MPD while I was driving my car in the District of Columbia going to dinner with my friend that was in the car with me.

5. I promptly informed the police that I was carrying a pistol for self-defense as I had been taught in my certification courses in North Carolina, and that I had a lawful permit from my home state of North Carolina to carry a pistol.

6. The MPD arrested me for Carrying a Pistol.

7. I was taken to 7D and placed in a two person cell with another individual.

8. I was held there overnight and I was taken to the Marshal's lock up in Superior Court the next morning, and then to the courtroom where they called my case.

### MPD's seizure and retention of Ms. Smith's pistol after her cases were dismissed

9. The MPD officers seized my Bersa 380 worth approximately $400.00 when they arrested me on June 29, 2014.

10. The pistol has remained in the custody of the Property Clerk since the date of my arrest.

11. Despite the fact that all charges against me brought by the U.S. Attorney were dismissed on September 29, 2014, and the charges brought against me by the D.C. Attorney General were dismissed on April 21, 2015, the District government still has not returned my pistol and ammunition to me.

12. Nor did the District ever given me notice and a hearing at which I could challenge the District's retention of my pistol.

13. I am a registered nurse and my arrest put my nursing license in jeopardy. I had to go before a board to explain the arrest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Maggie Smith
_____
Maggie Smith.

Executed on March 17, 2021 _____.

*[signature]*