UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>Plaintiffs,<br><br>  v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No: 15-737 (RCL) |

ERATTA
Filing of Exhibit List

    Attached hereto is Plaintiffs' Exhibit List of exhibits in support of Plaintiffs' Motion for Summary Judgment [ECF 121].

    Respectfully submitted,

/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar No. 446579
2020 Pennsylvania Ave., NW
Suite 395
Washington, D.C. 20006

*Counsel for Plaintiffs*

1