UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| MAGGIE SMITH, et al., Plaintiffs, v. GOVERNMENT OF THE DISTRICT OF COLUMBIA, Defendant. | Civil Action No.: 15-737 (RCL) |
|---|---|

Plaintiffs' Summary Judgment Motion [121] Exhibit List

| Pls.'s Ex. # | Exhibit name |
|---|---|
| 20 | Motion to Vacate Convictions for Attempted Unlawful Transportation of a Firearm under D.C. Code §§ 22-1803, -4504.02, *Akeem Beatrice, Timothy O. Bandy v. United States of America* |
|  |  |
|  | **Intervening numbers reserved** |
|  |  |
| 30 | Grabowsky Declaration |
| 31 | Giovannelli Decl. |
| 32 | MPD Teletype classify guns as evidence |
| 33 | Haines depo trans. |
| 34 | Manigault depo trans |
| 35 | Palmer v. D.C [5-3] Plaintiffs' SMF |
| 36 | Palmer v. D.C  [6-3] DC Opposition to Plaintiffs' SMF |
| 37 | MPD General Order 601.01 |
| 39 |  |
| 40 | Maggie Smith Decl. |
| 41 | Docket sheet 2014 CF2 011408 District of Columbia v. Maggie Smith (USAO) |
| 42 | Docket sheet 2014 CDC 016129 (OAG) |
| 43 | email exch PDS/ AUSA plea |
| 44 | NC gun permit  M Smith |
| 45 | OAG information 2014 CDC 01612 M Smith |
| 46 | Smith MPD PD 81-C from OAG |
| 47 |  |
| 48 | **Intervening numbers reserved** |
| 49 |  |
| 50 | Cassagnol SJ Decl. |

| | |
|---|---|
| 50A | Cassagnol Class Action Affidavit |
| 51 | docket sheet 2013 CF2 017982 United States Vs. Cassagnol, Gerard |
| 52 | docket sheet 2014 CTF 013231 District of Columbia Vs. Cassagnol, Gerard |
| | |
| | **Intervening numbers reserved** |
| | |
| 60 | Rouse Summary Judgment Decl. |
| 61 | Rouse OAG docket sheet 2014 CDC 015375, DC v. Rouse |
| 62 | Rouse Property Request letter |
| 63 | Rouse iLEADS print out |
| 64 | Rouse MPD arrest report |
| 65 | Rouse MPD PD 81- gun |
| 66 | Rouse depo excerpt |
| | |
| | **Intervening numbers reserved** |
| | |
| | |
| 70 | Delontay Davis summary judgment Decl. |
| 71 | Davis USAO docket sheet, 2014 CF2 005034 |
| 72 | Davis OAG docket sheet 72  2015 CDC 000614 docket |
| | |
| 75 | Davis dismissal  msd case 2015 CDC 000614 |
| | |
| | **Intervening numbers reserved** |
| | |
| | |
| 80 | Buffaloe SJ Decl. |
| 81 | Buffaloe USAO docket sheet, 2012 CF2 012657 US v Buffaloe |
| | |
| | **Intervening numbers reserved** |
| | |
| 90 | Delontay Davis summary judgment Declaration |
| 90A | Original Delontay Davis Declaration |
| 91 | Delontay Davis USAO docket sheet 2014 CF2 001702 |
| 94 | Warrant docket sheet, CPWL 2014 CF2 1702 CourtView |
| | |
| 95 | Atkinson PTS bail report |
| 96 | [Atkinson car PD 81] deleted |

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |