UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al., <br> Plaintiffs, <br> v. <br> GOVERNMENT OF THE DISTRICT OF COLUMBIA, <br> Defendant. | Civil Action No.:  15-737 (RCL) |

# ERRATA

Attached is Plaintiffs' Revised Exhibit List showing the ECF Document number and ECF page number for each exhibit filed on the docket.

Respectfully submitted,

/s/William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiff
ClaiborneLaw
717 D Street, N.W., Ste 300
Washington, DC 20004
Phone 202/824-0700

Email claibornelaw@gmail.com