UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al.,<br>Plaintiffs,<br>v.<br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br>Defendant. | Civil Action No.: 15-737 (RCL) |

Plaintiffs' Summary Judgment Motion [121] *Revised* Exhibit List

| Pls.'s Ex. # | ECF Document and page number | Exhibit name |
|---|---|---|
| 20 | 126-1, p. 1 | Motion to Vacate Convictions for Attempted Unlawful Transportation of a Firearm under D.C. Code §§ 22-1803, -4504.02, *Akeem Beatrice, Timothy O. Bandy v. United States of America* |
| | | |
| | | **Intervening numbers reserved** |
| | | |
| 30 | 127-1, p. 1[1] | Signed Grabowsky Declaration[2] |
| 31 | 128-1, p. 1 | Giovannelli Decl. |
| 32 | 127-1, p. 7 | MPD Teletype classify guns as evidence |
| 33 | 129-1, p1 | Haines depo trans. |
| 34 | 130-1, p. 1 | Manigault depo trans |
| 35 | 126-1, p. 15 | Palmer v. D.C [5-3] Plaintiffs' SMF |
| 36 | 126-1, p. 22 | Palmer v. D.C [6-3] DC Opposition to Plaintiffs' SMF |
| 37 | 128-1, p. 7 | MPD General Order 601.01 |

---

[1] In the Table on page 31 of the summary judgment motion the Grabowsky Decl. is referred to once as Pls.'s Ex. # 50 and once as Pls.'s Ex. # 13.

[2] An unsigned version of the Grabowsky Declaration was filed at 123-1, and it should be disregarded.

Page 1

| 39 | | reserved |
|---|---|---|
| 40 | 123-2, p. 72 | Maggie Smith summary judgment Decl.[3] |
| 41 | 123-3, p. 1 | USAO Docket sheet 2014 CF2 011408 District of Columbia v. Maggie Smith (USAO) |
| 42 | 123-3, p. 3 | OAG Docket sheet 2014 CDC 016129 (OAG) |
| 43 | 128-1, p. 45 | email exchange PDS/ AUSA re plea |
| 44 | 128-1, p. 49 | NC gun permit  M Smith |
| 45 | 128-1, p. 50 | OAG information 2014 CDC 01612 M Smith |
| 46 | 125-1, p. 1 | Smith MPD PD 81-C from OAG |
| 47 | | |
| 48 | | **Intervening numbers reserved** |
| 49 | | |
| 50 | 125-1, p. 3 | Cassagnol summary judgment Decl. |
| 50A | 125-1, p. 7 | Cassagnol Class Action Affidavit |
| 51 | 123-3, p. 7 | USAO docket sheet 2013 CF2 017982 United States Vs. Cassagnol, Gerard |
| 52 | 123-3, p. 15 | OAG docket sheet 2014 CTF 013231 District of Columbia Vs. Cassagnol, Gerard |
| | | |
| | | **Intervening numbers reserved** |
| | | |
| 60 | 125-1, p. 10 | Rouse  depo excerpt |
| 61 | 125-1, p. 58 | Rouse OAG docket sheet  2014 CDC 015375, DC v. Rouse |
| 62 | 125-1, p. 61 | Rouse Property Request letter |
| 63 | 125-1, p. 62 | Rouse iLEADS print out |
| 64 | Under seal | Rouse MPD arrest report |
| 65 | 125-1, p. 70 | Rouse MPD PD 81- gun |
| [66] | --- | The Rouse deposition excerpt was filed as Pls.'s Ex. # 60, 125-1, p. 10 |

---

[3] An unsigned version of the Smith Declaration was filed at signed 127-1, p. 8, and it should be disregarded.

| | | |
|---|---|---|
| [67] | | In SMF ## 51 to 57 the Rouse deposition excerpt is incorrectly cited as Pls.'s Ex. # 67. |
| | | |
| | | **Intervening numbers reserved** |
| | | |
| 70 | 125-1, p. 72 | Delontay Davis summary judgment Decl. |
| 71 | 123-3, p. 21 | Davis USAO docket sheet, 2014 CF2 005034 |
| 72 | 123-3, p. 25 | Davis OAG docket sheet 72  2015 CDC 000614 docket |
| | | |
| 75 | 125-1, p. 74 | Davis OAG dismissal  msd case 2015 CDC 000614 |
| 76 | Under seal | Delontay Davis Pre-Trial Services bail report |
| 77 | 125-1, p. 76 | Delontay Davis interrogatory responses excerpt |
| | | |
| | | **Intervening numbers reserved** |
| | | |
| | | |
| 80 | 125-1, p. 80 | Buffaloe summary judgment Decl. |
| 81 | 123-3, p. 28 | Buffaloe USAO docket sheet, 2012 CF2 012657 US v Buffaloe |
| | | |
| | | **Intervening numbers reserved** |
| | | |
| 90 | 125-1, p. 89 | Delontay Davis summary judgment Declaration |
| 90A | 125-1, p. 82 | Delontay Davis original Declaration |
| 91 | 123-3, p. 32 | Delontay Davis USAO docket sheet 2014 CF2 001702 |
| 94 | 123-3, p. 34 | Warrant docket sheet, CPWL 2014 CF2 1702 CourtView |
| | | |
| 95 | Under seal | Atkinson Pre-Trial Services bail report |
| [96] | Not filed | [Atkinson car PD 81] not filed |
| | | |
| | | |
| | | |
| | | |