UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAGGIE SMITH, et al.,

Plaintiffs,

v.

GOVERNMENT OF THE DISTRICT OF COLUMBIA,

Defendant.

Civil Action No: 15-737 (RCL)

## ~~PROPOSED~~ ORDER

Plaintiffs' consent motion [120] to modify the Scheduling Order [119] is GRANTED its exhibits in support of its motion are due on March 17, 2021, *nunc pro tunc*.

SO ORDERED.

*Royce C. Lamberth*
THE HONORABLE ROYCE C. LAMBERTH
Senior Judge, United States District Court for the District of Columbia

1