UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 15-737 (RCL) |

### ORDER

Upon consideration of plaintiffs' motion for summary judgment (Motion), defendants' opposition and cross-motion for summary judgment (Cross-Motion), and the entire record, it is this _____ day of _____, 2021,

**ORDERED** that plaintiffs' Motion is **DENIED**, and it is further

**ORDERED** that defendant's Cross-Motion is **GRANTED**, and it is further

**ORDERED** that summary judgment on all remaining counts of plaintiffs' Third Amended Complaint is **GRANTED** to defendant the District of Columbia.

**SO ORDERED**.

_____
THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court
      for the District of Columbia