# Defendant's Exhibit No. 1

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
CIVIL DIVISION

+ + + + +

_____
                                :
IN THE MATTER OF:               :
                                :
MAGGIE SMITH, et al,            :
                                :
        Plaintiffs,             :
                                :
    v.                          :    Civil Action No.
                                :    15-737
GOVERNMENT OF THE               :
DISTRICT OF COLUMBIA, et al,:
                                :
        Defendants.             :
                                :
_____:

                Tuesday,
                January 12, 2020

                Via Videoconference


DEPOSITION OF:


                    MAGGIE SMITH


called for examination by Counsel for the

Defendant, pursuant to Notice of Subpoena, when

were present on behalf of the respective parties:

**APPEARANCES:**

**On Behalf of Defendant:**
ANDREW SAINDON, ESQ.
BRENDAN HEATH, ESQ.
Assistant Attorney General
400 6th Street, N.W.
Washington, D.C. 20001
(202)-442-9800
brendan.heath@dc.gov


**On Behalf of Plaintiff:**
WILLIAM CLAIBORNE, ESQ.
The Claiborne Firm, P.C.

410 E Bay St.

Savannah, GA 31401

(912) 351-8775

claibornelaw@gmail.com

1          (Whereupon, the above-referred to

2     document was marked as Deposition Exhibit 1 for

3     identification.)

4               MR. HEATH: So I guess the process here

5     would be if Coleen can pull it up on her screen.

6               MR. CLAIBORNE:  What did you just say,

7     Brendan?

8               MR. HEATH: Yes.  I'm wondering if the

9     Court Reporter can pull up the exhibit.  Great.

10    And if we could scroll to page 23.  I'm sorry,

11    22.  That is not the Complaint.  I'm putting you

12    on mute.

13          Can we go off the record while we

14    figure this out.

15          (Whereupon, the above-entitled matter

16    went off the record at 9:11 a.m. and resumed at

17    9:20 a.m.)

18          BY MR. HEATH:

19    Q    So, Ms. Smith, besides the arrest on

20    June 29th, 2014, that's the subject of this

21    lawsuit, have you ever been arrested before?

22    A    I have not.

1      it.  Can't remember exactly.

2           Q      Did you try to retrieve the weapon of

3      ammunition or the holster from the Metropolitan

4      Police Department?

5           A      I didn't.

6           Q      I'm sorry?

7           A      No, I didn't.

8           Q      Okay.  Were you appointed an attorney

9      in Superior Court?

10          A      Yes.

11          Q      And at what point did you hire an

12     attorney?

13          A      Sometime into the case, when she

14     wasn't doing what I thought was appropriate.

15          Q      And what was she doing that you

16     thought was inappropriate?

17          A      She wasn't putting in any work and

18     just wanted me to plead out, and I couldn't

19     accept that.

20          Q      Did you ask either the appointed

21     attorney or the hired attorney to help get your

22     property back?

1        A     I didn't.

2        Q     Why not?

3        A     I didn't know it was an option.

4        Q     And how much did you pay your

5    attorney?

6        A     $2,500, I think.

7        Q     Why did you not try to get your gun

8    back?

9        A     Because I didn't know it was an option

10   for me to do so.

11       Q     If we could scroll up to page 5.  And

12   just above where it says Interrogatory 8.  The

13   response to Interrogatory 7.

14             This states, since her arrest Ms.

15   Smith never attempted to register the gun or

16   obtain a license or permit in the District or any

17   other stated jurisdiction.  Is this still

18   accurate?

19       A     That's correct.

20       Q     Okay.  If you'd scroll to the middle

21   of page 6, the response to Interrogatory 8.

22             So, this response states in part that