UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 15-737 (RCL) |

### DEFENDANT'S CONSENT MOTION TO AMEND SCHEDULING ORDER

Defendant the District of Columbia (the District) moves to amend the modified Scheduling Order [119] in this case to briefly extend the District's deadline, by 7 days, for filing a reply in support of its cross-motion for summary judgment, for good cause shown. Fed. R. Civ. P. 16(b)(4); LCvR 16.4(a).

Under the modified Scheduling Order, the District's Reply to plaintiffs' Reply and Opposition is due on or before June 7, 2021. The District now seeks a brief extension of the schedule—such that its Reply is due on or before June 14, 2021—in light of competing professional obligations, and the intervening holiday. *See* Fed. R. Civ. P. 6(b)(1).

The requested extension will allow counsel for the District sufficient time to prepare an appropriate Reply, while attending to other pressing matters.

A memorandum of points and authorities and a proposed order are attached.

As provided under Local Civil Rule 7(m), undersigned counsel discussed this matter with plaintiffs' counsel, who consented to the relief requested.

Dated: May 27, 2021.                Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
BRENDAN HEATH [1619960]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (fax)
andy.saindon@dc.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 15-737 (RCL) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION TO AMEND SCHEDULING ORDER

In support of its consent motion to amend the scheduling order, defendant the District of Columbia (the District) submits the following:

1. Fed. R. Civ. P. 6(b)(1)(A);

2. Plaintiffs' consent to the extension;

3. Defendant's showing of good cause in support of the motion; and

4. The inherent power of the Court.

The District seeks a seven-day extension of its remaining deadline, for good cause. The requested extension will not prejudice plaintiffs or unduly delay the resolution of this matter. Instead, the extension will permit the District sufficient time to prepare an appropriate Reply while attending to other pressing matters. Accordingly, the District requests that the Court grant the motion and enter the proposed order.

Dated: May 27, 2021.	Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
BRENDAN HEATH [1619960]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (fax)
andy.saindon@dc.gov

*Counsel for Defendant*