UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　Defendant. | Civil Action No. 15-737 (RCL) |

## ORDER

Upon consideration of defendant's consent motion to amend scheduling order (Motion), plaintiffs' consent to the relief requested, and the entire record, it is this _____ day of _____, 2021, ORDERED that:

1)　　The Motion is GRANTED; and

2)　　Defendant shall file a reply in support of its cross-motion for summary judgment by June 14, 2021.

_____
THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court
　　for the District of Columbia