UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 15-737 (RCL) |

## ORDER

Upon consideration of defendant's consent motion to amend scheduling order (Motion), plaintiffs' consent to the relief requested, and the entire record, it is this 3rd day of June, 2021, ORDERED that:

1) The Motion is GRANTED; and

2) Defendant shall file a reply in support of its cross-motion for summary judgment by June 14, 2021.

THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court
for the District of Columbia