UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MAGGIE SMITH, et al.,**

    *Plaintiffs,*

v.

**DISTRICT OF COLUMBIA,**

    *Defendant.*

Case No. 1:15-cv-00737-RCL

## ORDER

For the reasons set forth in the accompanying memorandum, the Court hereby **GRANTS IN PART** and **DENIES IN PART** plaintiffs' motion for partial summary judgment as to liability, ECF No. 121, and **GRANTS IN PART** and **DENIES IN PART** defendant's motion for summary judgment as to liability, ECF No. 133. It is hereby

    **ORDERED** that plaintiffs' motion for partial summary judgment is **GRANTED** as to Counts I and III;

    **ORDERED** that defendant's motion for summary judgment is **DENIED** as to Counts I and III;

    **ORDERED** that each of the present plaintiffs' arrests is declared a legal nullity;

    **ORDERED** that the defendant is to expunge each of the present plaintiffs' arrest records;

    **ORDERED** that plaintiffs' motion for partial summary judgment is **DENIED** as to Count VI; and

    **ORDERED** that defendant's motion for summary judgment is **GRANTED** as to Count VI, and that this Count is hereby **DISMISSED WITH PREJUDICE**.

It is **SO ORDERED**.

Date: September 29, 2021

_____
Hon. Royce C. Lamberth
United States District Judge