UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 15-737 (RCL) |

## ORDER

Upon consideration of the District of Columbia's Consent Motion for Leave to

File Certain Exhibits in Support of Summary Judgment Under Seal (Motion), and

the entire record, it is this _____ day of _____, 2021,

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the District of Columbia may file the Exhibits

attached to its Motion under seal.

SO ORDERED.

THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court
for the District of Columbia