**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAGGIE SMITH**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**,<br><br>*Defendant*. | **Civil Action No. 15-737 (RCL)** |

## JOINT MOTION TO STAY LITIGATION AND FOR REFERRAL TO MEDIATION

Plaintiffs and defendant the District of Columbia (the Parties), jointly move this Court: (1) to refer this case for mediation to the D.C. Circuit mediation program, and (2) to stay proceedings in this matter for 60 days from the date of the entry of the referral order.

After informal discussions, the Parties have begun exploring the possibility of settlement. A stay of litigation would allow the Parties to pursue a possible resolution of this case through mediation. A memorandum of points and authorities and the text of a proposed order are attached.

Dated:  October 7, 2021.

Respectfully submitted,

 */s/ William Claiborne*
WILLIAM CLAIBORNE
D.C. Bar # 446579
717 D Street, N.W.
#800
Washington, DC 20004
Phone 202/824-0700
Email claibornelaw@gmail.com

*Counsel for Plaintiff*

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General

BRENDAN HEATH [1619960]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (fax)
andy.saindon@dc.gov


*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAGGIE SMITH,** *et al.*,<br><br>       *Plaintiffs,*<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>       *Defendant.* | **Civil Action No. 15-737 (RCL)** |

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u><br><u>IN SUPPORT OF JOINT MOTION TO STAY</u><br><u>LITIGATION AND FOR REFERRAL TO MEDIATION</u>

In support of the Parties' Joint Motion to Stay Litigation and for Referral to Mediation (Motion), they cite and rely upon:

1. Fed. R. Civ. P. 6(b)(1)(A) and (7)(b);

2. LCvR 84.4;

3. The existence of good cause, as described in the Motion; and

4. The inherent equitable powers of the Court.

The Parties seek a stay of 60 days, to start upon entry of the referral order, for good cause. The requested stay and referral to the D.C. Circuit Mediation Program will allow the Parties to discuss possible resolution of this matter through a formal mediation process. Accordingly, the Parties request that the Court grant the Joint Motion and enter the attached proposed order.

Dated:  October 7, 2021.          Respectfully submitted,

  */s/ William Claiborne*           KARL A. RACINE
WILLIAM CLAIBORNE          Attorney General for the District of Columbia
D.C. Bar # 446579

717 D Street, N.W.
#800
Washington, DC 20004
Phone 202/824-0700
Email claibornelaw@gmail.com

*Counsel for Plaintiffs*

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
BRENDAN HEATH [1619960]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (fax)
andy.saindon@dc.gov

*Counsel for Defendant*

2