# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**, *et al.*, | |
| *Plaintiffs*, | |
| v. | **Civil Action No. 15-737 (RCL)** |
| **DISTRICT OF COLUMBIA**, | |
| *Defendant*. | |

## ORDER

Upon consideration of the Joint Motion to Stay Litigation and for Referral to Mediation (Motion), and the entire record, it is:

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the Clerk shall refer this matter to the D.C. Circuit Mediation Program; and it is

FURTHER ORDERED that further proceedings in this matter are STAYED for 60 days from the date of entry of this Order. The Parties shall file a joint status report by the expiration date of the stay, updating the Court on the progress of settlement negotiations and advising the Court whether it is necessary to extend the stay, *especially in light of the age of the case.*

SO ORDERED.

DATE: _____10/8/21_____

_____
THE HONORABLE ROYCE C. LAMBERTH
Judge, United States District Court
for the District of Columbia