UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH,** *et al.***,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>　　Defendant. | Civil Action No. 15-737 (RCL) |

## JOINT STATUS REPORT

Pursuant to the Court's Order staying this case and referring it to the D.C. Circuit Mediation Program, ECF No. 147, Plaintiffs Maggie Smith, Gerard Cassagnol, Frederick Rouse, Delontay Davis, Kimberly Buffaloe, and Carl Atkinson, and Defendant the District of Columbia (the Parties) submit this joint status report.

Since the Court's Order, the Parties have been assigned a mediator and are preparing for their first mediation session, scheduled for December 22, 2021. The Parties are hopeful they can reach a settlement that would avoid the need for further litigation.

Accordingly, the Parties request a 60-day extension of the Court's Order staying this case. The Parties propose that they submit a further joint status report on February 4, 2022, advising the Court as to the status of mediation at that time and whether they believe a further stay is warranted.

Dated:  December 6, 2021.　　　　　　　　　　Respectfully submitted,

KARL A. RACINE　　　　　　　　　　*/s/ William Claiborne*
Attorney General for the District of Columbia　　William Claiborne (D.C. Bar # 446579)
　　　　　　　　　　　　　　　　　　　　717 D. Street, N.W., Suite 300
CHAD COPELAND　　　　　　　　　　Washington, D.C. 20004

| | |
|---|---|
| Deputy Attorney General<br>Civil Litigation Division | Tel. 202-824-0700<br>claibornelaw@gmail.com |

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*Counsel for Plaintiffs*

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
BRENDAN HEATH [1619960]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (fax)
andy.saindon@dc.gov

*Counsel for Defendant*

2