UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAGGIE SMITH, et al.,

    *Plaintiffs,*

v.

DISTRICT OF COLUMBIA,

    *Defendant.*

Case No. 1:15-cv-00737-RCL

## ORDER

Upon consideration of the status report and joint motion to extend this Court's Order staying the case [146], it is **ORDERED** that the motion is **GRANTED** and that proceedings in this matter are **STAYED** for an additional 60 days from December 7, 2021, *nunc pro tunc*. It is **FURTHER ORDERED** that the parties shall file a joint status report on February 4, 2022.

It is **SO ORDERED**.

Date: January 5, 2022

                                            Hon. Royce C. Lamberth
                                            United States District Judge