# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH, *et al.*,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>  Defendant. | **Civil Action No. 15-737 (RCL)** |

## JOINT STATUS REPORT

Pursuant to the Court's Order staying this case and referring it to the D.C. Circuit Mediation Program, ECF No. 147, Plaintiffs Maggie Smith, Gerard Cassagnol, Frederick Rouse, Delontay Davis, Kimberly Buffaloe, and Carl Atkinson, and Defendant the District of Columbia (the Parties) submit this joint status report.

Since the Court's Order, the Parties were assigned a mediator and participated in two mediation sessions, on December 22, 2021, and February 4, 2022. Based on the results of the two mediation sessions, the Parties continue to be hopeful that they will be able to reach a settlement that would avoid the need for further litigation in this case, but will require further mediation sessions and time to analyze the claims and confer. To that end, the Parties have scheduled at least one further mediation session, for February 25, 2022.

Accordingly, the Parties request a 60-day extension of the Court's Order staying this case. The Parties propose that they submit a further joint status report on April 5, 2022, advising the Court as to the status of mediation at that time and whether they believe a further stay is warranted.

Dated:  February 4, 2022.                                    Respectfully submitted,

KARL A. RACINE                                               /s/ William Claiborne
Attorney General for the District of Columbia                William Claiborne (D.C. Bar # 446579)
                                                             717 D. Street, N.W., Suite 300
CHAD COPELAND                                                Washington, D.C. 20004
Deputy Attorney General                                      Tel. 202-824-0700
Civil Litigation Division                                    claibornelaw@gmail.com

/s/ Fernando Amarillas                                       Counsel for Plaintiffs
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

/s/ Andrew J. Saindon
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
BRENDAN HEATH [1619960]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (fax)
andy.saindon@dc.gov

Counsel for Defendant