**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAGGIE SMITH, *et al*.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA,**<br><br>**Defendant.** | **Civil Action No. 15-737 (RCL)** |

**JOINT STATUS REPORT**

Pursuant to the Court's Order staying this case and referring it to the D.C. Circuit Mediation Program, ECF No. 147, Plaintiffs Maggie Smith, Gerard Cassagnol, Frederick Rouse, Delontay Davis, Kimberly Buffaloe, and Carl Atkinson, and Defendant the District of Columbia (the Parties) submit this joint status report.

Since the Court's Order, the Parties were assigned a mediator and participated in several mediation sessions. The Parties' mediation sessions have resulted in increasing progress towards a settlement of this case that would avoid the need for further litigation. However, the Parties believe that additional mediation will be helpful. To that end, the Parties have scheduled at least one further mediation session, for April 11, 2022.

Accordingly, the Parties request a 45-day extension of the Court's Order staying this case. The Parties propose that they submit a further joint status report on May 20, 2022, advising the Court as to the status of mediation at that time and whether they believe a further stay is warranted.

Dated: April 5, 2022.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
BRENDAN HEATH [1619960]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (fax)
andy.saindon@dc.gov

*Counsel for Defendant*

*/s/ William Claiborne*
William Claiborne (D.C. Bar # 446579)
717 D. Street, N.W., Suite 300
Washington, D.C. 20004
Tel. 202-824-0700
claibornelaw@gmail.com

*Counsel for Plaintiffs*