# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH,** *et al.***,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>  Defendant. | Civil Action No. 15-737 (RCL) |

## JOINT STATUS REPORT

Pursuant to the Court's Order staying this case and referring it to the D.C. Circuit Mediation Program, ECF No. 147, Plaintiffs Maggie Smith, Gerard Cassagnol, Frederick Rouse, Delontay Davis, Kimberly Buffaloe, and Carl Atkinson, and Defendant the District of Columbia (the Parties) submit this joint status report.

Since the Court's Order, the Parties have participated in several mediation sessions. The Parties' mediation sessions have resulted in increasing progress towards a settlement of this case that would avoid the need for further litigation. However, the Parties believe that additional mediation will be helpful.

Accordingly, the Parties request a 30-day extension of the Court's Order staying this case. The Parties propose that they submit a further joint status report on June 20, 2022, advising the Court as to the status of mediation at that time and whether they believe a further stay is warranted.

Dated: May 19, 2022.                                                    Respectfully submitted,

KARL A. RACINE                                                          */s/ William Claiborne*
Attorney General for the District of Columbia    William Claiborne (D.C. Bar # 446579)
                                                                                     717 D. Street, N.W., Suite 300

| | |
|---|---|
| CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division | Washington, D.C. 20004<br>Tel. 202-824-0700<br>clairbornelaw@gmail.com |

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

/s/ Andrew J. Saindon
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
BRENDAN HEATH [1619960]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (fax)
andy.saindon@dc.gov

*Counsel for Defendant*

*Counsel for Plaintiffs*