# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH,** *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>    Defendant. | **Civil Action No. 15-737 (RCL)** |

## JOINT STATUS REPORT

Pursuant to the Court's Order staying this case and referring it to the D.C. Circuit Mediation Program, ECF No. 147, Plaintiffs Maggie Smith, Gerard Cassagnol, Frederick Rouse, Delontay Davis, Kimberly Buffaloe, and Carl Atkinson, and Defendant the District of Columbia (the Parties) submit this joint status report.

Since the Court's Order, the Parties have participated in numerous mediation sessions. The Parties' mediation sessions have resulted in increasing progress towards a settlement of this case that would avoid the need for further litigation. The Parties believe that additional time will be helpful to further resolve the mediation process and are currently engaged in exchanging relevant documentation to support their consideration of a proposed settlement.

Accordingly, the Parties request a 40-day extension of the Court's Order staying this case. The Parties propose that they submit a further joint status report on November 28, 2022, advising the Court as to the status of mediation at that time and whether a further stay is warranted.

Dated: October 19, 2022.                                             Respectfully submitted,

| | |
|---|---|
| KARL A. RACINE<br>Attorney General for the District of Columbia | */s/ William Claiborne*<br>William Claiborne (D.C. Bar # 446579)<br>717 D. Street, N.W., Suite 300 |
| CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division | Washington, D.C. 20004<br>Tel. 202-824-0700<br>claibornelaw@gmail.com |
| */s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Assistant Deputy Attorney General | *Counsel for Plaintiffs* |

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
BRENDAN HEATH [1619960]
Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 442-9880
brendan.heath@dc.gov

*Counsel for Defendant*