UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 15-737 (RCL) |

## JOINT STATUS REPORT

Pursuant to the Court's Order staying this case and referring it to the D.C. Circuit Mediation Program, ECF No. 147, Plaintiffs Maggie Smith, Gerard Cassagnol, Frederick Rouse, Delontay Davis, Kimberly Buffaloe, and Carl Atkinson, and Defendant the District of Columbia (the Parties) submit this joint status report.

Since the Court's Order, the Parties have participated in numerous mediation sessions. The Parties' mediation sessions have continued to result in increasing progress towards a settlement of this case that would avoid the need for further litigation. However, the Parties require additional time for the mediation process.

Accordingly, the Parties request a 30-day extension of the Court's Order staying this case. The Parties propose that they submit a further joint status report on March 15, 2023, advising the Court as to the status of mediation at that time and whether a further stay is warranted.

Dated: February 13, 2023.                                  Respectfully submitted,

BRIAN L. SCHWALB                                            */s/ William Claiborne*
Attorney General for the District of Columbia     William Claiborne (D.C. Bar # 446579)

STEPHANIE E. LITOS  
Interim Deputy Attorney General  
Civil Litigation Division

/s/ Fernando Amarillas  
FERNANDO AMARILLAS [974858]  
Assistant Deputy Attorney General

/s/ Brendan Heath  
ANDREW J. SAINDON [456987]  
Senior Assistant Attorney General  
BRENDAN HEATH [1619960]  
Assistant Attorney General  
400 Sixth Street, N.W., Suite 10100  
Washington, D.C. 20001  
(202) 442-9880  
(202) 769-6157 (cell)  
brendan.heath@dc.gov

*Counsel for Defendant*

717 D. Street, N.W., Suite 300  
Washington, D.C. 20004  
Tel. 202-824-0700  
claibornelaw@gmail.com

*Counsel for Plaintiffs*