# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH,** *et al.***,**<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**DISTRICT OF COLUMBIA,**<br><br>    **Defendant.** | **Civil Action No. 15-737 (RCL)** |

## JOINT STATUS REPORT

Pursuant to the Court's Order staying this case and referring it to the D.C. Circuit Mediation Program, ECF No. 147, Plaintiffs Maggie Smith, Gerard Cassagnol, Frederick Rouse, Delontay Davis, Kimberly Buffaloe, and Carl Atkinson, and Defendant the District of Columbia (the Parties) submit this joint status report.

Since the Court's Order, the Parties have participated in numerous mediation sessions. The Parties have reached an agreement in principle on the general terms of a settlement, but need additional time to obtain final Mayoral approval and draft an appropriate agreement, prior to seeking Court approval for a class-wide settlement.

Accordingly, the Parties request a 30-day extension of the Court's Order staying this case. The Parties propose that they submit a further joint status report on April 14, 2023, advising the Court as to the status of the case at that time and whether they believe a further stay is warranted.

Pursuant to the Court's Minute Order of February 15, 2023, the Parties further state that this was a complicated matter that required regular, extended discussions and analysis. Some of the obstacles that have contributed to the delay include: negotiations regarding the scope of the

2

class as informed by the prior class certification briefing, issues raised in the voluminous and highly technical discovery, and the legal ramifications of the Court's order on summary judgment; negotiations regarding appropriate amounts for the proposed settlement's various components; extensive differences in the Parties' initial positions; the need to determine appropriate methods to calculate class-wide damages; and the requirement to obtain Mayoral authority for the proposed settlement.

Dated: March 15, 2023.                                Respectfully submitted,

BRIAN L. SCHWALB                                     /s/ William Claiborne
Attorney General for the District of Columbia        William Claiborne (D.C. Bar # 446579)
                                                     717 D Street, N.W., Suite 300
STEPHANIE E. LITOS                                   Washington, D.C. 20004
Interim Deputy Attorney General                      Tel. 202-824-0700
Civil Litigation Division                            clairbornelaw@gmail.com

/s/ Fernando Amarillas                               Counsel for Plaintiffs
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

/s/ Andrew J. Saindon
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
BRENDAN HEATH [1619960]
Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 442-9880
(202) 769-6157 (cell)
brendan.heath@dc.gov

Counsel for Defendant