UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**,<br><br>Defendant. | Civil Action No. 15-737 (RCL) |

## JOINT STATUS REPORT

Pursuant to the Court's Order staying this case and referring it to the D.C. Circuit Mediation Program, ECF No. 147, Plaintiffs Maggie Smith, Gerard Cassagnol, Frederick Rouse, Delontay Davis, Kimberly Buffaloe, and Carl Atkinson, and Defendant the District of Columbia (the Parties) submit this joint status report.

Since the Court's Order, the Parties have participated in numerous mediation sessions. The Parties' mediation sessions have resulted in an agreement in principle on the general terms of a settlement. However, the District requires additional time to obtain Mayoral approval of the proposed settlement, which remains under consideration by the Mayor's Office. The Parties will additionally require time to draft the full agreement, should approval be obtained, prior to seeking this Court's final approval of a class-wide settlement agreement. As the Parties explained in the prior Joint Status Report, this matter required extensive and complicated analysis and mediation to arrive at the proposed agreement in principle, due to, among other things, the scope of the class, the import of the Court's ruling on summary judgment, the voluminous and technical discovery, and the difficulties in calculating appropriate damages.

Each of these factors has contributed to the time required for the analysis and approval process, including at the Mayoral level.

Accordingly, the District requests a 30-day extension of the Court's Order staying this case, and proposes that the Parties submit a further joint status report on May 15, 2023, advising the Court as to the status of settlement at that time and whether a further stay is warranted. Plaintiffs take no position on this request.

| | |
|---|---|
| Dated: April 14, 2023. | Respectfully submitted, |
| BRIAN L. SCHWALB<br>Attorney General for the District of Columbia | */s/ William Claiborne*<br>William Claiborne (D.C. Bar # 446579)<br>717 D Street, N.W., Suite 300 |
| STEPHANIE E. LITOS<br>Deputy Attorney General<br>Civil Litigation Division | Washington, D.C. 20004<br>Tel. 202-824-0700<br>clairbornelaw@gmail.com |
| */s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Assistant Deputy Attorney General | *Counsel for Plaintiffs* |
| */s/ Brendan Heath*<br>ANDREW J. SAINDON [456987]<br>Senior Assistant Attorney General<br>BRENDAN HEATH [1619960]<br>Assistant Attorney General<br>400 Sixth Street, N.W., Suite 10100<br>Washington, D.C. 20001<br>(202) 442-9880<br>(202) 769-6157 (cell)<br>brendan.heath@dc.gov | |
| *Counsel for Defendant* | |