UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>Defendant. | Civil Action No. 15-737 (RCL) |

## STATUS REPORT

Pursuant to the Court's Order staying this case and referring it to the D.C. Circuit Mediation Program, ECF No. 147, Defendant the District of Columbia submits this status report.

As stated previously, the Parties' mediation sessions have resulted in an agreement in principle on the general terms of a settlement. However, the District requires additional time to obtain Mayoral approval of the proposed settlement, which remains under consideration by the Mayor's Office.

Accordingly, the District requests a 30-day extension of the Court's Order staying this case, and proposes that the Parties submit a further joint status report on June 14, 2023, advising the Court as to the status of settlement at that time and whether a further stay is warranted. Undersigned counsel contacted counsel for Plaintiffs by email on May 15, 2023 to ask Plaintiffs' position on this Status Report; as of the time of filing Plaintiffs have not indicated a position.

Dated: May 15, 2023.                    Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Brendan Heath*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
BRENDAN HEATH [1619960]
Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 442-9880
(202) 769-6157 (cell)
brendan.heath@dc.gov

*Counsel for Defendant*