UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>Defendant. | Civil Action No.: 15-737 (RCL) |

UNOPPOSED MOTION BY PLAINTIFF FOR COUNSEL TO APPEAR TELEPHONICALLY

Plaintiffs hereby respectfully move this Court for leave for Plaintiffs' counsel William Claiborne to appear telephonically at the June 14, 2023, status conference, or alternatively to reschedule the hearing to June 21 - 23, and in support thereof states:

1. The Defendant does not oppose this motion.

2. The Court has scheduled a status hearing for June 14 regarding the Mayor's review of a settlement proposal.

3. Counsel for Plaintiff will be not be in the District on June 14, but will be in the District June 21 - 23. However, the Defendant's lead counsel, Andrew Saindon, will be out of town that week (secondary counsel, Brendan Heath is available June 21 - 23).

**WHEREFORE**, Plaintiffs request that counsel William Claiborne be permitted to appear telephonically on June 14, 2023, or alternatively, that the hearing be rescheduled for a date from June 21, 22, or 23, and such other and further relief as may be appropriate.

Respectfully submitted,

/sig/W Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs and the class
2020 Pennsylvania Ave., N.W.
#395
Washington, DC 20004
Phone 202/824-0700
Email claibornelaw@gmail.com