UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**, et al.<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

ORDER

Plaintiffs' motion for counsel to appear by telephone at the June 14, 2023, status hearing be and is hereby GRANTED; Plaintiffs' counsel William Claiborne may appear telephonically at the June 14, 2023, status hearing.

_____
Judge Royce C. Lamberth
United States District Court Senior Judge

1