UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH** *et al*<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff<br><br>, v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

## NOTICE OF AVAILABILITY TO APPEAR IN PERSON

Undersigned co-counsel for Plaintiffs, upon consultation with lead counsel William Claiborne, wishes to notify the Court to supplement Plaintiff's Consent Motion [E.C.F. 34] that in addition to lead counsel's availability to appear via telephonically or via Webex on June 14, 2023, undersigned is available to appear in person on June 14, 2023 on behalf of Plaintiffs.

Respectfully submitted,

*/s/ Joseph A. Scrofano*

JOSEPH A. SCROFANO
D.C. Bar # 994083
Co-Counsel for Plaintiffs
600 F Street NW
Suite 300
Washington, DC 20004

)

Suite 100
Washington, DC 20001
Phone (202) 870-0889
Email jas@scrofanolaw.com