# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, et al. <br><br> On behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GOVERNMENT OF THE DISTRICT OF COLUMBIA <br><br> Defendant. | Civil Action No.: 15-737 (RCL) |

## ORDER

Plaintiffs' motion for counsel to appear by telephone at the June 14, 2023, status hearing be and is hereby GRANTED; Plaintiffs' counsel William Claiborne may appear telephonically at the June 14, 2023, status hearing.

*Royce C. Lamberth*  6/8/23

Judge Royce C. Lamberth
United States District Court Senior Judge

1