UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**, *et al*.,<br><br>    Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**,<br><br>    Defendant. | Civil Action No. 15-737 (RCL) |

## NOTICE

Defendant District of Columbia submits this Notice to apprise the Court that the Mayor has, as of June 8, 2023, approved the amount negotiated by the Parties for the settlement of this matter. The Parties are now in the process of finalizing a Settlement Agreement and its accompanying documents for approval by the Court.

Date: June 9, 2023.

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
BRENDAN HEATH [1619960]
Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001

(202) 724-6643
andy.saindon@dc.gov

*Counsel for Defendant*