UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE SMITH, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　*Defendant*. | Civil Action No. 1:15-cv-00737-RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

　　The Clerk shall please withdraw the appearance in this matter of Andrew J. Saindon on behalf of Defendant.

Date:  July 28, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN L. SCHWALB
　　　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　　　STEPHANIE LITOS
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　　　*/s/ Andrew J. Saindon*
　　　　　　　　　　　　　　　　　　　　ANDREW J. SAINDON [456987]
　　　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Equity Section
　　　　　　　　　　　　　　　　　　　　Civil Litigation Division
　　　　　　　　　　　　　　　　　　　　400 6th Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　Phone:  (202) 724-6643
　　　　　　　　　　　　　　　　　　　　Fax:  (202) 730-1440
　　　　　　　　　　　　　　　　　　　　Email:  andy.saindon@dc.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*