**CLAIM AND RELEASE FORM**

Settlement Class

<u>Smith, et al. v. Government of the District of Columbia, Case No. 15-737 (RCL)</u>

You may be entitled to money as a member of the Settlement Class in the above case.

Each Class Member of the Settlement Class who was arrested and/or prosecuted by the District of Columbia for a violation of the District's gun control laws during the class period, and who (1) did NOT have a felony conviction before their arrest or prosecution, (2) did NOT have a domestic violence misdemeanor within the five-year period before their arrest or prosecution, (3) were NOT subject to a judicial order to relinquish any firearms or barring any firearm possession, and (4) were NOT convicted of any felony or violent misdemeanor charge arising out of their arrest, may submit a claim for compensation. The exact amount you are entitled to receive depends on several factors including whether you were arrested *and* prosecuted, and the number and amount of claims filed by members of the Settlement Class.

The payments to Settlement Class Members who submit timely, valid Claim and Release Forms shall be determined and paid according to the following Distribution Plan based on a point system:

Each SCM who is a member of the Class will receive one point for one or more arrests covered by the Class Definition and one point for one or more prosecutions covered by the Class Definition.

Each point is valued at $1,200.00. Each SCM will receive an award equivalent to the value of the sum of their points.

However, if the total cash value of the total number of points exceeds the value of the SCM Fund, each SCM will receive the pro rata value of their points.

**Each SCM may recover for only one arrest and only one prosecution.**

The records of the District of Columbia Metropolitan Police Department indicate that you were arrested for a violation of the District's gun control laws on _____.

The records of the District of Columbia Superior Court indicate that you were prosecuted for a violation of the District's gun control laws beginning on _____.

There is a limited Settlement Fund, totaling $2,504,190.11, set aside to pay claims submitted by members of the Settlement Class. Each member of the Settlement Class may receive lower amounts if the amount of claims submitted by all members of the Settlement Class exceeds $2,504,190.11. In that event, the amount that members of the Settlement Class receive will be adjusted on a pro-rated basis among valid claimants, which will result in payments to individual members of amounts lower than those set forth above.

To claim your money, fill out, sign and mail this form to the address below or submit a Claim and Release Form online at www.xxx.com.

| | Your Information |
|---|---|
| We will use this information to contact you and process your claim. It will not be used for any other purpose. You must promptly notify the Class Administrator if any of the information below changes. You may update your contact information by telephone at 1-877-xxx-xxxx, or using the "Update My Information" page at www.xxx.com | |
| NAME | |
| Social security number (needed to process payment) | |
| ALTERNATIVE NAMES | |
| Mailing address | Street address |
| | Apt. No. |
| | City |
| | State |
| | Zip |
| | **Make certain your address is correct. If it isn't, place your correct address below:** |
| Corrected mailing address | Street address |
| | Apt. No. |
| | City |
| | State |
| | Zip |
| Phone number | |
| Email address | |
| | **How You Would Like to Receive Your Payment** |

**Commented [WC1]:** Per JND "The Claim form has no space for SSN information. If SSN information is not provided to JNE on the Claim Form, we will have to mail out IRS W-9 forms and then process completed ones. It will be more cost effective to just request they provide the information."

You can elect to receive your payment either by check or electronic payment. If you choose to receive a check, it will be mailed to your address listed on this form. If you choose to receive an electronic payment, you must have a bank account, and you will have to provide your bank account number and your bank's "ABA number" or "Routing number," which you can get from your bank.

Checks will be void after ten months. Electronic payments will expire after ten months if not activated.

Which do you prefer? Select ONE of the following:

- Check
- Venmo
- Paypal

**Commented [WC2]:** These are the payment options. Direct deposit is expensive and person-time intensive - someone has to contact the claimant. Zelle requires a bank account. Venmo & PayPal do not require the recipient to have a bank account

| Signature |
|---|
| I wish to make a claim as a member of the Class in *Smith v. Government of the District of Columbia*, Civil Action No. 15-737 (RCL), United States District Court for the District of Columbia, and hereby attest and submit the following information under penalty of perjury as follows:<br><br>- I was arrested or prosecuted between May 15, 2012 and October 10, 2014, or subject to a prosecution beginning before that period that continued during and after that period, by the District of Columbia through its Metropolitan Police Department, in the District of Columbia, for a violation of at least one of the District's gun control laws, outside of my home or place of business.<br>- I did NOT have a felony conviction prior to my arrest or prosecution.<br>- I did NOT have a domestic violence misdemeanor conviction within the five-year period prior to my arrest or prosecution.<br>- I was NOT subject to a judicial order requiring me to relinquish any firearms in my possession, or barring me from possessing any firearms, at the time of my arrest or prosecution.<br>- I was NOT convicted of any felony or violent misdemeanor charge arising out of my arrest.<br><br>I affirm under penalty of perjury under the laws of the United States that the information I have supplied in this Claim and Release Form and any copies of documents that I am sending to support my claim are true and correct to the best of my knowledge.<br><br>I understand that I may be asked to provide more information by the Claims Administrator to verify my claim.<br><br>I understand that by signing and submitting this form I release all my claims according the release printed below. |

| Signature: | Dated: |
|---|---|
| | |
| Print Name: | |
| | |

Once complete, submit online or mail this form to the below address to submit your claim for

payment:

Attn: Smith Settlement Class Claims Processing
[street number and name]
[city & zip]