UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH,** *Plaintiff*, v. **DISTRICT OF COLUMBIA,** *Defendant.* | Civil Action No. 15-737 (RCL) |

## NOTICE

### Plaintiffs' Submission on Issues Regarding the Proposed Settlement this Court Raised at the Final Fairness Hearing

At the Final Fairness hearing on December 4, 2002, this Court asked Plaintiffs to make a submission in writing about certain issues related to the proposed settlement.

One of the issues that concerned the Court was the reaction rate of the class and whether any steps could be taken to improve the reaction rate. Tr. p. 9 ("THE COURT: Are there any other steps that could be taken to try to track down the missing class members?").

Another set of issues that concerned the Court was the amount of the settlement going to the Class Counsel and the District, and the caps on individual recoveries, and other features of the proposed settlement in light of cases such as *Reynolds vs. Beneficial National Bank*, 288 F.3d 277 (7th Cir. 2002) and *Sylvester vs. Cigna Corporation*, 369 F.Supp.2d 34 (D. Me. 2005). Tr. pp. 4-5.

Plaintiffs are still working on the submission because Plaintiffs have been researching the issues and because of the intervening holidays. Plaintiffs have held some preliminary discussions with the District and Plaintiffs hope to talk to the District again this week. Since the hearing Plaintiffs have held extensive discussions with the Claims Administrator, JND Legal Administration, to address the problem of "undeliverable notices," that is, class members for whom Plaintiffs do not have good addresses and whose notices were returned by the Postal Service as "undeliverable."

Plaintiffs and JND have identified a total of 1,882 class members. As of Friday, December 28, JND, the Claims Administrator, reports that the total number of claims received and processed is 148.

After the first mailing JND had 713 "undeliverable" notices. JND has whittled that number down to 367 undeliverable notices, or 367 class members for whom Plaintiffs do not have valid addresses. Plaintiffs have sent a memorandum with proposals to the District on how to find addresses for the remaining 367 class members for whom Plaintiffs do not have valid addresses.

Plaintiffs propose addressing the two sets of issues the Court raised at the hearing in two stages because the Parties are still discussing them.

First, in an initial memorandum Plaintiffs plan to file by the end of the week, Plaintiffs will address the reaction rate of the class and steps Plaintiffs have taken, and can still take, to find addresses for as many class members as Plaintiffs reasonably can. In a subsequent memorandum, after completing discussions with the District, Plaintiffs will address the Court's concerns with the features of the proposed settlement in light of cases such as *Reynolds vs.*

*Beneficial National Bank*, 288 F.3d 277 (7th Cir. 2002) and *Sylvester vs. Cigna Corporation*, 369 F.Supp.2d 34 (D. Me. 2005).

Respectfully submitted,


/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs on behalf of themselves and the Settlement Class Members

717 D Street, NW
Suite 300
Washington, DC 20006
Phone 202/824-0700
Email clairbornelaw@gmail.com