# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>*Defendant.* | Civil Action No. 15-737 (RCL) |

## NOTICE

## Updated

## Plaintiffs' Submission on Issues Regarding the Proposed Settlement this Court Raised at the Final Fairness Hearing

On 1/3/2024 Plaintiffs filed a Notice [ECF No. 176] in which they stated they planned to file an initial memorandum addressing the reaction rate of the class and steps Plaintiffs have taken, and can still take, to find addresses for as many class members as Plaintiffs reasonably can.

Unfortunately, counsel for the District has been out sick and so the Parties will not be able to discuss the issues and to file a joint memorandum next week.

Respectfully submitted,

/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs on behalf of themselves and the Settlement Class Members

717 D Street, NW
Suite 300
Washington, DC 20006
Phone 202/824-0700
Email claibornelaw@gmail.com