UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MAGGIE SMITH

On behalf of herself and all others similarly situated,

Plaintiff,

v.

Civil Action No.: **15-737 (RCL)**

GOVERNMENT OF THE DISTRICT OF COLUMBIA

Defendant.

## ~~PROPOSED~~ ORDER

Plaintiff's motion is GRANTED.

The deadline for class members to file their claims is extended by 90 days; claims must be received by the Claims Administrator on or before May 10, 2024.

The final phrase of the class definition in paragraph (4) is amended to read: "persons who were convicted of at least one felony or violent misdemeanor charge arising out of the arrest. This exclusion does not apply to convictions solely for firearms charges under (i)–(v) above." The class definition originally set out in the Preliminary Approval Order [ECF No. 170], ¶ 4 as amended shall read:

> Each person who: (i) in the period from May 15, 2012 (three years before the date of filing of the original complaint in this case) until October 10, 2014; (ii) was arrested or prosecuted, or whose prosecution started before the Class Period and continued during and after the Class Period; (iii) in the District of Columbia; (iv) for a violation of any of the District's gun control laws; (v) outside their home or place of business;

1

except that the following groups of people are excluded from the class:

1) persons who were convicted of a felony before their arrests or prosecutions;

2) persons who were convicted of a domestic violence misdemeanor within the five-year period before their arrests or prosecutions;

3) persons who were subject to a judicial order compelling them to relinquish any firearms in their possession or barring them from possessing any firearms at the time of their arrests or prosecutions; and

4) persons who were convicted of at least one felony or violent misdemeanor charge arising out of the arrest. This exclusion does not apply to convictions solely for firearms charges under (i)–(v) above.

The parties will appear through counsel for a status hearing on _March 25, 2024 at 1:30 pm_

*/s/ Royce C. Lamberth*  2/12/24

Judge Royce C. Lamberth
United States District Court Judge