UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAGGIE SMITH, et al.,

   Plaintiffs,

v.

DISTRICT OF COLUMBIA,

   Defendant.

Case No. 1:15-cv-737-RCL

### ORDER

Haron Smith, a purported class member, mistakenly mailed his claim form to the Court instead of the Claims Administrator. The Court denied leave to file and directed Mr. Smith to follow the directions on the form for submission. See ECF No. 173. The Court also forwarded his form to the Claims Administrator (as well as the claim forms of three other purported class members that had likewise been mistakenly mailed to the Court). The Court has confirmed with the Claims Administrator that it received each of the forms mailed to it by the Court.

Leave to file this new document is **DENIED**.

**IT IS SO ORDERED.**

Date: 2-27-24

Royce C. Lamberth
United States District Judge

1