UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH**, et al.<br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>   v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

# NOTICE

**Plaintiffs' Submission in Support of the Fairness of the Settlement**

Attached hereto is Plaintiffs' Submission in Support of the Fairness of the Settlement and attachments.

Respectfully submitted,

/s/William Claiborne
D.C. Bar #446579
Counsel for plaintiffs

171 D Street, N.W.
Suite 300
Washington, D.C. 20004
Phone 202/824-0700
Email claibornelaw@gmail.com