UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LeTASHA MYATT, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALLEN COUNTY SHERIFF DAVID J. GLADIEUX (in his official capacity), <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) CAUSE NO.: 1:10-CV-64-TLS |

## VERDICT FORM 3

We the jury, on the issue of the value of the loss of liberty suffered by the Plaintiff and the other similarly-situated members of the Class, determine that the value of the loss of liberty is to be measured as follows for each member of the Class entitled to receive compensation:

| | | |
|---|---|---|
| A. | Class Members over-detained between 0 and 12 hours. | $ 200 per person |
| B. | Class Members over-detained more than 12 hours up to 24 hours. | $ 360 per person |
| C. | Class Members over-detained more than 25 hours up to 36 hours. | $ 600 per person |
| D. | Class Members over-detained more than 36 hours up to 48 hours. | $ 840 per person |
| E. | Class Members over-detained more than 48 hours. | $ 1,100 per person |

Jan. 20, 2015
Date

[Foreperson signature redacted]
Foreperson

25