# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH,**<br><br>On behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA,**<br><br>Defendant. | Civil Action No.: **15-737 (RCL)** |

## PLAINTIFFS' CONSENT MOTION TO ENTER THE FINAL APPROVAL ORDER

Plaintiffs respectfully move the Court to enter the attached revised Final Approval Order. The proposed Final Approval Order extends the deadline for submitting claims until February 10, 2025 and makes certain changes in connection with the extension of the deadline. The extended deadline is that claims must be received by the Class Administrator on or before February 10, 2025.

**CONSENT SOUGHT AND OBTAINED**

Plaintiffs asked the District to consent to the relief sought herein and the District does consent.

## I. INTRODUCTION.

The attached revised proposed Final Approval Order makes the changes to the original proposed Final Approval Order proposed in Plaintiffs' Submission [184-1] and discussed at the Status Hearing on March 25, 2024.

1

At the Court's suggestion at the Final Fairness Hearing on December 4, 2023, Class Counsel discussed with the Class Administrator strategies for identifying current addresses for Class Members the Class Administrator identified addresses for additional class members and made additional mailings of Notices and sent reminders. Additionally, the Parties have agreed to keep the claims period open until February 10, 2025, to give Class Members an opportunity to learn about the settlement and to file claims.

The Class Administrator shall make an initial distribution to all Class Members who submitted Verified Claims that were approved on or before June 15, 2024. The Class Administrator will thereupon continue to pay approved Verified Claims on a rolling basis as provided in Paragraph 22 of the proposed Final Approval Order until all approved Verified Claims received on or before February 10, 2025 have been paid. Additionally, Class Counsel will file proposed individual nullification orders with the Clerk of the Court for members of the class on a rolling basis as claims are approved and paid throughout the extended claims period.

**RELIEF REQUESTED**

Plaintiffs respectfully moves this Court grant the relief requested herein.

Respectfully submitted,

/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs and the Settlement Class
717 D Street, N.W.
#300
Washington, DC 20004
Phone 202/824-0700
Email clairbornelaw@gmail.com