# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAGGIE SMITH,** *Plaintiff,* v. **DISTRICT OF COLUMBIA,** *Defendant.* | Civil Action No. 15-737 (RCL) |

## NOTICE

## Plaintiffs' Submission on Increase in Class Reaction Rate Since Mailing Reminder Notices and "Re-Notices"

The table below shows that the reaction rate -- after plateauing between March 7, 2024 and March 21, 2024 -- has been steadily increasing since JND mailed the reminder notices and the "notice remails" on March 16 and March 19, 2024 respectively[1]. As of May 16, 2024, there are an additional 33 claims that

---

[1] On March 16, 2024, JND, the Claims Administrator, mailed reminder notices to class members who had received notices but not submitted claims. On March 19, 2024, JND mailed "re-notices" to class members using addresses it found using Social Security numbers to search for addresses. JND mailed "re-notices" to class members (1) for class members whose Notices had been returned by the Post Office as "undeliverable"; and (2) class members for whom it had not

1

have been submitted and are still being processed that might turn out to be valid claims.

## JND bi-weekly reports since March 7, 2024

| Date of report | Total claims approved | |
|---|---|---|
| | | |
| March 7, 2024 | 156 | |
| **JND mailed Notice reminder letters on March 18, and JND mailed the Notice re-mails following the reverse SSN lookup on March 19.** | | |
| | | |
| March 21, 2024 | 156 | |
| April 4, 2024 | 195 | |
| April 18, 2024 | 205 | |
| May 2, 2024 | 212 | |
| May 16, 2024 | 222 | |

Respectfully submitted,

/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs on behalf of themselves and the Settlement Class Members

717 D Street, NW
Suite 300
Washington, DC 20006
Phone 202/824-0700
Email claibornelaw@gmail.com

---

had addresses before using Social Security numbers to search for addresses. *See* Plaintiffs' Submission in Support of the Fairness of the Settlement. [ECF No. 184], p. 28.